# EXHIBIT 2 –

# July 8, 2020 USDA Inspection Report

DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

2016082569853430 Insp_id

## Inspection Report

Jeffrey  Lowe

25803 N C R 3250

Wynnewood, OK 73098

Customer ID: **332646**

Certificate: **73-C-0230**

Site:  001

JEFFREY LOWE

Type:  FOCUSED INSPECTION

Date:  08-JUL-2020

---

**2.40(a)(2)**            **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

The written Program of Veterinary Care (PVC) has not been followed. The PVC states there will be regularly scheduled visits by the Attending Veterinarian (AV) at the facility at the following frequency:  monthly or as needed. When the AV was called to check if they had been contacted by the licensee, he confirmed that the last two visits were in March 2019 for work on a tiger and then on February 17th, 2020 for writing health certificates for the transport of tigers.

Regularly scheduled visits in accordance with what is agreed upon in the written PVC with the AV are needed for the proper preventive care and nutritional needs of different species. During scheduled visits issues such as veterinary care, husbandry and facility issues can be identified and expert consultation will enhance the program of veterinary care and any deficiencies found can be corrected.

Each dealer and exhibitor shall assure that the AV has appropriate authority to ensure the provision of adequate veterinary care and to oversee the adequacy of other aspects of animal care and use.

**2.40(b)(2)**            **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Two geriatric wolves were in an exhibit by themselves and one was still reluctant to rise. In an earlier telephone conversation with the veterinarian, she stated that she had prescribed medication for the wolves and recommended the facility provide proper bedding for the animals. The facility representatives stated that the medication was now being administered daily. However, sufficient bedding was still absent and the floor of the enclosure is concrete. Scattered hay was present which the facility representative described as bedding. However, the amount of hay was insufficient for bedding as prescribed by the veterinarian. The licensee is not following the instructions of the veterinarian to provide appropriate and adequate bedding for the wolves.

Arthritis can be painful and may affect an animal's ability to move normally.  This has a negative impact on quality of

---

**Prepared By:**

CUNNINGHAM DEBBIE, D V M          USDA, APHIS, Animal Care

Title:  VETERINARY MEDICAL OFFICER   6072

**Date:**
09-JUL-2020

**Received By:**

JEFF LOWE, LICENSEE

Title:  SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020

1

**USDA**

United States Department of Agriculture
Animal and Plant Health Inspection Service

## Inspection Report

life and can lead to other health problems such as reluctance to move to obtain food and water, and the development of pressure sores or other injuries.  Confinement on concrete can exacerbate pain and discomfort. Proper husbandry and medical care must be provided as directed by the attending veterinarian.

The licensee must ensure that all animals receive adequate veterinary care at all times and that the instructions of the veterinarian are followed as prescribed to ensure proper medical care and treatment for the animals.

### 2.40(b)(3)          REPEAT

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

A Fisher Cat in the back of the park that was identified as lame on its left rear leg and had hair loss on its tail during the previous inspection had still not been examined or treated by the Attending Veterinarian (AV) at the time of this inspection nor by correction date given on the prior inspection report.

Formulating appropriate care with a veterinarian familiar with Fisher Cats will help to ensure proper nutrition, hair coat, husbandry and treatments. Other contributing factors such as internal parasites must be ruled out for animals with body conditions such as poor hair coat or inability to gain weight. Sub-optimal conditions must be observed and communicated to the AV.

A mechanism of direct and frequent communication is required so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the AV. The facility must consult their AV for an adequate nutritional and parasite control program and it must be followed.

### 2.75(b)(1)          REPEAT

**RECORDS: DEALERS AND EXHIBITORS.**

Acquisition and disposition records were missing or unavailable at time of inspection so that 34 animals could not be accounted for by the facility representatives.  The following are examples of the big cats unaccounted for: Four Tigers by the names of "Rheque", "Amarouk", "Tess" and "Jughead" and one Liger by the name of "Lizzy" have been dropped from current inventory with no disposition papers to document where they have gone. Two Tigers by the names of "Filet" and "Mud Cat" were transferred on 2/17/20 as documented on Oklahoma Certificates of Veterinary Inspection #2246623 & #2246624 but there are no acquisition records on these two animals and neither of them are listed the on previous inventory dated 06/05/19.

Acquisition and disposition records are necessary to be able to accurately track animals being used in regulated activities to ensure their legal acquisition, proper care, and humane transportation.

---

**Prepared By:** 

|  |  |
|---|---|
| CUNNINGHAM DEBBIE, D V M | USDA, APHIS, Animal Care |

**Date:**
09-JUL-2020

**Title:**  VETERINARY MEDICAL OFFICER   6072

**Received By:**

JEFF LOWE, LICENSEE

**Title:**  SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020

2



DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

2016082569853430 Insp_id

## Inspection Report

Animals transferred to or acquired from other licensees must have disposition and acquisition records containing all information required by the Animal Welfare Act Regulations available for inspection. This requirement applies to all regulated animals purchased or otherwise acquired, owned, held, leased or otherwise in possession of or under control of the licensee, and all regulated animals transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The record shall include any offspring born of any animal while in his or her possession or under his or her control.

**2.131(c)(1)**

**HANDLING OF ANIMALS.**

A female juvenile lioness was observed by the public balanced on the top of the enclosure fencing the morning of June 23, 2020. The facility representative stated that the employees were cleaning the main enclosure and had placed the 3 juvenile lions in the lock out area. One of the female lions climbed on top of an igloo dog house in the corner of the lock out and because of the igloo she was able to jump on top of the fence kick-in. The kick-in was approximately 20 feet long and ran to the end of the enclosure.

The lioness could have walked the 20 feet to the edge of the enclosure, jumped over the four foot of remaining fence at the edge of the enclosure and escape. This could have resulted in harm to herself and/or the public.

The facility must understand the requirements during public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

Corrected at the time of the incident.

**3.125(a)**               **REPEAT**

**FACILITIES, GENERAL.**

In the rear of the park a tiger enclosure has a metal reinforcement approximately ten inches high located next to the metal fence. This solid metal reinforcement is no longer closely adhered to the fence and there is a 3-4 inch gap between it and the fence. This space is a potential hazard for limb entrapment and the collection of debris or organic matter.

A trapped limb can result in a fracture or soft tissue injury that can be painful and potentially lead to subsequent

| Prepared By: | | Date: |
|---|---|---|
| | CUNNINGHAM DEBBIE, D V M       USDA, APHIS, Animal Care | 09-JUL-2020 |
| **Title:** | VETERINARY MEDICAL OFFICER   6072 | |
| **Received By:** | | Date: |
| | JEFF LOWE, LICENSEE | |
| **Title:** | SENT VIA ELECTRONIC MAIL | 09-JUL-2020 |

3

United States Department of Agriculture
Animal and Plant Health Inspection Service

**Inspection Report**

problems such as secondary infections.

Facilities shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.129(a)        DIRECT**

**FEEDING.**

During inspection the inspectors noticed an odor of decaying flesh. When questioned, the facility representative identified the refrigerator truck which is used for cold storage as the source of the odor. The temperature inside the refrigeration truck was similar to ambient temperature which was greater than 85 degree Fahrenheit. The park employee had just started spraying out the truck which contained open boxes of decaying liver and a pallet of boxes of liver in the middle of the truck. The representative stated the truck refrigeration was worked on two days prior and then again today.   The truck refrigeration components were not running during the inspection. The inspectors asked for the invoices for the repairs and were handed an invoice for a tractor repair. The inspector pointed out it was for a tractor and not the truck refrigeration. There is not another functioning large walk-in refrigeration/freezer unit present on the park property nor is there any other food source for the carnivores on the property.  Meat that is rotten is not palatable and does not contain adequate nutrition for the carnivores at the facility.

Food that is not maintained under proper refrigeration may grow an unacceptable level of bacterial contamination that can adversely affect the nutritive value, reduce palatability, and  become a source of food borne illness.

The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet shall be prepared with consideration for the age, species, condition, size, and type of the animal. Animals shall be fed at least once a day except as dictated by hibernation, veterinary treatment normal fasts, or other professionally accepted practices.

Correct by July 10, 2020

This focused inspection followed up on previous citations along with records.

The inspection and exit briefing were conducted with facility representatives.

---

**Prepared By:**

_____

CUNNINGHAM DEBBIE, D V M        USDA, APHIS, Animal Care

**Date:**
09-JUL-2020

**Title:**        VETERINARY MEDICAL OFFICER   6072

**Received By:**

_____

JEFF LOWE, LICENSEE

**Date:**
09-JUL-2020

**Title:**        SENT VIA ELECTRONIC MAIL

4

DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

Insp_id

## Inspection Report

**Additional Inspectors**

Boone Bonnie, Veterinary Medical Officer

| | | |
|---|---|---|
| **Prepared By:** | _____ | |
| | CUNNINGHAM DEBBIE, D V M      USDA, APHIS, Animal Care | **Date:** 09-JUL-2020 |
| **Title:** | VETERINARY MEDICAL OFFICER   6072 | |
| **Received By:** | _____ | |
| | JEFF LOWE, LICENSEE | **Date:** 09-JUL-2020 |
| **Title:** | SENT VIA ELECTRONIC MAIL | |

5



United States Department of Agriculture                Customer:         332646
Animal and Plant Health Inspection Service        Inspection Date:  08-JUL-20

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 332646 | 73-C-0230 | 001 | JEFFREY LOWE | 08-JUL-20 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000001 | *Atherurus africanus* | AFRICAN BRUSH-TAILED PORCUPINE |
| 000002 | *Canis lupus x c. l. familiaris* | WOLF/DOG HYBRID |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Martes pennanti* | FISHER |
| 000004 | *Panthera leo* | LION |
| 000002 | *Panthera leo x  p. tigris* | LION X TIGER HYBRID / LIGER / TIGON |
| 000005 | *Panthera tigris* | TIGER |
| 000001 | *Potos flavus* | KINKAJOU |
| 000001 | *Ursus americanus* | NORTH AMERICAN BLACK BEAR |
| 000001 | *Ursus arctos horribilis* | GRIZZLY BEAR |
| 000001 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| **000020** | **Total** | |



CFR : 2.40(b)(2)

**Photographer: BONNIE BOONE, D.V.M.**
**Date and Time: 08-JUL-20   10:16 am**                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                    **Legal Name:**
**Description:**                                                    **JEFFREY  LOWE**
 Photograph of two geriatric wolves, one not rising and insufficient bedding.



CFR : 2.40(a)(2)

---

**Photographer: BONNIE BOONE, D.V.M.**

**Date and Time: 08-JUL-20**

**Inspection No: 2016082569853430**

**Description:**
 First page of Program of Veterinary Care showing visit frequency agreed upon.

**Certificate: 73-C-0230**

**Legal Name:**

 JEFFREY  LOWE



CFR : 2.131(c)(1)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**                                      **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                         **Legal Name:**

**Description:**                                                          **JEFFREY  LOWE**

The lock out area where the igloo dog house enabled a lioness to jump onto the kick-in and the four foot fence on the
left of the photo is the edge of the enclosure



CFR : 3.129(a)

Photographer: **DR. CUNNINGHAM**
Date and Time: **08-JUL-20**                          Certificate: **73-C-0230**
Inspection No: **2016082569853430**                   Legal Name:
Description:                                                **JEFFREY  LOWE**
Non functional cold storage refrigeration truck with rancid meat being hosed out during inspection. Rancid meat draped on the bumper of the truck.



CFR : 3.129(a)

Photographer: **DR. CUNNINGHAM**
Date and Time: **08-JUL-20**                                    Certificate: **73-C-0230**
Inspection No: **2016082569853430**                  Legal Name:
Description:                                                                **JEFFREY  LOWE**
 Open boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                  **Legal Name:**

**Description:**                                                           **JEFFREY  LOWE**
  Close up of rancid meat on the bumper of the non functional cold storage refrigeration truck.



CFR : 3.129(a)

Photographer: DR. CUNNINGHAM

Date and Time: 08-JUL-20                          Certificate: 73-C-0230

Inspection No: 2016082569853430                   Legal Name:

Description:                                        **JEFFREY  LOWE**
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                             **Legal Name:**
**Description:**                                                        JEFFREY  LOWE
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 3.125(a)

Photographer: DR. CUNNINGHAM

Date and Time: 08-JUL-20                                    Certificate: 73-C-0230

Inspection No: 2016082569853430                             Legal Name:

Description:                                                JEFFREY  LOWE
 Tiger enclosure with a vertical metal ledge cited previously and not corrected.



CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**

**Certificate: 73-C-0230**

**Inspection No: 2016082569853430**

**Legal Name:**

**Description:**

**JEFFREY  LOWE**

Close up of the tiger enclosure with a vertical metal ledge cited previously and not corrected.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                  **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                           **Legal Name:**
**Description:**                                                        JEFFREY  LOWE
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 2.40(b)(3)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**                          **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                   **Legal Name:**

**Description:**                                       **JEFFREY  LOWE**
Fisher Cat cited on previous inspection for lack of daily observation (limping), still not examined by Attending Veterinarian.



CFR : 2.40(b)(2)

---

**Photographer: BONNIE BOONE, D.V.M.**
**Date and Time: 08-JUL-20   10:16 am**                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                        **Legal Name:**
**Description:**
  Video of two geriatric wolves, one not rising and insufficient bedding.                    **JEFFREY  LOWE**



CFR : 2.40(b)(3)

**Photographer: BONNIE BOONE, D.V.M.**
**Date and Time: 08-JUL-20   10:22 am**          **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**               **Legal Name:**
**Description:**                                                    **JEFFREY  LOWE**
 Fisher Cat cited on previous inspection for lack of daily observation (limping), still not examined by Attending
 Veterinarian.



CFR : 3.129(a)

---

**Photographer: BONNIE BOONE, D.V.M.**

**Date and Time: 08-JUL-20   10:28 am**          **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**          **Legal Name:**

**Description:**          **JEFFREY  LOWE**

 Video of the interruption of the rinsing of truck bed with boxes of thawing meat getting wet and licensee claiming that
 "the truck works great."

21