AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-00423-JFH |
| Jeffrey Lowe, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                          .

Date:        11/24/2020

/s/ Briena L. Strippoli
*Attorney's signature*

Briena L. Strippoli
*Printed name and bar number*

U.S. Department of Justice, ENRD,
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
*Address*

briena.strippoli@usdoj.gov
*E-mail address*

(202) 598-0412
*Telephone number*

(202) 305-0275
*FAX number*