# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-cv-423-JFH |
| JEFFREY LOWE, et. al. | ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO FILE EXHIBIT CONVENTIONALLY**

The Defendant, Jeffrey Lowe, hereby moves the Court for an Order allowing him to file an exhibit conventionally. Specifically, Defendant has an audio file of a Government APHIS inspector requesting specific, contested information on behalf of Government counsel in violation of ABA and Oklahoma Ethics Rule 4.2. The Defendant desires to file a Motion to Amend the Stipulation for Preliminary Injunction to ensure safeguards are taken so Government counsel is not interrogating a represented party via proxy in violation of Oklahoma ethics rules.

s/Daniel J. Card
Daniel J. Card
512 NW 12th Street
Oklahoma City, OK 73103
580-465-4249
dan@cardlawok.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served upon counsel for the Government via CM/ECF.

s/Daniel J. Card
Daniel J. Card