# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   CIV-20-423-JFH |
| Plaintiff, | ) | |
| v. | ) | Date:   1/12/2021 |
| | ) | |
| JEFFREY LOWE, et al., | ) | Time:   10:00 a.m. – 11:53 a.m. |
| | ) | |
| Defendants. | ) | |

## **MINUTE SHEET – VIDEO CONFERENCE MOTION HEARING**

U.S. District Court Judge John F. Heil, III    Trish Payne, Law Clerk    Shelley Ottwell, Reporter
                                               Nick Davis, Deputy Clerk   FTR Courtroom 1 - Room 230


Counsel for Plaintiff:   Mary Hollingsworth, Briena Strippoli, Jonathan Brightbill, Michael J. O'Malley, and Susan S. Brandon appearing via video conference
Counsel for Defendants:   Daniel J. Card appearing via video conference

**MINUTES:**
Comes on for hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. Entry #27) and Plaintiff's Motion for Temporary Restraining Order (Dkt. Entry #31). Oral arguments held. Plaintiff's Exhibits A-RR and Defendant's Exhibits 1-11 admitted without objection. Court takes matter under advisement.

**ENTERING ORDER:**
GRANTING Plaintiff's Motion to File Additional Declarations (Dkt. No. 57) and admitting additional declarations as exhibits SS and TT. Plaintiff's reply brief due 1/14/2021 by noon (JFH).


COURT ADJOURNED.