### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

 *Plaintiff*,

    **v.**

JEFFREY LOWE,

LAUREN LOWE,

GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and

TIGER KING, LLC,

 *Defendants*.

**Case No. 6:20-cv-00423-JFH**

### MOTION TO WITHDRAW

**COMES NOW** the Plaintiff, by and through Brian J. Kuester, United States Attorney for the Eastern District of Oklahoma and Susan Stidham Brandon, Assistant United States Attorney on behalf of Jonathan D. Brightbill, former Acting Assistant Attorney General, United States Department of Justice, Environment and Natural Resources Division and files this Motion to Withdraw.  Mr. Brightbill resigned from his position on January 20, 2021.  As such, I hereby move to withdraw Mr. Brightbill as counsel of record for Plaintiff, United States of America.  The United States in this matter will continue to be represented by Senior Trial Counsel Mary Hollingsworth and Trial Attorney Briena Strippoli with the United States Department of Justice, Environment and Natural Resources Division, Wildlife and Marine Resources Section.

The undersigned has contacted opposing counsel, who does not object to this Motion.

Respectfully submitted,

BRIAN J. KUESTER
United States Attorney

MARY HOLLINGSWORTH
Senior Trial Attorney
Arizona Bar #27080
BRIENA L. STRIPPOLI
Trial Attorney
ROBERT M. NORWAY
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.hollingsworth@usdoj.gov | 202-598-1043
Briena.strippoli@usdoj.gov | 202-598-0412
Robert.m.norway@usdoj.gov | 202-307-1145

*s/Susan Stidham Brandon*
SUSAN STIDHAM BRANDON, OBA 12501
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
(918) 684-5112
Susan.Brandon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that all participants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Susan Stidham Brandon*
SUSAN STIDHAM BRANDON
Assistant United States Attorney