# EXHIBIT ZZ – Decl. Haven

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY LOWE, LAUREN LOWE,
GREATER WYNNEWOOD EXOTIC
ANIMAL PARK, LLC, and TIGER
KING, LLC,

    Defendants.

Case No. 6:20-cv-423

## DECLARATION OF MARY LYNN HAVEN

I, Mary Lynn Haven, do hereby declare that:

1. I am the director of Tiger Haven, a 501(c)(3) organization that we are a sanctuary for Big Cats. Tiger Haven is located in Kingston, Tennessee.

2. Jeffrey and Lauren Lowe transferred animals to Tiger Haven on three occasions in 2020: February 29, 2020, August 18, 2020, and September 28, 2020.

3. Jeffrey and Lauren Lowe and their employees, including Eric Cowie and two others, provided me with the names and ages of the animals to be listed on the transfer documents, such as those attached to this declaration for the animals transferred to Tiger Haven on September 28, 2020.

4. I was at Greater Wynnewood Exotic Animal Park in Wynnewood, Oklahoma to pick up the 21 animals transferred to Tiger Haven on September 28, 2020. I observed a male tiger cub, with his two littermates, both of whom were females. I was never given a name for these cubs. Tiger Haven rescued the male cub and we named him Tiki. They retained the two littermates. The Lowes stated that the cubs were 2 weeks old at the time. Based

on my observations of Tiki's growth and development since his transfer to Tiger Haven, I have no reason to doubt that Tiki was in fact 2 weeks old at the time he was transferred to our facility.

5. Among the Big Cats transferred to Tiger Haven in August and September 2020, the only Big Cat to be diagnosed with Metabolic Bone Disease was Ayeesha, a lion-tiger hybrid juvenile. Tiki has never been diagnosed with Metabolic Bone Disease.

Under the penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to the best of my knowledge. Executed in Kingston, Tennessee, on February 12, 2021.

Mary Lynn Haven
Tiger Haven

# ATTACHMENT 1 – Tiger Haven Transfer List, dated September 28, 2020

DATE: 9/28/2020

ORIGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098

USDA/STATE # ____

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763

USDA/STATE # 3092699

BUY ☐   SOLD ☐   DONATE ☐   BREEDER LOAN ☐   EXHIBIT LOAN ☐

DISPOSITION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Jeffery | Tiger | m | 8 yrs. |
| 1 | Dot | | F | 7 yrs. |
| 1 | Aoki | | m | 3 yrs. |
| 1 | Presley | | m | 3 yrs. |
| 1 | Merry | | F | 3 yrs. |
| 1 | Happy | | F | 3 yrs. |
| 1 | Peanut | | F | 10 yrs |
| 1 | Elizabeth | | F | 8 mts. |
| 1 | Isabella | | F | 8 mts. |

DRIVER (PRINT/SIGNATURE) _____/_____
DATE: __/__/__
POSITION _____ VECHILE _____ TAG _____

DATE: 9/28/2020
ORIGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098
USDA/STATE #: 

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763
USDA/STATE #: 30921699

BUY ☐   SOLD ☐   DONATE ☐   BREEDER LOAN ☐   EXHIBIT LOAN ☐

## DISPOSTION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Farrah | Tiger | F | 8 mts. |
| 1 | Nero | | m | 2 yrs. |
| 1 | Chibs | | m | 2 yrs. |
| 1 | Safari | | F | 2 yrs. |
| 1 | Emma Jean | | F | 6 yrs. |
| 1 | Clyde | | m | 6 yrs. |
| 1 | Tiki | | m | 2 wks. |

DRIVER (PRINT/SIGNATURE) _____/_____
POSITION _____ VECHILE _____ TAG _____
DATE: __/__/__

DATE: 9/28/2020
ORIGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098
USDA/STATE # _____

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763
USDA/STATE # 30921099

BUY ☐   SOLD ☐   DONATE ☐   BREEDER LOAN ☐   EXHIBIT LOAN ☐

DISPOSTION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Ayeesha | Li Liger | F | 8 mts. |
| 1 | Atlas | Lion | m | 12 yrs. |
| 1 | Ares | " | F | 12 yrs. |
| 1 | Otta | " | m | 10 yrs. |
| 1 | Inkadaya | ↓ | F | 10 yrs. |

DRIVER (PRINT/SIGNATURE) _____ / _____   DATE: __/__/__
POSITION _____ VECHILE _____ TAG _____