# EXHIBIT AAA – Fourth Decl. Dr. Gage

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,<br><br>    Defendants. | Case No. 6:20-cv-423 |

## FOURTH DECLARATION OF DR. LAURIE GAGE

I, Dr. Laurie Gage, do hereby declare that:

1. Since March 2004, I have worked as a veterinary medical officer and Species Specialist for Big Cats and Marine Mammals for the Animal Care Division of U.S. Department of Agriculture's ("USDA") Animal and Plant Health Inspection Service. I earned my Doctor of Veterinary Medicine from the University of California, Davis, School of Veterinary Medicine in 1979. I have over 40 years of experience observing, handling, and treating Big Cats, including tigers and lions.

2. I am board certified in zoological medicine. I am also a member of the American Veterinary Medical Association, the American Association of Zoo Veterinarians, the International Association for Aquatic Animal Medicine, and a Diplomate of the American College of Zoological Medicine.

3. Healthy female tigers have litters ranging from two to seven cubs. A typical litter is three to four cubs. It is rare for a healthy tiger to only have one cub in a litter.

However, this can occur when the mother is bred too young, overbred, or malnourished.

Under the penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to the best of my knowledge. Executed in California, on February 11, 2021.



Laurie J. Gage, DVM, Dipl. ACZM
Big Cat and Marine Mammal Specialist
USDA APHIS Animal Care,
Center for Animal Welfare