# EXHIBIT BBB –
# Decl. of IES Investigator McLaughlin regarding
# Dr. David Harrison 02/12/21

**DECLARATION**

I declare that my name is Kevin McLaughlin, I am over the age of eighteen and I am fully competent to make this declaration. I know each of the facts set forth herein based on personal firsthand knowledge:

1. I am an Investigator for the U.S. Department of Agriculture (USDA), Animal & Plant Health Inspection Service (APHIS), Investigative & Enforcement Services (IES). I have held this position since 2002. My work address is 920 Main Campus Drive. Suite 200, Raleigh, NC 27606, and my mobile phone number is (817) 807-3608.

2. On 02/10/21, I received an assignment to contact Dr. David Harrison. Dr. Harrison was the veterinarian Jeff Lowe hired to tranquilize animals in order to move them from their facility in Wynnewood, OK to a facility in Thackerville, OK. The movement of animals started on 10/02/20, and ended on 10/03/20.

3. An internet search showed Dr. Harrison was the owner of Grassland Veterinary Services, located at 202 NE 4th St, Lindsay, OK 73052. The clinic phone number is (405) 756-4448. Dr. Harrison's e-mail address for work purposes is grasslandvet@hotmail.com.

4. On 02/11/21, I phoned Dr. Harrison at the number provided above. A receptionist answered, and I asked to speak with Dr. Harrison if he was available. She said he was available, asked my name and transferred the call. When Dr. Harrison answered I introduced myself and told him that I needed to speak with him about the services he provided for Jeff Lowe at the facility in Wynnewood, OK in October 2020. I told him there was some disagreement surrounding the liger that died at the facility after being darted, but we could get to that later.

5. He asked whether I wanted to just ask him questions and he give the answer, or if I would rather him just tell me what happened with the liger. I told him to go ahead and tell me what happened and we could come back to my other questions.

6. He started out by saying that things were crazy those two days. Dr. Harrison explained that they started darting and moving animals at approximately 2 pm on the first day (10/02/20) and he stopped at about 7 pm in order for the Lowe's and their crew to haul a truckload of animals to the facility in Thackerville. He said they returned at approximately 10 pm that evening, and they continued darting and

moving animals until they had another truckload, which was about 3:00 or 4:00 am. He said he took a nap, ate breakfast, and resumed darting animals at approximately 7 am on 10/03/20 and finished later that day.

7.  He estimated they darted approximately 35 animals, which included 2 monkeys, a panther, a cougar, and several tigers, lions, and wolves. By darting he meant they tranquilized, or immobilized, the animals long enough to transport them to a cage safely. He said the liger was one of the last animals darted, and the best he remembered the liger was a female.

8.  Dr. Harrison said the liger was "super" agitated prior to being darted the first time. Dr. Harrison said he could not remember whether he darted the liger initially, or whether Jeff Lowe darted the animal. He pointed out that it was only he and Jeff Lowe darting the animals, and said he would load the darts for Jeff Lowe.

9.  He said after darting the liger the first time, they continued darting other animals and waiting for the liger to go down. After approximately 20-40 minutes, the liger was still up as if nothing had happened. He said they darted the animal a second time hoping that would put the liger to sleep. Dr. Harrison stated that he could not remember who darted the animal the second time, it was either him or Jeff Lowe.

10. He said they waited another 20-40 minutes, and again the liger seemed unphased by the medication. Dr. Harrison said this person suggested he give the liger a dart mixed with Telazol and Ketamine. Dr. Harrison agreed and administered the last dart. Dr. Harrison mentioned a couple of times that he was fairly sure it was him that darted the liger the third and final time.

11. Dr. Harrison said his wife stayed right beside the liger to monitor her for any problems while they went out to dart other cats. He said he was about 100 yards away when his wife called him saying the liger seemed to be having trouble.

12. He said that since he planning to have the animals sleep off the immobilizing agent, he was not planning on having to reverse it, therefore, when he needed the reversal agent, he had to walk a "couple of hundred yards" meandering through the park to get the reversal agent from his truck. He said it took approximately 20 minutes from the time his wife notified him the liger was having trouble until he administered the reversal agent.

13. By the time the reversal was administered, the liger's heart was still beating, but it was not breathing. He said they did chest compressions for approximately 45 minutes to keep the animal breathing,

but it didn't do any good and the liger eventually died. Dr. Harrison said the liger's color never went bad until it's heart stopped. He mentioned that he thought it had too much epinephrine.

14. As to the tranquilizer/immobilizing agents used, Dr. Harrison said the animals were given a dose of Meditomidine, as well as Ketamine. Since this did not work on the liger on the first two darts, the liger's third dart consisted of Telazol mixed with Ketamine, as suggested to Dr. Harrison. Dr. Harrison explained that Telazol is a combination of Teledimine and Zalazapan. As to the reversing agent, Dr. Harrison said Tolazoline was the agent he had and administered to the liger.

15. Dr. Harrison stated that he had some of the tranquilizer/immobilizing agents at his clinic, but he had to borrow some from his veterinary colleagues for the Lowe's animals. I asked if Dr. Joanne Green provided any of the tranquilizer/immobilizing agents, and he said she had provided some of the Ketamine, and had also given him the "recipe" for the tranquilizer/immobilizing agents. Dr. Harrison explained that this was not his first time darting, tranquilizing, and immobilizing animals, he does it routinely on cattle as part of his veterinary practice.

16. Dr. Harrison said this was not his first experience with the Lowes, they had brought a tiger cub to his clinic (that eventually died), and he had darted animals at the Wynnewood facility a couple of times before. He said he would not consider them a regular client, and he had never been to their facility in Thackerville, OK. He went on to say the Lowe's were his only client with big cats; the only other exotics he works on are a few snakes and turtles.

I declare that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 12, 2021.

KEVIN MCLAUGHLIN
Digitally signed by KEVIN MCLAUGHLIN
Date: 2021.02.12 10:00:02 -06'00'

Kevin McLaughlin
IES Investigator, Texas