# EXHIBIT DDD –
# Defendants' & Dr. Fryer's
# Program of Veterinary Care



6:20-cv-00423-JFH   Document 72-5   Filed in ED/OK on 02/12/21   Page 3 of 7

☐ check if not applicable

## SECTION III. WILD AND EXOTIC ANIMALS

PAGE 3 of

**A. VACCINATIONS** – LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF THE VACCINATIONS (enter N/A if not applicable)

CARNIVORES — See attached List

HOOFED STOCK — See attached List

PRIMATES — See attached List

ELEPHANTS — See attached List

MARINE MAMMALS — N/A

OTHER (specify) — N/A

— See attached List

**B. PARASITE CONTROL PROGRAM** – DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES (fleas, ticks, mites, lice, flies) Monthly to seasonal flea + tick preventative for all applicable species as directed by veterinarian. Frontline, Revolution, comforts

2. BLOOD PARASITES Will implement heartworm prevention + tick + flea prevention in any susceptible species as well as test once a year. once a month tx, once a month flea + tick prev. as instructed by Vet.

3. INTESTINAL PARASITES Fecal sampling from all species every 18 months. Panacur or pyrantel, Marquis will be prescribed as needed. yearly deworming will occur as well depending on species +  Vet instruction

**C. EMERGENCY CARE**

1. DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND, AND HOLIDAY CARE
The veterinarian of Record is available for either ER on site visits or if needed ER TX at ER in OKC. Alternative Exotic ER in grapevine mills Texas.

2. DESCRIBE CAPTURE AND RESTRAINT METHOD(S)
Animal will be isolated + corraled by trained staff and directed to respective cage if escaped. If unable to do this a veterinarian will be called into sedate animal.

**D. EUTHANASIA**

1. SICK, DISEASED, INJURED, OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. LICENSEES AND REGISTRANTS, IN CONSULTATION WITH THEIR ATTENDING VETERINARIANS, CAN USE METHODS OF EUTHANASIA THAT MEET THE DEFINITION OF EUTHANASIA IN THE ANIMAL WELFARE REGULATIONS, WHICH ALLOWS FOR THE USE OF HUMANE METHODS THAT EITHER:
- PRODUCE RAPID UNCONSCIOUSNESS AND SUBSEQUENT DEATH WITHOUT EVIDENCE OF PAIN OR DISTRESS, OR
- UTILIZE ANESTHESIA PRODUCED BY AN AGENT THAT CAUSES PAINLESS LOSS OF CONSCIOUSNESS AND SUBSEQUENT DEATH.

APPROPRIATE METHODS MAY INCLUDE, BUT ARE NOT LIMITED TO, THOSE DESCRIBED IN THE "AVMA GUIDELINES FOR EUTHANASIA OF ANIMALS".

EUTHANASIA WILL BE CARRIED OUT BY THE: ☒ VETERINARIAN   ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA Any animal that a veterinarian recommends euthanasia will be given an IM inj of sedative + an IV injection of euthanasia solution.

**E. ADDITIONAL PROGRAM TOPICS** – THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE:

☒ PEST CONTROL AND PRODUCT SAFETY
☒ QUARANTINE PROCEDURES
☒ ZOONOSES
☐ OTHER (specify) _____
☒ ENVIRONMENT ENHANCEMENT (primates)
☐ WATER QUALITY (marine mammals) N/A
☒ SPECIES-SPECIFIC BEHAVIORS
☒ PROPER STORAGE AND HANDLING OF DRUGS AND BIOLOGICS
☒ PROPER USE OF ANALGESICS AND SEDATIVES

**F. LIST THE SPECIES SUBJECTED TO TUBERCULOSIS TESTING AND THE FREQUENCY OF SUCH TESTS**
all nonhuman primates once a year

APHIS FORM 7002
APR 2018

## SECTION IV. OTHER WARMBLOODED ANIMALS

PAGE 4 of

**A. INDICATE SPECIES**

See attached List

**B. VACCINATIONS** – LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY (enter N/A if not applicable)

See attached List

**C. PARASITE CONTROL PROGRAM** – DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES (fleas, ticks, mites, lice, flies) Revolution or Frontline monthly for all susceptible animals with outdoor exposure

2. INTERNAL PARASITES (Helminths, Coccidia, other) Fecal Sampling from all species every 3 months

**D. EMERGENCY CARE** – DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND, AND HOLIDAY CARE

The veterinarian of Record is available for either ER on site visits or if needed ERTx at ER hospital in OKC or Local Lg. Animal Vet in Thackerville

**E. EUTHANASIA**

1. SICK, DISEASED, INJURED, OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. LICENSEES AND REGISTRANTS, IN CONSULTATION WITH THEIR ATTENDING VETERINARIANS, CAN USE METHODS OF EUTHANASIA THAT MEET THE DEFINITION OF EUTHANASIA IN THE ANIMAL WELFARE REGULATIONS, WHICH ALLOWS FOR THE USE OF HUMANE METHODS THAT EITHER:
  - PRODUCE RAPID UNCONSCIOUSNESS AND SUBSEQUENT DEATH WITHOUT EVIDENCE OF PAIN OR DISTRESS, OR
  - UTILIZE ANESTHESIA PRODUCED BY AN AGENT THAT CAUSES PAINLESS LOSS OF CONSCIOUSNESS AND SUBSEQUENT DEATH.

APPROPRIATE METHODS MAY INCLUDE, BUT ARE NOT LIMITED TO, THOSE DESCRIBED IN THE "AVMA GUIDELINES FOR EUTHANASIA OF ANIMALS".

EUTHANASIA WILL BE CARRIED OUT BY THE: [X] VETERINARIAN   [ ] LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA   If euthanasia is deemed necessary then a veterinarian will give a sedative injection & IV injection of euthana solution.

**F. ADDITIONAL PROGRAM TOPICS** – THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE:

- [x] PASTEURELLOSIS
- [x] PODODERMATITIS
- [x] CANNIBALISM
- [ ] WET TAIL  N/A
- [ ] OTHER (specify)
- [x] SPECIES SEPARATION
- [x] MALOCCLUSION/OVERGROWN INCISORS
- [x] PEST CONTROL AND PRODUCT SAFETY
- [x] HANDLING

APHIS FORM 7002
APR 2016

Section III and IV. Wild and Exotic Animals, other warm blooded WarmBlooded Animals
  A. Yearly Vaccinations
    Carnivores:
      *Puma Concolor*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Lynx Rufus*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Lynx Canadensis*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Panthera Leo*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Panthera Onca*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Panthera Tigris*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Panthera leo x P. tigris*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)
      *Caracal caracal*
        1. Rabies (IMRAB), FVRCP, FelV (Fel-O-Vax)

      *Canis lupus*
        1. Rabies(IMRAB), DHPPC (Nobivac-Canine -1)
      *Canis aureus*
        1. Rabies(IMRAB), DHPPC (Nobivac- Canine -1)
      *Canis latrans*
        1. Rabies (imrab), DHPPC (Nobivac-Canine-1)

      *Otocyon megalotis*
        1. Rabies (Imrab 3), Ferret Distemper Vx (Purevax)
      *Vulpes vulpes*
        1. Rabies (Imrab 3), Ferret Distemper Vx (Purevax)
      *Vulpes lagopus*
        1. Rabies (Imrab 3), Ferret Distemper Vx (Purevax)

*Mustela Putorious Furo*
   1. Rabies (imrab 3), (Purevax) Ferret Distemper Vx

*Martes pennant*
   1. Rabies (imrab 3), (Purevax) Ferret Distemper Vx

## Hoofstock:
*Lama pacos*
   1. CD/T (Bar Vac), Rabies (Imrab)
*Capra hircus*
   1. CD/T (Bar Vac), Rabies (Imrab)
*Sheep*
   1. CD/T (Bar Vac), Rabies (Imrab)
*Camelus dromedaries domestic*
   1. CD/T (Bar Vac), Rabies (Imrab)

## Primates:
*Lemur catta*
*Saguinus midas*
*Callithrix jacchus*
*Northern Lesser Bushbaby*
*Macaca mulatta*
*Macaca nemestrina*
   1. TB test yearly
   2. Rabies vaccine
   3. Tetanus toxid (every 5 years)

## Other:
*Hystrix cristata*
   1. Rabies (imrab)
*Potos flavus*
   1. (Pureax) Ferret Distemper
   2. Rabies (imrab)

3. FVRCP(Fel-0-Vax PCT + Calici)

*Procyon lotor*
1. (Purevax) Ferrert Distemper
2. Rabies (imrab)
3. FVRCP (Fel-o-Vax PCT + Calici)