# EXHIBIT EEE – Documents Lowes gave during Inspection

# Disposition Form

To: Christina Jane
Durant, OK

Aug. 27, 2020

Sloth – 15 yr

# Disposition Form

To: Pat Craig

Grizzly bear – 2 1/2 yr

Black bear – 6 yr

Tiger – boo boo

Tiger – Forrest

Tiger – Diesel

11 wolves

11 pigs

Unicara – pat craig killed her overdosing with his own drugs!

# Disposition Form

Clayton Hughes
Marrieta, OK

October 1, 2020

2 skunks

# Disposition Form

To: Pat Craig
Keenesburg, CO

Oct. 3, 2020

Grizzly bear - 2 1/2 yr
Black bear - 6 yr
Tiger - boo boo
Tiger - Forrest
Tiger - Diesel
11 wolves
11 pigs
Unicara - pat craig killed her overdosing with his own drugs!

# Disposition Form

To: wild      Aug. 20, 2020

2 Raccoons - given to us by the general public, we released them back to the wild.

# Disposition Form

October 5, 2020

Kangaroo was found injured along with our ducks and chickens killed in the morning by wild coyotes. We were completely unaware coyotes roam the area.

Kangaroo was quickly rushed to the vet for care. He was still alert and aware of his surrounding but was severely injured. After two days of the kangaroo staying the night and being taken care of at the vet. The veterinarian called and said even though he seems to be doing okay, the ethical thing to do would be put him down.



**TEXAS AVIAN & EXOTIC HOSPITAL**

2700 W. State Highway 114
Building 2
Grapevine, Texas, 76051
**Ph:** 817-953-8560
**Fax:** 817-720-9234
**Email:** records@texasavian.com

**BILL TO**
Lowe, Lauren
21469 Jimbo Rd
Thackerville, Oklahoma, 73459

**INVOICE**
DATE: 10-05-2020
CUSTOMER ID: Lowe, Lauren
ANIMAL: Governor
CONSULT#:307067

| DESCRIPTION | STAFF MEMBER | QTY | DISC | DISC ($) | TOTAL |
|---|---|---|---|---|---|
| Atipamezole [Antisedan] (Sedation Package) | Lauren Thielen, DVM, DABVP (Avian) | 0.6 | | | $0.00 |
| Bandage - Compression 26-50 lbs | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $58.58 |
| Buprenorphine 0.3mg/ml Inj (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $92.65 |
| Catheter- Intravenous | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $68.44 |
| Clean & Flush Wound(s) Per 15min | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $26.47 |
| Comprehensive Diagnostic (ABX) | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $148.10 |
| Cremation Private | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $209.65 |
| Dexmedetomidine 0.5mg/ml (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 0.6 | | | $24.33 |
| Emergency Exam | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $150.00 |
| Enrofloxacin 22.7mg/ml (Per mL) | Lauren Thielen, DVM, DABVP (Avian) | 6.65 | | | $79.67 |
| Euthanasia Solution (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 7 | | | $2.75 |
| Excede Inj (per mL) | Lauren Thielen, DVM, DABVP (Avian) | 0.5 | | | $2.89 |
| Fentanyl 0.05mg/ml CRI Initial | Lauren Thielen, DVM, DABVP (Avian) | 93.3 | | | $288.23 |
| Fluid IV Additional Liter(s) | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $85.69 |
| Fluid IV Additional Liter(s) | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $85.69 |
| Fluid IV Initial Liter | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $93.72 |
| Hematology (ABX) | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $74.02 |
| Hospitalization-AEHNT Weekday/Overnight | Lauren Thielen, DVM, DABVP (Avian) | 1 | | | $120.13 |
| Hospitalization-per 8 Hours | Lauren Thielen, DVM, DABVP (Avian) | 0.3 | | | $23.90 |
| Ketamine 100mg/ml (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 0.45 | | | $38.19 |

**PAYMENT TERMS: COD**
Payment in full is expected upon completion of treatment.
Administration fees and collection fees will be applied to overdue accounts.
**Bank Account:**
*If you are paying by bank transfer, please note the invoice number and/or patient surname as your reference number.*

| | |
|---|---|
| Subtotal | $1,796.37 |
| Inc. TAX | $0.00 |
| **Total** | **$1,796.37** |
| Paid | $1,796.37 |
| Due | $0.00 |

1/2



2700 W. State Highway 114
Building 2
Grapevine, Texas, 76051
**Ph:** 817-953-8560
**Fax:** 817-720-9234
**Email:** records@texasavian.com

**BILL TO**
Lowe, Lauren
21469 Jimbo Rd
Thackerville, Oklahoma, 73459

**INVOICE**
DATE: 10-05-2020
CUSTOMER ID: Lowe, Lauren
ANIMAL: Governor
CONSULT#:307067

| DESCRIPTION | STAFF MEMBER | QTY | DISC | DISC ($) | TOTAL |
|---|---|---|---|---|---|
| Ketamine 100mg/ml (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 0.6 | | | $0.98 |
| Metacam (meloxicam) 5mg/ml Inj (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 1.21 | | | $80.28 |
| Midazolam HCL 5mg/ml | Lauren Thielen, DVM, DABVP (Avian) | 1.21 | | | $42.01 |
| Propofol 10mg/ml (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 16 | 100.00% | $34.30 | $0.00 |
| Telazol 100mg/ml (Per ml) | Lauren Thielen, DVM, DABVP (Avian) | 1.51 | 100.00% | $65.55 | $0.00 |

PAYMENT TERMS: **COD**
Payment in full is expected upon completion of treatment.
Administration fees and collection fees will be applied to overdue accounts.
**Bank Account:**
If you are paying by bank transfer, please note the invoice number and/or patient surname as your reference number.

| | |
|---|---|
| Subtotal | $1,796.37 |
| Inc. TAX | $0.00 |
| **Total** | **$1,796.37** |
| Paid | $1,796.37 |
| **Due** | **$0.00** |

2/2



**Texas Avian & Exotic Hospital**
2700 W. State Highway 114
Building 2
Grapevine, Texas, 76051
Ph: 817-953-8560
Fax: 817-720-9234
Email: records@texasavian.com

**BILL TO**
Lowe, Lauren
21469 Jimbo Rd
Thackerville, Oklahoma, 73459

**Estimate**
**62905(10-05-2020)**
**Lowe, Lauren**
**Governor (103581)**

| DESCRIPTION | QTY | TOTAL |
|---|---|---|
| Emergency Exam | 1 → 1 | $150.00 → $150.00 |
| Buprenorphine 0.3mg/ml Inj (Per ml) | 1 → 1 | $92.65 → $92.65 |
| Buprenorphine 0.3mg/ml Inj (Per ml) | 1 → 1 | $92.65 → $92.65 |
| Catheter- Intravenous | 1 → 1 | $68.44 → $68.44 |
| Fluid IV Initial Liter | 1 → 1 | $93.72 → $93.72 |
| Fluid IV Additional Liter(s) | 1 → 3 | $85.69 → $257.06 |
| Midazolam HCL 5mg/ml | 1 → 3 | $41.22 → $48.76 |
| Bandage - Wet-Dry 26-50 lbs | 1 → 1 | $73.91 → $73.91 |
| Clean & Flush Wound(s) Per 15min | 2 → 2 | $52.94 → $52.94 |
| Metacam (meloxicam) 5mg/ml Inj (Per ml) | 1 → 1 | $72.85 → $72.85 |
| Enrofloxacin 22.7mg/ml (Per mL) | 1 → 1 | $43.80 → $43.80 |
| Hospitalization-per 8 Hours | 0.5 → 0.5 | $39.83 → $39.83 |
| Hospitalization-per 8 Hours | 1 → 1 | $79.66 → $79.66 |
| Hospitalization-AEHNT Weekday/Overnight | 1 → 1 | $120.13 → $120.13 |
| Hematology (ABX) | 1 → 1 | $74.02 → $74.02 |
| Comprehensive Diagnostic (ABX) | 1 → 1 | $148.10 → $148.10 |
| RADIOGRAPHS - Initial 2 Views | 1 → 1 | $256.30 → $256.30 |
| Estimate Buffer | 1 → 2 | $100.00 → $200.00 |

| | |
|---|---|
| Subtotal | $1685.91 → $1964.82 |
| Tax | $0.00 |
| Total | $1685.91 → $1964.82 |
| Required Deposit | $0.00 |



**Texas Avian & Exotic Hospital**
2700 W. State Highway 114
Building 2
Grapevine, Texas, 76051
Ph: 817-953-8560
Fax: 817-720-9234
Email: records@texasavian.com

**BILL TO**
Lowe, Lauren
21469 Jimbo Rd
Thackerville, Oklahoma, 73459

**Estimate**
**62907(10-05-2020)**
**Lowe, Lauren**
**Governor (103581)**

| DESCRIPTION | QTY | TOTAL |
|---|---|---|
| Amputation Thoracic Limb 0-25 | 1 → 2 | $654.12 → $1308.24 |
| Surgery Supply Fee | 1 → 1 | $171.79 → $171.79 |
| Dexmedetomidine 0.5mg/ml (Per ml) | 1 → 1 | $78.00 → $78.00 |
| Ketamine 100mg/ml (Per ml) | 1 → 1 | $39.09 → $39.09 |
| Buprenorphine 0.3mg/ml Inj (Per ml) | 1 → 1 | $92.65 → $92.65 |
| Atipamezole 5mg/ml (Per ml) Antisedan | 1 → 1 | $91.11 → $91.11 |
| Local Block_ Pre-Op | 1 → 1 | $29.53 → $29.53 |
| Inhalant Anesthetic 1st Hour | 1 → 1 | $149.36 → $149.36 |
| Inhalant Anesthetic Additional Hour | 2 → 2 | $294.15 → $294.15 |
| Hospitalization-per 8 Hours | 1 → 3 | $79.66 → $238.98 |
| Hospitalization-AEHNT Weekday/Overnight | 1 → 1 | $120.13 → $120.13 |
| Meloxicam 1.5mg/mL Per mL (100ml bottle) | 1 → 1 | $27.31 → $27.31 |
| Bandage - Wet-Dry 0-25 lbs | 1 → 1 | $69.16 → $69.16 |
| Estimate Buffer | 1 → 3 | $100.00 → $300.00 |

| | |
|---|---|
| Subtotal | $1996.06 → $3009.50 |
| Tax | $0.00 |
| Total | $1996.06 → $3009.50 |
| Required Deposit | $0.00 |

This estimate is not a firm quote and as such is subject to change due to unforeseen circumstances. Due to the complex nature of most cases we see, the final charges may vary from this estimate.