# EXHIBIT FFF – Acquisition & Disposition Records sent by Dan Card

## U.S. DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

| SPECIES | NAME | SEX | DOB | NOTES |
|---|---|---|---|---|
| Tiger | Phoenix | Female | unknown | Mother of Caesar & Mirage |
| Tiger | Mirage | Female | 11/28/2020 | |
| Tiger | Caesar | Male | 11/28/2020 | |
| Tiger | Gracie | Female | 10/01/2013 | Mother of Shadow & Chanel |
| Tiger | Shadow | Female | 09/05/2020 | |
| Tiger | Chanel | Male | 09/05/2020 | |
| Tiger | Tilly | Female | Unknown | Mother of Pleiades |
| Tiger | Pleiades | Male | 05/08/2020 | |
| Tiger | Odeza | Female | 05/06/2020 | |
| Tiger | Ima | Female | 08/15/2014 | Mother of Moose & Abby |
| Tiger | Moose | Male | 04/02/2020 | |
| Tiger | Abby | Female | 04/02/2020 | |
| Tiger | Maggie | Female | 03/27/2020 | |
| Tiger | Leigha | Female | 03/27/2020 | |

I declare under penalty of perjury that this inventory accurately lists the animals taken by USDA on January 24, 2021.

Date: 1/24/2021

_Lauren Lowe_
Signature

_Lauren Lowe_
Printed Name

ANIMAL DECEASED FORM

Owner: Jeff Lowe
Address: 25803 N.C.R 3250 → 21409 Jimbo Rd
Wynnewood, OK 73098    Thackerville, OK 73459
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | D.O.D. | NOTES |
|---|---|---|---|---|---|
| lion | Kanari | F | 8/5/2019 | 9/11/2020 | |
| bobcat | Not Named | M | unknown | 10/1/2020 | Female killed her mate |
| bobcat | Not Named | F | unknown | 10/2/2020 | Female passed away the following day |
| kangaroo | Govenor | M | unknown | 10/6/2020 | wild coyote attack - had to be euthanized |
| (2) Hedgehog | No Name | unknown | unknown | 10/8/2020 | escaped |
| Hybrid Tiger | Bubbles | F | | 12/17/2020 | chocked |
| Hybrid Tiger | Daniel | M | | 12/21/2020 | Metabolic Bone Disease vet recomended to euthize |
| Hybrid Tiger | Maynard | M | 18yr | 12/25/2020 | Heart Attack |
| Wolf | Coachies | M | 18yr | 1/12/2021 | old age |
| Ground Squirrel | Chubs | M | unknown | | unknown |

| SPECIES | NAME | SEX | D.O.B. | D.O.D. | NOTES |
|---|---|---|---|---|---|
| pig | No name | unknown | unknown | 1/6/2021 | Feeder for cats |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: Jeff Lowe
Address: 25803 N.C.R. 3250
Wynnewood, OK 73098
USDA/State #: _____

To: Pat Craig
Address: 2999 Co. Rd. 53
Keenesburg, CO 80643
USDA/State #: 84-C-0019

Donated [X]   Exhibitor Loan [ ]   Temporary Rehome [ ]   Sale [ ]   Breeder Loan [ ]

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| lion | Leo | M | 8/5/19 | |
| lion | Nala | F | 8/2/19 | |
| lion | Amelian | F | 8/2/19 | |

### DRIVER INFO

Name: Pat Craig    Date: 9/21/20
Vehicle: _____    Tag: _____

# RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: Jeff Lowe
Address: 21400 Jimbo Rd
Thackerville, OK 73458
USDA/State #: _____

To: Pat Craig
Address: 2999 Co. Rd. 53
Keenesburg, CO 80643
USDA/State #: 84-C-0019

Donated ☐   Exhibitor Loan ☐   Temporary Rehome ☐   Sale ☐   Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| brown bear | Gizzy | F | 3 yr | |
| black bear | Eve | F | 6 yr | |
| tiger | BooBoo | F | 6 yr | |
| tiger | Desile | M | 6 yr | |
| tiger | Forrest | M | 6 yr | |
| 11 pigs | | unknown | unknown | |
| 11 wolves | | | ← 4F  4M  3unknown | |
| liger | Uniquara | F | 12 yr | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DRIVER INFO**

Name: Pat Craig   Date: 10/3/20
Vehicle: _____   Tag: _____

# RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: Jeff Lowe
Address: 21469 Jimbo Rd
Thackerville, OK 73459
USDA/State #: 

To: Tiger Haven
Address: 237 Harvey Rd
Kingston, TN 37763
USDA/State #: 3092699 TN

Donated [X]   Exhibitor Loan [ ]   Temporary Rehome [ ]   Sale [ ]   Breeder Loan [ ]

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| hybrid tiger | Jeffrey | M | 8 yr | |
| hybrid tiger | Dot | F | 7 yr | |
| hybrid tiger | Aoki | M | 3 yr | |
| hybrid tiger | Presley | M | 3 yr | |
| hybrid tiger | Merry | F | 3 yr | |
| hybrid tiger | Happy | F | 3 yr | |
| hybrid tiger | Peanut | F | 10 yr | |
| hybrid tiger | Elizabeth | F | 1 yr | |
| hybrid tiger | Isabella | F | 1 yr | |
| hybrid tiger | Farran | F | 1 yr | |
| hybrid tiger | Nero | M | 6 yr | |
| hybrid tiger | Chips | M | 6 yr | |
| hybrid tiger | Sufan | F | 6 yr | |
| hybrid tiger | Emma Jean | F | 6 yr | |
| hybrid tiger | Clyde | M | 7 yr | |
| hybrid tiger | Tiki | M | 1 month | |

**DRIVER INFO**

Name: Mary Lynn   Date: __/__/__
Vehicle: _____   Tag: _____

RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: Jeff Lowe
Address: 21400 Jimbo Rd
Thackerville, OK
USDA/State #: _____

To: Tiger Haven
Address: 237 Harvey Rd
Kingston, TN 37763
USDA/State #: 3092699 TN

Donated ☒   Exhibitor Loan ☐   Temporary Rehome ☐   Sale ☐   Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| liliger | Ayeesha | F | 8 mnts | |
| lion | Atlas | M | 12 yr | |
| lion | Aries | F | 12 yr | |
| lion | Inkaaaya | F | 15 yr | |
| lion | Otra | M | 15 yr | |
| hybrid tiger | Tacova | M | 9 yr | |
| hybrid tiger | Snow white | F | 9 yr | |
| hybrid tiger | Tulsa | F | 5 yr | spayed |

DRIVER INFO

Name: Mary Lynn    Date: 8/17/20
Vehicle: _____    Tag: _____