# EXHIBIT GGG –
# October 2020 Travel Certificates for
# The Wild Animal Sanctuary

Oklahoma City, OK 73105
Phone: 405-522-6141

| Consignor | Location of Animals | Consignee | Destination of Shipment | Carrier (Transporter) | |
|---|---|---|---|---|---|
| The Wild Animal Sanctuary<br>2999 Co Rd 53<br>Keenesburg, CO 80643<br>Phone (303) 748-8091<br>County Weld<br>Premises ID | The Greater Wynnewood Exotic Animal Park<br>25803 N County Rd 3250<br>Wynnewood, OK 73098<br>Phone (303) 748-8091<br>County Garvin<br>Premises ID: | The Wild Animal Sanctuary<br>2999 Co Rd 53<br>Keenesburg, CO 80643<br>Phone (303) 748-8091<br>County Weld<br>Premises ID | The Wild Animal Sanctuary<br>2999 Co Rd 53<br>Keenesburg, CO 80643<br>Phone (303) 748-8091<br>County Weld<br>Premises ID | Shipment Date | |
| | | | | Carrier | In-Sync Exotics Wildlife Rescue & Educational Center<br>3430 Skyview Dr<br>Wylie, TX 75098 |
| | | | | Phone: | (214) 236-3605 |
| | | | | Transport Method | Car |
| | | | | Moving | Interstate |

| Disease Certification Statements | Flock/Herd Accredited Free For | Current State / Area Status |
|---|---|---|
| | | N/A |

**Owner Statement**

"The animals in this shipment are those certified to and listed on this certificate"

Date:
Signature:

**Veterinary Certification**

"I certify, as an accredited veterinarian that the animals described on this certificate have been inspected by me and that they are not showing signs of infectious, contagious and/or communicable disease (except where noted) The vaccinations and results of tests are indicated on the certificate To the best of my knowledge, the animals listed on this certificate meet the state of destination and federal interstate requirements No further warranty is made or implied"

Digitally Signed By  Address   City   State  Zip
Date/Time   USDA Accreditation   License State / #   Phone #   Email

Dr JoAnne Green
29783 NCR 3260
Wynnewood OK 73098
405 665 9149

**Animal Details**

Animal Type: Small Animal   Species: Other   Movement Purpose: Other

| Row # | Name | Sex | Age/DOB | Breed | Official ID Type | Official IDs | Tests / Vaccinations / Treatments |
|---|---|---|---|---|---|---|---|
| 1 | Grizzy | Female | 2 years | Grizzly Bear | | | |
| 2 | Eva | Female | 5 years | Black Bear | | | |
| 3 | Diesel | Male | 5 years | Tiger | | | |
| 4 | Nala | Female | 6 years | Tiger | | | |

Page 1 of 2

---

**CERTIFICATE OF VETERINARY INSPECTION**

Oklahoma Department of Agriculture, Food, & Forestry
2800 N Lincoln Blvd
Oklahoma City, OK 73105
Phone: 405-522-6141

Certificate #: 20-OK-0137-519AV
Issue Date: 10-4-20
Entry Permit #: 20KX10-04-01

Total # of Animals: 5
Inspection Date: 10-04-2020

| Row # | Name | Sex | Age/DOB | Breed | Official ID Type | Official IDs | Tests / Vaccinations / Treatments |
|---|---|---|---|---|---|---|---|
| 5 | Forrest | Neutered Male | 5 years | Tiger | | | |

| | |
|---|---|
| 17 | 2316464 |

# OKLAHOMA DEPARTMENT OF AGRICULTURE, FOOD & FORESTRY
## CERTIFICATE OF VETERINARY INSPECTION
2800 N. Lincoln Blvd., Oklahoma City, OK 73105 • (405) 522-6141 • Fax (405) 522-0756

Permit Number: 20KK10-06-9

**Name of Consignor/Owner:** The Greater Wynnewood Zoo
**Premise ID #:**
**Name of Consignee:** The Wild Animal Sanctuary
**Premise ID #:**

**Physical Address:** 25803 NCR 3250, Wynnewood, OK 73098
**Physical Address:** 2999 Co Rd 53, Keenesburg, CO 80643

**Origin Address (if different from above):** 303-748-8091
**Destination Address (if different from above):** 303-748-8091

**NUMBER IN SHIPMENT =** 11

- [ ] Mexican Cattle
- [ ] Horse
- [x] Dog/Cat
- [ ] Beef Cattle
- [ ] Swine
- [ ] Poultry
- [ ] Dairy Cattle
- [ ] Sheep/Goat
- [x] Other: Canine

**Area Status:**
- [x] TB Free
- [x] TB MAA
- [x] BR Free
- [ ] BR A
- [ ] Other

**Herd Numbers:**
- [ ] Accredited #
- [ ] Certified #
- [ ] VQ #
- [ ] Other
- [ ] Herd Test Dates

**Purpose of Movement:** [x] INTERSTATE  [ ] INTRASTATE
[ ] Breeding [ ] Feeding [ ] Grazing [ ] Slaughter [ ] Sale [ ] Exhibition [x] Other: Rescue

| OFFICIAL/USDA EARTAG NUMBER OR OTHER OFFICIAL ID | BREED | SEX | AGE | VACCINATION For: / Date: | Negative Test Date | Accession # | Date of Negative Results (72 hrs) | Negative Test Date | Negative Test Date | Negative Test Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Wolves (11) (Grey) | Hybrid | N/A (5F 6M) | Adult | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |

These wolves are healthy and ready to travel.

State of Destination has been Notified.

**VETERINARY CERTIFICATION:** I certify, as an accredited veterinarian, the above described animals have been inspected by me on (date) 10-5-20 and they were not showing signs of infectious, contagious, and/or communicable disease (except where noted). The vaccinations and results of test are as indicated on this certificate. To the best of my knowledge, the animals listed on this certificate meet the state of destination and federal interstate requirements. No warranty is made or implied.

**Certifying Veterinarian (Print or Type):** JoAnne Green
**Certifying Veterinary (Signature):** [signature]
**Address:** 29783 NCR 3200 Wynnewood OK
**Phone:** 405-605-9149
**USDA Accreditation #:** 038349
**ISSUE DATE:** 10 05 20

**Owner/Agent Statement:** The animals in this shipment are those certified to and listed on this certificate

**APPROVED BY STATE OR FEDERAL OFFICIAL:** 2316464

ORIGINAL - RETURN TO ODAFF within 7 days of completion | PINK - ACCOMPANY SHIPMENT | GOLD - VETERINARIAN

**This certificate is valid for 30 days**