IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  **Plaintiff,**  v.  **JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,**  **Defendants.** | Case No. 20-cv-0423-JFH |

## ORDER

This matter is before the Court on its own motion. On January 15, 2021, the Court entered an Order granting preliminary injunctive relief to Plaintiff, the United States of America and requiring that Defendants (1) immediately cease exhibiting animals protected by the ESA and the AWA without a valid USDA exhibitor's license; (2) retain a qualified attending veterinarian under formal arrangements consistent with the requirements of 9 C.F.R. §§ 1.1, 2.40, no later than January 29, 2021; (3) provide acquisition and disposition records for any and all animals added to or missing from their inventories since June 22, 2020, no later than January 22, 2021; (4) submit complete and accurate veterinary records to counsel for the United States within 7 days of any animal being treated by a veterinarian; (5) submit acquisition and disposition records to counsel for the United States within 7 days of any change to the animal inventory; (6) immediately relinquish all Big Cats one year old or younger, along with their respective mothers, to the United

States; (7) not acquire or dispose of any ESA or AWA protected animal without first conferring with the United States and obtaining leave of Court; and (8) permit APHIS to conduct routine inspections of the Thackerville Facility up to every three weeks, at the USDA's discretion. Dkt. No. 65 at 33-34.

On February 12, 2021, the United States moved to enforce the Court's January 15, 2021 Order, alleging that Defendant's had failed to fully comply. Dkt. No. 72. On March 22, 2021, the Court granted the United States' motion and issued an Order discussing why Defendants' actions were insufficient to comply with the Court's January 15, 2021 Order. Dkt. No. 78.

**IT IS HEREBY ORDERED** that Defendants shall fully comply with the Court's January 15, 2021 Order, as directed by the Court's March 22, 2021 Order, no later than April 2, 2021.

**IT IS FURTHER ORDERED** that the show cause hearing set for May 12, 2021, remains scheduled.

Dated this 26th day of March 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE