## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>–v–<br><br>JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,<br><br>*Defendants.* | Case No. 6:20-cv-00423-JFH |

### MOTION TO INTERVENE OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., PROPOSED INTERVENOR-PLAINTIFF

Proposed Intervenor-Plaintiff People for the Ethical Treatment of Animals, Inc. ("PETA"), through its undersigned counsel, pursuant to Fed. R. Civ. P. 24 and LCvR 7.1, respectfully moves this Court for leave to intervene as a party plaintiff under Rule 24(a) or, in the alternative, Rule 24(b) in the above-captioned matter. In support of this Motion to Intervene, PETA incorporates the facts, arguments and authorities set forth in its Brief in Support filed this same date.

Dated: April 28, 2021

1

Respectfully Submitted,

**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**

/s/ *Heather L. Hintz*
Thomas G. Wolfe, OBA NO. 11576
Heather L. Hintz, OBA No. 14253
Mark E. Hornbeek, OBA No. 33198
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
*tgwolfe@phillipsmurrah.com*
*hlhintz@phillipsmurrah.com*
*mehornbeek@phillipsmurrah.com*

Attorneys for Proposed Intervenor-Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served on April 28, 2021, via the Court's CM/ECF system, on the following:

    Mary Hollingsworth
    mary.hollingworth@usdov.gov
    Briana Strippoli
    briana.strippoli@usdoj.gov
    Michael J. O'Malley
    Micahel.O'Malley@usdoj.gov
    Robert M. Norway
    robert.m.norway@usdoj.com
    Susan S. Brandon
    susan.brandon@usdoj.gov

**Attorneys for Plaintiff the United States of America**

    Daniel J. Card
    Dan@cardlawok.com

**Attorney for Defendants**

/s/ *Heather L. Hintz*