# Asher Smith

| | |
|---|---|
| **From:** | Asher Smith |
| **Sent:** | Tuesday, December 29, 2020 5:31 PM |
| **To:** | Daniel Card |
| **Cc:** | Hintz, Heather L.; Wolfe, Thomas G.; Zeynep Graves; Caitlin Hawks |
| **Subject:** | PETA v. Lowe, et al., Case No. 5:20-cv-01076-D |
| **Attachments:** | PETA v. Lowe, et al. Case No 520-cv-01076-D.zip |

Dan,

PETA is available to conduct the inspection and depositions any time between January 12 and 13 as well as January 16 through the end of the month. We would strongly prefer sooner than later. Please provide two consecutive days during which we can complete the inspection and depositions.

In addition, in light of the Court's order today recognizing substitute service on Mr. Yano and appointing you as counsel for Mr. Yano, I have attached the pleadings from the Rule 27 proceeding in case you wish to forward to Mr. Yano.

I look forward to your prompt response.

Asher

**Asher Smith** | Litigation Manager
**PETA Foundation**
1536 16th St. NW
Washington, DC 20036

Admitted to practice law only in New York.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**EXHIBIT 2**