AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-cv-00423-JFH |
| Jeffrey Lowe, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor-Plaintiff, People for the Ethical Treatment of Animals    .

Date:   05/04/2021

/s/ Thomas G. Wolfe
*Attorney's signature*

Thomas G. Wolfe, OBA #11576
*Printed name and bar number*

Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Robinson
Oklahoma City, OK  73102
*Address*

tgwolfe@phillipsmurrah.com
*E-mail address*

(405) 235-4100
*Telephone number*

(405) 235-4133
*FAX number*