AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-00423-JFH |
| Jeffrey Lowe, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor-Plaintiff, People for the Ethical Treatment of Animals    .

Date:   05/05/2021

/s/ Mark E. Hornbeek
*Attorney's signature*

Mark E. Hornbeek, OBA #33198
*Printed name and bar number*

Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N Robinson
Oklahoma City, OK  73102
*Address*

mehornbeek@phillipsmurrah.com
*E-mail address*

(405) 235-4100
*Telephone number*

(405) 235-4133
*FAX number*