# EXHIBIT 1 –
# Dr. Fryer's May 1, 2021 email to USDA

| | |
|---|---|
| **From:** | Gibbens, Robert - APHIS |
| **To:** | Hollingsworth, Mary (ENRD); Toomey, Ciarra - OGC, Washington, DC; Gage, Laurie J - APHIS; Cunningham, Debbie J - APHIS; Shaver, Margaret A - APHIS; Digesualdo, Cynthia L - APHIS |
| **Subject:** | FW: [External Email]Kyro |
| **Date:** | Monday, May 3, 2021 9:04:37 AM |
| **Attachments:** | Kyro.docx<br>Overweight Raccoon.docx<br>Client Communication.docx |

**From:** Alyson Fryer <alysonfryer@gmail.com>
**Sent:** Saturday, May 1, 2021 6:10 PM
**To:** Gibbens, Robert - APHIS <robert.m.gibbens@usda.gov>
**Subject:** [External Email]Kyro

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Attached is Kyro's recent review on monthly inspection. I will also forward the video I took for you to review. I think he is doing much better.

I was informed that one of the red foxes had passed away. I did not know this until I went down or obviously would have alerted you sooner. This fox was seen recently at neel for mobility issues and seemed otherwise healthy. According to the caretakers the fox was found dead unexpectedly. I will forward the file from Neel when I am back in on Tuesday for your review but believe already sent to you. They were unsure of age and noted no issues previous to this other than walking issues.

The other red fox seen at Neel and diagnosed with prostatic cancer is not doing well and in my opinion needs to be euthanized. I am unsure how this is handled in this situation but I did note a significant weight loss and straining to defecate. He is still eating though. Please advise. I do not want to do this without knowing legal restrictions. Of course it is ultimately the Lowes' decision but I did make my concern known to them. I will re-forward his file as well on Tuesday.

Let me know if you have any questions, Thanks, Dr. Fryer

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

# ATTACHMENT 1 – Client Communication

Site Visit 4/30/21

**Client Communication:**

Discussed that sand and clay areas added to enclosures for softer areas for tigers to lie on are tending to retain water after heavy rain. Discussed adding some type of drainage or straw to these areas to help keep them dried out. Rec. removing any wet straw daily as well and replacing with dry.

Discussed fly strike that is going to continue to be an issue as summer starts. Rec. daily removal of feces in larger pens. Rec. earlier removal of carcassas after feeding. Rec. any carcasas or expired ruined meat be moved to a location far from the animals and disposed of. Discussed the need for fly traps and also treating perimeter. Will look into a topical repellant that is safe for tigers.

Discussed population control. Rec. neuter the male lemur as 3 new babies have been born to three different females.