# EXHIBIT 2 –
# Dr. Fryer's May 5, 2021 email to USDA

| | |
|---|---|
| **From:** | Gibbens, Robert - APHIS |
| **To:** | Hollingsworth, Mary (ENRD); Toomey, Ciarra - OGC, Washington, DC; Digesualdo, Cynthia L - APHIS; Cunningham, Debbie J - APHIS; Gage, Laurie J - APHIS; Shaver, Margaret A - APHIS |
| **Subject:** | FW: [External Email]Foxes |
| **Date:** | Thursday, May 6, 2021 8:47:05 AM |

-----Original Message-----
From: Alyson Fryer <alysonfryer@gmail.com>
Sent: Wednesday, May 5, 2021 5:22 PM
To: Gibbens, Robert - APHIS <robert.m.gibbens@usda.gov>
Subject: [External Email]Foxes

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

So on reviewing Neel's vet records the deceased red fox "Georgie" was not previously examined at the clinic just "red fox" with prostatic disease and probable cancer.  I put a medical note in about both and am sending u records from Neel.  No medical concerns were noted about Georgie by staff previous to finding the animal deceased.  Thx.

Sent from my iPhone

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.