# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   CIV-20-423-JFH |
| Plaintiff, | ) | |
| v. | ) | Date:   5/12/2021 |
| | ) | |
| JEFFREY LOWE, et al., | ) | Time:   9:30 a.m. – 10:04 a.m. |
| | ) | |
| Defendants. | ) | |

## MINUTE SHEET – VIDEO CONFERENCE SHOW CAUSE HEARING

U.S. District Court Judge John F. Heil, III        Trish Payne, Law Clerk        Shelley Ottwell, Reporter
                                                                            Nick Davis, Deputy Clerk      FTR Courtroom 1 - Room 230


Counsel for Plaintiff:   Mary Hollingsworth and Briena Strippoli appearing via video conference
Counsel for Defendants:   Daniel J. Card appearing via video conference
Defendants:   Jeffrey Lowe and Lauren Lowe appearing via video conference

**MINUTES:**
Comes on for Show Cause Hearing regarding this Court's January 15, 2021 Order granting preliminary injunctive relief to the Plaintiff (Dkt. Entry #65). Oral argument held regarding Plaintiff's Notice of Defendants' Noncompliance (Dkt. Entry #83). Oral argument held regarding sanctions. The Court would invite Plaintiff to submit any actual damages it has suffered as a result of the Defendants' noncompliance, to include any expenses, costs or fees, which the Court will take under advisement as to what will be ordered as a sanction. Defendants to be fined $1,000.00 per day until they come into compliance with the Court's January 15, 2021 Order. Defendants directed to be in full compliance by June 11, 2021. If Defendants do not come into full compliance, Plaintiff is invited to file an additional notice of noncompliance, at which time the Court would consider additional sanctions. Written order to follow. (JFH)

COURT ADJOURNED