Please confirm full compliance

| | |
|---|---|
| From: | Lauren Lowe |
| To: | Daniel Card; mary.hollingsworth@usdoj.gov |
| Cc: | John Heil |
| Subject: | Please confirm full compliance |
| Date: | Wednesday, May 12, 2021 7:31:17 PM |
| Attachments: | ANIMAL DECEASED FORM.pdf |
| | ANIMAL BIRTH FORM.pdf |
| | RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM.pdf |

Evening, I hope this finds everyone well.  I have answered and attached to this email the following request.

1. Missing acquisition/disposition records will be attached to this email.

Please note on July 8th, 2020 Inspection Report regarding fisher/fishing cat

Answer: Fisher Cat and Fishing cat are two entirely different animals, one of which have not been possessed since 2019 Aug. The animal we do in fact have in our possession is the Fishing cat.

2. Disposition records for 3 Big Cats transferred to Tiger Haven

Answer: disposition form attached showing when and where the big cats went.

3. Accurate records for wolves disposed of and/or acquired between Aug 21, 2020 and Dec 16th, 2020

Answer: We have attached the information about the wolves and where they were placed or taken. No wolves were acquired within those time frames. DOJ has referred to missing wolves from Aug 21st, 2020 thru Dec 16th, 2020, however the USDA inspection reports indicates that no animals were inspected nor inventory taken. We are able to provide video footage showing Debbie Cunningham and Bonnie Boone all of the animals inside the facility after we decided to forfeit our USDA license.

4. Disposition record for one of De Brazza's monkey that appeared on the June 22nd, 2020 inventory, but not on the Aug 21st, 2020 inventory.

Answer: The De Brazza monkey being referred to is an error of the USDA. There was a disposition record early 2019 and the animal was never on the 2020 inventory.

5. Disposition for wooly opossum, that appeared on the Aug 21, 2020 inventory but not on the Dec 16th, 2020 inventory.

Answer: Disposition record attached.

6. Acquisition record for the animals that appeared for the first time on the Dec 16th, 2020 inventory,

including 4 Tigers names Gladys, Cersi, Chuckles, and Tierian. These are these the name changes:

Answer: These are not added to acquisition, theses were merely name changes.
A. Piper to Gladys
b. Cortez to Chuckles
c. Jaszmine to Cersi
d. Moto to Tierian

And since there is an issue on name change. We have also changed a big cat name recently from Griffy to Claris.

7. Accurate and complete info regarding parents, cubs, and littermates.

Answer: Family tree will be attached in email.

8. Disposition record from Django, hybrid big cat that recently died, passed away at OSU. I have attached the disposition form of his death.



Lauren Lowe