ANIMAL DECEASED FORM

Owner: Jeff Lowe
Address: 25803 N.C.R 3250 → 21409 Jimbo Rd
Wynnewood, OK 73098   Thackerville, OK 73459
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | D.O.D. | NOTES |
|---|---|---|---|---|---|
| lion | Kanari | F | 8/5/2019 | 9/11/2020 | |
| bobcat | Not Named | M | unknown | 10/1/2020 | Female killed her mate |
| bobcat | Not Named | F | unknown | 10/2/2020 | Female passed away the following day. |
| Kangaroo | Govenor | M | unknown | 10/6/2020 | wild coyote attack - had to be euthanized |
| Hedgehog | No Name | unknown | unknown | 10/8/2020 | escaped |
| Hybrid Tiger | Bubbles | F | 3/29/2020 | 12/17/2020 | chocked |
| Hybrid Tiger | Daniel | M | u/k | 12/21/2020 | Metabolic Bone Disease vet recomended to euthize |
| Hybrid Tiger | Maynard | M | 18yr | 12/25/2020 | Heart Attack |
| Wolf | Coachies | M | 18yr | 1/12/2021 | old age |
| Ground Squirrel | Chubs | M | unknown | 11/2020 | unknown |
| Wooly Opossoum | No name | M | u/k | 11/2020 | mate killed spouse |

ANIMAL DECEASED FORM

Owner: Jeff Lowe
Address: 21449 Vimbo Rd
         Thackerville, OK 73459
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | D.O.D. | NOTES |
|---|---|---|---|---|---|
| pig | No name | unknown | unknown | 1/0/2021 | Feeder for cats |
| liliger | Django | M | 9/10/18 | 3/15/2021 | died under anesthesia |
| fox | Georgie | F | unknown | 3/29/2021 | old age 8+ yr |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |