ANIMAL BIRTH FORM

Owner: Jeff Lowe
Address: 21409 Vimbo Rd
Thackerville, OK 73450
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | NOTES |
|---------|------|-----|--------|-------|
| lemur | | unknown | 3/20/2021 | sun/boy lala |
| lemur | | unknown | 3/27/2021 | cy lola |
| lemur | | unknown | 4/2/2021 | suzy TJ |
| raccoon | | U/K | 4/15/21 | |
| raccoon | | U/K | 4/15/21 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# RECORD of ACQUISITION, DISPOSITION or TRANSPORT FORM

From: JEFF LOWE
Address: 24044 Jinnan Rd
Thackerville, OK 73459

USDA/State #: _____

To: Pat Craig
Address: 26004 Co Rd 53
Keenesburg, CO 80643

USDA/State #: 84-C-0001

Donated ☒    Exhibitor Loan ☐    Temporary Rehome ☐    Sale ☐    Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| brown bear | Grizzy | F | 3yr | |
| black bear | Eve | F | 6yr | |
| tiger | BooBoo | F | 6yr | |
| tiger | Desire | M | 6yr | |
| tiger | Forrest | M | 6yr | |
| 8 pigs | | unknown | unknown | |
| 11 wolves | | | ← 4F 4M 3unknown | |
| tiger | unknown | F | 12yr | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DRIVER INFO

Name: Pat Craig    Date: 10/3/20

Vehicle: _____    Tag: _____

DATE: 8/17/20

ORIGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098

USDA/STATE # _____

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763

USDA/STATE # _____

BUY ☐    SOLD ☐    DONATE ☒    BREEDER LOAN ☐    EXHIBIT LOAN ☐

DISPOSITION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Nanny | bengal tiger | F | 15 |
| 1 | Carina | bengal tiger | F | 15 |
| 1 | Medusa | bengal tiger | F | 9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER (PRINT/SIGNATURE) _Mary Lynn Haven_   DATE: 8/17/20

POSITION _Owner_   VEHICLE _____ - TAG _____

RECORD of ACQUISITION, DISPOSITION or TRANSPORT FORM

From: Jeff Lowe
Address: 2144 Wann Rd
Thackerville, OK

USDA/State #: _____

To: Tiger Haven
Address: 237 Harvey Rd
Kingston, TN 37763

USDA/State #: 3101206aa _TN

Donated ☒   Exhibitor Loan ☐   Temporary Rehome ☐   Sale ☐   Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| liliger | Antonia | F | 8 mnts | |
| lion | Atlas | M | 12 yr | |
| lion | Ares | F | 12 yr | |
| lion | Makaaya | F | 15 yr | |
| lion | Orta | M | 15 yr | |
| hybrid tiger | Tacoma | M | 9 yr | |
| hybrid tiger | Snow white | F | 9 yr | |
| hybrid tiger | Tulsa | F | 5 yr | spayed |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER INFO

Name: Mary Lynn      Date: 8/17/20

Vehicle: _____   Tag: _____

RECORD of ACQUISITION, DISPOSITION or TRANSPORT FORM

From: Jeff Lowe
Address: 2408 Jimbo Rd
  Thackerville, OK 73459

USDA/State #: _____

To: Tiger Haven
Address: 237 Harvey Rd
  Kingston, TN 37763
USDA/State #: 30312094  TN

Donated ☒   Exhibitor Loan ☐   Temporary Rehome ☐   Sale ☐   Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| hybrid tiger | Jeffrey | M | 8 yr | |
| hybrid tiger | Dot | F | 7 yr | |
| hybrid tiger | Aoki | M | 3 yr | |
| hybrid tiger | Presley | M | 3 yr | |
| hybrid tiger | Merry | F | 3 yr | |
| hybrid tiger | Happy | F | 3 yr | |
| hybrid tiger | Peanut | F | 10 yr | |
| hybrid tiger | Elizabeth | F | 1 yr | |
| hybrid tiger | Isabella | F | 1 yr | |
| hybrid tiger | Fairran | F | 1 yr | |
| hybrid tiger | Nero | M | 6 yr | |
| hybrid tiger | Chivs | M | 6 yr | |
| hybrid tiger | Sultan | F | 6 yr | |
| hybrid tiger | Emma Jean | F | 6 yr | |
| hybrid tiger | Clyde Jean | M | 7 yr | |
| hybrid tiger | Tiki | M | 1 month | |

DRIVER INFO

Name: MayLynn                      Date: 8/11/20

Vehicle: _____               Tag: _____

# Disposition Form

To: Christina Jane
Durant, OK

Aug. 27, 2020

Sloth – 15 yr

# Disposition Form

October 5, 2020

Kangaroo was found injured along with our ducks and chickens killed in the morning by wild coyotes. We were completely unaware coyotes roam the area.

Kangaroo was quickly rushed to the vet for care. He was still alert and aware of his surrounding but was severely injured. After two days of the kangaroo staying the night and being taken care of at the vet. The veterinarian called and said even though he seems to be doing okay, the ethical thing to do would be put him down.

# Disposition Form



Clayton Hughes
Marrieta, OK

October 1, 2020

2 skunks

# Disposition Form

To: wild

2 Raccoons - given to us by the general public,  we released them back to the wild.

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

| SPECIES | NAME | SEX | DOB | NOTES |
|---------|------|-----|-----|-------|
| Tiger | Phoenix | Female | unknown | Mother of Caesar & Mirage |
| Tiger | Mirage | Female | 11/28/2020 | |
| Tiger | Caesar | Male | 11/28/2020 | |
| Tiger | Gracie | Female | 10/01/2013 | Mother of Shadow & Chanel |
| Tiger | Shadow | Female | 09/05/2020 | |
| Tiger | Chanel | Male | 09/05/2020 | |
| Tiger | Tilly | Female | Unknown | Mother of Pleiades |
| Tiger | Pleiades | Male | 05/08/2020 | |
| Tiger | Odeza | Female | 05/06/2020 | |
| Tiger | Ima | Female | 08/15/2014 | Mother of Moose & Abby |
| Tiger | Moose | Male | 04/02/2020 | |
| Tiger | Abby | Female | 04/02/2020 | |
| Tiger | Maggie | Female | 03/27/2020 | |
| Tiger | Leigha | Female | 03/27/2020 | |

I declare under penalty of perjury that this inventory accurately lists the animals taken by USDA on January 24, 2021.

Date: 1|24|2021

_____
Signature

Lauren Lowe
_____
Printed Name

# Name CHANGE

Piper — Gladys

Cortez — Chuckles

Jazmine — Cersi

Moto — Tierian

Wolves renamed to Pat craig

Mya        scout       wolf 1 ⎫ NO
Blaze      Kiner       wolf 2 ⎬ name
Taz        Lia         wolf 3 ⎭
Seaver
Shea