### RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: Jeff Lowe
Address: 25803 N.C.R. 3250
Wynnewood, OK 73098
USDA/State #: _____

To: Pat Craig
Address: 2999 Co. Rd. 53
Keenesburg, CO 80643
USDA/State #: 84-C-0059

Donated ☒   Exhibitor Loan ☐   Temporary Rehome ☐   Sale ☐   Breeder Loan ☐

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---------|------|-----|-----------|-------|
| lion | Leo | M | 8\|5\|19 | |
| lion | Nala | F | 8\|2\|19 | |
| lion | Amelian | F | 8\|2\|19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER INFO

Name: Pat Craig        Date: 9/21/20
Vehicle: _____   Tag: _____