# EXHIBIT 2 –
# Hollingsworth Time Sheets

Date Range: 1/21/2021 to 1/25/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 45.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | **45.00** |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | **45.00** |

Total Hours: **45.00**

ENVIRONMENT AND NATURAL RESOURCES DIVISION
Time Summary By All Reporters

Date Range: 1/27/2021 to 1/27/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 9.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 9.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 9.00 |
| | | | | | | | Total Hours: | 9.00 |

ENVIRONMENT AND NATURAL RESOURCES DIVISION
Time Summary By All Reporters

Date Range: 1/29/2021 to 1/29/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 8.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 8.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 8.00 |
| | | | | | | | Total Hours: | 8.00 |

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 2/1/2021 to 2/5/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 34.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 34.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 34.00 |

**Total Hours: 34.00**

Date Range: 2/8/2021 to 2/12/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 38.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 38.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 38.00 |

Total Hours: 38.00

ENVIRONMENT AND NATURAL RESOURCES DIVISION
Time Summary By All Reporters

Date Range: 4/10/2021 to 4/10/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 4.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 4.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 4.00 |
| | | | | | | | Total Hours: | 4.00 |

**Date Range: 5/11/2021 to 5/12/2021**

## Wildlife & Marine Resources

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOLLINGSWORTH, MARY** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 21.50 |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Court Time on Cases | 1.00 |
| | | | | | | | Total Hours for HOLLINGSWORTH, MARY: | 22.50 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 22.50 |

**Total Hours: 22.50**