# EXHIBIT 3 – Strippoli Time Sheets

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 1/21/2021 to 1/21/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 10.00 |
| | | | | | | | **Total Hours for STRIPPOLI, BRIENA L.:** | **10.00** |
| | | | | | | | **Total Hours for Wildlife & Marine Resources:** | **10.00** |

**Total Hours: 10.00**

ENVIRONMENT AND NATURAL RESOURCES DIVISION
Time Summary By All Reporters

Date Range: 1/24/2021 to 1/24/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 4.50 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | 4.50 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 4.50 |

Total Hours: 4.50

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 2/4/2021 to 2/4/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 9.50 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | 9.50 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 9.50 |

**Total Hours:** 9.50

Date Range: 2/10/2021 to 2/11/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 13.50 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | 13.50 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 13.50 |

Total Hours: 13.50

**Date Range: 4/8/2021 to 4/9/2021**

## Wildlife & Marine Resources

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 19.15 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | **19.15** |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | **19.15** |

Total Hours: **19.15**

Date Range: 4/12/2021 to 4/12/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 4.00 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | 4.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 4.00 |

Total Hours: 4.00

Date Range: 5/11/2021 to 5/12/2021

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **STRIPPOLI, BRIENA L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 14.00 |
| | | | | | | | Total Hours for STRIPPOLI, BRIENA L.: | **14.00** |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | **14.00** |

**Total Hours: 14.00**