# EXHIBIT 4 –
# Flanagan Time Sheets

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 4/7/2021 to 4/9/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **FLANAGAN, DEVON L.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 10.50 |
| | | | | | | | **Total Hours for FLANAGAN, DEVON L.:** | **10.50** |
| | | | | | | | **Total Hours for Wildlife & Marine Resources:** | **10.50** |

**Total Hours:** **10.50**