# EXHIBIT 5 –
# Hogan Time Sheets

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 2/1/2021 to 2/5/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOGAN, KYLE A.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 33.00 |
| | | | | | | | **Total Hours for HOGAN, KYLE A.:** | **33.00** |
| | | | | | | | **Total Hours for Wildlife & Marine Resources:** | **33.00** |

**Total Hours: 33.00**

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 2/12/2021 to 2/12/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOGAN, KYLE A.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 1.00 |
| | | | | | | | **Total Hours for HOGAN, KYLE A.:** | **1.00** |
| | | | | | | | **Total Hours for Wildlife & Marine Resources:** | **1.00** |

**Total Hours: 1.00**

# ENVIRONMENT AND NATURAL RESOURCES DIVISION
## Time Summary By All Reporters

**Date Range: 4/6/2021 to 4/6/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOGAN, KYLE A.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 4.00 |
| | | | | | | | Total Hours for HOGAN, KYLE A.: | 4.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 4.00 |

**Total Hours: 4.00**

**Date Range: 4/12/2021 to 4/12/2021**

**Wildlife & Marine Resources**

| DJNumber | Case Title | Superfund | District Abbrev | State | Date Received | Statute Of Limitation | Activity Code | HOURS |
|---|---|---|---|---|---|---|---|---|
| **HOGAN, KYLE A.** | | | | | | | | |
| 90-8-11-08395 | UNITED STATES OF AMERICA V. JEFFREY LOWE, ET AL. | No | OKE | Oklahoma | 8/24/2020 | | *Case - Case Related Work | 4.00 |
| | | | | | | | Total Hours for HOGAN, KYLE A.: | 4.00 |
| | | | | | | | Total Hours for Wildlife & Marine Resources: | 4.00 |

**Total Hours: 4.00**