EXHIBIT 9 –
May 26, 2021 Email Correspondence with Dr. Fryer

| From: | Gibbens, Robert - APHIS |
|---|---|
| To: | Hollingsworth, Mary (ENRD); Toomey, Ciarra - OGC, Washington, DC; Cunningham, Debbie J - APHIS; Digesualdo, Cynthia L - APHIS; Shaver, Margaret A - APHIS; Gage, Laurie J - APHIS |
| Subject: | FW: [External Email]Medical Statements |
| Date: | Wednesday, May 26, 2021 12:02:53 PM |

fyi

**From:** Alyson Fryer <alysonfryer@gmail.com>
**Sent:** Wednesday, May 26, 2021 9:55 AM
**To:** Gibbens, Robert - APHIS <robert.m.gibbens@usda.gov>
**Subject:** Re: [External Email]Medical Statements

I no longer work for them and so have stopped all communication with the Lowes. Last time I saw red fox it was straining but did pass stool. Appeared to look like it lost weight but was still eating and moving around. Other than that I have no new information. Lauren never answered me on if she wanted to euthanize. I asked about euthanization so we would know the legality of it should they choose to do it. They would know more on how it's doing currently.

Sent from my iPhone

> On May 25, 2021, at 3:26 PM, Gibbens, Robert - APHIS <robert.m.gibbens@usda.gov> wrote:
>
> Hi Dr. Fryer. Just checking in to see if there is any new information on the red fox, and whether it improved, or needed to be euthanized.
>
> Thanks.
>
> Robert M. Gibbens, DVM
> Director, Animal Welfare Operations
> USDA, APHIS, Animal Care
> 2150 Centre Avenue, Bldg. B
> Ft. Collins, CO 80526
> Phone: 970-494-7478
> Cell: 240-461-9065
> Fax: 970-472-9558
> <image002.png>
> **Join the Animal Care Stakeholder Registry and receive emails on topics of interest**
>
>
> **From:** Neel Veterinary <info@neel.vet>

**Sent:** Wednesday, May 5, 2021 5:22 PM
**To:** Gibbens, Robert - APHIS <robert.m.gibbens@usda.gov>
**Subject:** [External Email]Medical Statements

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please find medical notes attached for Georgie & Red Fox Lowe as performed by Alyson Fryer, DVM.

[Neel Veterinary Hospital](#)
2700 N. Macarthur Blvd
Oklahoma City, OK 73127
405.947.8387

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.
<Red Fox Lowe.pdf>