# EXHIBIT 10 –
# Gibbens Declaration

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JEFFREY LOWE,

LAUREN LOWE,

GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and

TIGER KING, LLC,

*Defendants.*

Case No. 6:20-cv-00423-JFH

## DECLARATION OF Robert M. Gibbens

1. I am Robert M. Gibbens, the Director of Animal Welfare Operations, Animal and Plant Health Inspections Service (APHIS), United States Department of Agriculture.

2. In my role as Director, I have reviewed and approved the expenses submitted by Drs. Laurie Gage, Debbie Cunningham, and Cindy Digesualdo in relation to the May 6, 2021 seizure operation in Thackerville, Oklahoma. As Director of Animal Welfare Operations I am responsible for all field activities in the US, and among other things, I currently approve all travel and other expenses.

3. I have personal knowledge of the costs accrued by USDA to provide personnel to aid in the May 6, 2021 seizure operation at Tiger King Park in Thackerville, Oklahoma. All expenses are approved and supported by receipts or other documentation. All travel is tracked in USDA's CONCUR system.

4. The attached document is a true and correct record of the costs accrued by Laurie Gage, Debbie Cunningham, and Cindy DiGesualdo in relation to the May 6, 2021 seizure operation.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Robert M. Gibbens*

Robert M. Gibbens, DVM

Executed this 28th day of May, 2021 in [City]

|  | Airfair | Hotel |  | MI&E | GOV gas | POV mileage and parking | Salary | TDY Voucher Fee |
|---|---|---|---|---|---|---|---|---|
| Laurie Gage | $ 418.00 | Fairfield Gainesville (1 night) | $ 98.00 | $ 156.75 |  | $ 113.00 | $ 2,146.00 | $ 26.00 |
|  |  | Westin DFW (1 night) | $ 154.00 |  |  |  |  |  |
| Debbie Cunningham |  | Fairfield Gainesville (1 night) | $ 98.00 | $ 83.00 | $ 30.00 |  | $ 600.00 | $ 15.00 |
| Cindy DiGesualdo |  | Fairfield Gainesville (1 night) | $ 98.00 | $ 83.00 | $ 47.00 |  | $ 550.00 | $ 15.00 |
|  |  |  |  |  |  |  |  |  |
|  |  |  | $ 448.00 | $ 322.75 | $ 77.00 | $ 113.00 | $ 2,696.00 | $ 3,656.75 |