# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Case No. 20-cv-423-JFH |
| JEFFREY LOWE, | )<br>)<br>) |
| LAUREN LOWE, | )<br>)<br>) |
| GREATER WYNNEWOOD EXOTIC<br>ANIMAL PARK, LLC. and | )<br>)<br>) |
| TIGER KING, LLC. | )<br>)<br>) |
|     Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE TO THE PLAINTIFF'S MOTION FOR DAMAGES

Defendants respectfully seek an additional two weeks in which to respond to the Plaintiff's Motion for Damages [Dkt. 102]. Defendants show as follows:

1. Defendants' response to Plaintiff's Motion for Damages is due June 11, 2021.

2. The United States does not oppose a two week extension in which to respond.

3. The parties have been negotiating in good faith to settle the matter.

4. Should the parties settle, a ruling on the Motion for Damages may not be necessary at all.

5. Neither party will be prejudiced by the requested extension, and the Court's time may be saved to rule on the matter should the parties settle.

WHEREFORE, the Defendants respectfully pray for an Order extending the Defendants' response deadline two weeks, or to June 25, 2021.

                                                      s/Daniel J. Card

Daniel J. Card  
512 NW 12th Street  
Oklahoma City, OK 73103  
dan@cardlawok.com  
580-465-4249

## **CERTIFICATE OF SERVICE**

The undersigned, Daniel J. Card, certifies that the foregoing was served on June 11, 2021, to the following:

Mary Hollingsworth-via CM/ECF  
Brienna Strippoli-via CM/ECF  

Mail:  
Jeffrey and Lauren Lowe  
21469 Jimbo Road  
Thackerville, OK 73459  

                                              s/Daniel J. Card  
                                              Daniel J. Card