# EXHIBIT 1

Decl. Dr. Cynthia Digesualdo

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,<br><br>Defendants. | Case No. 6:20-cv-423 |

### DECLARATION OF DR. CYNTHIA DIGESUALDO

I, Dr. Cynthia DiGesualdo, do hereby declare that:

1. Since July 2008, I have worked as a veterinary medical officer for the Animal Care Division of U.S. Department of Agriculture's ("USDA") Animal and Plant Health Inspection Service ("APHIS"). I earned my Doctor of Veterinary Medicine from Texas A&M University, College of Veterinary Medicine in 2000. I have over 30 years of experience working in or around the exotic animal industry, either as a zookeeper, an attending veterinarian for a zoological facility, or as a USDA inspector.

2. I have conducted inspections of the facility known as Tiger King Park in Thackerville, Oklahoma ("Thackerville facility") on behalf of APHIS. As relevant here, I conducted inspections of the Thackerville facility on January 20, 2021, February 19, 2021, and June 2, 2021. I was on the property to remove animals January 24, 2021, May 6, 2021, and May 17 and 18, 2021.

3. At the inspection of the Thackerville facility on June 2, 2021, I spoke with Lauren Lowe regarding whether they had an attending veterinarian formally retained. She

1

stated that they were still working with Dr. Alyson Fryer. I informed her that my office had received information suggesting that Dr. Fryer was no longer working with them. Ms. Lowe then admitted that Dr. Fryer was no longer working for them and stated that they had not had time to hire a new attending veterinarian.

4. When onsite on May 17 and 18, 2021, I prepared an inventory of the animals located at the Thackerville facility at that time. At the June 2, 2021, inspection, I observed that five animals documented on the inventory for the May 17-18 visit were no longer on the premises. These animals include three sheep, one goat, and one alpaca. The facility representative, Lauren Lowe, informed me that these five animals went to a local farmer. No disposition records were available for the five animals at the time of the inspection.

5. I have personal knowledge of the animals observed at the facility on May 17-18, 2021. I remember seeing the three sheep, one goat, and one alpaca at the Thackerville facility on those dates.

6. On May 17-18, 2021, and June 2, 2021, I observed a red fox that, according to the facility's records, has been diagnosed as suffering from chronic medical problems, including prostate cancer and arthritis. I have examined the records on site regarding this red fox. The records indicate his name is "Sweeny."

7. In my professional opinion and based upon my personal observations, Sweeny appears to be unhealthy and in need of immediate veterinary attention. The facility's records indicate that he has not received any veterinary care since at least May 1, 2021. A red fox with Sweeny's chronic illnesses should be routinely examined by a qualified veterinarian and closely monitored for changes in his condition or new

symptoms.  The records I reviewed at the Thackerville facility suggest that Sweeny is not being evaluated or monitored appropriately.  Among other things, a full veterinary physical is necessary to adequately assess his condition in order to identify the best options to alleviate his suffering and determine whether the most humane option is euthanasia.  The lack of veterinary care puts Sweeny at risk of greater suffering, which could be avoided by proper treatment or, if a veterinarian determines that treatment is no longer able to relieve his suffering, humane euthanasia.  In my professional opinion, keeping Sweeny in his current living conditions without routine care from a qualified veterinarian is inhumane.

Under the penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to the best of my knowledge.  Executed in Aledo, TX, on June 17, 2021.

CYNTHIA DIGESUALDO
Digitally signed by CYNTHIA DIGESUALDO
Date: 2021.06.17 15:11:15 -05'00'

Cynthia DiGesualdo, DVM
USDA APHIS Animal Care
Center for Animal Welfare