# EXHIBIT 2

## June 9, 2021 Inspection Report



United States Department of Agriculture
Animal and Plant Health Inspection Service

CDIGESUALDO
**2016090000625463** Insp_id

## Inspection Report

JEFFREY LOWE

21619 Jimbo Road
THACKERVILLE, OK 73459

Customer ID: **332646**

Certificate: **73-C-0230**

Site: 002

Jeffrey Lowe- 002

Type: ROUTINE INSPECTION

Date: 02-JUN-2021

---

**2.40(a)(2)**            **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The facility representatives do not have an attending veterinarian (AV) employed under formal arrangements. As such, the written program of veterinary care (PVC) from the previous veterinarian is not valid. Failure to employ an AV and subsequent lack of a program of veterinary care, leaves the facility without direction to provide adequate veterinary care to the animals and does not ensure regularly scheduled visits to the premises. The facility representative must employ an attending veterinarian under formal arrangements. In the case of a part time or consultant veterinarian, these formal arrangements must include a written program of veterinary care and regularly scheduled visits to the premises.

**2.40(b)(2)**         **Direct**         **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

One of the ferrets has a large submandibular swelling. The swelling encompasses the entire width of the neck. The facility representative states that they noticed the swelling had started a day ago and they have not yet contacted a veterinarian regarding this problem. There is no mention of this ferret in the daily medical logs.

During this visit one of the white racoons appeared lethargic with an overall unthrifty appearance. Although racoons are nocturnal animals, this animal did not appear as bright and alert as the other racoons in the enclosure.  He also seemed

---

**Prepared By:**    CYNTHIA DIGESUALDO

USDA, APHIS, Animal Care

**Date:**
09-JUN-2021

**Title:**   VETERINARY MEDICAL OFFICER

**Received by Title:**   Facility Representative

**Date:**
09-JUN-2021



United States Department of Agriculture

Animal and Plant Health Inspection Service

CDIGESUALDO

**2016090000625463** Insp_id

## Inspection Report

to be isolating himself from the other animals which is not normal for racoons. There were no records indicating that he has been seen by a veterinarian or that the facility representative noticed there was a problem.

An old red fox previously diagnosed with chronic medical conditions continues to receive no veterinary care for these conditions. This animal was examined by a veterinarian on Feb 20, 2021. During that visit the veterinarian tentatively diagnosed prostate cancer and arthritis in the front legs. Instructions to the facility representatives were to "monitor mobility on daily observation report, if improved on Metacam notify veterinarian and may continue to use long term. Monitor for trouble urinating and defecating daily." None of this has been documented in the daily observations. The daily record for this animal states "will allow him to pass away peacefully when it's his time".

The bush baby has an area of hair loss on his right side that has exposed reddened skin. The facility representative has documented this problem along with a decrease in the animal's energy in the daily medical log and has been applying Vaseline and coconut oil to the area of hair loss. According to the facilities' former veterinarian, she was never notified about the bush baby having hair loss or acting lethargic.

The bobcat named Paulina has areas of hair loss on both sides of her neck about 1 by 2 inches in size. These areas of hair loss were also present during the May 17-18, 2021 visit to the property. There is now also a small area of hair loss by the ear with exposed reddened skin. The facility representative states that the hair loss is from breeding (she is housed with a male). The daily medical log states that they have been using "wound coat spray" on her skin. There were no records indicating a veterinarian had been consulted about this animal.

| Prepared By: | CYNTHIA DIGESUALDO | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 09-JUN-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 09-JUN-2021 |



United States Department of Agriculture

Animal and Plant Health Inspection Service

CDIGESUALDO

**2016090000625463** Insp_id

## Inspection Report

The male bobcat named Paul appeared thin and lethargic.  He has noticeably lost weight since he was observed on May 18, 2021.  There were no records indicating that he has been seen by a veterinarian or that the facility representative noticed there was a problem.

Failure to provide adequate medical care can result in health issues that cause ongoing pain and suffering. The facility representative must ensure that all animals receive adequate veterinary approved nutritional and medical care at all times as directed by a veterinarian which includes appropriate methods to prevent, control, diagnose and treat diseases and injuries.

**2.75(b)(1)**                                             **Repeat**

**Records: Dealers and exhibitors.**

Three sheep, 1 goat, and 1 alpaca documented on the inventory at the previous inspection were not on the premises at the time of this inspection.  According to the facility representative, they were sold to a local farmer.  There are no disposition records available for these 5 animals.

At the time of this inspection the facility had 2 baby white racoons.   There were no acquisition records for these baby racoons indicating whether they were  born on the premises or acquired somewhere else.

Missing acquisition and disposition records documented on previous inspection reports continue to be unavailable for review.

Acquisition and disposition records, including for domestic farm type animals, are necessary to be able to accurately track animals being used in regulated activities to ensure their legal acquisition, proper care, and humane transportation.

| | | |
|---|---|---|
| **Prepared By:**  CYNTHIA DIGESUALDO | | **Date:** |
| | USDA, APHIS, Animal Care | 09-JUN-2021 |
| **Title:**  VETERINARY MEDICAL OFFICER | | |

**Received by Title:**   Facility Representative                                        **Date:**

09-JUN-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

CDIGESUALDO
**2016090000625463** Insp_id

## Inspection Report

Animals transferred to or acquired from other licensees must have disposition and acquisition records containing all information required by the Animal Welfare Act Regulations available for inspection. This requirement applies to all regulated animals purchased or otherwise acquired, owned, held, leased or otherwise in possession of or under control of the licensee, and all regulated animals transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The record shall include any offspring born of any animal while in his or her possession or under his or her control.

**3.81**                                    **Repeat**
**Environment enhancement to promote psychological well-being.**
The environmental enhancement plan that was provided during the inspection has not been approved by an attending veterinarian as there is no attending veterinarian for the facility. An inadequate plan of enrichment for nonhuman primates can result in animals with high levels of stress and/or boredom that affects both their health and behavior. The facility representative must develop, document, and follow an appropriate plan for the environmental enhancement adequate to promote the physiological wellbeing of nonhuman primates. The Nonhuman Primate Enrichment plan must be in accordance with professionally accepted standards and directed by the attending veterinarian.

**3.82(a)**
**Feeding.**
The food receptacle for both macaques contained what appeared to be dog kibble. The kibble was contaminated with many flies. The facility representative stated that they were out of "monkey biscuits" but that they had been ordered. Dog food is not an appropriate diet for nonhuman primates. The presence of flies indicate contamination and decreases palatability. The facility must ensure that diet for the nonhuman primates be appropriate for the species and be clean, wholesome, and palatable to the animals. To be corrected by:  June 11, 2021

**3.83**
**Watering.**

| Prepared By: | CYNTHIA DIGESUALDO | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 09-JUN-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |
| Received by Title: | Facility Representative | Date: 09-JUN-2021 |



United States Department of Agriculture

CDIGESUALDO

Animal and Plant Health Inspection Service

**2016090000625463** Insp_id

## Inspection Report

Potable water must be provided in sufficient quantity to every non-human primate housed at the facility.

The water bottle provided to the bush baby was empty at the start of the inspection. When filled, the bush baby drank immediately and eagerly for at least 30 seconds.

The water bottle for one of the marmosets was empty at the time of this inspection.

The water available for one of the macaques did not appear to have been cleaned recently.  It was a dirty brown color with pieces of orange peel floating in it.

Lack of potable water can result in dehydration and exacerbation of other medical problems. The facility must ensure that potable water be accessible to the animals as often as necessary for the health and comfort of the animals and that all water receptacles be kept clean and sanitary.

To be corrected by:  June 11, 2021

**3.84(a)**

**Cleaning, sanitization, housekeeping, and pest control.**

The outside yards of both macaque enclosures needed to be cleaned.  Old produce on the ground and in the food containers appeared to have been there for several days.  The old food was covered in flies.


Enclosures with dirt floors must be spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors.  The excessive number of flies covering the old produce indicates that the enclosures are not being cleaned as often as necessary. To be corrected by:  June 11, 2021

**3.84(c)**

**Cleaning, sanitization, housekeeping, and pest control.**

| | |
|---|---|
| **Prepared By:**  CYNTHIA DIGESUALDO | **Date:** |
| | 09-JUN-2021 |
| USDA, APHIS, Animal Care | |
| **Title:**  VETERINARY MEDICAL OFFICER | |
| **Received by Title:**  Facility Representative | **Date:** |
| | 09-JUN-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

CDIGESUALDO
**2016090000625463** Insp_id

## Inspection Report

There is a bucket with old trash and very dirty water sitting right outside the macaque outdoor cages. This is an attractant for flies, mosquitos, and other pests as well as a breeding ground for bacteria and disease. The facility must ensure that buildings and grounds where housing facilities are located are kept clean so as to facilitate husbandry practices and to reduce or eliminate breeding and living areas for rodents, pests and vermin.

To be corrected by:  June 11, 2021

**3.84(d)**
**Cleaning, sanitization, housekeeping, and pest control.**
Excessive flies were seen in and around the macaque enclosures. The pest control plan in place is to use bags of water hung in the areas of the animals to control the flies. This is a non-traditional plan and as of the time of inspection, does not appear to be effective. Flies provide an annoyance to the animals and can cause skin lesions. The facility must ensure that a safe and effective program for the control of insects, ectoparasites, avian, and mammalian pest is established and maintained.

To be corrected by:  June 11, 2021

**3.125(a)**                                    **Repeat**
**Facilities, general.**
The dirt under the shelter structure in the fisher enclosure has been dug out, exposing a metal grate. There is a gap between the metal grate and the dirt below and the fisher must sit on the metal grate in order to use the shelter. The gaps in the metal grate could cause entrapment or injury to the animal.

There were nine adult raccoons on the last inspection inventory. During this inspection, there were five adult raccoons observed (plus 2 new baby racoons). When asked about the difference in numbers on the inventory, the facility representative stated that they have had to reinforce the enclosure walls due to raccoon escape. Animals that escape

| Prepared By: | CYNTHIA DIGESUALDO | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 09-JUN-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 09-JUN-2021 |



## Inspection Report

their enclosures are no longer protected and cannot be cared for.

The porcupine pair have been chewing on the plywood floor of their enclosure and the plastic of their house.  Neither of these is appropriate for a porcupine to be chewing and ingesting.  These materials can cause intestinal impactions or other health concerns.

The facility representative must ensure all housing facilities must be structurally sound and maintained in good repair to protect the animals from injury and to contain the animals.

**3.129(a)**                                    **Repeat**
**Feeding.**
There was a limited amount of fresh produce and no food appropriate for the non-domestic cats on the premises at the time of this inspection. There was dry bear, cat, and dog kibble.  The facility representative stated that they planned to buy fresh food later that day and that the day of the inspection was a "fasting day" for the non-domestic cats.

This is concerning considering the progressively decreasing body conditions seen in the bobcats, wolves, foxes, and the Canadian Lynx. The facility must ensure that food be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet must be prepared with consideration for the age, species, condition, size, and type of animal.

**3.130**
**Watering.**
The water tank for the camel contains brown water. The water is dirty enough that the bottom of the tank cannot be evaluated for sanitation.

| | | |
|---|---|---|
| **Prepared By:**   CYNTHIA DIGESUALDO | | **Date:** 09-JUN-2021 |
| | USDA, APHIS, Animal Care | |
| **Title:**   VETERINARY MEDICAL OFFICER | | |
| **Received by Title:**   Facility Representative | | **Date:** 09-JUN-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

CDIGESUALDO
**2016090000625463** Insp_id

**Inspection Report**

Lack of potable water can result in dehydration and exacerbation of other medical problems. The facility must ensure that potable water be accessible to the animals as often as necessary for the health and comfort of the animals and that all water receptacles be kept clean and sanitary.

To be corrected by:  June 11, 2021

**3.131**                                     Repeat
**Sanitation.**
Excessive flies were seen throughout the facility, both on the animals and in the environment. Animals were seen "flicking" their ears and heads in an effort to remove the flies. The pest control plan in place is to use bags of water hung in the areas of the animals to control the flies. This is a non-traditional plan and as of the time of inspection, does not appear to be effective. Flies provide an annoyance to the animals and can cause skin lesions and tissue damage. The facility must ensure that a safe and effective program for the control of insects, ectoparasites, and avian and mammalian pest is established and maintained.

To be corrected by:  Close of business on delivery day.

**3.131(c)**                                 Repeat
**Sanitation.**
There is discarded animal food and other trash on the property and around the animal areas. Some of the discarded food has been swept out of the animal enclosures and has been left near the animal areas. This is providing an environment that encourages the proliferation of flies. Flies are an annoyance to the animals and can cause skin lesions and tissue damage. The facility must ensure that all buildings and grounds are kept clean to facilitate good husbandry practices and to protect the health of the animals.

To be corrected by:  Close of business on delivery day.

**Prepared By:**   CYNTHIA DIGESUALDO

**Date:**
09-JUN-2021

USDA, APHIS, Animal Care

**Title:**   VETERINARY MEDICAL OFFICER

**Received by Title:**   Facility Representative

**Date:**
09-JUN-2021



United States Department of Agriculture

Animal and Plant Health Inspection Service

CDIGESUALDO

**2016090000625463** Insp_id

## Inspection Report

This inspection was conducted with one of the facility owners.

Additional Inspectors:

MARGARET SHAVER, VETERINARY MEDICAL OFFICER

| | | |
|---|---|---|
| **Prepared By:** CYNTHIA DIGESUALDO | | **Date:** |
| | USDA, APHIS, Animal Care | 09-JUN-2021 |
| **Title:** VETERINARY MEDICAL OFFICER | | |
| | | |
| **Received by Title:** Facility Representative | | **Date:** |
| | | 09-JUN-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 332646
Inspection Date: 02-Jun-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|-----------|
| 332646 | 73-C-0230 | 002 | Jeffrey Lowe- 002 | 02-JUN-2021 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000003 | *Hystrix cristata* | AFRICAN CRESTED PORCUPINE |
| 000011 | *Lemur catta* | RING-TAILED LEMUR |
| 000002 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| 000001 | *Vulpes lagopus* | ARCTIC FOX |
| 000006 | *Lynx rufus* | BOBCAT |
| 000001 | *Camelus dromedarius domestic* | DOMESTIC DROMEDARY CAMEL |
| 000005 | *Caracal caracal* | CARACAL |
| 000001 | *Canis latrans* | COYOTE |
| 000001 | *Lynx canadensis* | CANADIAN LYNX |
| 000001 | *Potos flavus* | KINKAJOU |
| 000004 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000001 | *Caluromys philander* | BARE-TAILED WOOLLY OPOSSUM |
| 000002 | *Atelerix albiventris* | FOUR-TOED HEDGEHOG |
| 000007 | *Procyon lotor* | RACCOON |
| 000001 | *Saguinus midas* | RED-HANDED TAMARIN |
| 000003 | *Canis lupus* | GRAY WOLF / GREY WOLF / TIMBER WOLF |
| 000003 | *Callithrix jacchus* | COMMON MARMOSET |
| 000001 | *Galago senegalensis* | NORTHERN LESSER BUSHBABY |
| 000001 | *Canis aureus* | GOLDEN JACKAL |
| 000001 | *Macaca mulatta* | RHESUS MACAQUE |
| 000001 | *Macaca nemestrina* | PIG-TAILED MACAQUE |
| 000001 | *Otocyon megalotis* | BAT-EARED FOX |
| 000001 | *Martes pennanti* | FISHER |
| 000002 | *Canis lupus familiaris* | DOG PUPPY |
| 000001 | *Canis lupus familiaris* | DOG ADULT |
| 000062 | **Total** | |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 332646
Inspection Date: 02-Jun-2021

**Species Inspected**

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 332646 | 73-C-0230 | 002 | Jeffrey Lowe- 002 | 02-JUN-2021 |