# EXHIBIT 3

## Records Presented During June 2, 2021 Inspection



# VETERINARIAN RECORD

Date: 5/1/21
Animal Name: Sweeny    Species: Fox    Age: 10+
Vet on site: yes    Time: 730am
Staff Name: Lauren

Description:
Sweeny's condition - possible cancer
is now getting to him

Will allow him to pass away peacefully
when its his time

06/02/2021 08:37

# VETERINARIAN RECORD

Date: 5/27/21
Animal Name: Cheech     Species: Bush Baby     Age: 10+
Vet on site: _____     Time: _____
Staff Name: Jackie

Description: Cheech has bed sore on his right side and rash above left eye. Applying vaseline every other day. W/ll continue to monitor.

age unknown - probably 10+
not as much energy as he used to have due to old age.
Still grooms himself.
12:30pm - took outside to pump - his spirits lifted
will start taking him out still more
2x a day everyday 30mins even more.

| 5/27 ✓ | 5/29 ✓ | 5/31 ✓ | 6/2 | 6/4 |
| 5/28 ✓ | 5/30 ✓ | 6/1   | 6/3 | 6/5 |

Medicine: Vaseline &amp; coconut oil

06/02/2021 08:39



# VETERINARIAN RECORD

Date: 5/10/21

Animal Name: Paulina   Species: bobcat   Age: 5+

Vet on site: _____   Time: _____

Staff Name: Jorge

Description: Paulina was noticed having a tiny spot on her neck. Will continue to put wound coat spray 2x a day.

Medicine:

# VETERINARIAN RECORD

Date: 3-21-21
Animal Name: Cowboy   Species: Bob Cat   Age: ___
Vet on site: ___   Time: ___
Staff Name: Thomas / Jorge

Description:

4ml veraflox Daily until gone

½ pill of prednisone Daily ~~every other day~~ until gone

| | | |
|---|---|---|
| DAY 1: TM | Day 10 4/8/21 | ½ pill of prednisone gn |
| DAY 2: TM | Day 11 4/9/21 | ½ pill of prednisone gn |
| DAY 3: TM | Day 12 4/10/21 | ½ pill of prednisone gn |
| DAY 4: TM | Day 13 4/11/21 | ½ pill of prednisone gn |
| DAY 5: TM | Day 14 4/15/21 | ½ pill of prednisone gn |
| DAY 6: TM | Day 15 4/15/21 | ½ pill of prednisone gn |
| DAY 7: gn | 4/11/21 ½ pill of prednisone 10mg tablets gn |
| DAY 8: gn | 4/12/21 ½ pill of prednisone 10mg tablets gn |
| DAY 9: gn | 4/15/21 ½ pill of prednisone 10mg tablets gn |
| | Day 6  4/7/21 gn |
| | Day 17 4/22/21 gn |

Medicine:
Prednisone 10mg tablets
Vera Flox

4/15 - much better
4/22 Back to Normal / More Calm than Usual gn