# EXHIBIT 5

Disposition Record For Alpaca, Goat and Sheep

| | |
|---|---|
| **From:** | Daniel Card |
| **To:** | Hollingsworth, Mary (ENRD) |
| **Subject:** | Lowe disposition form |
| **Date:** | Thursday, June 10, 2021 6:30:12 PM |

For the 5 animals.

Get Outlook for Android

**From:** Daniel Card <dan@cardlawok.com>
**Sent:** Thursday, June 10, 2021 3:58:37 PM
**To:** Daniel Card <dan@cardlawok.com>
**Subject:** Photo from Dan Card



Get Outlook for Android

From:
Jeff Lowe
21400 Jimbo Rd.
Thackerville, OK 73459

To:
Taylor Lowe
21400 Jimbo Rd
Thackerville, OK 73459

Alpaca
3 Sheep
Goat

Return back
to owner.