# EXHIBIT 6

Partial Transcript for May 12, 2021

Show Cause Hearing

1          THE COURT:  Well, the Court's not going
2 to make a decision based upon the notice of
3 non-compliance filed yesterday.
4          The Court is going to make a decision
5 based on the first notice because the defendant
6 had sufficient time to respond to that and, as I
7 stated earlier, did not respond.
8          And the Court's position is those facts
9 as set forth in the previous notice are deemed
10 confessed and the Court does find by clear and
11 convincing evidence that the defendants have
12 violated the Court's order and that a contempt
13 sanction is warranted.
14          The issue now before the Court is what
15 is the remedy?  The Court has before it a number
16 of different remedies.
17          Number one, the Court could find the
18 defendants in contempt, as it's doing, and issue
19 a prospective conditional fine until the
20 defendants get themselves in compliance with the
21 order.
22          The Court could imprison the defendants
23 until they get themselves in compliance.
24          The Court could order damages be awarded
25 to the government with respect to any actual

damages suffered by defendants' failure to comply with the court order.

Does the government wish to be heard concerning the options of sanctions that the Court may consider?

MS. STRIPPOLI: Yes, your Honor. We would just like to defer to the Court in its remedy, but we would like to propose that the Court impose a certain course of sanctions for each day the defendants remain out of compliance. We will, of course, defer to the Court as to that amount. But taking into account the amount of defendants' financial resources, we would note that defendants represent that they have significant financial resources.

On August 18, 2020, in a Facebook post they have said, quote, "We have millions upon millions of dollars in licensing deals that will pay for anything." This was corroborated by Mr. Card at the January 8, 2021, hearing representing that the defendants have licensing deals that provide them with revenue and the financial ability to care for the animals in their custody.

And as recently as April 17, 2021, in an

```
 1   point in time, the Court will consider additional
 2   sanctions if the defendants are not in
 3   compliance.
 4           Is there anything further on behalf of
 5   the government?
 6           MS. HOLLINGSWORTH:  Yes, your Honor.  We
 7   would like to add a few points.
 8           First, I'm not sure if Mr. Card is aware
 9   of this but we received an email through USDA
10   from Dr. Friar, the veterinarian that the Lowes
11   have employed, setting aside the issue of whether
12   or not she was qualified in the first place, she
13   has notified us that she intends to give notice
14   to the Lowes because they have apparently failed
15   to pay their veterinary bill.  She said she would
16   do that by the end of the month.
17           So again setting aside the issue of
18   whether or not she is qualified in the first
19   place and whether or not the program of
20   veterinary care that they submitted complies with
21   the regs, which have already been determined that
22   they did not, it appears to us that within a few
23   weeks they're going to have no veterinarian on
24   the property, which brings us back to the
25   original issue.  We would ask that the Court
```