

# Carrie M. Leo

### Self-Represented Litigant

*·An injustice committed against one person threatens all of us·*

July 10, 2021

United States District Court of the Eastern District of Oklahoma
Judge Heil
PO Box 607
Muskogee, OK 74402

**RE:**     *USA v Lowe*
        6:2020-cv-00423-JFH

Dear Judge Heil,

I am a self-represented litigant who also has a pending case against Jeff and Lauren Lowe in Garvin County, Oklahoma. The case involves the repossession of eight animals of mine which I had boarded at their zoo since April 2017. The animals I own which are being held from me are the two fisher cats or fishers, jackal, arctic fox, two Virginia Opossums, an African-Crested Porcupine, and a red fox.

I had entered into two boarding agreements with different individuals. One was with Joseph Schreibvogel of the G.W. Zoo in Wynnewood, Oklahoma. The boarding agreements I made with both Wynnewood Zoo and another individual were done out of my own free will and there was no involvement by the USDA or any agency or department. The animals were not seized, nor were they confiscated. When I turned to the USDA, I was told that the enforcement of the terms of boarding agreements were civil matters and not something in which the USDA becomes involved.

After recognizing a series of abuses by licensing authorities in the timeframe of 2016-17, I became a public critic of the USDA and the state agency which was also involved in the exotic and wild animal industry. Since then, I have experienced a constant flow of retaliation from both the USDA and the state agency - all of which is secretive and sometimes incorporates other people doing favors for the agency staff members.

3199 Walworth Road Walworth, NY 14568
tele: 315.538.8846 | email: carrieleo15@gmail.com



giving me another opportunity to pick up the animals) while the USDA worked on terminating my license so I couldn't get my animals back. My license was terminated in February 2021.

However, ownership of the animals has nothing to do with whether or not I have an Exhibitor's license through the USDA. Federal law allows for a private collection of animals in which the owner need not be licensed in order to possess them.. **9 C.F.R. § 2.1(a)(1)(vii)(3)(iii)** states: *"The following persons are exempt from the licensing requirements under section 2 or section 3 of the Act: ... Any person who buys animals solely for his or her own use or enjoyment and does not sell or exhibit animals or is not otherwise required to obtain a license."* Elsewhere in literature and the regulations the USDA refers to such a group of animals as a *"private collection"*. Legally, I am allowed to have them so long as I don't use them for any activity, such as exhibition, which is regulated.

The main thing I've learned in the shady industry of exotic and wild animals is how poor the enforcement is of the regulations since it relies on favoritism resulting in a wide disparity of treatment in which some people are never held accountable and may conduct themselves above the law while others are overly accountable.

A more serious situation involved both the court and defense counsel claiming the defendants were not in possession of my animals. Defense counsel went even further and stated they were never in possession of them. Both defense counsel and his clients made this statement under oath. There is substantial evidence to prove these allegations are not true.

It has also come to my attention that USDA staff members have been misrepresenting the laws by stating that I need a license for mere possession when I do not. As you know, this is why the Lowes have been able to stay in possession of the animals they have currently since they claim to be keeping them as a private collection. If they can possess such animals, so can I in the state of Oklahoma.

I should also be treated like the Lowes in reference to any seizure taking place upon court order and not the secret games the USDA staff, courts and defense attorneys have been playing. The laws exist in order to protect the rights of everyone. Unfortunately, since the government refuses to use the legal process and disclose details concerning their intentions according to the law, my rights have not been protected and have, in fact, been violated over and over while also being denied redress or being retaliated upon when I do make an attempt to address the situation with an a different authority or the courts.

I read in the last Notice from the USA that they feel they are not in a position to ascertain ownership at this time, and they state they should be awarded the animals. I respectfully request my animals not be awarded to the federal government and awarded to me so I can get them healthy and happy again.



# Carrie M. Leo

## Self-Represented Litigant

*·An injustice committed against one person threatens all of us.·*

The USDA has manipulated my license and other details regarding my licensing and animals, and I don't trust them. Two weeks prior to the USDA ALJ's decision to terminate my license, I I caught them changing details in my inspection reports making them look worse presumably in preparation for the ALJ's decision. These alterations were in direct violation of the USDA's own rules.

Furthermore, the USDA is misrepresenting my facility and the regulations since they know the courts will defer to them. Such deference has caused the agencies to take advantage of the practice of deference to administrative agencies by fabricating testimony and evidence. I have evidence of the USDA doing exactly that with another animal of mine which is not involved in the case at bar; that is, USA v Lowe.

I plead to the court for the repossession of my animals and ask the court to award me repossession of them so I may put this chapter of my life in the past and get the animals the care they need, including veterinary attention. I have a regular veterinarian who is familiar with my animals who can assess them for illness and injuries and treat such accordingly. She can also vouch for my quality of care for my animals. She has known me for almost ten years.

I am moving out of New York State and ask the court to allow me to start over with my animals. I love and miss them dearly. Once my animals are given to the federal government, I will undeservingly lose them forever.

Please find enclosed information regarding my ownership of the animals as well as information regarding the case I have pending against the Lowes for the return of the animals.

Had the USDA not covertly interfered with my case, I would have had my animals returned to me and they would not be suffering. I would be happy to acquire a letter from my veterinarian vouching for the good quality care I give them. Please, Judge Heil, help my animals find their way back to me.

STATE OF NEW YORK
WAYNE COUNTY }  ss

Sworn to before me this 10th day of July 2021.

*Notary Public*

LAUREN FRIEDL
Notary Public - State of New York
NO. 07FR6383306
Qualified in Wayne County
My Commission Expires Nov 13, 2022

Thank you,

Carrie M. Leo

3199 Walworth Road Walworth, NY 14568
tele: 315.538.8316  carrieleo15@gmail.com

## 1. 1 Arctic Fox



## 2. 1 Red-type Fox



## 3. 1 Black-backed Jackal



## 4. 2 "Fisher Cats" or "Fishers"

(member of the weasel family.
Not an actual cat.)

"Jack" & "Jil

## 5. 2 Virginia Opossums



## 6. 1 African-Crested Porcupine



## Total
## of
## 8
## animals

The USDA has abused the legal system by turning officials, judges and attorneys against me because they wanted to ensure my animals received the care seen in the picture below to the reader's left instead of the care at their owner's facility seen in the contentment
of the fox ijn the pictures below to the reader's right.





"Houdini", the red fox, at ← home in New York

Houdini in a deteriorated state at the Wynnewood zoo under the care of the Lowes. →

# Is the Animal Welfare Act Really Helping Animals?

Below is the facility in which the U.S.D.A. and the District Court in Garvin County prefer to keep my animals instead of allowing them to go home.





On the other hand, no one ever saw even an inkling of a protruding rib bone on this chubby boy. In fact, the USDA Inspector recommended he go on a diet. He did. Brokleigh is also molting in the photo above. My boy received regular brushings and nail trims which I can assure the reader is not happening at his current place of residence.

# The Many Lies of the NYSDEC, the USDA and their Helpers



This is Brokleigh, the North American Badger. He came from the state of Washington where he was raised as a pet.

If you notice, you will see he has only one canine tooth. This is because he was diagnosed with a disorder *"Metabolic Bone Disease"*. He also had a slightly abnormal gait From the subluxation of the patellar joints due to the disorder.

Brokleigh likely became inflicted with MBD due to an inappropriate diet during his formative years, which is from birth to approximately 2 yrs of age.

Brokleigh is approximately 3 yrs. old in the picture to the reader's

### One Lie At A Time!

However, the NYSDEC, USDA and their helpers deliberately misrepresented this characteristic of the badger. The USDA, NYSDEC and their helpers circulated rumors blaming me for creating the condition in the first place with negligent care even though the NYSDEC and USDA had been given paperwork from me which I acquired, in turn, from the previous facility which diagnosed the badger with the MBD. The paperwork consisted of detailed medical records. Falsehoods such as this are commonly spread around in order to ruin my reputation and to give the false impression that I was allegedly neglectful to my animals thereby needing to be confiscated from me by the NYSDEC and given to the helper so he can take him back to the animal this to drink.



(above) picture taken by USDA.

(reader's left) Here is a certificate published by the USDA to verify good health for transport. These are required for interstate travel and something the person who stole the badger did NOT have for any of the animals he moved from New York State to Texas. He remains yet to be held unaccountable to this day.

## OFFICIAL SMALL ANIMAL HEALTH CERTIFICATE
(covering canine, feline and other small animals only)

91-№ 964973

WSDA
Washington State Department of Agriculture
Animal Services Division
PO Box 42577 • Olympia WA 98504-2577
(360) 902-1879

U.S. Department of Agriculture
APHIS Veterinary Services
1550 Irving St. SW, Suite 100
Tumwater WA 98512-6368
(360) 753-9430

SHIPMENT IS FOR: ☒ INTERSTATE ☐ EXHIBITION ☐ INTERNATIONAL

**TRAVELING OR SHIPPED FROM**
VIA
**TRAVELING OR SHIPPED TO**

NAME Washington State University Vet Teach Hosp.
STREET 100 OH Rd
Pullman WA ZIP 99164

AIR ☐
AUTO ☐
OTHER ☒

NAME Caring For cottontails Wildlife Rescue + Rehab
STREET 3199 Walworth Rd
CITY Walworth STATE NY ZIP 14568

☒ * to the best of my knowledge, the animal(s) in this shipment is (are) acclimated to air temperatures lower than 50°F but not lower than a minimum temperature of 32 °F.

I hereby certify that I have examined the below described animal(s) and find some to be free from symptoms of communicable disease, and to the best of my knowledge have not been exposed to rabies or other communicable diseases and did not originate within a rabies quarantined area.

**DESCRIPTION**

| SPECIES | BREED | SEX | AGE | COLOR OR MARKINGS |
|---|---|---|---|---|
| American Badger | — | M | 2yr | Gray + brown |

**RABIES IMMUNIZATION DATA**

| VACCINE TYPE | MFG. & SERIAL NO. | TAG NO. | DATE OF VACC. |
|---|---|---|---|
| Imrab 3 (Killed) | Merial 132209A | N/A | 10/9/14 |

REMARKS: This badger has chronic bone deformities from improper diet as a cub, however he is otherwise free from signs of infectious disease and apparently healthy on physical exam.

Name of Accredited Veterinarian (please print): Marcie Logsdon, DVM
Signature of Accredited Veterinarian: Logsdon DVM
Address: 100 OH Rd Pullman WA 99164
Date: 10/9/14

NAN #

DISTRIBUTION for INTERSTATE: White–Owner    Canary & Pink–State office (address top left)    Goldenrod–Veterinarian
DISTRIBUTION for INTERNATIONAL: Check with USDA office for distribution 360-753-9430 (address top right)

The animal was stolen on or around April 23, 2017 and as one can see in the image to the left, the diagnoses for MBD was recorded on October 9, 2014. Since the badger was not transferred until later in October 2014, The MBD was not caused by any care I gave him.

**Facebook Messenger conversation
with Joseph Maldonado-Passage showing boarding agreement.**

# FACEBOOK CONVERSATION

**Conversation Information**



Joseph A Maldonado-Passage
Options
Search in Conversation
Edit Nicknames
Change Color
Change Emoji
Notifications
Shared Photos

**Messages**



Joseph A Maldonado-Passage
You were friends on Facebook

02/02/2017 3:00PM



no it did not make it

Carrie

you meaj you didn't get my post?

yes

Carrie

I will resend. I just need your opinion your advice.

Carrie

Joe I need your advice again on something. The zoning dept is giving my parents (landowners) and therefore me who owns the wildlife business on the property basically an ultimatum. Zoning says that my parents and I have to agree to shrinking the land used to 400 sq ft. We have 2.5 acres and may barely use an acre and most of it is just open space partially fenced in to give my animals more room. Zoning is basically saying I can't have any animals long term and can only rehab rabbits and squirrels. If my parents and I don't sign the agreement, they are going to go back and levy huge fines from the time I was suppose to have permits for the fencing and structures . This seems like we all are going right back to square one where we were months ago. They also said they would dismiss all of the violations of mine and parents if I let the USDA inspect and I'm assuming it's letting the USDA act any

# FACEBOOK CONVERSATION

way they want and bringing in anyone they want like law enforcement. I'm never allowed in the talks between my parents and the zoning dept cuz they say it's because of my parents being the property owners. My lawyer ended up betraying me too. You are like the only person who knows enough about the system who can give sound advice. So I hope you don't mind my asking questions. I just don't how far should I let these guys go,

Carrie

Can they really do all of the things they are doing esp threatening my parents with exorbitant fines if they don't tell me to give up all of my business?

I've written up over four pages of violations committed by the authorities concerning this case from denying me an adjournment for the first appearacnce as i wasn't able to retain counsel, therefore i was denied counsel

to telling me I cannot have my permanently owned animals because we are in a residential area (actually its Agricultural/Residential) with less than five acres. There are no ordinances stating this has to exist in order to have exotics.

I really believe they are trying to prevent me from breeding because the town and DEC are in cohoots.

02/09/2017 6:31PM

Carrie

Joe, do you have a way of taking my animals temporarily?

02/09/2017 7:42PM



what kind

Carrie

4 foxes, 1 jackal, 1 badger, 2 fishers, 2 African porcupines, opossums, woodchuck, and squirrels. The last few I can probably take with me wherever I am going. Unless I could work for u at your zoo if u have some place for me to stay.

Carrie

My parents are allowing the town to force me to keep all of my animals within a 400 sq ft

My attorney betrayed me ... he keeps threatening my parents (he's their atty too) with huge fines even though our side has never been heard and the two charges they have aren't even true.

They are allowing themselves to be pressured into signing the agreement that none of us can use any more than a 409 sq ft area.

To me, that's so illegal and unethical

02/09/2017 11:32PM



Move here

Carrie

# FACEBOOK CONVERSATION

Yeah that's what I would end up doing but need way to provide for my animals and earn money

02/10/2017 10:15AM

I will pay you to work and the zoo will pay to care for the animals in order to put them on exhibit

Try to find a photo of you send one please

Carrie
a photo of what?

You so I know who im talking to
Your animals are awesome

Carrie
Thanks

I would have to get intry permits for the native animals

Carrie
Ok ... I'd like to maintain ownership of them



**You invited Joseph A Maldonado-Passage to Messenger.**
Sending messages is fast and more fun on Messenger. Get a link sent to your phone to install the app.

You will i just put them on my permit

Carrie
Ok I would need a written agreement to reflect that

# FACEBOOK CONVERSATION

02/10/2017 11:46AM

Carrie

Here I am ...



Hate that picture of me ...

But at least you have one now 🙂

WhAt would I be doing at your zoo?



we pretty much all do everything, animal care, diets, build, tours, etc

Carrie

Awesome it's exciting to think about working at a zoo

Would you like to have a resume or some background on me? I'm an open book at least to you and a few others

I don't trust too many people



no thats ok, but when you make up your mind I will need at least a week or so to file for permits

Carrie

Why are you so trusting?



I built this place to give people a second chance in life, that is what my brother did for everyone before he got killed.

Carrie

Wow! You are too good to be true ... thank God you are

Would my animals be able to be housed close together so I can keep my "zoo" together?

# FACEBOOK CONVERSATION



we can do the best we can, but this place is huge and heated building animals are in other areas than others

Carrie
Ok which ones are those?

Carrie
I think I want to make this move Joe. I've been dreaming of getting out of the situation I've been in for years and I think I would be foolish not to leave when I have a job and place for my animals. Let's do it!
With you putting the animals on your license, does NY have to know anything about them? I'm afraid they are going to try and take the animals before I can leave the state



no just dissapear
I need a list so I know what I have to file for



just know I am 100% business, I run 110 mile an hour around here to keep this place a float

02/10/2017 2:23PM

Carrie
110 mile an hour?

02/10/2017 4:25PM



running a zoo this large, yes I run 110 miles an hour

02/10/2017 6:35PM

Carrie
ok so it's fast paced I understand
I have to have knee surgery before I move out there
Do you have any wildlife rehabilitation services out there?
I mean do you offer that as a service at your zoo ?

02/10/2017 8:24PM



They don't allow zoos to do that here

Carrie
Ok

02/10/2017 10:31PM

# FACEBOOK CONVERSATION

Carrie
Would I be able to breed my animals?

02/11/2017 11:57AM

Carrie
I'm still trying to consider last minute attempts here to get along with the town. just wanted to let you know so you don't think I'm playing games. I just want to see if I try everything, where it gets me. I think I already know but hey, can't hurt right?

02/11/2017 11:04PM



02/12/2017 2:56PM

Carrie
Hey I will have to transfer my animals to you ASAP if you are still willing ... 3 red foxes, 1 arctic fox, 5 opossums, 2 eastern gray squirrels, 1 badger, 2 fishers, 1 jackal, 2 African crested porcupines. Would I be able to breed these guys? If so, I will give you a percentage as it's only fair.

Carrie
I would like to get the animals transferred ASAP. My parents are not on my side and I just want to be away from them and keep them away from my animals. I hate this fucking state.

Carrie
I may have a western coyote too but not totally sure about that

02/13/2017 3:19AM

Carrie
I made a mistake with the foxes. I have four now with a possible fifth.

02/13/2017 9:48AM

Carrie
I guess I'm worried about NYS going after my animals and with them possibly knowing I know you they may just look up what animals you recently got licensed for, I'm worried that the USDA will as well.
I know you have to license them but is there a way to do so more discreetly?

02/13/2017 12:55PM



NYS cant touch me in Oklahoma once the animals are here

Carrie
No but I can get in trouble



not if you live in oklahoma

# FACEBOOK CONVERSATION

Carrie

Well see the badger isn't mine technically he was imported as a non-releasable from a rehab center in the state of Washington. Couldn't the USDA or state of OK pull him out of my custody if I didn't follow the. Proper procedure of transfer out of NYS ?

02/15/2017 8:14PM

Carrie

Hey joe, do you need permits for ranch foxes and the jackal? I'm asking cuz perhaps those can be moved sooner than the others.
Someone let two of my foxes go luckily I got them back right away

02/16/2017 10:17AM



wont need permits for them

02/16/2017 11:49AM

Carrie

Ok when is a good date for you for transport?
The earliest I can do it is two weeks from now. Then anytime thereafter.

02/16/2017 12:55PM



are you bringing them? I am good when ever

Carrie

well, if i bring them, it will take me 21+ hours to drive there, plus only a few can come at a time. However, I can't afford a transporter and to be honest, i've already had two real bad experiences when i did have money for one a year or so ago.



so are you asking me to fund and drive to NY to move just two of your animals then have to move more later?

Carrie

No sorry
I'm trying to say that because I'm transporting them, I can only bring a few in a single trip.
Sorry .... I didn't explain things well.
The people whom are giving me the coyote would like to see the enclosure she will be in. Do you mind sending me the pic of the enclosure?

Carrie

Do you think this will happen?
http://m.humanesociety.org/news/press_releases/2011/10/oklahoma_exotic_regulation_102111.html

# FACEBOOK CONVERSATION

**The HSUS Renews Call for Oklahoma to Pass Law to Ban Dangerous Exotic Pets : The Humane Society of the United States**
The Humane Society of the United States is calling on Gov. Mary Fallin to issue an emergency order or otherwise direct the state wildlife agency to immediately adopt regulations or undertake a rulemaking process to address private possession of inherently dangerous wild animals.

humanesociety.org

02/18/2017 12:12PM

Carrie

**Incident at tiger show causes firestorm on social media; Trainers deny tigers escaped**
Some people who watched Wednesday night's tiger show say 'yes' and shared their fear on Facebook. But the tiger's trainer denies an animal ever got loose.

wptv.com

02/23/2017 9:58AM

Carrie
Joe, if I compensate you would you be willing to transport my animals ASAP?

Carrie
2 more of my animals have been targeted ... one dead. If you can't make it, I will have to figure out transport down to your facility ASAP.

02/24/2017 10:13AM


I do not have the staff to leave

Carrie
Ok I will figure it out. I didn't want to ask you because even if you did have the staff, it's just one more thing for you. However, I was at my wit's end. I think we have someone messin' with the animals.

Carrie
I'm tentatively scheduling Monday to start the drive down. It's a 21 hr drive
Please let me know if that's ok for you. The earliest I would be at your place would be Tuesday morning
I may have to reschedule the trip if I can't set the remaining animals up well enough for me to leave. But I will keep you updated. First trip is three foxes, two fishers and possibly the jackal.

02/25/2017 3:17PM

Carrie
Joe I probably won't be able to come on Monday. I had forgotten i have tickets to settle first. Soon after I do I may rent a van and bring all of the animals down at once if you are ok with that.

# Another Facebook Messenger conversation

# FACEBOOK CONVERSATION



03/28/2017 6:22PM

Carrie

Hey do you have a few minutes for me to call you

04/14/2017 3:15PM

Carrie

Hey Joe, I've been trying to get ahold of you I'm not sure if u r getting my messages. However things have gone from bad to worse, my parents turned on me and took my car and everything inside of it without my knowing. I have no transportation, no money and I think they are going to call the authorities to seize my animals.

I don't have anyone to turn to. If you happen to know of anyone my way that may be able to help, please let me know.

04/15/2017 8:40PM



First of all I hate drama second of all I just buys people that can't make up your mind you either want help or you don't if you do I'll help you if not find something else to do

04/16/2017 3:27AM

Carrie

I never had a change of mind. And this drama is not caused by me. It's simply out of my control. I spoke to you about it so you knew what was going on. Right now, everyone is acting against me and trying to keep me down. I never expected my parents to be apart of that but they are and everything I have either has been taken or in jeopardy of being taken. I'm still fighting the charges and not taking any deal. If I lose my licensing, I'm done in this field. So, I'm just being upfront with you so you know what my intentions are. Right now. I'm paralyzed by lack of resources to get from point A to point B. Trying my best here.

04/16/2017 5:30PM

Carrie

Hi Joe, here's a list of the animals: 1 jackal, 4 foxes (4 1-week old pups with mother), 2 fishers, 1 African crested porcupine, 1 badger, 2 Virginia Opossums. I'd like to bring down a few more animals in a few months when I come down to move to the state. Would you be able to accommodate them at that time? They would be 2 more Virginia Opossums, 2-3 gray squirrels, 1 groundhog. Thanks so much. My address is: 3199 Walworth Rd., Walworth, NY 14568. Do you want gas money or any fee? I have to stay here in NY until the legal stuff is resolved. Once I can, hopefully in a few months as I mentioned earlier, I will be down there. I can work for you but I have to talk to you when you are here so you know the whole story and why I did change my mind on that. But I will talk to you about it. My phone is 315.310.5376. If at all possible, Tuesday after 12p would be the best time to load the animals as my parents

# FACEBOOK CONVERSATION

are typically out of the house and the least they know the better. If you can't do that then that's fine. I just wanted to also make sure that I'm maintaining ownership of all the animals that are coming to you from my possession although you will be putting them in your USDA license. There's a short agreement my attorney is pressing for me to sign with you, if you are ok with that. Thanks again! I owe you one!



gas money would help out yes or at least some

Carrie
Ok can you estimate the cost?



getting that

Carrie
Do you think I should keep vixen and her babies here for now or do you think she and the pups would be ok with the transfer and change of environment?



should be ok to move. If I do this I am doing it all at once

Carrie
Of course, any animals left behind I will bring g down myself as I mentioned earlier

04/17/2017 3:38PM
Carrie
How is everything? Are u ok with directions?

04/17/2017 5:50PM


They want 1400 to transport how much can you afford

04/17/2017 7:05PM
Carrie
holy shit!
Is this a transport biz?



yes
by the time I pay a driver and fuel it would be about the same

Carrie

# FACEBOOK CONVERSATION

I've had two super bad experiences with transport companies.
I wish I a way to rent sn extra-large SUV for $50/day
I'm lucky if I could give $100 and I can't ask you to foot that bill
I feel like I'm imposing already

Carrie
In trying to find someone to help me rent a vehicle and drive down

04/18/2017 12:18AM

Give me 48 hours to raise the money just don't say anything on that post. We don't want Carole knowing who

Carrie
what would she do if she found out?

Just exploit you on her website for money saying how bad you are. That's how she does all of us

Carrie
wow! Well I shouldn't be too surprised. I've already had people do that to me
Have you ever represented yourself in court?

04/18/2017 11:34AM

all the time

Carrie
Is it difficult? I've looked high and lo and no atty wants to even accommodate me with a payment plan. So I have no choice. The atty i did hire for very little really did us bad.
I've had a lot of egregious civil rights abuses throughout all of this. The judge, the court, zoning dept, DEC of course, are crooked and now my parents are on their side which breaks my heart.
I feel like I'm in the twilight zone. A week from today I lose everything remaining
Have you filed a motion for dismissal of the charges?
I'm going to try that but it's pretty dumb that I have to make my case for it in front of the same judge who is screwing me over.

Carrie
So, I don't want to let you in on any drama, but I do want to keep you updated. I woke up to this today ...

# FACEBOOK CONVERSATION



Looks like my fencing and enclosures are gonna be torn down and thrown in the dumpster. I was told that everything is coming down. I hope my parents didn't mean today.

04/18/2017 2:00PM



So what about the animals
I am putting the people on the road today and if I pay 1400 to do this and the ani8are not there I'm going to be pissed off like you wpu5not believe

Carrie

Would you stop that! I have never nor would I ever do that ... there was some type of miscommunicationBetween us where you thought I kept changing my mind. I just couldn't get transport. I still have to clear up my license
I had to call the police
They were taking my things and throwing them out
Trust me ... the animals will be here
But I think my parents want them seized and euthanized as they've been talked into blaming me for all of this crap

04/18/2017 3:53PM

Carrie

Sorry for the drama above. Thank you so much for what you are doing. You are the only one in my life who went out of your way to help me save my dream. I owe you big.

they are on the road right now heading your way

Carrie

Ok

# FACEBOOK CONVERSATION

I wanted to explain to you about working for you
I would love to work at your zoo but I was talking with someone who worked for you
She said a lot of good things about you and your care did the animals



trust me I am strick as shit, the care of my animals come first
who was it

Carrie
But that the work is hard (which I would expect) but that once someone slows down even a little bit or has an "off" day.
I don't remember the name
Laundell of something like that I think
It was awhile ago. Anyways I do have physical problems where my energy and range of motion won't be as ample as if is on another day. I have days when I'm in very little pain and I can work along and get a lot done
But then there are days I'm in a lot of pain and I'm slower but can still get things done
Just not as much as when I'm feeling better

Carrie
If you are ok with that, I'd be happy to work at the zoo. I would love nothing more than to learn the care for animals like big cats, hyenas, etc. that I never thought I'd even be able to be in the presence of much less take care of on a routine basis. But I also don't want to disappoint you and get fired either .



no one knows pain and being sick more than me trust me

Carrie
Oh I believe it
I also have other skills you might need as well and perhaps I can do a combination of things
What do you think?



lets cross that bridge later, tryin g to get this crew your way

Carrie
Okie doke
If they need help with directions or anything else, my phone is 315.310.5376
They can text or call

04/18/2017 7:32PM

Carrie
What time did the bus leave?

# FACEBOOK CONVERSATION

04/19/2017 9:40AM

Carrie

do you need more carriers?

If so, I can send the animals in mine and you can keep them

yes

Carrie

Ok most if not all will be plastic.

ok, have yu heard from the transport people

Carrie

Yes I'm confirming ETA now

Carrie

ETA still noon

I'm gonna start getting animals into carriers but a few may take a bit. Are you on s time crunch at all with them getting back to you?

Carrie

Also can you acknowledge that although the animals are being transferred to your zoo, I still own them?

My attorney is getting on my ass!

04/19/2017 11:40AM

yes they are yours and what ever time you take to load it takes

Carrie

Ok I just wanted to make sure there was no schedule to keep

04/19/2017 4:12PM

Call me now

04/20/2017 3:06PM

Carrie

how did things go?

**Photocopy of Verified Affidavit Written by Joseph Maldoando-Passage (Schreibvogel) confirming terms of boarding contract**

The following is a sworn, verified statement from a witness validating the contract with Carrie Leo.

## AFFIDAVIT

I, <u>JOSEPH MALDONADO- PASSAGE</u> have read and agree with the following facts:

1. This statement is regarding a contract I made with the Plaintiff, <u>CARRIE M. LEO</u> on February 9, 2017.

2. The contract was regarding the boarding of exotic animals belonging to her.

3. I was an agent for the GREATER WYNNEWOOD EXOTIC ANIMAL PARK ("Park") owned by the Defendant, <u>JEFFREY L. LOWE,</u> at the time the said contract was made.

4. I had standing authorization from the Defendant to engage in, make, and fulfill agreements and contracts on behalf of the Park, especially in terms of animals coming into the park for either temporary or permanent stay.

5. In the aforementioned case, Leo v Lowe, I had full authority to make the terms of and solidify a boarding contract in which the Plaintiff kept ownership of her animals and would board them at the Park until further notice from her.

6. I attest to authoring the messages under the profile entitled "Joseph A. Maldonado-Passage" using Facebook Messenger dated February 9, 2017 and are included in this affidavit as Exhibit A.

7. I attest to the fact that an agreement was made between the Plaintiff, Carrie M. Leo, and I that the Park would pay for the upkeep of the animals daily while exhibiting them to the public.

8. Ms. Leo planned on moving her residence and wildlife facility to the state of Oklahoma as soon as she could; hopefully in a year or so from the movement of her animals from her facility in New York to the Park in Oklahoma.

9. On behalf of the Park, I agreed that she could work as an employee of the Park after moving to Oklahoma from her home state of New York.

10. I submitted a request to Oklahoma State for the proper authorization and import permits for Ms. Leo's animals.

11. I received consent from the Defendant, Jeffrey A. Lowe, to bring the animals into the Park and exhibit them.

12. I raised funds for the transport of the Plaintiffs animals which was $1600.00. Ms. Leo provided me with a promissory note (signed by her) of repayment of the amount needed to transport her animals as she was maintaining title over them.

13. On April 19, 2017, I contracted with M&J Exotic Transport from Memphis, TN to pick up the animals from Ms. Leo's facility in New York on Walworth Road, Walworth (township of Macedon 14502) and bring them to the Greater Wynnewood Exotic Animal Park.

14. I verified with Ms. Leo that the animals remained under her ownership in a facebook message dated April 19, 2017 - the day of the transfer of the animals.

15. The species of animals transported from Ms. Leo's Facility in Walworth, NY to the Park in Oklahoma were as follows: 1 female black-backed jackal, one pair of Virginia Opossum (1 male, 1 female), 1 male red fox, 1 female Arctic fox, 1 male African Crested Porcupine and 1 male fisher cat or "fisher".

16. The animals successfully arrived to the Park on April 20, 2017 and were housed inside the Park.

17. Ms. Leo consistently kept in touch with me for updates about the welfare of her animals and her plans on moving down to Oklahoma from New York State.

18. The agreement or contract to which I am attesting in this Affidavit was made in good faith.

DATE: _ _ ; - , 2019

_____
Joseph A. Maldonado-Passage

I am the attorney retained to represent Joseph A. Maldonado-Passage in a separate case unrelated to the one noted in the caption of this Affidavit. I attest to the authentication of my client's signature below.

Witnessed by: _____     Dated: ___5-10      , 2019
Attorney Signature

William P. Earley
Printed Name of Attorney Signing Above

RECEIVED
JUN 1 0 2019

02/09/2017 6:31PM

Carrie
Joe, do you have a way of taking my animals temporarily?

02/09/2017 7:42PM


what kind

Carrie
4 foxes, 1 jackal, 1 badger, 2 fishers, 2 African porcupines, opossums, woodchuck, and squirrels.
The last few I can probably take with me wherever I am going. Unless I could work for u at your zoo
if u have some place for me to stay.

Carrie
My parents are allowing the town to force me to keep all of my animals within a 400 sq ft
My attorney betrayed me ... he keeps threatening my parents (he's their atty too) with huge fines
even though our side has never been heard and the two charges they have aren't even true.
They are allowing themselves to be pressured into signing the agreement that none of us can use
any more than a 409 sq ft area.
To me, that's so illegal and unethical

02/09/2017 11:32PM


Move here

Carrie
Yeah that's what I would end up doing but need way to provide for my animals and earn money

02/10/2017 10:15AM


I will pay you to work and the zoo will pay to care for the animals in order to put them on exhibit


Try to find a photo of you send one please

Carrie
a photo of what?


You so I know who im talking to
Your animals are awesome

| Carrie | Thanks


RECEIVED
JUN 1 0 2019

I have read the text on this page and can authenticate
it as Facebook messages I sent to Carrie Leo.

_____
Joseph A. Maldonado-Passage



I would have to get intry permits for the native animals

Carrie
Ok ... I'd like to maintain ownership of them



**You invited Joseph A Maldonado-Passage to Messenger.**
Sending messages is fast and more fun on Messenger. Get a link sent to your phone to install the app.



You will i just put them on my permit

Carrie
Ok I would need a written agreement to reflect that

02/10/2017 11:46AM

Carrie
Here I am ...



Hate that picture of me ...

But at least you have one now  ☺
WhAt would I be doing at your zoo?



we pretty much all do everything, animal care, diets, build, tours, etc

Carrie
Awesome it's exciting to think about working at a zoo
Would you like to have a resume or some background on me? I'm an open book at least to you and a few others
I don't trust too many people

**RECEIVED**

**JUN 1 0 2019**



I have read the text on this page and can authenticate
it as Facebook messages I sent to Carrie Leo.

_____
Joseph A. Maldonado-Passage



no thats ok, but when you make up your mind I will need at least a week or so to file for permits

**Carrie**
Why are you so trusting?



I built this place to give people a second chance in life, that is what my brother did for everyone before he got killed.

**Carrie**
Wow! You are too good to be true ... thank God you are
Would my animals be able to be housed close together so I can keep my "zoo" together?



we can do the best we can, but this place is huge and heated building animals are in other areas than others

**Carrie**
Ok which ones are those?

**Carrie**
I think I want to make this move Joe. I've been dreaming of getting out of the situation I've been in for years and I think I would be foolish not to leave when I have a job and place for my animals. Let's do it!
With you putting the animals on your license, does NY have to know anything about them?
I'm afraid they are going to try and take the animals before I can leave the state



no just dissapear
I need a list so I know what I have to file for



just know I am 100% business, I run 110 mile an hour around here to keep this place a float

                          02/10/2017 2:23PM

**Carrie**
110 mile an hour?

                          02/10/2017 4:25PM



running a zoo this large, yes I run 110 miles an hour

                          02/10/2017 6:35 PM

**RECEIVED**

**JUN 1 0 2019**



I ave read the text on this page and can authenticate the Facebook messages I sent to Carrie Leo.

_____
Joseph A. Maldonado-Passage

Carrie
ok so it's fast paced I understand

---

March 8, 2019

The ahmc sociJl mediJ message" \\ere relrie\cd li-um fl,,c B,,ul, ,uHi \\s:1-: nY i'sthloti:d or alter-..:d in any way other than the 1-emmal of the blue hackground and changing the color ,,!'the text font from \\hite to hlack. Thi, altcrntion \\as done in order tn pnnidc i·ctlcr qu iity :,,.!i:,ing d!.thc document in black and\\ hitc and grayscale.

Carrie M. Leo, Plaintiff
Leo v Lowe

Sworn to me before

This 8<sup>th</sup> day of March 2019

**AIMEE K PHILLIPS**
tlo!ary Pub C •Stale of New Yolk
No 01PH6233122
Quali1.1eui◆Wa\(Tfe Count1 ·
"/f/Corr.rnss:o Exp!eS December 2 7. 3l18

Public Notarv

**RECEIVED**

JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage

**Facebook Messenger conversation with the Lowes in October 201**

# FACEBOOK CONVERSATION

**Greater Wynnewood Exotic Animal Park**

••

**Conversation Information**



Greater Wynnewood Exotic Animal Park
Options
Search in Conversation
Manage Messages
Rate Experience
Notifications
Messenger Link
  m.me/WynnewoodZoo

**Messages**



Greater Wynnewood Exotic Animal Park
14K people like this including Mechel Whitaker and 3 friends
Petting Zoo

OCT 25TH, 10:14 PM

Carrie

Is anyone available to chat?
I'm the owner of the jackal, opossums, foxes, fisher, and porcupine. I really need to talk to Jeff or Lauren asap.

There are no animals here that belong to anyone else.

Carrie

then where are the ones i just named

They are on our inventory here at the zoo

Carrie

they are mine i had a contract

Please send us a copy of that contract because the owner of the park never signed a contract

Carrie

Joe messaged me and stated that I could keep them there until I

# FACEBOOK CONVERSATION

came down to work for him
I'm from New York
Please don't giv e me a hard time. I've been through hell and those animals are what have kept me going over the last few years



Joes in prison and was never the owner of the park. And the owner of the park never authorized any contracts.
They are here safe

Carrie

can i speak to jeff/lauren



This is us

Carrie

Joe and I made this arrangement at least a year ago
this is jeff



Lauren

Carrie

do you mind if i speak to you on the phone?



Joes word means nothing to us. He promised people a lot of things and never fulfilled them. The animals are here safe and being well taken care for

Carrie

well he fulfilled his promise to me.
the only one who helped me in the bad situation i was in.



Carrie

if i knew i was going to lose ownership of my animals i would have never sent them down there.
please call me 315.538.8316
please don't take my animals away.
I've heard nothing but good things about you.
Those animals mean the world to me



# FACEBOOK CONVERSATION

I’m sorry but these animals you claim to be yours aren’t your animals anymore. They are on our inventory. Whatever Joe promised you, I’m sorry it wasn’t real. That’s why he’s in jail because he’s a liar and thief and more. Like I said they are in good hands and well taken care of.

Carrie

wasn't joe a manager or soemthing there?
he seemed to have full access to anywhere on the zoo and have an authority poisition

He was a mistake. And we made the mistake of trusting him thinking he cared about the animals and he didn’t.

Carrie

well, i feel betrayed too.
by not only joe but you .... i made an agreement with him and even gave him a promissory note to pay back the transport fee
i checked in and asked about the animals, etc.

I’m sorry but we can’t help you with that.
They are doing very well

Carrie

yes you can. You guys can buy any animals you want. I can't

The zookeepers are doing a great job taking care of them

Carrie

I'm sure they are.
That
That's not why i want them back.
In fact, i can keep them on exhibit at your new zoo if you would cooperate with me
can't you at least talk with me via phone for a few mintues?
i spent thousands getting those animals and they are an investment for my new business.
You guys have so many more ways of getting any animals you want. I cannot do that. If I do'nt get these animals back, my dream is comletely crusehd
not to mention my future way of earning a living.

**Cellular text message conversation with transport company which transported the animals from New York State to Oklahoma**

M&K Exotic Animal Transport was a transport company commonly contracted by Joe Passage-Maldonado (Schreibvogel)

**Year:  2017**




The above two text messages serve to authenticate the number as it is associated with M&J Transport.

The two messages below show that the transporter used by the zoo was still entering into contracts with Joe even after the zoo was bought by the Lowes.  In fact, the transporter never even met the new owner.




# EVIDENCE OF OWNERSHIP
## African Crested Porcupine / African Cape Porcupine

# PROOF OF OWNERSHIP

### "Sully" The African Crested Porcupine - $600
https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Sully was advertised on a popular exotic animal sale website on __January 28, 2016__ called
*Exotic Animals for Sale*



**Seller/Previous Owner:**

Jennifer Kaufman Caton

d/b/a/ Bar C Ranch *(c. 2000)*

238 Shepherds Mill Rd.

Berryville, VA 22611

ph: 540-539-7689

email: info@barcranch.org

# PROOF OF OWNERSHIP

## "Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation between Seller/Previous Owner, Jennifer Caton, of Bar C Ranch, and Plaintiff



# PROOF OF OWNERSHIP

## "Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp



# PROOF OF OWNERSHIP

## "Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

---

**11/10/2018** — Gmail - Created Porcupine

Hi Jen,

I live near Rochester, NY which is 6 hrs west of NYC. I am an alumnus of Fordham U. in the Bronx at Rose Hill. So I went back and forth from home to NYC - very pretty ride.

I don't mind meeting somewhere. Here's the scoop though ... Yesterday we had two of our new enclosures destroyed by weather conditions. It will take us at least a month to recover. May we meet in early April to do the transfer?

[Quoted text hidden]

**Jennifer** <jennifer@barcranch.org>   Wed, Feb 17, 2016 at 3:45 PM
To: Carrie Leo <caringforcottontails@gmail.com>

So sorry to hear about your enclosures. The weather has been a challenge this year. No rush to get him. We do an event in Troy, PA April 23-24. Maybe we could meet there. I think it is only a few hours from you.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Wed, Feb 17, 2016 at 4:15 PM
To: Jennifer <jennifer@barcranch.org>

What kind of event?

[Quoted text hidden]

**Jennifer** <jennifer@barcranch.org>   Wed, Feb 17, 2016 at 7:04 PM
To: Carrie Leo <caringforcottontails@gmail.com>

We do petting zoos and camel rides. We will be at a Maple Festival that weekend.

Jen
Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Thu, Feb 18, 2016 at 10:05 AM

https://mail.google.com/mail/u/0?ik=a784488f20&view=pt&search=all&permthid=thread-f%3A1524898835928422525&simpl=msg-f%3A1524898835928422525...   5/9

---

Hi Jen, troy, PA is a 2 1/2 hrs away which is a much easier trip. That would be perfect if we can meet there in April. Do you have an exact address?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch.org> wrote:
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Thu, Feb 18, 2016 at 10:08 AM
To: Jennifer <jennifer@barcranch.org>

Is the attached info the correct event, place and dates?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch.org> wrote:
[Quoted text hidden]

Endless
Mountains Maple
Festival : Home
www.maplefestivalpa.co
MAPLE FESTIVAL.   Screenshot_2016-02-18-10-07-49-1.png
April 23 & 24 2016   77K
Alparon Community
Park. Jct Rte 6 & 14
Troy PA 16947.
Bradford County.

**Jennifer Caton** <jennifer@barcranch.org>   Tue, Feb 23, 2016 at 8:51 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Yes. Info is correct. We can touch base as we get closer. Do you think you could pick him up on Sunday evening or Monday morning? That way I can have him in the zoo for the weekend and I don't have to try to haul both porcupines up.

Thanks,

Jen

From: Carrie Leo [mailto:caringforcottontails@gmail.com]
Sent: Thursday, February 18, 2016 10:09 AM
To: Jennifer <jennifer@barcranch.org>
Subject: Re: Created Porcupine

https://mail.google.com/mail/u/0?ik=a784488f20&view=pt&search=all&permthid=thread-f%3A1524898835928422525&simpl=msg-f%3A1524898835928...   6/9

---

**7**

**11/10/2018** — Gmail - Created Porcupine

Is the attached info the correct event, place and dates?

[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Tue, Feb 23, 2016 at 9:07 PM
To: Jennifer <jennifer@barcranch.org>

Sure. Pls remind me when we make specific plans for pickup as I'm sure I will forget

[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Thu, Apr 21, 2016 at 1:34 AM
To: Jennifer <jennifer@barcranch.org>

Hi Jen, we still on for the 25th? I can meet you in Troy. Text me at 315.310.5376.
[Quoted text hidden]   Date of actual transfer is April 25, 2016.
Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**   Sun, May 8, 2016 at
<caringforcottontails@gmail.com>   12:59 AM
To: Jennifer <jennifer@barcranch.org>

Hi Jen,

Just wants to ask you what you wanted me to do with your crate? Per our agreement, I will send it back to you; however, sulky chewed a hole about an inch in diameter in the top. I can 1. Return the whole thing back to you with a fee to replace the top or 2. Replace the top for you and them send it back to you or 3. Not send it back and compensate you for the whole crate. Pls let me know. I can send a picture of the damage if you would like.

Carrie

Sent from my iPhone
[Quoted text hidden]

https://mail.google.com/mail/u/0?ik=a784488f20&view=pt&search=all&permthid=thread-f%3A1524898835928422525&simpl=msg-f%3A1524898835928...   7/9

---

**8**

**11/10/2018** — Gmail - Created Porcupine

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**   Sat, May 14, 2016 at
<caringforcottontails@gmail.com>   6:16 AM
To: Jennifer <jennifer@barcranch.org>

Hi Jennifer, I think I'm just going to send you money as even the top has been chewed a little. Is $20 ok?

Sent from my iPhone

On May 8, 2016, at 10:28 AM, Jennifer <jennifer@barcranch.org> wrote:

Any of those would be fine. Whatever is easiest for you.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Jennifer** <jennifer@barcranch.org>   Sat, May 14, 2016 at 8:41 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc."
<caringforcottontails@gmail.com>

Sure. That's fine.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>   Sat, May 14, 2016 at 9:01 AM
To: Jennifer <jennifer@barcranch.org>

what's your address?

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

https://mail.google.com/mail/u/0?ik=a784488f20&view=pt&search=all&permthid=thread-f%3A1524898835928422525&simpl=msg-f%3A1524898835928...   8/9

# FACEBOOK POST – June 12, 2017

## Acknowledging Ownership of Sully, the African Crested Porcupine, to a Third Party



# PROOF OF OWNERSHIP

### "Sully" The African Crested Porcupine - $500
https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

**Payment Withdrawn from Account Day Before Transfer of Animal**



| Date | Description | Status | Currency | Gross | Fee | Net |
|------|-------------|--------|----------|-------|-----|-----|
| 04/24/2016 | General Payment: Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ████████273L | Completed | USD | 300.00 | 0.00 | ███ |
| 04/24/2016 | General Payment: Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ███████9613F | Completed | USD | 50.00 | 0.00 | ███ |
| 04/24/2016 | General Payment: Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ██████9345T | Completed | USD | -350.00 | 0.00 | ███ |

# EVIDENCE OF OWNERSHIP

## Black-backed Jackal / Golden Jackal

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal - $2100 + travel expenses

Knuette was advertised on a popular exotic animal sale website on <u>March 23, 2016</u> called
***Exotic Animals for Sale***
http://www.exoticanimalsforsale.net

https://www.exoticanimalsforsale.net/sale/25555-Black-Back-Jackals.asp



# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation on May 13, 2016

between Seller/Previous Owner, Christa Barker, (d/b/a/ *Primate Babies*) and Plaintiff



**1**

1/16/2016 — Gmail - jackal

M Gmail — Carrie Leo <caringforcottontails@gmail.com>

**jackal**
3 messages

**Carrie Leo** <caringforcottontails@gmail.com>  Fri, May 13, 2016 at 4:18 PM
To: Christa Barker <christabarker1@yahoo.com>

Hi Christa,

Thank you for working with me concerning the jackal. I have been inundated with immediate concerns with other animals and issues. I didn't think to let you know the jackal made it ok. Everything seems to be happening at once and it's so hard to sort through everything and get it done in the order to meet all of my deadlines.

I appreciate your kindness and understanding.

Carrie Leo, Licensed Widlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

**Christa Barker** <christabarker1@yahoo.com>  Fri, May 13, 2016 at 4:37 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie

I am sorry you have in a hard time right now and hope you will get though this ok
I am glad she made it save,
I do worry about about Shiping and are always looking foreword to hearing that they made it save.

Thanks
Christa

https://mail.google.com/mail/u/0/?ik=7b44556f06&view=pt&search=all&permthid=thread-f%3A1536245588437853030&simpl=msg-f%3A15342435586...   1/2

**2**

1/16/2016 — Gmail - jackal

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**  Fri, May 13, 2016
<caringforcottontails@gmail.com>  at 4:56 PM
To: Christa Barker <christabarker1@yahoo.com>

Thank you fur such a beautiful animal

Sent from my iPhone
[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=7b44556f06&view=pt&search=all&permthid=thread-f%3A1536245588437853030&simpl=msg-f%3A15342435586...   2/2

# PROOF OF OWNERSHIP

### "Knuette" The Black-Backed Jackal

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation on May 16, 2016

Seller/Previous Owner, Christa Barker, (d/b/a/ *Primate Babies*)



# PROOF OF OWNERSHIP

## BLACK-BACKED JACKAL



The entire and unabridged video available upon viewing and/or submission to the Court upon request.

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal (female) –

## $2100 + shipping via Delta Cargo



### Transaction History

January 01, 2015 through January 01, 2018

Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
caringforcottontails@gmail.com

| Date | Description | Status | Currency | Gross | Fee | Net |
|---|---|---|---|---|---|---|
| 03/24/2016 | Reversal of General Account ▇▇ PayPal ID: ▇▇ ▇12N | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/24/2016 | General PayPal Debit Card Transaction ID: ▇▇ ▇615 | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | PayPal Debit Authorization ID: ▇▇ ▇52B | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | Account ▇ for Open Authorization: PayPal ID: ▇▇ ▇74K | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | Reversal of General Account ▇: PayPal ID: ▇▇ ▇515 | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | General PayPal Debit Card Transaction ID: ▇▇ ▇10N | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | PayPal Debit Authorization ID: ▇▇ ▇33U | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | Account ▇ for Open Authorization: PayPal ID: ▇▇ ▇24J | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | Reversal of General Account ▇ PayPal ID: ▇▇ ▇31J | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | General PayPal Debit Card Transaction ID: ▇▇ ▇61S | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/26/2016 | General ▇ Carrie Leo ID: ▇ ▇14U | ▇ | USD | ▇ | ▇ | ▇ |
| 03/26/2016 | General Payment: Primate Babies ID: ▇▇ ▇54U | Completed | USD | -1,000.00 | 0.00 | ▇ |
| 03/27/2016 | PayPal Debit Authorization ID ▇▇ ▇238 | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/27/2016 | Account ▇ for Open Authorization: PayPal ID: ▇▇ ▇93E | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/28/2016 | PayPal Debit Authorization ID: ▇▇ ▇90D | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/28/2016 | Account ▇ for Open Authorization: PayPal ID: ▇▇ ▇416 | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/28/2016 | PayPal Debit Authorization ID: ▇▇ ▇03E | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/28/2016 | Account ▇ for Open Authorization: PayPal ID: ▇▇ ▇80W | ▇ | USD | ▇ | 0.00 | ▇ |
| 03/28/2016 | Reversal of General Account ▇ PayPal ID: ▇▇ ▇412 | ▇ | USD | ▇ | 0.00 | ▇ |

# PROOF OF OWNERSHIP

**"Knuette" The Black-Backed Jackal (female) –**

**$2100 + shipping via Delta Cargo**



### Transaction History
January 01, 2015 through January 01, 2018

**PayPal**

Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
caringforcottontails@gmail.com

| Date | Description | Status | Currency | Gross | Fee | Net |
|---|---|---|---|---|---|---|
| 05/04/2016 | Debit Card ID: ▓▓▓ | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/05/2016 | Payment PayPal ID: 231D | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/09/2016 | General Payment: ID: 154U | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/11/2016 | Bank to PP Account ID: 4104 | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/11/2016 | General Payment: Primate Babies ID: 0341 | Completed | USD | -820.00 | 0.00 | ▓▓▓ |
| 05/12/2016 | Bank Deposit to PP Account ID: 703P | Pending | USD | 850.00 | 0.00 | ▓▓▓ |
| 05/12/2016 | General Payment: Primate Babies ID: 9229 | Completed | USD | -850.00 | 0.00 | ▓▓▓ |
| 05/12/2016 | General Payment: Carrie Leo ID: 214C | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/16/2016 | PayPal Debit Authorization ID: 182B | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/16/2016 | Account for Authorization: PayPal ID: 115J | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/17/2016 | of General Account PayPal ID: 90R | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/17/2016 | General PayPal Debit Card Transaction: ID: 23X | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | PayPal Debit Authorization ID: 4937 | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | Account for Open Authorization: PayPal ID: 7832 | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | PayPal Debit Authorization ID: 262L | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | Account for Open Authorization: PayPal ID: 412D | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | Reversal of General Account PayPal ID: 764Y | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/19/2016 | General PayPal Debit Card Transaction ID: 1839 | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |
| 05/20/2016 | General Credit Card Deposit ID: 570S | ▓▓▓ | USD | ▓▓▓ | 0.00 | ▓▓▓ |

January 01, 2015 through January 01, 2018

Page  13

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal (female) –

## $2100 + shipping via Delta Cargo

### TOTAL: $2,670.00

**Purchase: $2,100.00**
**Transport:    $570.00**
(via Delta Cargo)

### Search Transactions Results

| Date | Type | Name | Subject | Gross Amount | Fees | Net Amount |
|------|------|------|---------|-------------|------|-----------|
| 3/26/2016 | General Payment | "Primate Babies" | | -1,000.00 USD | 0.00 | -1,000.00 |
| 5/11/2016 | General Payment | "Primate Babies" | | -820.00 USD | 0.00 | -820.00 |
| 5/12/2016 | General Payment | "Primate Babies" | | -850.00 USD | 0.00 | -850.00 |
| Total | | | | -2,670.00 USD | 0.00 | -2,670.00 |

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Delta Air Waybill

AVI JACKALS

| Thursday, May 12, 2016 | | | | | Page 1 of 2 |
|---|---|---|---|---|---|

| 006 | FLL | 01828444 | DUPLICATE | | 006-01828444 |
|---|---|---|---|---|---|

**Shipper's Name and Address** | **Shipper's Account Number**

Not Negotiable

**Air Waybill**

Issued By

EXOTICS UNLIMITED
PO BOX 8177
SEBRING SPRING FL
US 33872
PHONE 954 729 1554

**DELTA AIR LINES INC.**
**ATLANTA INTERNATIONAL**

Copies 1, 2, and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address** | **Consignee's Account Number**

CARRIE LEO AT COTTONTAIL WILDLIFE
3199 WALWARTH RD
WALWARTH NY
US 14568
PHONE 315 310 5376

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

Accounting Information
VARIATION LIVE

**Agent's IATA Code** | **Account number**

**Airport of Departure (Addr. of First Carrier) and Requested Routing**

FORT LAUDERDALE

Reference Number | Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATL | DL | | ROC | DL | | | USD | CO | X | X | NVD | NCV |

| | Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance." |
|---|---|---|---|---|---|
| | ROCHESTER | DL2226S/12 | DL1584L/12 | XXX | |

Handling Information
AVI INS

SCI

| Number of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item number | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|
| 1 | 18.0 | L | C | 0199 | 53.0 | 5.11 | 270.83 | JACKAL IN 200KNL |

Shipper guarantees payment of all transportation charges and any additional charges for the care, feeding, and housing of the animal(s).

Signature

Date 5/12/16

| 1 | 18.0 | | | | | | 270.83 | |
|---|---|---|---|---|---|---|---|---|

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | 270.83 | |

Other Charges

| Valuation Charge |
|---|

COL- MYC 0.00/SCC 0.00/GTC 16.93/OIYC 0.00

| Tax |
|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

**PAID**

Discover

| Total Other Charges Due Agent |
|---|

| Total Other Charges Due Carrier |
|---|
| 16.93 |

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| | 287.76 |

| Currency Conversion Rates | CC Charges in Dest. Currency | 10MAY16 | FORT LAUDERDALE | 0723 |
|---|---|---|---|---|
| USD | | | | Sten |

Executed on (date) | At (place) | Signature of Issuing Carrier or its Agent

| For Carrier's use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|
| | | 5/12/2016 11:17 | 006-01828444 |

7:17:31 AM

5/12/2016

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Delta Air Waybill

**Thursday, May 12, 2016**

### U.S.-DOMESTIC AIR WAYBILL CONDITIONS OF CONTRACT

**1. Non-negotiable Document** - In tendering the shipment described herein for carriage, Shipper agrees to these Conditions of Contract, which no agent or employee of the parties may alter, and that this Air Waybill is non-negotiable and has been prepared by him or on his behalf by the Carrier.

**2. Carrier Tariffs Govern** - It is mutually agreed that the shipment described herein is accepted on the date hereof in apparent good order (except as noted) for carriage as specified herein, subject to governing tariffs in effect as of the date hereof. Said tariffs are available for inspection by the parties hereto and are hereby incorporated into and made a part of this contract.

**3. Shipper Responsibility** - The Shipper is responsible for preparing, marking, packing, labeling and properly describing the contents of the shipment so as to ensure safe transportation with ordinary care in handling.

**4. Inspection of Shipments** - All shipments are subject to inspection by the Carrier, but the Carrier shall not be obligated to perform such inspection.

**5. Reweighing** - All freight tendered to Delta is subject to reweighing, at either the point of tender, point of transfer or destination and recalculation of freight charges based on such reweighing.

**6. Claims Time Limits and Procedures** - All claims, including claims for overcharges, must be made in writing to the originating or delivering Carrier within (60) days after the date of acceptance of the shipment by the originating carrier. Damage and/or loss discovered by the Consignee after delivery and a clear receipt must be reported in writing to the delivering carrier at destination within 15 days after delivery. The consignee must maintain the shipment; the carrier has the right to inspect the goods/container(s) within 15 days after receipt of such notice.
*Delta shall not be liable in any action brought to enforce a claim, except for overcharges, unless the above provisions have been met by the proper claimant and unless such action is brought within one year from the date that Delta accepted the shipment for transportation.*

**7. Liability Limits - (except DASH)** - Liability of carrier is limited to the declared valued, invoice, or the amount of any damages actually sustained, whichever is less. Actual value is agreed and understood to be not more than $.50 per pound or $50.00 minimum, whichever is higher, unless a higher value is declared at the time of tendered and applicable charges are paid.

**8. Liability Limits and Declared Value(DASH ONLY - NOT TO INCLUDE DASH HEAVY)** - Shipper agrees that the maximum liability of Carrier for physical loss or damage to any shipment is limited to $.50 per piece, unless a higher value (not to exceed $750) is declared in writing on the Air Waybill at the time of tendered and applicable valuation charges paid. Shipments with a declared value in excess of $750 per piece are not acceptable for transportation under this contract. The weight may not exceed 100 lbs per piece, and/or 1000 lbs per air waybill.

**9. Consequential and Special Damages** - The carrier shall not be liable for any consequential or special damages whether or not the carrier had knowledge that such damages might be incurred.

**10. Delivery** - Delivery will be made by the delivering carrier to the Consignee at a point where delivery service is available at applicable tariff charges, unless instructions to deliver at city terminal or airport terminal are specified by Shipper under special instructions.

**11. Use of Other Carrier** - Shipment may be diverted to motor or other carrier as per tariff rule unless Shipper gives other instructions hereon.

**12. Dimensionalization(Except DASH)** - All shipments tendered to Delta are subject to dimensionalization either at point of tender, point of transfer or destination pursuant to the terms of Rule G50 and subject to recalculation of freight chargesif dimensionalization is applicable under such rule.

**13. Indemnity** - The Shipper and Consignee shall be liable, jointly and severally, to pay or indemnify the Carriers for all claims, fines, penalties, damages, costs or other sums which may be incurred, suffered or disbursed by reason of any violation of any of the rules contained in applicable tariffs or any other default of the Shipper or other such parties with respect to a shipment.

**14. Exclusions** - The Carrier shall not be liable for loss, damage, delay or other result caused by
(a) Acts of God, perils of the air, public enemies, public authorities acting with actual or apparent authority on the premises, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war or undeclared war;
(b) the act or default of the Shipper or Consignee;
(c) the nature of the shipment, or any defect, characteristic or inherent vice thereof;
(d) violation by the Shipper or Consignee of any of the rules contained in applicable tariffs, including, but not confined to, improper or insufficient packing, securing, marking or addressing and failure to observe any of the rules relating to shipments not acceptable for transportation or shipment acceptable only under certain conditions; or
(e) compliance with delivery instructions from the Shipper or Consignee or noncompliance with special instructions from the Shipper or Consignee not authorized by applicable tariffs.

**15. Schedules Not Guaranteed** - Except as otherwise provided herein, the Carrier has no obligation to commence or complete transportation within a certain time or according to any specific schedule, or to make connections with any other carrier, or for error in any statement of times of arrival or departure.

**16. Georgia Law Applicable** - This Agreement is subject to, and will be interpreted in accordance with, the laws of the State of Georgia, without regard to principles of conflict of law.

United States Federal Aviation Administration Air Carrier Standard Security Program Knows Shipper's Security Notification - Cargo items tendered for air transportation are subject to aviation security controls by air carriers and when appropriate, other government regulations. Copies of all relevant shipping documents showing the cargo's consignee, consignor, description or other relevant data will be retained in file until the cargo completes its air transportation. You have the right to inspect the full text of each transporting air carrier's rules at its airport locations or other cargo offices. You also have the right, upon request, to receive free of charge the full text of the applicable terms incorporated by reference from each of the transporting air carriers. The complete text of Delta's incorporated terms can be obtained upon request by writing the carrier at the following address:

Delta Air Lines, Inc. Cargo Marketing/Sales
PO Box 20706, Dept. # 763
Atlanta, GA 30320

### Conditions of Contract - DASH Only

1. In tendering the shipment described herein for carriage, Shipper agrees to these Conditions of Contract, which no agent or employee of the parties may alter, and that this Air waybill is non-negotiable and has been prepared by him or on his behalf.

2. Shipper agrees that the minimum liability of Carrier for physical loss or damage to any shipment is limited to $50 per piece, unless a higher value (not to exceed $750) is declared in writing on the Air Waybill at the time of tendered and applicable valuation charges paid. Shipments with a declared value in excess of $750 per piece are not acceptable for transportation under this contract. The weight may not exceed 100 lbs per piece, and/or 1000 lbs per air waybill.

3. Carrier shall not be liable for loss, damage, delay or other results caused by any circumstances beyond the control of the Carrier.

4. Carrier shall not be liable for special or consequential damages unless at the time of receipt of shipment, Carrier is given notice in writing on the air waybill of the circumstances which could result in such damages, and in no event shall Carrier's liability for such damages exceed the declared value of the shipment.

5. Carrier will refund the Shipper 100% of the applicable transportation charge for shipments not delivered on the specific flight, unless mis-delivery is caused by: (1) weather conditions; (2) mechanical delay on the aircraft; (3) failure of Shipper to tender shipment in accordance with cut-off times by location; or (4) other circumstances beyond the control of Carrier. Refunds will only be considered for shipments booked on Delta's approved online booking channels.
*Note: Surcharges and fees are not refundable.

6. All claims, including claims for overcharges, must be made in writing to the Carrier or the originating or delivering Carrier within a period of 60 days after the date of acceptance of the shipment by the originating Carrier. If the originating or delivering Carrier's tariff requires a shorter period of notification time, the shorter time will apply to the entire carriage.

7. Damage and/or loss discovered by the Consignee after delivery must be reported in writing to the delivering Carrier at destination within 15 days from delivery. While awaiting inspection by the delivering Carrier, Consignee must hold the shipping container and its contents in the same condition they were in when damage was discovered insofar as it is possible to do so.

8. Carrier shall not be liable in any action brought to enforce a claim unless such action is brought within one year from the date Delta accepted the shipment for transportation.

9. Carrier and Shipper hereby incorporate by reference in this contract Carriers published rules and regulations.

10. Shipper acknowledges that Shipper's electronic agreement to these Conditions of Contract is valid and enforceable. Through Shipper's electronic agreement and submissions or documents, Shipper is representing that the information provided is accurate, and that Shipper or Shipper's agent has the legal authority and capacity to enter into the agreement for shipment as governed by these Conditions of Contract.

7:17:31 AM

5/12/2016

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Flight Ticket (Delta Cargo)

## Side 1



## Side 2



# PROOF OF OWNERSHIP

### "Knuette" The Black-Backed Jackal – Checklist for Delta Cargo

# LIVE ANIMALS

## CHECKLIST

▲ D E L T A
CARGO

CGO-0107  Rev. 3/14

[✓] Animal is at least eight (8) weeks old (dogs / cats only)

[✓] Animal has room to stand and sit erect, turn around, and lay naturally in the kennel.

[ ] Health certificate, dated within 10 days prior to departure (warm-blooded animals only)

[✓] Kennel specifications have been met.

[ ] Solid Bottom/Roof    [ ] Food & Water Containers    [ ] Devices for lifting

[ ] Absorbent Material    [ ] 3/4" Protecting Rim    [ ] Adequate Ventilation

| | | | |
|---|---|---|---|
| **Shipper:** | Exotic Unlimited | **Consignee/Receiver** | Cottontail Wildlife |
| Name: | Christa Barker | Name: | Carrie Leo |
| Address: | PO Box 8177 | Address: | Walworth Rd |
| City: | Sebring FL 33872 | City: | Walworth NY |
| Telephone No. | | Telephone No. | 315-588-8316 |

**Shipper Declaration:** Animal was fed and watered at: _6:35_    on:

**Food Instructions:** [✓] Under 16 weeks:  Feed once every 12 hours    [ ] Over 16 weeks:  Feed once every 24 hours

**Water Instructions:** Give potable water every 12 hours.

**Signature of Shipper:** _____    Date: _____    Time: _____

In transit, animal was fed and watered:    Time: _____    Date: _____    Agt/Sta: _____

# EVIDENCE OF OWNERSHIP
## Virginia Opossums

 **Gmail**                     **Carrie Leo <caringforcottontails@gmail.com>**

# Boogers
16 messages

---

**Carrie Leo** <caringforcottontails@gmail.com>        Fri, Mar 3, 2017 at 10:27 PM
To: Jan Berlin <janimals@warwick.net>

Just took this picture a few minutes ago.

Just wanted to send it to you and let you know they are doing fine.  Haven't
gained much weight.  Did you get the impression that they were going to be
small opossums when you had them?

Carrie Leo, Curator
Caring For Cottontails Wildlife Rescue
Walworth, NY
315.310.5376

---

**Carrie Leo** <caringforcottontails@gmail.com>        Fri, Mar 3, 2017 at 10:28 PM
To: Jan Berlin <janimals@warwick.net>

[Quoted text hidden]


Carrie Leo, Curator
Caring For Cottontails Wildlife Rescue
Walworth, NY
315.310.5376

---

 **image1.JPG**
237K

**Jan Berlin** <janimals@warwick.net>        Sat, <mark>Mar 4, 2017 a</mark>t 11:07 AM
To: Carrie Leo <caringforcottontails@gmail.com>

They look great!  I do so love the opossums!!

Funny thing, I was just thinking about calling you to see how the guys were doing - and lo and behold, I get photos.  They were so tiny when they came to me, perhaps they were not destined to be standard size.

How are things going, otherwise?

Jan

# EVIDENCE OF OWNERSHIP
## Fisher Cats



**Carrie Leo <caringforcottontails@gmail.com>**

# Re: Exotic Animals For Sale Contact
51 messages

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Aug 24, 2014 at 7:31 PM
To: "<caringforcottontails@gmail.com>" <caringforcottontails@gmail.com>

Carrie,
I am asking $1,200 for the pair and someone would have to pick them up, I don't want to take a chance shipping them. They are in excellent condition. I will try to get some pictures in the next day for you.

Sent from my iPhone

> On Aug 24, 2014, at 5:08 PM, <notifications@exoticanimalsforsale.net> wrote:
>
> Please contact the user by their email address below, do not respond to this email
>
> http://www.exoticanimalsforsale.net
> POST: Fischers
> NAME: Carrie Leo
> PHONE: 315.310.5376
> EMAIL: caringforcottontails@gmail.com
> COMMENTS: Hello, I'm very interested in your fishers for sale. I have been looking for more members of the weasel family to learn more about caring for them. I'm a licensed wildlife Rehabilitator I'm the state of NY and have a small, new sanctuary in upstate NY. How much are u asking for them and would u send pictures of then to me?

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**           Mon, Aug 25, 2014 at 11:14
<caringforcottontails@gmail.com>                                                          AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok, I will look over our facility's budget and see if we can put forth the funds for the purchase price and trip to and from Wisconsin.  I'm just wondering though ... How did you find fishers?  I've looked for so long to find breeders of fishers and martens but couldn't find anyone.  They are extremely rare in rehab facilities at least in NY anyways.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Mon, Aug 25, 2014 at 11:16 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

They are quite common around here and I have several pairs.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**           Thu, Sep 11, 2014 at 11:20
<caringforcottontails@gmail.com>                                                          AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Hello, have u found a home for your fisher cats yet ?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Thu, Sep 11, 2014 at 11:48 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

No but I have people interested. I'm doing a first come first serve basis.

Gretchen

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Mon, Oct 6, 2014 at 9:07 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Hi Gretchen,

I just wanted to see if you were able to place your fishers?  I noticed your ad was still active on the website.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 8:25 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I did sell one pair but if you're still interested I will probably sell another pair.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Tue, Oct 7, 2014 at 10:43 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Yes I would be interested ... Have the pair u still have been bred already?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 10:46 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

They have been together so she is possibly bred.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Tue, Oct 7, 2014 at 10:53 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok ... When did u want to move them?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:00 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

As soon as possible..so they can get settled in by you to have babies. If it gets too late we'll just keep them.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Tue, Oct 7, 2014 at 12:06 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok are u willing to drive a bit to meet me?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:11 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

How far do you want me to drive?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:13 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

If I did it would be extra because you would have to pay for crates . Once they are crates I'm not transferring them to another crate.

Sent from my iPhone

[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Tue, Oct 7, 2014 at 12:25 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Could I send the crates back to you after I arrive home?  I did that a few times with a wildlife center in Illinois and it worked out well.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Tue, Oct 7, 2014 at 12:27 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

It's over a 13 hr drive one way ... Would u be willing to meet me half way?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                       Tue, Oct 7, 2014 at 12:44 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I could meet you in Valparaiso, IN. I can probably find some cages to get rid of that you can just keep.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Tue, Oct 7, 2014 at 4:27 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Can we meet in Toledo?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                       Tue, Oct 7, 2014 at 10:58 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

The farthest I can go is Valparaiso, IN. I had planned on people picking them up at my place.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Wed, Oct 8, 2014 at 8:03 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 1:06 PM
Draft To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok, so here is the scoop.  I would like to schedule the trip on a Saturday but this Saturday and the 25th are booked.  So I can do the 18th or the

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 1:06 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok what day(s) of the week are better for you to meet me?

Sent from my iPhone

> On Oct 7, 2014, at 10:58 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 1:19 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Let us check our schedules tonight and I'll get back to you. They are a nice pair and I think you'll really like them!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 3:50 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

I've always wanted to have fishers and other weasel family critters like ermine and marten.   I'm looking forward to seeing them. Will the crates fit in the back seat of a compact car?

Also, what are u asking for them in terms of purchase price?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 5:03 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I'll find crates that will fit. The fishers are $1200 for the pair.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 5:12 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok ... How old are they? And do you recall how many litters this pair have produced since they were first introduced?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 5:30 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

They are 4 years old and have had 2 litters together

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 9:28 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

How long have you had them? Can u handle them? Or are they more wild as far as temperament?

Hope I don't mind these questions ... I'm very intrigued by this species.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Mon, Oct 13, 2014 at 3:58 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

I haven't heard from you concerning scheduling the trip to transfer the fishers.  I hope you haven't chAnged your mind.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Mon, Oct 13, 2014 at 4:13 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Nope, just been a bit crazy this weekend getting animals moved in for the winter.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Mon, Oct 13, 2014 at 4:31 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok good :). No rush

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Thu, Oct 23, 2014 at 7:57 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Do you think we could plan the transfer for sometime in late November?

> On Oct 13, 2014, at 4:13 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Thu, Oct 23, 2014 at 8:24 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Ok, things have finally settled down here and we have most of the critters bedded in for the winter! We can meet you November 7th on the corners Of highways 65 & 30 in Valparaiso, IN. Let me know if this works for you.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Thu, Oct 23, 2014 at 8:26 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Ok..I just sent you an email and then got this one! I will meet you later in November but no later than the third week.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Thu, Oct 23, 2014 at 8:40 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Can u meet me on the 22nd?  I have weekends off from work.  I can get there by early evening

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Fri, Oct 24, 2014 at 9:25 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
The 22nd will be fine.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Fri, Oct 24, 2014 at 12:04 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Oh good!  I can meet u between 5pm-6p.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Fri, Oct 24, 2014 at 2:28 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Sounds good. We'll meet you on the corner of 65 and 30 in Valparaiso, IN between 5 and 6 pm on November 22nd. If you are running late or anything please call 920-585-2497 and Gene or Dona will answer.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Sun, Oct 26, 2014 at 1:42 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Can I have your USDA number?  I have to send in a request to have my license amended.

Thanks :)

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 1:51 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
35-B-0198. What other paperwork do you need..health paper, import permit, etc.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                Sun, Oct 26, 2014 at 2:10 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Yes, health certificate, medical record (if they have one), import certificate.  I can't think of anything else.  If u can, scanning or
taking a picture of the docs then emailing them may be a little easier for ya.
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 2:21 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
They were born in Wisconsin but to get any animal in our state we have to get an import permit number from our state Ag
department.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                Sun, Oct 26, 2014 at 2:32 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
New York doesn't need an import number certificate or number.  Does your state require an export certificate?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 2:58 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Nope..just health paper an import permit to enter.. They don't really care when they leave!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                Sun, Oct 26, 2014 at 5:41 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sat, Nov 8, 2014 at 10:49 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
I need all of your information so I can get a health paper on the fishers.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>Sat, Nov 8, 2014 at 11:00 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Full name:  Carrie Leo
home address:  3199 Walworth Rd.
    Walworth, NY 14568
Phone:  315.310.5376

Do u need anything else?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sat, Nov 8, 2014 at 11:14 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Liscense numbers

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Sun, Nov 9, 2014 at 9:17 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Sorry for the late response.  My USDA number is 21-C-0435 and my LCP-EE (License To Collect and Possess) is #623.

Do you need my Rehabilitator license number?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Nov 9, 2014 at 9:40 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Why don't you give it to me just in case I need it as I'll be calling my vet this week so I have them in time.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Sun, Nov 9, 2014 at 3:20 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
#1646

Sent from my iPhone
[Quoted text hidden]

# EVIDENCE OF OWNERSHIP
## More Email Threads re: fishers

 Gmail

**Carrie Leo <caringforcottontails@gmail.com>**

# tonight
31 messages

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Fri, Nov 28, 2014 at 6:22 PM
To: Gretchen Crowe <zookeeper80@aol.com>
Hi Gretchen, I'm going to try leaving at midnight in order to get an early start.  That means that I will be at the meeting place around 9a tomorrow.  Is that ok for your friends are going to meet me?

Also, i was wondering are these fishers the last of your stock? Or do I think u may have more for sale in the future?

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Fri, Nov 28, 2014 at 6:41 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
You will actually be meeting the owners of the zoo, Gene and Dona, I am the head keeper here. They will be leaving tomorrow morning about 7am. Right now those are the only fishers they are willing to sell.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Fri, Nov 28, 2014 at 6:58 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok so the earliest they can leave is 8a?  So, they have more fishers  just selling anymore at this time?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Fri, Nov 28, 2014 at 7:16 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Yes the earliest they can leave is 7am and yes all he has left is his breeding pairs that he is keeping.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Fri, Nov 28, 2014 at 7:36 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Okie doke ... So are they leaving at 7a or 8a?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Fri, Nov 28, 2014 at 8:23 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
7am central time

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Fri, Nov 28, 2014 at 8:24 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Is your cell phone # the one I have on the health papers?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Fri, Nov 28, 2014 at 9:45 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Yes ... Do u know what exit to take to get to the intersection of I-65 and route 30?  I've looked It up on the net but cannot find the intersection

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Fri, Nov 28, 2014 at 10:41 PM

To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I really don't have a clue what exit number it is

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Sat, Nov 29, 2014 at 6:17 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Hi Gretchen,

I was up all night so I won't be leaving until around 8a. Can u relay that to Domna?  My arrival time should be around 5p,

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sat, Nov 29, 2014 at 7:05 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I'll let them know.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Sat, Nov 29, 2014 at 9:51 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

I'm just leaving now.  Pls apologize to them for me.  I've had a number of things to handle with the animals here this morning.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sat, Nov 29, 2014 at 10:26 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Ok they left about 7:30

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Sat, Nov 29, 2014 at 10:28
To: "zookeeper80@aol.com" <zookeeper80@aol.com>                                              AM

I was afraid of that

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sat, Nov 29, 2014 at 10:33 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

They'll be there when you get there so just let me know as you go along your ETA

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Sat, Nov 29, 2014 at 3:13 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok are they there now? I'm in Geneva, Ohio now

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sat, Nov 29, 2014 at 3:25 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Yes they are there

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sat, Nov 29, 2014 at 3:28 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

I feel badly that they have to wait.  I hope there's something they can do  :(

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                       Sat, Nov 29, 2014 at 3:57 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

It's ok. They're taking the time to wander town. Keep me updated on your time .
Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sat, Nov 29, 2014 at 4:25 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Can u ask Donna for an exact address of a place near where she is to meet me?

Sent from my iPhone

> On Nov 29, 2014, at 3:25 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                       Sat, Nov 29, 2014 at 4:31 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Super 8 in Merrivikke
8300 Louisiana St.
 Merriville, IN

Do you an ETA?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sat, Nov 29, 2014 at 5:04 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Passing through Toledo now.  About 3 hrs to go.
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sat, Nov 29, 2014 at 6:56 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

2 more hrs

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                       Sat, Nov 29, 2014 at 8:14 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Ok ETA now?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sat, Nov 29, 2014 at 8:22 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

1 hr

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Sat, Nov 29, 2014 at 9:12 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

1/2 hr

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sat, Nov 29, 2014 at 9:14 PM
To: caringforcottontails@gmail.com

Ok when you get there you can call Gene on his cell 920-585-2497 and just meet them at the motel
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Sat, Nov 29, 2014 at 9:31 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok I'm on 65. GPS says 15min

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Nov 30, 2014 at 11:08 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Did you make it home yet

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Sun, Nov 30, 2014 at 1:42
<caringforcottontails@gmail.com>                                                                    PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Not yet .... Three hours away ... Had to take several stops to rest ... very tired!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                    Sun, Nov 30, 2014 at 4:27
<caringforcottontails@gmail.com>                                                                    PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

How long is your waiting list for badger pups?


Sent from my iPhone

On Nov 30, 2014, at 11:08 AM, zookeeper80@aol.com wrote:

[Quoted text hidden]

AH-IN-2 (rev 09/2011)

Page ___ of ___

35 - 371299

# WISCONSIN INTERSTATE CERTIFICATE OF VETERINARY INSPECTION (for Infrastate Cervid Movement)

Ch: ATCP 10, Wis. Admin. Code; Ch. 95, Wis. Stats.

PLEASE PRINT LEGIBLY

SUBMIT ORIGINAL WITHIN DAYS AFTER ISSUE TO:
Department of Agriculture, Trade and Consumer Protection
Division of Animal Health
P.O. Box 8911; Madison, WI 53708-8911
Phone: 608-224-4872 Fax: 608-224-4871

**ORIGIN OF SHIPMENT:** ☒ Farm ☐ Dealer ☐ Market/ Name:

Shipment Date:

**IMPORT PERMIT NUMBER:**

| | |
|---|---|
| Owner or Consignor | Consignee or Destination |
| Origin Street Address | Destination Street Address |
| Origin City / State / Zip: [illegible] WI 54942 | Destination City / State / Zip |
| Owner Mailing Address/ City/ State /Zip (if different than above) | Destination Mailing Address/ City/ State/ Zip (if different than above) |
| Phone Number: ( ) - 7985 / Premises Registration Number: 006YH35 | Phone Number / Premises Registration Number |

**RECONSIGNEE AT PUBLIC SALE**

Reconsignee Name

Reconsignee Street Address

City / State / Zip | Premises Registration No.

Veterinarian Signature

Phone No. ( ) | Vet. Lic. No.

(Sale veterinarian is responsible for meeting state of destination / other movement requirements)

**HERD STATUS**

| Disease | Herd Number | Date |
|---|---|---|
| Accredited TB Herd | | |
| Qualified TB Herd | | |
| Cervidae CWD Status | | |
| Brucellosis/Other: | | |

**SPECIES**

☐ Cattle ☐ Poultry
☐ Camelid ☐ Sheep
☐ Cervidae ☐ Swine
☐ Goat ☒ Other
☐ Horse

**NUMBER IN SHIPMENT:** 2

**PURPOSE OF MOVEMENT**

☐ Breeding ☐ Exhibition/Competition
☐ Feeding ☐ Medical Treatment
☒ Sale ☐ Slaughter
☐ Training ☐ Other ____

**HAULER INFORMATION** (if other than consignee)

Hauler Name

Hauler Address

City / State / Zip

Hauler Phone No. ( ) | Hauler Lic. No.

| OFFICIAL IDENTIFICATION: RFID, USDA eartag, Registration number, Breed tattoo | Line No. | LABORATORY ☐ WVDL Madison ☐ WVDL Barron ☐ Other: — BREED | SEX | AGE | OCV TATTOO | TUBERCULOSIS INDIVIDUAL ANIMAL TEST — DATE INJECTED | TEST RESULT | BRUCELLOSIS TYPE OF TEST: — DATE BLED | TEST RESULT | EIA TYPE OF TEST: — DATE BLED | TEST RESULT | OTHER TEST TYPE OF TEST: — DATE BLED | TEST RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | N/A | M | 4yr | | | | | | | | | |
| | 2 | | F | [illegible] | | | | | | | | | |
| | 3 | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | |

**VETERINARIAN:** I certify as a veterinarian, accredited and certified by the State of Wisconsin, that the described animal(s) have been inspected by me and that they are not showing any signs of infectious, contagious and/or communicable disease (except where noted). The vaccinations and results of tests are as indicated on this certificate. To the best of my knowledge, the animal(s) listed on this certificate meet the state of destination and Federal interstate requirements. No warranty is made or implied.

| | | | | |
|---|---|---|---|---|
| OWNER/ AGENT STATEMENT: I certify the animal(s) in this shipment are as listed on this certificate. | Accredited-Licensed Veterinarian Signature | Veterinarian's License Number | Phone Number ( ) | Date Inspected |
| Owner / Agent Signature | Veterinarian Printed: Thomas L. [illegible], DVM | Address: [illegible] WI 549[illegible] | | Date Certificate Issued |

Personal information you provide may be used for purposes other than that for which it was originally collected - sec. 15.04(1)(m), Wis. Stats. Equal Opportunity Employer

FORM DISTRIBUTION: WHITE (WI State Veterinarian), CANARY (State Veterinarian of destination), PINK (accompany shipment), GOLDENROD (retained by issuing veterinarian)

17A

From: Special Memories Zoo

    W7013 Spring Rd.

    Greenville, WI 54942

    920-585-7925

    35-8-0198

To: Carrie Leo

    3199 Walworth Rd.

    Walworth, NY 14568

    315-310-5376

    21-C-0435

11-29-2014

1 Male Fisher; 4 years old

1 Female Fisher; 4 years old



# EVIDENCE OF OWNERSHIP

## Arctic Fox







Search         Carrie    Home    Find Friends

Saved · **2 unopened saves this week** · Added to Leo v Lowe

 **Carrie Leo**
October 5, 2015 ·

Meet Winter, an arctic Fox.



Missy Pender Bulley, Laurie Malotte and 13 others      22 Comments

Like       Comment       Share

 **Lindsay Smith** Wow!!! Stunning!
**Like** · **Reply** · 3y    1



 **Rhonda Barron Morehouse** What's wrong with him?
**Like** · **Reply** · 3y



 **Carrie Leo** Hi Rhonda! Nothing is wrong with her. She's a captive bred fox and I hope to include her in my breeding program next year.
**Like** · **Reply** · 3y

 **Rhonda Barron Morehouse** Oh I was going to say looked very healthy
**Like** · **Reply** · 3y

**Rhonda Barron Morehouse** Did u ever find other ones?
**Like** · **Reply** · 3y

 **Carrie Leo** I hear and see her occasionally but havent been able to catch her. I just got a a video surveillance system so hopefully I will at least be able to catch her on tape
**Like** · **Reply** · 3y

 **Rhonda Barron Morehouse** That's so sad

Português (Brasil) · Français ( · Deutsch

Privacy · Terms · Advertising · · Cookies · More
Facebook © 2019

Search



**Carrie Leo** Yeah but she's having a ball in the wild! I know sometimes she visits my male fox occasionally.
Like · Reply · 3y

**Rhonda Barron Morehouse** I'm sure she is ... I feel bad more so for him
Like · Reply · 3y

**Carrie Leo** I do too in some ways. It's almost impossible to trap her unless it's under 24 degrees as I always get raccoons and cats.
Like · Reply · 3y

**Rhonda Barron Morehouse** Well maybe you'll get a routine down , right time to get her on surveillance
Like · Reply · 3y

**Carrie Leo** Yea, I'm going to go all out with trying to get her this winter. I'm even going to put one-way doors in my perimeter fence, which is currently being rennovated too.
Like · Reply · 3y

Write a reply...

**Missy Pender Bulley** So are u strictly a sanctuary now ?
Like · Reply · 3y · 1

**Carrie Leo** No. I still rehab but not as much. That's how I ended up with the coyotes. They are rehab patients.
Like · Reply · 3y

Write a reply...

**Sandra Crary Mickewitz** Beautiful!!
Like · Reply · 3y · 1

**Laurie Malotte** how beautiful!!
Like · Reply · 3y · 1

**Carrie Leo** Yeah she's quite a beauty! She's a tiny little thing ... Not even 7 pounds!
Like · Reply · 3y · 1

**Lindsay Smith** I must come see her!
Like · Reply · 3y · 1

**Carrie Leo** Absolutely!
Like · Reply · 3y

Write a reply...

**Laurie Malotte** Wow, is that full grown??
Like · Reply · 3y · 1

**Carrie Leo** She may get a little bigger but not much
Like · Reply · 3y · 1

Write a reply...

**Sam Favata** Wow, beautiful!
Like · Reply · 3y

Write a comment...

# EVIDENCE OF OWNERSHIP
## Red Fox



Carrie Leo - Facebook Search    Conservation Projects - Sotuh A.

File   Edit   View   Favorites   Tools   Help

Apple   G Google   Amazon.com   E I T V Listings - Find Local TV ...   A Guide To Rabbit Waterin ...   Make a Sanitary Kennel Se ...   UnionTools® - Home   [HJ Favorites

**Carrie Leo**
January 11, 2016 · i

"Wild Fire" <---- This is the name of Houdini's
color pattern. (text added 3.28.19)

[   Tag Photo   9 Add Location   - Edit

Like   Comment

O You, Jeana Elleman, Heidi Kester and 17 others

View 11 more comments

**Anda Ciurezu** Gorgeous!
Unlike · Reply · O 1 · January 13, 2016 at 5:36pm

**Missy Pender Bulley** So are u a fox breeder now?
I'm confused , I thought u had a sanctuary ?
Like · Reply · January 13, 2016 at 9: 11 pm

**Carrie Leo** Yes and I now have both
Like · Reply · January 13, 2016 at 9: 13pm

**Missy Pender Bulley** Ok , saw this and
wondered, lol.

Write a comment...

Chat (11)


Houdini
Winter, 2016

https://www.facebook.com/groups/1603094276685932/

**HOUDINI** - POSTED ON   .1  .1
**Photo taken in April, 201**



&lt;   **End of Section with Evidence of Ownership**   &gt;

# My Last Four USDA Licenses

Expiration Date: 08-25-2021

# United States Department of Agriculture



Marketing and
Regulatory
Programs

Animal and
Plant Health
Inspection
Service

Animal Care

This is to certify that
CARRIE LEO

is a licensed Class C - Exhibitor
under the

## Animal Welfare Act
(7 U.S.C. 2131 et seq.)

Certificate No. 21-C-0435
Customer No. 329277

_____
Deputy Administrator

EXPIRATION DATE: AUGUST 25, 2020



**United States Department of Agriculture**

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Animal Care

This is to certify that CARRIE LEO

is a licensed under the

CLASS C EXHIBITOR

# Animal Welfare Act

**(7 U.S.C. 2131 et seq.)**

Certificate No. 21-C-0435

Customer No. 329277

_Elizabeth Goldentyer_

Deputy Administrator

Previous editions are obsolete.

EXPIRATION DATE: AUGUST 25, 2019

**USDA**

**United States
Department of
Agriculture**

**Marketing and
Regulatory
Programs**

**Animal and
Plant Health
Inspection
Service**

**Animal Care**

This is to certify that

CARRIE LEO

is a licensed
under the          CLASS C EXHIBITOR

# Animal Welfare Act
(7 U.S.C. 2131 et seq.)

Certificate No.        21-C-0435

Customer No.          329277



Deputy Administrator

RECEIVED

OCT 1 3 2028



EXPIRATION DATE: AUGUST 25, 2018

**United States Department of Agriculture**

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Animal Care

This is to certify that

CARRIE LEO

is a licensed under the

# Animal Welfare Act

(7 U.S.C. 2131 et seq.)

CLASS C EXHIBITOR

Certificate No.     21-C-0435

Customer No.     329277

_____
Deputy Administrator

# ANIMAL WELFARE INSPECTION REPORT

**of my facility showing all of the animals as live inventory on second page of USDA AWA Inspection Report dated April 21, 2016. This was the last inventory of my facility recorded by the USDA.**


| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 329277 | 21-C-0435 | 001 | CARRIE LEO | 21-APR-16 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000006 | *Didelphis virginiana* | VIRGINIA OPOSSUM |
| 000002 | *Erethizon dorsatum* | NORTH AMERICAN PORCUPINE |
| 000001 | *Hystrix africaeaustralis* | CAPE PORCUPINE |
| 000001 | *Marmota monax* | GROUNDHOG / WOODCHUCK |
| 000002 | *Martes pennanti* | FISHER |
| 000002 | *Sciurus carolinensis* | EASTERN GREY SQUIRREL |
| 000001 | *Tamias senex* | SHADOW CHIPMUNK |
| 000001 | *Taxidea taxus* | AMERICAN BADGER |
| 000001 | *Vulpes lagopus* | ARCTIC FOX |
| 000012 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| **000029** | **Total** | |

The following is a sworn, verified statement from a witness validating the contract with Carrie Leo.

## AFFIDAVIT

I, <u>JOSEPH MALDONADO- PASSAGE</u> have read and agree with the following facts:

1.   This statement is regarding a contract I made with the Plaintiff, <u>CARRIE M. LEO</u> on February 9, 2017.

2.   The contract was regarding the boarding of exotic animals belonging to her.

3.   I was an agent for the GREATER WYNNEWOOD EXOTIC ANIMAL PARK ("Park") owned by the Defendant, <u>JEFFREY L. LOWE,</u> at the time the said contract was made.

4.   I had standing authorization from the Defendant to engage in, make, and fulfill agreements and contracts on behalf of the Park, especially in terms of animals coming into the park for either temporary or permanent stay.

5.   In the aforementioned case, Leo v Lowe, I had full authority to make the terms of and solidify a boarding contract in which the Plaintiff kept ownership of her animals and would board them at the Park until further notice from her.

6.   I attest to authoring the messages under the profile entitled "Joseph A. Maldonado-Passage" using Facebook Messenger dated February 9, 2017 and are included in this affidavit as Exhibit A.

7.   I attest to the fact that an agreement was made between the Plaintiff, Carrie M. Leo, and I that the Park would pay for the upkeep of the animals daily while exhibiting them to the public.

8.   Ms. Leo planned on moving her residence and wildlife facility to the state of Oklahoma as soon as she could; hopefully in a year or so from the movement of her animals from her facility in New York to the Park in Oklahoma.

9.   On behalf of the Park, I agreed that she could work as an employee of the Park after moving to Oklahoma from her home state of New York.

10. I submitted a request to Oklahoma State for the proper authorization and import permits for Ms. Leo's animals.

11. I received consent from the Defendant, Jeffrey A. Lowe, to bring the animals into the Park and exhibit them.

12. I raised funds for the transport of the Plaintiffs animals which was $1600.00. Ms. Leo provided me with a promissory note (signed by her) of repayment of the amount needed to transport her animals as she was maintaining title over them.

13. On April 19, 2017, I contracted with M&J Exotic Transport from Memphis, TN to pick up the animals from Ms. Leo's facility in New York on Walworth Road, Walworth (township of Macedon 14502) and bring them to the Greater Wynnewood Exotic Animal Park.

14. I verified with Ms. Leo that the animals remained under her ownership in a facebook message dated April 19, 2017 - the day of the transfer of the animals.

15. The species of animals transported from Ms. Leo's Facility in Walworth, NY to the Park in Oklahoma were as follows: 1 female black-backed jackal, one pair of Virginia Opossum (l male, 1 female), 1 male red fox, 1 female Arctic fox, 1 male African Crested Porcupine and 1 male fisher cat or "fisher".

16. The animals successfully arrived to the Park on April 20, 2017 and were housed inside the Park.

17. Ms. Leo consistently kept in touch with me for updates about the welfare of her animals and her plans on moving down to Oklahoma from New York State.

18. The agreement or contract to which I am attesting in this Affidavit was made in good faith.

DATE: _ _ ; _ , 2019

            _____
            Joseph A. Maldonado-Passage

I am the attorney retained to represent Joseph A. Maldonado-Passage in a separate case unrelated to the one noted in the caption of this Affidavit. I attest to the authentication of my client's signature below.

Witnessed by:  _____  Dated: ___5-10 , 2019
     **Atto**rney Signature

     William P. Earley
     Printed Name of Attorney Signing Above

RECEIVED
JUN 10 2019

02/09/2017 6:31PM

Carrie
Joe, do you have a way of taking my animals temporarily?

02/09/2017 7:42PM


what kind

Carrie
4 foxes, 1 jackal, 1 badger, 2 fishers, 2 African porcupines, opossums, woodchuck, and squirrels.
The last few I can probably take with me wherever I am going. Unless I could work for u at your zoo if u have some place for me to stay.

Carrie
My parents are allowing the town to force me to keep all of my animals within a 400 sq ft
My attorney betrayed me ... he keeps threatening my parents (he's their atty too) with huge fines even though our side has never been heard and the two charges they have aren't even true.
They are allowing themselves to be pressured into signing the agreement that none of us can use any more than a 409 sq ft area.
To me, that's so illegal and unethical

02/09/2017 11:32PM


Move here

Carrie
Yeah that's what I would end up doing but need way to provide for my animals and earn money

02/10/2017 10:15AM


I will pay you to work and the zoo will pay to care for the animals in order to put them on exhibit


Try to find a photo of you send one please

Carrie
a photo of what?


You so I know who im talking to
Your animals are awesome

Carrie    Thanks

**RECEIVED**

**JUN 1 0 2019**



I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

_____
Joseph A. Maldonado-Passage



I would have to get intry permits for the native animals

Carrie
Ok ... I'd like to maintain ownership of them



**You invited Joseph A Maldonado-Passage to Messenger.**
Sending messages is fast and more fun on Messenger. Get a link sent to your phone to install the app.



You will i just put them on my permit

Carrie
Ok I would need a written agreement to reflect that

02/10/2017 11:46AM

Carrie
Here I am ...



Hate that picture of me ...

But at least you have one now ☺
WhAt would I be doing at your zoo?



we pretty much all do everything, animal care, diets, build, tours, etc

Carrie
Awesome it's exciting to think about working at a zoo
Would you like to have a resume or some background on me? I'm an open book at least to you and
a few others
I don't trust too many people


RECEIVED

JUN 1 0 2019

I have read the text on this page and can authenticate
it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage



no thats ok, but when you make up your mind I will need at least a week or so to file for permits

Carrie
Why are you so trusting?



I built this place to give people a second chance in life, that is what my brother did for everyone before he got killed.

Carrie
Wow! You are too good to be true ... thank God you are
Would my animals be able to be housed close together so I can keep my "zoo" together?



we can do the best we can, but this place is huge and heated building animals are in other areas than others

Carrie
Ok which ones are those?

Carrie
I think I want to make this move Joe. I've been dreaming of getting out of the situation I've been in for years and I think I would be foolish not to leave when I have a job and place for my animals. Let's do it!
With you putting the animals on your license, does NY have to know anything about them?
I'm afraid they are going to try and take the animals before I can leave the state



no just dissapear
I need a list so I know what I have to file for



just know I am 100% business, I run 110 mile an hour around here to keep this place a float

                          02/10/2017 2:23PM

Carrie
110 mile an hour?

                          02/10/2017 4:25PM



running a zoo this large, yes I run 110 miles an hour

                          02/10/2017 6:35PM

RECEIVED
JUN 1 0 2019



I have read the text on this page and can authenticate the Facebook messages I sent to Carrie Leo.

_____
Joseph A. Maldonado-Passage

Carrie
ok so it's fast paced I understand

---

March 8, 2019

The ahmc sociJl mediJ message" \\ere relrie\cd li÷um fl,.c I3,.u1, uHi \\s:1-: nY i'sthloti.d or alter-..:d in any way other than the 1-emmal of the blue hackground and changing the color ,.!'the text font from \\hite to hlack. Thi alterntion \\as done in order tn pnnidc i·ctlcr qu iity :,,.!i:,ing d!.thc document in black and\\ hitc and grayscale.

Carrie M. Leo, Plaintiff
Leo v Lowe

Sworn to me before

This 8th day of March 2019

Public Notarv

AIMEE K PHILLIPS
tlo!ary Pub C •Stale of New Yolk
No 01PH6233122
Quair1leui◆Wa\(Tfe Count1·
"//' Corr.rnss:o ExpleS December 2 7 3l18

---

RECEIVED

JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage