IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>JEFFREY LOWE,<br><br>LAUREN LOWE,<br><br>GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and<br><br>TIGER KING, LLC,<br><br>*Defendants*. | Case No. 6:20-cv-00423-JFH |

## NOTICE

The United States hereby notifies the Court that Jeffrey and Lauren Lowe have agreed to abandon their "right, title, and interest" in the animals remaining at Tiger King Park. The United States received the attached signed abandonment form on August 13, 2021. *See* Exhibit 1. The United States is making arrangements to take possession of the animals this week and will place them with reputable Animal Welfare Act-licensed facilities. Once the animals are removed from Tiger King Park, the government will file a status report.

DATED: August 16, 2021

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Mary Hollingsworth*
MARY HOLLINGSWORTH
Senior Trial Attorney
BRIENA STRIPPOLI
Trial Attorney
DEVON LEA FLANAGAN

Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.Hollingsworth@usdoj.gov | (202) 598-1043
Briena.Strippoli@usdoj.gov | (202) 598-0412
Devon.Flanagan@usdoj.gov | (202) 305-0201
Fax:  (202) 305-0275

CHRISTOPHER J. WILSON
Acting United States Attorney
SUSAN BRANDON, Civil Chief
United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue
Muskogee, OK 74401

*Attorneys for the United States of America*