# EXHIBIT 1:

# ABANDONMENT ACKNOWLEDGMENT

## ABANDONMENT ACKNOWLEDGEMENT

I agree to immediately abandon my right, title, and interest in the animals identified in the attached document and any offspring of those animals (collectively, the "Animals"). By my signature, I hereby relinquish all claims of ownership of the Animals and abandon title to the Animals. I understand that title to the Animals may vest in anyone and I have no desire to direct or control to whom title vests and have no intention of resuming or reasserting title to the Animals. I agree to surrender the Animals to the United States. I agree that I will provide the Animals adequate care, including food, water, shelter, and veterinary care, until August 20, 2021, or when the United States takes physical possession of the Animals, whichever date comes first.

Signature: _Jeffrey L Lowe_   Date: _8-13-21_

Name: Jeffrey Lowe

Address: _21469 Gumbo_
_Thackerville OK 73459_

Signature: _____   Date: _8|13_

Name: Lauren Lowe

Address: _same_

Location: _____   Date: _____

Page 1 of 2

| Count | Scientific Name | Common Name |
|---|---|---|
| 000003 | *Hystrix cristata* | AFRICAN CRESTED PORCUPINE |
| 000011 | *Lemur catta* | RING-TAILED LEMUR |
| 000001 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| 000001 | *Vulpes lagopus* | ARCTIC FOX |
| 000006 | *Lynx rufus* | BOBCAT |
| 000001 | *Camelus dromedarius domestic* | DOMESTIC DROMEDARY CAMEL |
| 000005 | *Caracal caracal* | CARACAL |
| 000001 | *Canis latrans* | COYOTE |
| 000001 | *Lynx canadensis* | CANADIAN LYNX |
| 000001 | *Potos flavus* | KINKAJOU |
| 000004 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000001 | *Caluromys philander* | BARE-TAILED WOOLLY OPOSSUM |
| 000002 | *Atelerix albiventris* | FOUR-TOED HEDGEHOG |
| 000007 | *Procyon lotor* | RACCOON |
| 000001 | *Saguinus midas* | RED-HANDED TAMARIN |
| 000003 | *Canis lupus* | GRAY WOLF / GREY WOLF / TIMBER WOLF |
| 000003 | *Callithrix jacchus* | COMMON MARMOSET |
| 000001 | *Galago senegalensis* | NORTHERN LESSER BUSHBABY |
| 000001 | *Canis aureus* | GOLDEN JACKAL |
| 000001 | *Macaca mulatta* | RHESUS MACAQUE |
| 000001 | *Macaca nemestrina* | PIG-TAILED MACAQUE |
| 000001 | *Otocyon megalotis* | BAT-EARED FOX |
| 000001 | *Martes pennanti* | FISHER |
| 000002 | *Canis lupus familiaris* | DOG PUPPY |
| 000001 | *Canis lupus familiaris* | DOG ADULT |