IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

   *Plaintiff*,
   v.

JEFFREY LOWE,

LAUREN LOWE,

GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and

TIGER KING, LLC,

   *Defendants*.

Case No. 6:20-cv-00423-JFH

## STATUS REPORT

On August 16, 2021, the United States filed a Notice of Abandonment of Remaining Animals with the Court. Dkt. 115. The United States hereby provides an update to the Court.

On August 16, 2021, U.S. Department of Agriculture Animal and Plant Health Inspection Service inspectors visited Tiger King Park to complete an inventory and prepare for the removal of the animals that Defendants agreed to abandon. Defendants informed us in advance that, according to them, five of the seven raccoons had been released by a third party and were no longer at the facility. In addition, at some point between the June 2, 2021 inspection and the August 16, 2021 visit, the bush baby died. Defendants have not provided the United States any veterinary records or disposition records for the raccoons or bush baby. Defendants represented that the three dogs listed on the June 2, 2021 inventory are pets, despite, at times, being housed within the Tiger King Park perimeter. Accordingly, the United States agreed to allow the dogs to remain with Defendants.

On August 18, 2021, the United States took possession of the remaining 52 animals protected by the Animal Welfare Act and, in the case of the ring-tailed lemurs, also the Endangered Species Act.

DATED: August 23, 2021	Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN
Trial Attorney
MARY HOLLINGSWORTH
Senior Trial Attorney
BRIENA STRIPPOLI
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Devon.Flanagan@usdoj.gov | (202) 305-0201
Mary.Hollingsworth@usdoj.gov | (202) 598-1043
Briena.Strippoli@usdoj.gov | (202) 598-0412
Fax: (202) 305-0275

CHRISTOPHER J. WILSON
Acting United States Attorney
SUSAN BRANDON, Civil Chief
United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue
Muskogee, OK 74401

*Attorneys for the United States of America*