# EXHIBIT 1 –
## Declaration of Mary Hollingsworth

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>  v.<br><br>JEFFREY LOWE,<br><br>LAUREN LOWE,<br><br>GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and<br><br>TIGER KING, LLC,<br><br>    *Defendants*. | Case No. 6:20-cv-00423-JFH |

## DECLARATION OF MARY HOLLINGSWORTH IN SUPPORT OF THE UNITED STATES' MOTION FOR ENTRY OF DEFAULT BY THE CLERK

I, Mary Hollingsworth, hereby state as follows:

1. I represent the United States in the above-captioned case. I submit this declaration in support of the United States' Motion for Entry of Default by the Clerk of Court. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I am duly licensed to practice law in Arizona and am a Senior Trial Attorney in the Wildlife and Marine Resources Section of the U.S. Department of Justice's ("DOJ") Environment and Natural Resources Division. I have been employed by DOJ since 2011.

3. On November 19, 2020, the United States filed a Complaint against Jeffrey Lowe, Lauren Lowe, Greater Wynnewood Exotic Animal Park, LLC, and Tiger King, LLC.

4. On January 8, 2021, Defendants' attorney of record Daniel Card returned to counsel for the United States a waiver of service of summons form for each Defendant.

5. On February 8, 2021, Defendants filed a motion for partial dismissal. The Court denied Defendants' motion on July 26, 2021. Defendants' responsive pleading was therefore due

August 9, 2021. Defendants did not file a responsive pleading within the time allowed and, therefore, are now in default.

6.  Upon information and belief, none of the Defendants is an infant, incompetent, or presently engaged in military service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2021.

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH