Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

 

U.S. POSTAGE PAID
FCM LG ENV
WALWORTH, NY
14568
AUG 23, 21
AMOUNT

**$1.20**

R2305M144083-04

1000   74402



AUG 26 2021

By _____
PATRICK KEANEY
Clerk, U.S District Court
Deputy Clerk

United States District Court of the Eastern
District of Oklahoma
Judge Heil
PO Box 607
Muskogee, OK 74402

