IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. CIV-20-423-JFH |
| | ) |
| JEFFREY LOWE, LAUREN LOWE, GREATER | ) |
| WYNNEWOOD EXOTIC ANIMAL PARK, LLC, | ) |
| and TIGER KING, LLC, | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ENTRY OF DEFAULT

Plaintiff, the United States of America, has moved pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for the entry of default against Defendants, Jeffrey Lowe, Lauren Lowe, Greater Wynnewood Exotic Animal Park, LLC, and Tiger King, LLC. The record establishes that counsel for the defendants, Daniel Card ("Card"), executed a waiver of the service of summons for each of the Defendants on January 8, 2021. Dkt. No. 117-2. On February 8, 2021, Defendants filed a Partial Motion to Dismiss with a Corrected Partial Motion to Dismiss filed on February 15, 2021. Dkt. Nos. 69 and 73. On July 26, 2021, the Court denied Defendants' Corrected Partial Motion to Dismiss. Dkt. No. 114. No responsive pleading has been filed by Defendants since the Court's ruling on the dismissal motion. Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure "the responsive pleading must be served within 14 days after notice of the court's action" on a denial of a motion to dismiss. Consequently, Defendants' failure to timely file an answer or otherwise defend[1] in this action necessitates the entry of

---

[1] The undersigned recognizes Card's ongoing attempts to withdraw from this case (Dkt. Nos. 77, 102, and 121) along with his filing of his Notice of Non-Representation of Defendants (Dkt. No. 112); however, such filings do not constitute an answer or responsive pleading, nor do they constitute any active participation on the part of **Defendants** after the Court's ruling on the dismissal motion such that **Defendants** could be considered to have "otherwise defended" in this action.

1

default.    Plaintiff's Motion for Entry of Default by the Clerk (Dkt. No. 117) is therefore granted against Defendants, Jeffrey Lowe, Lauren Lowe, Greater Wynnewood Exotic Animal Park, LLC, and Tiger King, LLC.

Dated this 9th day of September, 2021.

*Patrick Keaney*
Patrick Keaney
Court Clerk
United States District Court
Eastern District of Oklahoma