# EXHIBIT 3 –

# *Leo v. Lowe,* Petition

**OKLAHOMA STATE DISTRICT COURT**
**GARVIN COUNTY**

CARRIE M. LEO,

             PLAINTIFF,

-v-

JEFFREY L. LOWE and
LAUREN F.. LOWE,

             DEFENDANTS.

Case No.: _C J-19-89_

**PETITION with**
**IMMEDIATE**
**INJUNCTION**
**& REQUEST**
**FOR REMOTE**
**APPEARANCE**

STATE OF OKLAHOMA     } ss.
GARVIN COUNTY
**F I L E D**
JUN 11 2019
AT_11̲a̲5̲_O'CLOCK_____M.
**LAURA LEE, Court Clerk**
BY_____DEPUTY

**PETITION**

COMES NOW, CARRIE M. LEO, for her causes of action against Defendants, LAUREN &

JEFFREY LOWE, individually and as CEOs and OWNERS of GREATER WYNNEWOOD

EXOTIC ANIMAL PARK, LLC (hereafter known as "zoo", "business" or "zoological

business") GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC; (hereafter known as

"DEFENDANTS"), and alleges and states as follows:

**THE PARTIES, JURISDICTION AND VENUE**

1. Carrie M. Leo is a resident of New York State.

2. The Defendants are residents of Oklahoma and CEOs of GREATER WYNNEWOOD

   EXOTIC ANIMAL PARK, LLC and reside at 25803 N. County Road, Wynnewood, OK

   73098.

3. Defendant, GREATER WYNEEWOOD EXOTIC ANIMAL PARK, LLC., was (and

   still may be) an Oklahoma limited liability company located at 25803 N. County Road,

   Wynnewood, OK 73098.[1]

---

[1] Exhibit 7 shows the company's entry in the register of the Oklahoma Secretary of State.

4.  Plaintiff entered in to a contract, or quasi-contract, with Defendants to board some animals in exchange for the zoo to exhibit them to the public.[2] The contract was made with the "President"[3] of the zoo who was acting as an agent for the Lowes, Joe Passage-Maldonado (Schreibvogel) whose family use to own the zoo and still owns the land on which it sits to this day.

5.  Venue is proper in Garvin County, Oklahoma as individual DEFENDANTS reside or resided, at the time this case of action arose, in Garvin County, Oklahoma.

## BACKGROUND

Plaintiff made a very clear contract with the Greater Wynnewood Exotic Animal Park located in Wynnewood, Oklahoma, Garvin County. The contract was made on February 10, 2017 with the company's agent at the time, Joseph A. Maldonado-Passage.[4]

The contract was to involve the boarding of several exotic animals at the zoological facility in Wynnewood, OK. The animals to be boarded were a jackal, at least one fisher, two Virginia Opossums, one or more red fox, one arctic fox and one Porcupine of African descent. The animals were to be maintained under the ownership of the Plaintiff[5] but possessed by the Defendant for exhibit as an exchange for their board and keep at the zoo.[6]

The Plaintiff had plans to move the rest of her animals, her facility, and residence to the State of Oklahoma within weeks or months of the transfer of her animals to the zoo. However, due to personal, financial and business matters, such a move had not occurred, and Plaintiff is

---

[2] Exhibit 1 page 3, lines 6, 19 and last line from Joe on the page. This part of the conversation speaks of the terms of the contract.

[3] This was the title given to the role of Joseph Passage-Maldonado after the zoo was formerly purchased by Lauren & Jeff Lowe. Without any correction or objection by the Defendants, Mr. Passage-Maldonado was referred to as the "President" of the zoological business, Greater Wynnewood Exotic Animal Center, throughout court proceedings to which both he and the Defendants were parties, such as Barth v Lowe (Case No. CJ-17-104). This is a point that needs mentioning because the Defendants stated or implied in their facebook conversation with plaintiff on October 26, 2018 that Joe didn't have the authority to assert contracts for the zoo and on behalf of the Defendants.

[4] Exhibit 2, Lines 17 & 21.

[5] Exhibits 10 through 15 hold the proof of ownership of all the animals of which the plaintiff seeks repossession

[6] See Exhibits A and B included in Verified Petition for Leo v Lowe

still working on gaining the resources to be able to make such a move as soon as possible. The original contract included employment of the Plaintiff at the zoo once she did move to Oklahoma.

The contract was created via Messenger used on Facebook, a popular social media website. The terms of the contract were clear and concise and offered no misunderstanding or opportunity to change terms since it had been agreed upon by both parties.

Mr. Maldonado-Passage was considered an agent of the zoo at the time and, in fact, was running the zoo during the owner's physical absence for approximately the first year[7] of the owner's title over the zoo. The defendant became owner of the zoo on February 8, 2016 and renamed the facility the "Greater Wynnewood Exotic Animal Park" which had been previously named the "Gerald Alexander Zoo" when Mr. Maldonado's family owned the zoo prior to the purchase of the business by the defendants. The Plaintiff understands the name of the zoo was inspired by Mr. Maldonado's brother who experienced an untimely death. Mr. Maldonado's mother, Shirley Schreibvogel, owned and still owns the land on which the zoo exists.

It was clear that Mr. Maldonado-Passage served as an agent for the defendant until June 2018 when he was dismissed from his position at the zoo by the defendants,[8] who began to take a more vital and unmistakable interest in running the zoo himself. Thus, in February 2017 when the contract was agreed upon and in April 2017 when the transfer of the animals from Plaintiff's facility in Walworth, NY to the zoo in Wynnewood, OK took place, Mr. Maldonado-Passage had the authority to enter into agreements and contracts with third parties, especially regarding to the intake of animals for exhibit at the zoo.

---

[7] Exhibit 5 shows how Joe was an agent for the zoo and the Defendants. In these posts he was masterminding a rather large rescue of which the Defendants knew little. Likewise, exhibit 8 shows how Joe was the only staff member performing the transactions with the transport company. When asked, the transport company admits to only ever dealing with Joe and know nothing about the Lowes.

[8] Exhibit 4 confirms this fact with a message posted by Jeff and Lauren Lowe on June 15, 2018

## ALTERNATIVE ALLEGATIONS

6. To the extent any allegation in the FACTS or CAUSES OF ACTION sections that follow are inconsistent with any other allegation, such inconsistent allegations are placed in the alternative as permitted under the law.

## COUNT ONE – BREACH OF CONTRACT

7. Plaintiff incorporates by reference the forgoing paragraphs as if fully set forth herein.

8. On or about April 22, 2017, Plaintiff entered into a contract with Mr. Passage-Maldonado (who acted as agent for the zoo and thus its owners, Lauren and Jeff Lowe in making and honoring said contract with Plaintiff) to board her animals at the Greater Wynnewood Exotic Animal Park located at 25803 N. County road, Wynnewood, Oklahoma.  Plaintiff also intended on meeting up with her animals soon by moving her residency to Garvin County, Oklahoma.

9. The contract between Plaintiff and Mr. Passage-Maldonado was solidified via social media and cellular phone messages.

10. However, when the Plaintiff experienced the collapse of her start-up business, she was not able to move from New York to Oklahoma as soon as she so desired.   The Plaintiff had no resources, especially financial, to fund a move to another state at that time.

11. Plaintiff faithfully kept Mr. Passage-Maldonado informed of her status in moving down to Garvin county as well as asking for updates about her animals and their well-being consistently from April 2017 to the present day.

12. In October 2018, the Plaintiff heard of the September arrest of Mr. Passage-Maldonado and his subsequent incarceration first in Florida, then after he was transferred to Oklahoma to stand trial for charges involving an alleged murder-for-hire plot against a colleague of his in Florida.

13. On October 26, 2018, the Plaintiff engaged Lauren Lowe, presumably in the company of her husband and CEO of the zoo, Jeff Lowe, in a conversation about her animals. During that conversation, the Lowes stated that because the animals are on their USDA

Inventory List, they belong to them and they do not recognize any contract Mr. Passage-Maldonado made with me.[9]

14. The premise of the contract stating that the animals would remain in the ownership of the Plaintiff was breached by the Lowes and have caused significant damage to her.

## COUNT TWO – CONVERSION

15. Plaintiff incorporates by reference the factual portion of this petition as fully set forth herein and additionally, or in the alternative, if same be necessary, alleges as follows:

16. Plaintiff is clearly the owner of the animals boarded at the zoo under terms expressed and implied with the agent of the zoo business, Joseph Passage-Maldonado (Schreibvogel). The animals consist of one male fisher, two Virginia Opossums (male and female), one male red fox, one female Arctic (polar) fox, one male African Crested Porcupine and one female black-backed jackal.

17. Defendants intentionally kept Plaintiff's animals from her possession and continue to do so to the present day.

18. To date, Defendants have failed and refused to return Plaintiff's animals upon her request.

19. Plaintiff did not consent to Defendants' wrongful detention of said animals.

20. Plaintiff was and still is being harmed as a result of the Defendants' intentional and malicious conduct.

## COUNT THREE – FRAUD

21. Plaintiff incorporates by reference the factual portion of this petition as fully set forth herein and additionally, or in the alternative, if same be necessary, alleges as follows:

22. Defendants failed to acknowledge both the contract made with the Plaintiff as well as the authority given to Mr. Passage-Maldonado to make and engage in such contracts on behalf of the zoological business owned by Lauren & Jeff Lowe.

23. Plaintiff relied on Mr. Passage-Maldonado and the statements he made presumably at the behest of the Defendants and his authority to make and engage in such contracts.

24. The Defendants must have been aware of the contract due to the arrival of the animals and their part in the exhibitory display at the zoo.

---

[9] Exhibit 3 has the entire facebook conversation between Plaintiff and the Defendants which took place on October 26, 2018.

25. In addition, the animals were included on the USDA Live Inventory List of either Lauren's or Jeff's USDA Class C Exhibitor License. [10] Hence, both defendants acknowledged the receipt and maintenance of the animals and therefore, presumably the contract made between the zoo and the Plaintiff.

26. In spite of the aforementioned facts, Defendants chose to abruptly dismiss the contract made between Mr. Passage-Maldonado and the Plaintiff knowing that Mr. Passage-Maldonado had been granted the authority by the Defendants to act as their agent in making and therefore, honoring the contract between the parties.

27. Plaintiff has been damaged by Defendant's fraudulent, materially false representation as they now refuse to transfer back title to the property.

28. Defendants' fraudulent, materially false representations concerning the transfer of the property were made with willful, wanton, and deliberate intent to deprive the Plaintiff of her property and rights therein, thus, Plaintiff is entitled to an award of punitive damages.

## IMMEDIATE RELIEF NEEDED VIA EX-PARTÉ INJUNCTION

29. Plaintiff moves the Court for an immediate Injunction in order to prevent immediate irreparable injury to the Plaintiff, Carrie M. Leo.[11] In the absence of an injunction removing the animals from the Wynnewood Zoo and out of the possession of the Defendants, the Petitioner will experience irreversible harm in various forms, namely (1) monetary damages due to lost compensation for breeding the animals and selling their offspring. Exhibiting the animals, too, and offering educational programs which are funded via compensation from clients are also at stake for the Petitioner. (2) damage to reputation by the Petitioner's albeit loose association with the Defendants. This may taint the Petitioner's reputation of being honest in her business dealings and giving good care and extra 1:1 attention to the animals more so than many other facilities. By continuing the association with the defendants in having her animals in their possession, she is jeopardizing her good name in the industry as she runs the risk of being considered to be the same "type" of business owner as the defendants are widely considered in some exotic animal networking "circles" in that she is dishonest and gives

---

[10] USDA Live Inventory List
[11] Please see supporting affidavit enclosed with or attached to this petition.

Page 6 of 10

C:\Users\carri\Desktop\My Cases\Leo v Lowe\Initiating Papers for Leo v Lowe\Submitted to State District Court of Garvin County\TRO.docx

poor care to the animals, which is not true. (3). Loss of profession. Since the illegal possession of Petitioner's animals by the defendants, the Petitioner has suffered a collapse of her start-up business due to loss of income, especially for the future regarding the breeding opportunities for the animals she had. (4) loss of efforts and investment in the animals is also a large loss, especially for a small center that planned on maintaining its service to the community through breeding and educational projects.

30. The longer the Defendants possess the animals belonging to the Petitioner, the closer the Petitioner comes to never being able to pick her business back up and start over. The animals were close to prime age to breed them when they were initially boarded at the zoo in Wynnewood. As time passes, the Petitioner is losing valuable opportunities to safely breed the animals and gain revenue through the sale of their offspring. Being very rare exotic animals, it is next to impossible to replace them easily and most likely will end up being far more to purchase them if she did find them for sale on the market than it would be to repossess the boarded animals still possessed by the defendants.

31. As supported in the supporting affidavit included with this petition, the Court can also see the charges of illegal possession of animals currently pending against the defendant, Jeff Lowe, and which resulted in a bench warrant for his arrest still active to this day.

32. Mr. Lowe has also been known to sell animals to "shady" characters when the animals were boarded or borrowed from the animals' owners. Although Petitioner did not know this until recently, Mr. Lowe is renown in the exotic animal world for his illegal trafficking of both endangered and non-endangered regulated species alike. He is currently featured in "Animal Abuse 101" on the internet, as well as PETA's repository of con artists they are following and entertaining efforts to delicense.

33. The Petitioner is currently in talks with local zoos and USDA-licensed facilities such as the Oklahoma City Zoo and Oklahoma WildCare Wildlife Center, respectively, to transport her animals from Wynnewood to their zoos for safe-keeping and continual care. They may be exhibited there as a form of compensation from the Petitioner. However, those terms have not been part of the talks yet. By the time the Court receives these papers and is ready to make a decision on issuing immediate relief through an injunction to transfer her animals to a safer location, the Petitioner will not only have the plans for transport and daily care for the animals worked out with the appropriate

facility, but she will also have the cooperation of the USDA inspector for the Wynnewood facility who will oversee the transfer.

34. The Petitioner cannot afford to move the animals to New York at this time and in addition to that issue, the Court may think it is best to keep the animals at a neutral location for the remainder of the suit until a final judgment takes place or a more permanent decision is made.

35. The animals the Petitioner owns and which are still in the possession of the defendants are a female Arctic fox, one male Red Fox, one male African Crested Porcupine, one male fisher cat, and two Virginia Opossums (one male and one female).[12]

## RELIEF REQUESTED

36. Plaintiff's request is to have an injunction placed on the Defendants which would be granted ex-parté and served along with the Summons and Petition. The injunction would demand the transfer of all of her animals from the Wynnewood zoo to a facility of her choice and of course, one which is approved by the USDA. The defendants shall reimburse the agencies or facilities which are performing the transfer for all costs involved with the transfer of all all of the animals, including any veterinary care, certifications, permits or licenses which may be needed for the transfer.

37. The papers will be served by a sheriff's deputy. The Plaintiff requests the court to relay written instructions to the deputy to take an inventory of all of Plaintiff's animals while on site at the Wynnewood Zoo when serving the papers to the Defendants. The deputy should locate any animals that aren't readily available for inspection, even if they are at another facility or moved to another location. Said inventory list should be signed by the deputy with date and approximate time of the viewing of the animals and then sent to the Court.

38. The reason for this critical part of the process is the Defendants can say that any of the animals died or were given away, etc. when they weren't. Using this method of deception, the Defendants could then keep the animals and the Plaintiff would not be the wiser as to whether the animals were still alive and/or in the possession of the Defendant, but just secreted away out of public view.[13]

---

[12] Please refer to supporting affidavit included with this petition.
[13] This type of deception occurred in another case the Plaintiff had in New York State, Leo v Thomas Index No: 2017-1668, in which the Defendant secreted Plaintiff's animals claiming they were deceased when they weren't.

39. Furthermore, the defendants are making significant gestures in moving the animals from their current location as can be seen in Exhibits 9, 16 and 18. Hence, Plaintiff is concerned her animals will end up being "lost" in the shuffle to a new facility.

40. The transfer will also be performed under the watchful eye of the USDA to make sure all animals are accounted for and the transport takes place without event.

41. The court also should note that the Plaintiff continues to have regulatory authority to possess all the animals belonging to her and which are mentioned in this petition.[14]

## ACTUAL AND PUNITIVE DAMAGES

42. **Actual:** Plaintiff has evidence of both the purchase price of each animal as well as its current value on the market at this time. Being rare and difficult to find, many species of exotic animals, such as the fishers, are much higher in purchase price than they were when the Plaintiff purchased hers.

43. **Punitive:** Plaintiff asserts that the defendant, knowing that Mr. Passage-Maldonado was the person making the contract in behest of the zoo, used his (Lowe's) alleged absence from the communication between the parties concerning the specifics of the contract in order to suggest that there was no authorization on his part for the boarding contract.

44. In the conversation via social media between the defendants and the plaintiff in October 2018, the callous disregard for the rights of the plaintiff to her personal property was unfortunately obvious. Even when the plaintiff described the failure to return the animals would be irreparable damage to her business, the defendants were still unmoved.

45. The defendants have unlawfully converted the property of other people to their titleship in the past and have now set a trend in acting in bad faith during business deals with others.[15]

46. For the reasons above, the defendants need to be responsible for punitive damages of a significant amount in order to curb such unlawful actions against the rights of others in the future.

---

[14] Refer to Exhibit 17A for the current USDA License assigned to the plaintiff, 7B is the previous license (renewal is annual) and 7C is one of the lists of live inventory which are normally appended as the second page of an inspection report. This list shows the plaintiff in possession of the animals she is seeking to repossess via this petition.

[15] See Barth v Lowe et al.

**Vicarious Liability**

47. Whenever in this Petition it is alleged that individual defendants did or omitted to do any act, it is meant that individual defendants acted not only in their individual capacity but also in each individual defendant's' capacity as officers, agents, servants, employees, or representatives of defendant, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC; and furthermore it was done with the full authorization or ratification of Defendant, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC or was done in the normal and routine course  and scope of employment of Defendant's officers, agents, servants, employees or representatives.

**WHEREFORE,,** Plaintiff requests judgment against the Defendants in an amount to be determined by the Court, together with pre and post judgment interest (per statute), punitive damages (to be determined in Court), court, attorney and prosecution fees accumulated by the Plaintiff in prosecuting this action, and to reform their unlawful actions by bearing the cost in transferring the property, consisting of all of her animals boarded at the Wynnewood Zoo, to a facility of her choice in Oklahoma and when the Court grants the opportunity to do so, back to the Plaintiff and any other relief as the Court deems proper.

**Date:**   March 29, 2019

Sincerely,

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568
315.538.8316
carrieleo15@gmail.com

Sworn to before me this 29th day of March 2019

Teresa M. Maioli

TERESA M MAIOLI
Notary Public, State of New York
No. 01MA6281841
Qualified in Wayne County
Commission Expires May 13, 20 21



## VERIFICATION

Carrie Leo, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have written and read the foregoing Complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true.

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous.

**Date:**  <u>March 29, 2019</u>

Carrie M. Leo, Plaintiff
3199 Walworth14568 Road
Walworth, NY 14568
315.538.8316

Sworn to before me this 29th day of March 2019

TERESA M MAIOLI
Notary Public, State of New York
No. 01MA6281841
Qualified in Wayne County
Commission Expires May 13, 20.2.L

# OKLAHOMA STATE DISTRICT COURT
## GARVIN COUNTY

CARRIE M. LEO,

        **Plaintiff,**

   v.

JEFFREY L. LOWE and
LAUREN F. LOWE,
    **Defendant.**

Case #_____

# EXHIBITS

**PLAINTIFF** herby offers the following exhibits in support of a verified petition/complaint submitted by Carrie M. Leo, plaintiff pro se.

| Exh.# | Description | Date of Exhibit |
|---|---|---|
| 1 | FACEBOOK CONVERSATION BETWEEN PLAINTIFF AND JOSEPH A. MALDONADO-PASSAGE | 2/02/17 |
| 2 | FACEBOOK CONVERSATION<br>BETWEEN PLAINTIFF AND JOSEPH A. MALDONADO-PASSAGE | 3/28/18 |
| 3 | FACEBOOK CONVERSATION(s) BETWEEN PLAINTIFF AND LAUREN LOWE | 10/26/18<br>11/06/18 |
| 4 | FACEBOOK POST June 15, 2018 | 6/15/18 |
| 5 | Case 5:17-cv-01145-F -- EXHIBIT 1-B (pp. 18-22)<br>PETA v Greater Wynnewood Exotic Animal Park | 7/12/17 |
| 6 | Case 5:17-cv-01145-F EXHIBIT 1-C (pp. 23-29)<br>PETA v Greater Wynnewood Exotic Animal Park | 8/03/17 |
| 7 | Entity Summary Information from Oklahoma Secretary of State website | 11/07/18 |
| 8 | Text-versation Between M&K Exotic Animal Transport and Plaintiff | 10/26/18 |
| 9 | Facebook Post by Defendants Acknowledging Property Purchased for New Zoo | 10/30/18 |
| 10 | Proof of Ownership for "Sully", the African Crested Porcupine (probably male):<br>A. Exotic Animals for Sale Ad<br>B. Gmail conversation between seller, Jennifer Caton, and Plaintiff[1]<br>C. Acknowledgment of Ownership by Plaintiff in Conversation with Uninvolved Third Party<br>D. Proof of Payment (PayPal) Total:  $500 | 01/28/16<br>01/31/16<br>06/15/17<br>04/24/16 |
| 11 | Proof of Ownership for "Knuette", Black-backed Jackal (female):<br>A. Exotic Animals for Sale Ad<br>B. Gmail conversation between seller and Plaintiff[1]<br>C. Gmail conversation between seller and Plaintiff[1]<br>D. Picture of Jackal in care of Plaintiff (video available upon request)<br>E. Proof of Payment (PayPal) Total: $2,670.00 (purchase & transfer via air) | 03/23/16<br>05/13/16<br>05/16/16<br>Spring 2016 |

[1] Entire and unabridged email conversation available to be submitted to the Court if needed.

| | | |
|---|---|---|
| | F. Proof of Ownership – Delta Air Waybill<br>G. Proof of Ownership -Flight Ticket (Delta Cargo<br>H. Proof of Ownership – Checklist for Delta Cargo<br>　　Payments were dispersed as follows:<br>　　$1000 on 3/26/16,  $820 on 5/11/16  and  $850  on 5/12/16 | |
| 12. | **Proof of Ownership for "Boogers", two Virginia Opossums (1 male, 1 female):**<br>　　Gmail conversation between seller and Plaintiff (no purchase price - adoption) with picture of<br>　　opossums while in care of Plaintiff | /17<br>/17 |
| 13 | **Proof of Ownership for "Jack" the Fisher Cat (male):**<br>A. Email Thread RE: Exotic Animals for Sale Ad<br>B. Gmail conversation between seller and Plaintiff<br>C. Veterinarian transport authorization<br>D. Licensing information on seller of fisher<br>E. Picture of fisher at Plaintiff's facility<br>F. Replacement Cost - $6500.00 but mustelids tend to peak and plateau depending<br>　　on the market.  Being one of the highest sought after and hardest to find, species<br>　　in captivity, they may have drastic fluctuations in price. | /14<br>/14<br>/14 |
| 14 | **Proof of Ownership for "Winter" the Arctic Fox (female):**<br>A. Picture(s) – photo(s) and/or video still(s)[2]<br>B. Post of Winter on Facebook dated October 5, 2015 | 04/2015<br>10/05/15 |
| 15 | **Proof of Ownership for "Houdini", the Red Fox (male):**<br>A. Picture of Houdini posted on Facebook on January 11, 2016.<br>B. Picture of Houdini taken in January 2016.<br>C. Picture taken at Plaintiff's facility in New York in April 2017<br>　　The picture was posted on facebook on July 19, 2017 | 01/11/16<br>01/2016<br>04/2016<br>07/19/17 |
| 16 | *News Article:*<br>*"Greater Wynnewood Exotic Animal Park Moving to New Location, Owner Says"* | 09/27/18 |
| 17 | **USDA Documents:**<br>A.　USDA License 2018 - 2019<br>B.　USDA License 2017 – 2018<br>C.　Inspection Report noting the possession of the Fisher, Opossums, "Cape Porcupine"<br>　　(also called "African Crested Porcupine"), Arctic and Red Foxe | 04/21/16<br><br>08/25/19<br>08/25/18 |
| 18 | **FACEBOOK POST** - *TAKING DOWN GW ZOO*<br>*Considerable Progress Accomplished in Taking Down Existing Structures* | 10/29/18 |
| 19 | **FACEBOOK POSTS** (TRIO) | 09/26/18<br>09/27/18<br>10/18/18 |

Dated:　March 29, 2019



Signature

---

[2] Entire and unabridged video available to be submitted to the Court if needed.

# EXHIBIT 1

## Leo v Lowe

# EXHIBIT 1

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 1**
Page 3 of 9

## FACEBOOK CONVERSATION

### BETWEEN PLAINTIFF AND JOSEPH A. MALDONADO-PASSAGE

Yeah that's what I would end up doing but need way to provide for my animals and earn money

02/10/2017 10:15AM

I will pay you to work and the zoo will pay to care for the animals in order to put them on exhibit

Try to find a photo of you send one please

Carrie
a photo of what?

You so I know who im talking to
Your animals are awesome

Carrie
Thanks

I would have to get intry permits for the native animals

Carrie
Ok ... I'd like to maintain ownership of them



**You invited Joseph A Maldonado-Passage to Messenger.**
Sending messages is fast and more fun on Messenger. Get a link sent to your phone to install the app.



You will i just put them on my permit

Carrie
Ok I would need a written agreement to reflect that

# EXHIBIT 2
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 2**
Page **6** of **7**

## FACEBOOK CONVERSATION

### BETWEEN PLAINTIFF AND JOSEPH A. MALDONADO-PASSAGE

04/19/2017 9:40AM

Carrie
do you need more carriers?
If so. I can send the animals in mine and you can keep them

yes

Carrie
Ok most if not all will be plastic.

ok, have yu heard from the transport people

Carrie
Yes I'm confirming ETA now

Carrie
ETA still noon
I'm gonna start getting animals into carriers but a few may take a bit. Are you on s time crunch at all with them getting back to you?

Carrie
Also can you acknowledge that although the animals are being transferred to your zoo. I still own them?
My attorney is getting on my ass!

04/19/2017 11:40AM

yes they are yours and what ever time you take to load it takes

Carrie
Ok I just wanted to make sure there was no schedule to keep

04/19/2017 4:12PM

Call me now

04/20/2017 3:06PM

Carrie
how did things go?

# EXHIBIT 3

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 3**
Page 1 of 3

# FACEBOOK CONVERSATION
## BETWEEN PLAINTIFF AND LAUREN LOWE
### Greater Wynnewood Exotic Animal Park
••

1

2

3

4

5

**Conversation Information**

6



7

Greater Wynnewood Exotic Animal Park
Options

8

Search in Conversation
Manage Messages

9

Rate Experience
Notifications

10

Messenger Link
   m.me/WynnewoodZoo

11

**Messages**

12

13

14

Greater Wynnewood Exotic Animal Park
14K people like this including Mechel Whitaker and 3 friends

15

Petting Zoo

16

OCT 25TH, 10:14 PM

17

Carrie

18

Is anyone available to chat?
I'm the owner of the jackal, opossums, foxes, fisher, and porcupine. I really need to talk to

19

Jeff or Lauren asap.

20

21

There are no animals here that belong to anyone else.

22

Carrie

23

then where are the ones i just named

24

25

They are on our inventory here at the zoo

26

Carrie

they are mine i had a contract

27

28

Please send us a copy of that contract because the owner of the park never signed a contract

Carrie

Joe messaged me and stated that I could keep them there until I

Leo v Lowe
*Verified Petition with TRO/Injunction*



**EXHIBIT 3**
Page **2** of 3

## FACEBOOK CONVERSATION

### BETWEEN PLAINTIFF AND LAUREN LOWE

1

2    came down to work for him

3    I'm from New York

     Please don't give me a hard time. I've been through hell and those animals are what have
4    kept me going over the last few years

5    

6    Joes in prison and was never the owner of the park. And the owner of the park never
7    authorized any contracts.
     They are here safe
8
     Carrie
9    can i speak to jeff/lauren

10   

11   This is us

12   Carrie
     Joe and I made this arrangement at least a year ago
13   this is jeff

14   

15   Lauren

16   Carrie
17   do you mind if i speak to you on the phone?

18   

19   Joes word means nothing to us. He promised people a lot of things and never fulfilled them.
     The animals are here safe and being well taken care for
20
     Carrie
21   well he fulfilled his promise to me.
22   the only one who helped me in the bad situation i was in.

23   

24   Carrie
25   if i knew i was going to lose ownership of my animals i would have never sent them down
     there.
26   please call me 315.538.8316
27   please don't take my animals away.
     I've heard nothing but good things about you.
28   Those animals mean the world to me

     

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 3**
Page 3 of 3

## FACEBOOK CONVERSATION
### BETWEEN PLAINTIFF AND LAUREN LOWE

I'm sorry but these animals you claim to be yours aren't your animals anymore. They are on our inventory. Whatever Joe promised you, I'm sorry it wasn't real. That's why he's in jail because he's a liar and thief and more. Like I said they are in good hands and well taken care of.

Carrie

wasn't joe a manager or soemthing there?
he seemed to have full access to anywhere on the zoo and have an authority poisition



He was a mistake. And we made the mistake of trusting him thinking he cared about the animals and he didn't.

Carrie

well. i feel betrayed too.
by not only joe but you .... i made an agreement with him and even gave him a promissory note to pay back the transport fee
i checked in and asked about the animals. etc.



I'm sorry but we can't help you with that.
They are doing very well

Carrie

yes you can. You guys can buy any animals you want. I can't



The zookeepers are doing a great job taking care of them

Carrie

I'm sure they are.
That
That's not why i want them back.
In fact. i can keep them on exhibit at your new zoo if you would cooperate with me
can't you at least talk with me via phone for a few mintues?
i spent thousands getting those animals and they are an investment for my new business.
You guys have so many more ways of getting any animals you want. I cannot do that. If I do'nt get these animals back. my dream is comletely crusehd
not to mention my future way of earning a living.

# EXHIBIT 4

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 4**
Page 1 of 1

## FACEBOOK POST

### June 15, 2018

 **Jeff N Lauren Lowe**
June 15 · 🌐

Just quashing some stupid rumor we have heard that we're closing the zoo.

Nothing could be further from the truth. In fact we are expanding the zoo with a greater variety of species.

Joe has decided to move on with his life and step away from the park. We wish him well in his retirement. You may see Joe selling off some his surplus animals on various sites, but those are, and have always been his personal animals.

But anyone telling you that we are closing the zoo is batshit crazy, ignore them.



👍❤️ 76                    21 Comments  3 Shares

👍 Like                              ➤ Share

 **Todd Buth** Enjoy retirement Joe, you deserve it. You have done so much for so many!
Like   19w                                            ❤️ 1

 **Kay Mendez** Unable to share. Maybe put on the park site
Like   19w

# EXHIBIT 5

## Leo v Lowe

Leo v Lowe
*Verified Petition with Injunction*

EXHIBIT 5
Page 1 of 6

## Case 5:17-cv-01145-F -- EXHIBIT 1-B (pp. 14-22)
### PETA v Greater Wynnewood Exotic Animal Park

Case 5:17-cv-01145-F   Document 1-1   Filed 10/20/17   Page 14 of 58

# ATTACHMENT 1-B

*Wed July 12, 2017*

⟵   **Jeff Lowe New** ▾
+14052074362          CALL    MORE

# here is today's lady



6:53 PM

## got it  6:56 PM

# Do we want to do this rescue

# 2m 8 years
# 2m 6 years
# 2m 12 years
# 4= 2m-2f 3 years

 

400023

↤   **Jeff Lowe New** ▾
+14052074362

CALL   MORE

4= 2m-2f 3 years
3=M 1.5 white F 1
year f 1.5 years
4=1m 8 years w 3f
6y
1m-1f 8 years
1m-1f 6 years
7:39 PM   1f 5 months

so 20
cats 17 are
breeding age? are
they intact?
9:03 PM

Yes 3 pregnut

This fuckers spent
~~some money~~

 Enter message   

400024



← **Jeff Lowe New** ▼
+14052074362

CALL   MORE

9:04 PM

well, those cubs
would feed the lot
of them for a while
anyway

where are they?   9:04 PM

Looks like a small
city

Florida she will
deliver
9:04 PM

you know me, the
more the merrier,
but we arent the

 Enter message   

400025

① ① ▣ 96                    ☀ Ⓝ ⊘ ⁴ᴳ ⁐ 📶    42% ▬ 7:08 PM

← **Jeff Lowe New** ▼                CALL    MORE
   +14052074362

9:12 PM

9:21 PM    These are hers

oh, ok
She getting out?    9:21 PM

If I play this right
we could make
money with this
9:21 PM    big of rescue

Peta won in court
today



 Enter message        400026

← **Jeff Lowe New** ▼          CALL    MORE
     +14052074362

**Florida she will deliver**
9:04 PM

**you know me, the more the merrier, but we arent the smartest guys in the world. But I still say yes. lol**
9:05 PM

**are we still taking nine cats from Kathy Stearns?**
9:12 PM

9:21 PM    **These are hers**

**oh, ok**

 

400027

# EXHIBIT 7
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 7**
Page 1 of 1

# ENTITY SUMMARY INFORMATION

## FROM OKLAHOMA DEPARTMENT OF STATE

### Greater Wynnewood Exotic Animal Park

---

🔒 https://www.sos.ok.gov/corp/corpinformation.aspx?id=3512540993

 **Oklahoma Secretary of State**          🔲 Contact Us   🔲 Help

## Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the

GREATER WYNNEWOOD EXOTIC ANIMAL PARK LLC

**Details**

| | |
|---|---|
| Filing Number | 3512540993 |
| Name Type | Legal Name |
| Status | Inactive |
| Corp type | Domestic Limited Liability Company |
| Jurisdiction | Oklahoma |
| Formation Date | 8 Feb 2016 |

**Registered Agent Information**

| | |
|---|---|
| Name | SECRETARY OF STATE |
| Effective | 18 Aug 2017 |
| Address | 421 NW 13th St, Suite 210 |
| City State ZipCode | OKLAHOMA CITY OK 73103 |

# EXHIBIT 8

## Leo v Lowe

**EXHIBIT 8**
**Leo v Lowe**

M&K Exotic Animal Transport was a transport company commonly contracted by Joe Passage-Maldonado (Schreibvogel)

**Year: 2017**



The above two text messages serve to authenticate the number as it is associated with M&J Transport.

The two messages below show that the transporter used by the zoo was still entering into contracts with Joe even after the zoo was bought by the Lowes. In fact, the transporter never even met the new owner.



# EXHIBIT 9
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 9**
Page 1 of 1

# FACEBOOK CONVERSATION
## SCREENSHOT FROM DEFENDANTS' PAGE

**Pertaining To:**
**Greater Wynnewood Exotic Animal Park**



**Jeff N Lauren Lowe**
October 30 at 1:55 PM

Despite some morons post this morning, the contract to purchase the new zoo land in Thackerville was signed 10/26/2018 with a scheduled closing date of 12/07. We are excited beyond words to start construction. Thanks to everyone that has offered to volunteer their time building new enclosures. Now that the contract has been signed we can share the location

From Winstar Casino, you exit the rear parking lot, head West 1 mile, turn left onto Jimbo Rd. We are the very first drive on the right hand side. You can actually see the casino from our entrance.

The zoo will be built in two phases initially. The big cat, wolves and other carnivores enclosures will be built first. Each enclosure is massive, allowing the animals a more natural enviornment. The second phase, (to be built concurrently) will be a huge hoofstock and petting zoo area.

Once we begin construction, we will reach out to those who have generously offered their help.

And to that moron I mentioned? check your claims before I slap a liable lawsuit on you that you can't afford to defend. The listing agent said she recieved no calls regarding our purchase and if she did she would have happily confirmed the accepted contract.

This is a rough sketch of the carnivore compound. We have professional plans being drawn up now, but until then you have to go from my chicken-scratch.

This just goes to show you that you can't believe a word that comes from these posers with their negativity. If you want the facts, come directly to us. We have absolutely nothing to hide!



# EXHIBIT 10

## Leo v Lowe

### "Sully" the African Crested Porcupine

# EXHIBIT 10A

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 10A**
Page **1** of 1

## PROOF OF OWNERSHIP

**"Sully" The African Crested Porcupine - $600**

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Sully was advertised on a popular exotic animal sale website on <u>January 28, 2016</u> called
*Exotic Animals for Sale*



| | Seller/Previous Owner: |
|---|---|
| | Jennifer Kaufman Caton |
| | d/b/a/ Bar C Ranch *(c. 2000)* |
| | 238 Shepherds Mill Rd. |
| | Berryville, VA 22611 |
| | ph:  540-539-7689 |
| | email:  info@barcranch.org |

# EXHIBIT 10B

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

EXHIBIT 10B
Page 1 of 4

# PROOF OF OWNERSHIP

## "Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation between Seller/Previous Owner, Jennifer Caton, of Bar C Ranch, and Plaintiff

---

1

11/10/2016

Gmail - Crested Porcupine

M Gmail

## Created Porcupine
26 messages

**Carrie Leo <caringforcottontails@gmail.com>**

**Jennifer <jennifer@barcranch org>**                    Sun, Jan 31, 2016 at 11:14 AM
To: caringforcottontails@gmail.com

He was born April of 2014. We got him at about 6 months old. He is not a proven breeder as I do not have a "female". I actually purchased him as a "female" to put with my other male but realized very quickly that he was a boy. We kept him because he was so sweet but, since he has decided he hates me, I think he would be better with someone else. He is still very nice with my kids and lets other people go on and feed him without a fuss.

Jen
Bar C Ranch
540-539-7689
www.barcranch.org

http://www.exoticanimalsforsale.net

Please contact the user by their email address below, do not respond to this email

POST: African Crested Porcupine Male
NAME: Carrie Leo
PHONE: 315 310 5376
EMAIL: caringforcottontails@gmail.com
COMMENTS:
Is your porc still available? How old is he and is he proven

**Carrie Leo <caringforcottontails@gmail.com>**        Mon, Feb 1, 2016 at 8:19 PM
To: Jennifer <jennifer@barcranch org>

Do you know why he doesn't like you anymore? That's quite odd

[Quoted text hidden]

**Jennifer <jennifer@barcranch org>**                   Tue, Feb 2, 2016 at 10:42 PM
To: Carrie Leo <caringforcottontails@gmail.com>

I am not sure why. He got a bit huffy with me in the fall and I figure maybe it was a puberty thing. He was pushy a couple of times and one day he got me in a corner. I grabbed his crest to push him away and I think he saw it as an attack. I have been

https://mail.google.com/mail/u/0?ik=f444803500newindian=pt&search=all&permmsgid=msg-f%3A1524866500...   1/6

---

2

11/10/2016

Gmail - Crested Porcupine

working with him and doing some target training and he seems a bit better but still doesn't like me in his space much. I am the one who feeds and cleans and it is difficult to have to be so careful around him. I am hoping to find him a place where he is happier.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**        Wed, Feb 3, 2016 at 10:10 AM
To: Jennifer <jennifer@barcranch.org>

So he's still available?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch org> wrote:
[Quoted text hidden]

**Jennifer <jennifer@barcranch org>**                   Wed, Feb 3, 2016 at 11:21 AM
To: Carrie Leo <caringforcottontails@gmail.com>

Yes

Bar C Ranch
540 539 7680
www.barcranch org
[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**        Wed, Feb 3, 2016 at 6:18 PM
To: Jennifer <jennifer@barcranch org>

Would you be willing to take $400 for him?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch org> wrote:
[Quoted text hidden]

**Jennifer <jennifer@barcranch org>**                   Wed, Feb 10, 2016 at 6:42 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Not sure I want to go quite so low. Could take $500. Are you looking for a breeder?

Jen

Bar C Ranch

https://mail.google.com/mail/u/0?ik=f444803500newindian=pt&search=all&permmsgid=msg-f%3A1524866500...   2/6

Leo v Lowe
Verified Petition with TRO/Injunction

# PROOF OF OWNERSHIP

# EXHIBIT 10B
Page 2 of 4

"Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

---

1/11/2018 — Gmail - Crested Porcupine

To: Jennifer <jennifer@barcranch.org>

Hi, Jen,

I have no problem with your questions so I would be happy to answer them. I have a female crestie who's a little grumpy but she's coming around. I will look for a picture of the enclosure and send it to you. It's 10'x10'x8' with trees and shelves in it. I have two NAS too.

I do have a USDA license and it is attached for your records. I am in NY but have no problem driving to pick up the porc in VA.

Do you have a date in mind as to when you think you would like him gone by?

[Quoted text hidden]



Scan Aug 14, 2015, 1_24 PM-page2.jpg
183K

**Jennifer <jennifer@barcranch.org>**     Tue, Feb 16, 2016 at 2:45 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Thanks for understanding. I don't have any time in particular I need him to go by. Where in NY are you? My brother and one of my best friends both live in NYC. Maybe we could meet somewhere.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org

[Quoted text hidden]

<Scan Aug 14, 2015, 1_24 PM-page2.jpg>

**Carrie Leo <caringforcottontails@gmail.com>**     Wed, Feb 17, 2016 at 2:41 PM
To: Jennifer <jennifer@barcranch.org>

---

1/11/2018 — Gmail - Crested Porcupine

540-539-7689
www.barcranch.org

[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**     Wed, Feb 10, 2016 at 7:15 PM
To: Jennifer <jennifer@barcranch.org>

Yes a breeder but if he's that sweet perhaps an educational animal as well

[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**     Wed, Feb 10, 2016 at 7:15 PM
To: Jennifer <jennifer@barcranch.org>

$500 is fine.

[Quoted text hidden]

**Jennifer Caton <jennifer@barcranch.org>**     Thu, Feb 11, 2016 at 5:05 PM
To: Carrie Leo <caringforcottontails@gmail.com>

I don't know how he would do in that time. I used him for several last year and he was a joy but since we have been having our own I haven't had him out my own hasn't aimed that much as in same. Once was Sully. Are you interested. Could you send me a photo of your porcupine set up. Are you USDA licensed? Not meaning to pry but we to know where my animals are going where they relax our barn. Where are you located. We will have to figure the best way of getting him to you as well.

Thank you

Jen

[Quoted text hidden]

**From:** Carrie Leo [mailto:caringforcottontails@gmail.com]
**Sent:** Wednesday, February 10, 2016 7:16 PM
**To:** Jennifer <jennifer@barcranch.org>
**Subject:** Re: Crested Porcupine

[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**     Tue, Feb 16, 2016 at 12:04 PM
To: Jennifer <jennifer@barcranch.org>

Leo v Lowe
Verified Petition with TRO/Injunction

EXHIBIT 10B

PROOF OF OWNERSHIP

Page 3 of 4

"Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

---

11/10/2016                                        Gmail - Crested Porcupine

Hi Jen,

I live near Rochester, NY which is 6 hrs west of NYC. I am an alumnus of Fordham U. in the Bronx at Rose Hill. So I went back and forth from home to NYC - very pretty ride.

I don't mind meeting somewhere. Here's the scoop though . . . Yesterday we had two of our new enclosures destroyed by weather conditions. It will take us at least a month to recover. May we meet in early April to do the transfer?

[Quoted text hidden]

**Jennifer** <jennifer@barcranch.org>                 Wed, Feb 17, 2016 at 3:45 PM
To: Carrie Leo <caringforcottontails@gmail.com>

So sorry to hear about your enclosures. The weather has been a challenge this year. No rush to get him. We do an event in Troy, PA April 23-24. Maybe we could meet there. I think it is only a few hours from you.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>        Wed, Feb 17, 2016 at 4:15 PM
To: Jennifer <jennifer@barcranch.org>

What kind of event?

[Quoted text hidden]

**Jennifer** <jennifer@barcranch.org>                 Wed, Feb 17, 2016 at 7:04 PM
To: Carrie Leo <caringforcottontails@gmail.com>

We do petting zoos and camel rides. We will be at a Maple Festival that weekend.

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>       Thu, Feb 18, 2016 at 10:05 AM
To: Jennifer <jennifer@barcranch.org>

---

Hi Jen, troy, PA is 2 1/2 hrs away which is a much easier trip. That would be perfect if we can meet there in April. Do you have an exact address?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch.org> wrote:
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>       Thu, Feb 18, 2016 at 10:08 AM
To: Jennifer <jennifer@barcranch.org>

Is the attached info the correct event, place and dates?

On Jan 31, 2016 11:14 AM, "Jennifer" <jennifer@barcranch.org> wrote:
[Quoted text hidden]

**Screenshot_2016-02-18-10-07-48-1.png**
77K

MAPLE FESTIVAL
April 23 & 24 2016
Alparon Community
Park. Jct Rte 6 & 14
Troy PA 16947
Bradford County

Endless
Mountains Maple
Festival - Home

**Jennifer Caton** <jennifer@barcranch.org>            Tue, Feb 23, 2016 at 8:51 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Yes info is correct. We can touch base as we get closer. Do you think you could pick him up on Sunday evening or Monday morning? That way I can have him in the zoo for the weekend and I don't have to try to haul both porcupines up.

Thanks,

Jen

From: Carrie Leo [mailto:caringforcottontails@gmail.com]
Sent: Thursday, February 18, 2016 10:09 AM
To: Jennifer <jennifer@barcranch.org>
Subject: Re: Crested Porcupine

PROOF OF OWNERSHIP

EXHIBIT 10B
Page 4 of 4

---

Gmail - Crested Porcupine

"Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

---

11/10/2018

[Quoted text hidden]

Is the attached info the correct event, place and dates?

**Carrie Leo** <caringforcottontails@gmail.com>
To: Jennifer <jennifer@barcranch.org>
Tue, Feb 23, 2016 at 9:07 PM

[Quoted text hidden]

Sure. Pls remind me when we make specific plans for pickup as I'm sure I will forget.

**Carrie Leo** <caringforcottontails@gmail.com>
To: Jennifer <jennifer@barcranch.org>
Thu, Apr 21, 2016 at 1:34 AM

Hi Jen, we still on for the 25th? I can meet you in Troy. Text me at 315.310.5376.

[Date of transaction is April 25, 2016]

[Quoted text hidden]

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1 NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation Inc
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: Jennifer <jennifer@barcranch.org>
Sun, May 8, 2016 at 12:59 AM

Hi Jen,

Just wants to ask you what you wanted me to do with your crate? Per our agreement, I will send it back to you; however, sully chewed a hole about an inch in diameter in the top. I can 1. Return the whole thing back to you with a fee to replace the top or 2. Replace the top for you and them send it back to you or 3. Not send it back and compensate you for the whole crate.  Pls let me know.  I can send a picture of the damage if you would like.

Carrie

Sent from my iPhone
[Quoted text hidden]

11/10/2018

Gmail - Crested Porcupine

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: Jennifer <jennifer@barcranch.org>
Sat, May 14, 2016 at 6:16 AM

Hi Jennifer, I think I'm just going to send you money as even the top has been chewed a little. Is $20 ok?

Sent from my iPhone

On May 8, 2016, at 10:28 AM, Jennifer <jennifer@barcranch.org> wrote:

Any of those would be fine. Whatever is easiest for you.

Jen

**Jennifer** <jennifer@barcranch.org>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc."
<caringforcottontails@gmail.com>
Sat, May 14, 2016 at 8:41 AM

Sure. That's fine

Jen

Bar C Ranch
540-539-7689
www.barcranch.org
[Quoted text hidden]

**Carrie Leo** <caringforcottontails@gmail.com>
To: Jennifer <jennifer@barcranch.org>
Sat, May 14, 2016 at 9:01 AM

what's your address?

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

# EXHIBIT 10C
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 10C**
Page **1** of **1**

## FACEBOOK POST – June 12, 2017

### Plaintiff Acknowledging Ownership of Sully, the African Crested Porcupine, to a Third Party



# EXHIBIT 10D

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 10D**
Page **1** of 1

## PROOF OF OWNERSHIP

### "Sully" The African Crested Porcupine - $500

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

**Payment Withdrawn from Account Day Before Transfer of Animal (by Pick-up by Plaintiff)**

Transaction History
January 01, 2015 through January 01, 2018





| Date | Description | Status | Currency | Gross | Fee | Net |
|------|-------------|--------|----------|-------|-----|-----|
| 04/24/2016 | General Payment Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ████████████273L | Completed | USD | 300.00 | 0.00 | |
| 04/24/2016 | General Payment Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ████████████696 13F | Completed | USD | 60.00 | 0.00 | |
| 04/24/2016 | General Payment Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc. ID: ████████████9346T | Completed | USD | -360.00 | 0.00 | |

# EXHIBIT 11

## Leo v Lowe
## "Kneutte" the Black-backed Jackal"

# EXHIBIT 11A

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 11A**
Page 1 of 1

## PROOF OF OWNERSHIP

### "Knuette" The Black-Backed Jackal - $2100 + travel expenses

Knuette was advertised on a popular exotic animal sale website on <u>**March 23, 2016**</u> called
*Exotic Animals for Sale*
http://www.exoticanimalsforsale.net

https://www.exoticanimalsforsale.net/sale/25555-Black-Back-Jackals.asp



🔒 https://www.exoticanimalsforsale.net/sale/25555-Black-Back-Jackals.asp

Exotic Animals for Sale    Exotic Animals Wanted    Animal Equipment for Sale
Exotic Animal Auctions

My Account | Sign in or Create an Account

**Black Back Jackals for sale**

**REFERENCE ONLY: Animals listed have been sold or removed.**

**Title:** Black Back Jackals
**Name:** Christa Barker   <u>User Review</u>
**Date:** 3/23/2016
**Website:** www.primatebabies.com
**Phone:** REFERENCE ONLY: Animals listed have been sold or removed.
**Location:**

We have 3 Black Back Jackals puppies
for sale right now $2100 each.

These little ones are 8 weeks old and are
being hand raised and socialized to be
very friendly and tame.

Please check your state and area to
make sure your allowed to own them,
since they are in the coyote family.

# EXHIBIT 11B

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal

**EXHIBIT 11B**

Page 1 of 1

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation on May 13, 2016

between Seller/Previous Owner, Christa Barker, (d/b/a/ *Primate Babies*) and Plaintiff

---

M Gmail

Carrie Leo <caringforcottontails@gmail.com>

### Jackal
3 messages

**Carrie Leo** <caringforcottontails@gmail.com>          Fri, May 13, 2016 at 4:18 PM
To: Christa Barker <christabarker1@yahoo.com>

Hi Christa,

Thank you for working with me concerning the jackal. I have been inundated with immediate concerns with other animals and issues. I didn't think to let you know the jackal made it ok. Everything seems to be happening at once and it's so hard to sort through everything and get it done in the order to meet all of my deadlines.

I appreciate your kindness and understanding.

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

**Christa Barker** <christabarker1@yahoo.com>          Fri, May 13, 2016 at 4:37 PM
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie

I am sorry you have in a hard time right now and hope you will get though this ok.
I am glad she made it save.
I do worry about about Shipng and are always looking foreword to hearing that they made it save.

Thanks
Christa

---

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**   Fri, May 13, 2016
<caringforcottontails@gmail.com>                                          at 4:56 PM
To: Christa Barker <christabarker1@yahoo.com>

Thank you fur such a beautiful animal

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 11C

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**PROOF OF OWNERSHIP**

**EXHIBIT 11C**

Page 1 of 1

*"Knuette" The Black-Backed Jackal*

https://www.exoticanimalsforsale.net/sale/24432-African-Crested-Porcupine-Male.asp

Gmail Conversation on May 16, 2016

between Seller/Previous Owner, Christa Barker, (d/b/a/ *Primate Babies*) and Plaintiff

---

M Gmail

Carrie Leo <caringforcottontails@gmail.com>

**payment for jackal**
4 messages

**Carrie Leo <caringforcottontails@gmail.com>**          Mon, May 16, 2016 at 8:34 AM
To: Christa Barker <christabarker1@yahoo.com>

Christa,

I have to resubmit the $850 as my bank didn't process it. I will be
able to do this later today in the afternoon. I'm very sorry.

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

**Christa Barker <christabarker1@yahoo.com>**          Mon, May 16, 2016 at 11:03 AM
To: Carrie Leo <caringforcottontails@gmail.com>

Ok thanks for letting me know

Sent from my iPhone
[Quoted text hidden]

**Christa Barker <christabarker1@yahoo.com>**          Mon, May 16, 2016 at 11:09 AM
To: Carrie Leo <caringforcottontails@gmail.com>

I just checked my Paypal and it shows as complete
Looks like it when'd though

Sent from my iPhone

> On May 16, 2016, at 8:34 AM, Carrie Leo <caringforcottontails@gmail.com>
wrote:
>

---

[Quoted text hidden]

**Carrie Leo <caringforcottontails@gmail.com>**          Mon, May 16, 2016 at 8:37 PM
To: Christa Barker <christabarker1@yahoo.com>

oh ok. I will just sit tight and keep track of my account to make
sure all is well

Carrie Leo, Licensed Wildlife Rehabilitator - Class 1, NYS
Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.
Walworth, New York
ph: (315) 310-5376
http://www.facebook.com/caringforcottontails
http://www.caringforcottontails.org

[Quoted text hidden]

# EXHIBIT 11D

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 11D**
Page **1** of **1**

# PROOF OF OWNERSHIP

## BLACK-BACKED JACKAL



The entire and unabridged video available upon viewing and/or submission to the Court upon request.

# EXHIBIT 11E

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal (female) –

## $2100 + shipping via Delta Cargo

**Transaction History**

January 01, 2015 through January 01, 2018

**PayPal**

Caring For Cottontails Wildlife Rescue & Rehabilitation Inc
caringforcottontails@gmail.com

| Date | Description | Status | Currency | Gross | Fee | Net |
|---|---|---|---|---|---|---|
| 03/24/2016 | Reversal of General Account ▮▮ PayPal ID: ▮▮▮12N | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/24/2016 | General PayPal Debit Card Transaction ID: ▮▮▮615 | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | PayPal Debit Authorization ID: ▮▮▮52B | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | Account ▮▮ for Open Authorization: PayPal ID: ▮▮▮74K | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | Reversal of General Account ▮▮ PayPal ID: ▮▮▮515 | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | General PayPal Debit Card Transaction ID: ▮▮▮10N | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | PayPal Debit Authorization ID: ▮▮▮33J | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | Account ▮▮ for Open Authorization: PayPal ID: ▮▮▮24J | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | Reversal of General Account ▮▮ PayPal ID: ▮▮▮31J | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | General PayPal Debit Card Transaction ID: ▮▮▮61S | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/26/2016 | General ▮▮ Carrie Leo ID: ▮▮▮14U | ▮▮▮ | USD | ▮▮ | ▮▮ | ▮▮ |
| 03/26/2016 | General Payment: Primate Babies ID: ▮▮▮754.. | Completed | USD | -1,000.00 | 0.00 | ▮▮ |
| 03/27/2016 | PayPal Debit Authorization ID: ▮▮▮238 | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/27/2016 | Account ▮▮ for Open Authorization: PayPal ID: ▮▮▮93E | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/28/2016 | PayPal Debit Authorization ID: ▮▮▮90D | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/28/2016 | Account ▮▮ for Open Authorization: PayPal ID: ▮▮▮416 | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/28/2016 | PayPal Debit Authorization ID: ▮▮▮03E | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/28/2016 | Account ▮▮ for Open Authorization: PayPal ID: ▮▮▮80W | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |
| 03/28/2016 | Reversal of General Account ▮▮ PayPal ID: ▮▮▮412 | ▮▮▮ | USD | ▮▮ | 0.00 | ▮▮ |

January 01, 2015 through January 01, 2018

Page 10

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 11E**
Page 2 of 3

## PROOF OF OWNERSHIP

### "Knuette" The Black-Backed Jackal (female) –

### $2100 + shipping via Delta Cargo



Leo v'Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 11E**
Page 3 of 3

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal (female) –

## $2100 + shipping via Delta Cargo

### TOTAL: $2,670.00

**Purchase:  $2,100.00**
**Transport:    $570.00**
(via Delta Cargo)

**Search Transactions Results**

| Date | Type | Name | Subject | Gross Amount | Fees | Net Amount |
|------|------|------|---------|-------------|------|-----------|
| 3/26/2016 | General Payment | "Primate Babies" | | -1,000.00 USD | 0.00 | -1,000.00 |
| 5/11/2016 | General Payment | "Primate Babies" | | -820.00 USD | 0.00 | -820.00 |
| 5/12/2016 | General Payment | "Primate Babies" | | -850.00 USD | 0.00 | -850.00 |
| Total | | | | -2,670.00 USD | 0.00 | -2,670.00 |

# EXHIBIT ~~13E~~

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 11F**
Page 1 of 2

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Delta Air Waybill

Thursday, May 12, 2016          Page 1 of 2

008   FLL   01828444      DUPLICATE      008-01828444

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| EXOTICS UNLIMITED<br>PO BOX 8177<br>SEBRING SPRING FL<br>US 33872<br>PHONE 954 729 1554 | |

**Not Negotiable**
**Air Waybill**
Issued by
**DELTA AIR LINES INC.**
**ATLANTA INTERNATIONAL**

Copies 1, 2, and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CARRIE LEO AT COTTONTAIL WILDLIFE<br>3199 WALWARTH RD<br>WALWARTH NY<br>US 14568<br>PHONE 315 310 5376 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

Accounting Information
**VARIATION LIVE**

Agent's IATA Code      Account number

Airport of Departure (Addr. of First Carrier) and Requested Routing
**FORT LAUDERDALE**

| To | By First Carrier | Routing and Destination | to | by | to | by |
|---|---|---|---|---|---|---|
| ATL | DL | | ROC | DL | | |

Reference Number      Optional Shipping Information

Airport of Destination
**ROCHESTER**    DL2226S/12    DL1584L/12

| Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|
| USD | CC | X | X | NVD | NCV |

XXX    Amount of Insurance

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance."

Handling Information
**AVI INS**

| Number of Pieces RCP | Gross Weight | Rate Class / Commodity Item Number | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 1 | 18 0 | C 0199 | | 5 11 | 270.83 | JACKAL IN 200XRL |

Shipper guarantees payment of all transportation charges and any additional charges for the care, feeding, and housing of the animal(s).

Signature _____

Date 5/12/16

| | | | | | 270.83 | |
| 1 | 18.0 | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 270.83 | | COL- MYC 0 00/SCC 0 00/GTC 16 93/OIYC 0.00 |
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | |
| | Total Other Charges Due Carrier | | |
| | | 16 93 | |
| Total Prepaid | Total Collect | | |
| | 287 76 | | |
| Currency Conversion Rates | CC Charges in Dest. Currency | | |
| USD | | | |
| For Carrier's use only at Destination | Charges at Destination | Total Collect Charges | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

Signature of Shipper or his Agent

PAID
Discover

10MAY16    FORT LAUDERDALE   0723   Steve

Executed on (date)    At (place)

Signature of Issuing Carrier or its Agent

008-01828444
5/12/2016   11.17

7:17:31 AM                                                 5/12/2016

Leo v Lowe
*Verified Petition with TRO/Injunction*

EXHIBIT 11F
Page 2 of 2

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Delta Air Waybill

**Thursday, May 12, 2016**                                    **Page 2 of 2**

### U.S.-DOMESTIC AIR WAYBILL CONDITIONS OF CONTRACT

**1. Non-negotiable Document** - In tendering the shipment described herein for carriage, Shipper agrees to these Conditions of Contract, which no agent or employee of the parties may alter, and that this Air Waybill is non-negotiable and has been prepared by him or on his behalf by the Carrier

**2. Carrier Tariffs Govern** - It is mutually agreed that the shipment described herein is accepted on the date hereof in apparent good order (except as noted) for carriage as specified herein, subject to governing tariffs in effect as of the date hereof. Said tariffs are available for inspection by the parties hereto and are hereby incorporated into and made a part of this contract.

**3. Shipper Responsibility** - The Shipper is responsible for preparing, marking, packing, labeling and properly describing the contents of the shipment so as to ensure safe transportation with ordinary care in handling.

**4. Inspection of Shipments** - All shipments are subject to inspection by the Carrier, but the Carrier shall not be obligated to perform such inspection.

**5. Reweighing** - All freight tendered to Delta is subject to reweighing, at either the point of tender, point of transfer or destination and recalculation of freight charges based on such reweighing.

**6. Claims Time Limits and Procedures** - All claims, including claims for overcharges, must be made in writing to the originating or delivering Carrier within (60) days after the date of acceptance of the shipment by the originating carrier. Damage and/or loss discovered by the Consignee after delivery and a clear receipt must be reported in writing to the delivering carrier at destination within 15 days after delivery. The consignee must maintain the shipment, the carrier has the right to inspect the goods/container(s) within 15 days after receipt of such notice.
*Delta shall not be liable in any action brought to enforce a claim, except for overcharges, unless the above provisions have been met by the proper claimant and unless such action is brought within one year from the date that Delta accepted the shipment for transportation.*

**7. Liability Limits** - (except DASH) - Liability of carrier is limited to the declared valued, invoice, or the amount of any damages actually sustained, whichever is less. Actual value is agreed and understood to be not more than \$.50 per pound or \$50.00 minimum, whichever is higher, unless a higher value is declared at the time of tendered and applicable charges are paid

**8. Liability Limits and Declared Value(DASH ONLY - NOT TO INCLUDE DASH HEAVY)** - Shipper agrees that the maximum liability of Carrier for physical loss or damage to any shipment is limited to \$ 50 per piece, unless a higher value (not to exceed \$750) is declared in writing on the Air Waybill at the time of tendered and applicable valuation charges paid. Shipments with a declared value in excess of \$750 per piece are not acceptable for transportation under this contract. The weight may not exceed 100 lbs per piece, and/or 1000 lbs per air waybill

**9. Consequential and Special Damages** - The carrier shall not be liable for any consequential or special damages whether or not the carrier had knowledge that such damages might be incurred.

**10. Delivery** - Delivery will be made by the delivering carrier to the Consignee at a point where delivery service is available at applicable tariff charges, unless instructions to deliver at city terminal or airport terminal are specified by Shipper under special instructions.

**11. Use of Other Carrier** - Shipment may be diverted to motor or other carrier as per tariff rule unless Shipper gives other instructions herein

**12. Dimensionalization(Except DASH)** - All shipments tendered to Delta are subject to dimensionalization either at point of tender, point of transfer or destination pursuant to the terms of Rule QSO and subject to recalculation of freight chargesaf dimensionalization in applicable under such rule.

**13. Indemnity** - The Shipper and Consignee shall be liable, jointly and severally, to pay or indemnify the Carriers for all claims, fines, penalties, damages, costs or other sums which may be incurred, suffered or disbursed by reason of any violation of any of the rules contained in applicable tariffs or any other default of the Shipper or other such parties with respect to a shipment

**14. Exclusions** - The Carrier shall not be liable for loss, damage, delay or other result caused by
(a) Acts of God, perils of the air, public enemies, public authorities acting with actual or apparent authority on the premises, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war or undeclared war;
(b) the act or default of the Shipper or Consignee;
(c) the nature of the shipment, or any defect, characteristic or inherent vice thereof;
(d) violation by the Shipper or Consignee of any of the rules contained in applicable tariffs, including, but not confined to, improper or insufficient packing, securing, marking or addressing and failure to observe any of the rules relating to shipments not acceptable for transportation or shipment acceptable only under certain conditions, or
(e) compliance with instructions from the Shipper or Consignee or noncompliance with special instructions from the Shipper or Consignee not authorized by applicable tariffs

**15. Schedules Not Guaranteed** - Except as otherwise provided herein, the Carrier has no obligation to commence or complete transportation within a certain time or according to any specific schedule, or to make connections with any other carrier, or for error in any statement of times of arrival or departure

**16. Georgia Law Applicable** - This Agreement is subject to, and will be interpreted in accordance with, the laws of the State of Georgia, without regard to principles of conflict of law

United States Federal Aviation Administration Air Carrier Standard Security Program Known Shipper's Security Notification - Cargo items tendered for air transportation are subject to aviation security controls by air carriers and when appropriate, other government regulations. Copies of all relevant shipping documents showing the cargo's consignee, consignor, description or other relevant data will be retained in file until the cargo completes its air transportation. You have the right to inspect the full text of each transporting air carrier's rules at its airport locations or other cargo offices. You also have the right, upon request, to receive free of charge the full text of the applicable terms incorporated by reference from each of the transporting air carriers. The complete text of Delta's incorporated terms can be obtained upon request by writing the carrier at the following address.

Delta Air Lines, Inc. Cargo Marketing/Sales
PO Box 20706, Dept. # 763
Atlanta, GA 30320

### Conditions of Contract - DASH Only

**1.** In tendering the shipment described herein for carriage, Shipper agrees to these Conditions of Contract, which no agent or employee of the parties may alter, and that this Air waybill is non-negotiable and has been prepared by him or on his behalf

**2.** Shipper agrees that the maximum liability of Carrier for physical loss or damage to any shipment is limited to \$50 per piece, unless a higher value (not to exceed \$750) is declared in writing on the Air Waybill at the time of tendered and applicable valuation charges paid. Shipments with a declared value in excess of \$750 per piece are not acceptable for transportation under this contract. The weight may not exceed 100 lbs per piece, and/or 1000 lbs per air waybill

**3.** Carrier shall not be liable for loss, damage, delay or other results caused by any circumstances beyond the control of the Carrier

**4.** Carrier shall not be liable for special or consequential damages unless at the time of receipt of shipment, Carrier is given notice in writing on the air waybill of the circumstances which could result in such damages, and in no event shall Carrier's liability for such damages exceed the declared value of the shipment

**5.** Carrier will refund the Shipper 100% of the applicable transportation charge for shipments not delivered on the specific flight, unless mis-delivery is caused by: (1) weather conditions; (2) mechanical delay on the aircraft; (3) failure of Shipper to tender shipment in accordance with cut-off times by location, or (4) other circumstances beyond the control of Carrier. Refunds will only be considered for shipments booked on Delta's approved online booking channels
*Note: Surcharges and fees are not refundable*

**6.** All claims, including claims for overcharges, must be made in writing to the Carrier or the originating or delivering Carrier within a period of 60 days after the date of acceptance of the shipment by the originating Carrier. If the originating or delivering Carrier's tariff requires a shorter period of notification time, the shorter time will apply to the entire carriage.

**7.** Damage and/or loss discovered by the Consignee after delivery must be reported in writing to the delivering Carrier at destination within 15 days from delivery. While awaiting inspection by the delivering Carrier, Consignee must hold the shipping container and its contents in the same condition they were in when damage was discovered insofar as it is possible to do so

**8.** Carrier shall not be liable in any action brought to enforce a claim unless such action is brought within one year from the date Delta accepted the shipment for transportation.

**9.** Carrier and Shipper hereby incorporate by reference in this contract Carriers published rules and regulations

**10.** Shipper acknowledges that Shipper's electronic agreement to these Conditions of Contract is valid and enforceable. Through Shipper's electronic agreement and submissions or documents, Shipper is representing that the information provided is accurate, and that Shipper or Shipper's agent has the legal authority and capacity to enter into the agreement for shipment as governed by these Conditions of Contract.

7:17:31 AM                                                      5/12/2016

# EXHIBIT 11G
## Leo v Lowe

# PROOF OF OWNERSHIP

## "Knuette" The Black-Backed Jackal – Flight Ticket (Delta Cargo)

### Side 1



### Side 2



# EXHIBIT 11H
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

## PROOF OF OWNERSHIP

### "Knuette" The Black-Backed Jackal – Checklist for Delta Cargo

# LIVE ANIMALS

**CHECKLIST**                      ▲ **DELTA**
                                     CARGO

CGO-0107  Rev 3/14

[✓] Animal is at least eight (8) weeks old (dogs / cats only)

[✓] Animal has room to stand and sit erect, turn around, and lay naturally in the kennel.

[ ] Health certificate, dated within 10 days prior to departure (warm-blooded animals only)

[ ] Kennel spcifications have been met.

[✓] Solid Bottom/Roof   [ ] Food & Water Containers   [ ] Devices for lifting

[✓] Absorbent Material   [ ] 3/4" Protecting Rim   [ ] Adequate Ventilation

| | |
|---|---|
| **Shipper:** *Exotic Unlimited* | **Consignee/Receiver** *Cottontail Wildlife* |
| **Name:** *Chrika Barker* | **Name:** *Carrie Leo* |
| **Address:** *Po Box 8177* | **Address:** *Walworth Rd* |
| **City:** *Sebring FL. 33872* | **City:** *Walworth NY* |
| **Telephone No.** | **Telephone No.** *315 - 58-836* |

**Shipper Declaration:** Animal was fed and watered at: *6:3*    on:

**Food Instructions:** [✓] Under 16 weeks:  Feed once every 12 hours    [ ] Over 16 weeks:  Feed once every 24 hours

**Water Instructions:** Give potable water every 12 hours.

**Signature of Shipper:**                      Date:                Time:

In transit, animal was fed and watered:   Time:          Date:          Agt/Sta:

# EXHIBIT 12

## Leo v Lowe

### "Littl' Boogers" the Virginia Opossums

Gmail - Boogers

EXHIBIT 12
P1

 Gmail

Carrie Leo <caringforcottontails@gmail.com>

---

## Boogers

16 messages

---

**Carrie Leo** <caringforcottontails@gmail.com>                                Fri, Mar 3, 2017 at 10:27 PM
To: Jan Berlin <janimals@warwick.net>

Just took this picture a few minutes ago.

Just wanted to send it to you and let you know they are doing fine.  Haven't gained much
weight.  Did you get the impression that they were going to be small opossums when
you had them?

Carrie Leo, Curator
Caring For Cottontails Wildlife Rescue
Walworth, NY
315.310.5376

---

**Carrie Leo** <caringforcottontails@gmail.com>                                Fri, Mar 3, 2017 at 10:28 PM
To: Jan Berlin <janimals@warwick.net>

[Quoted text hidden]

Carrie Leo, Curator
Caring For Cottontails Wildlife Rescue
Walworth, NY
315.310.5376



**image1.JPG**
237K

---

**Jan Berlin** <janimals@warwick.net>                                          Sat, Mar 4, 2017 at 11:07 AM
To: Carrie Leo <caringforcottontails@gmail.com>

They look great!  I do so love the opossums!!

Gmail - Boogers

EXHIBIT 12
p2

Funny thing, I was just thinking about calling you to see how the guys were doing - and lo and behold, I get photos.  They were so tiny when they came to me, perhaps they were not destined to be standard size.

How are things going, otherwise?

Jan

Because Nice Matters


-----Original Message----- From: Carrie Leo
Sent: Friday, March 03, 2017 10:28 PM
To: Jan Berlin
Subject: Boogers

Just took this picture a few minutes ago.

Just wanted to send it to you and let you know they are doing fine.  Haven't gained much weight.  Did you get the impression that they were going to be small opossums when you had them?


    [Quoted text hidden]

---

**Carrie Leo** <caringforcottontails@gmail.com>          Sat, Mar 4, 2017 at 1:34 PM
To: Jan Berlin <janimals@warwick.net>

They are wilding up a little as I don't have a lot of time to spend with them but usually it's nothing that a couple animal crackers or oatmeal raisin cookies can't fix. :)

Things are ok otherwise.  I can't remember if you are licensed or not but if you are, this is what the NYSDEC is doing.  They shelve some applications without saying so.  They then wait until the animals aren't officially "licensed" then are charging and fining people for having "animals illegally".  They also try and revoke the person's licenses as well.

# EXHIBIT 13

## Leo v Lowe

### "Jack" the fisher

# EXHIBIT 13A
## Leo v Lowe

 **Gmail**

Carrie Leo <caringforcottontails@gmail.com>

## Re: Exotic Animals For Sale Contact
51 messages

**zookeeper80@aol.com** <zookeeper80@aol.com>                     Sun, Aug 24, 2014 at 7:31 PM
To: "<caringforcottontails@gmail.com>" <caringforcottontails@gmail.com>

Carrie,
I am asking $1,200 for the pair and someone would have to pick them up, I don't want to take a chance shipping them. They are in excellent condition. I will try to get some pictures in the next day for you.

Sent from my iPhone

> On Aug 24, 2014, at 5:08 PM, <notifications@exoticanimalsforsale.net> wrote:
>
> Please contact the user by their email address below, do not respond to this email
>
> http://www.exoticanimalsforsale.net
> POST: Fischers
> NAME: Carrie Leo
> PHONE: 315.310.5376
> EMAIL: caringforcottontails@gmail.com
> COMMENTS: Hello, I'm very interested in your fishers for sale. I have been looking for more members of the weasel family to learn more about caring for them. I'm a licensed wildlife Rehabilitator I'm the state of NY and have a small, new sanctuary in upstate NY. How much are u asking for them and would u send pictures of then to me?

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**          Mon, Aug 25, 2014 at 11:14
<caringforcottontails@gmail.com>                                                              AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok, I will look over our facility's budget and see if we can put forth the funds for the purchase price and trip to and from Wisconsin. I'm just wondering though ... How did you find fishers? I've looked for so long to find breeders of fishers and martens but couldn't find anyone. They are extremely rare in rehab facilities at least in NY anyways.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                     Mon, Aug 25, 2014 at 11:16 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

They are quite common around here and I have several pairs.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**          Thu, Sep 11, 2014 at 11:20
<caringforcottontails@gmail.com>                                                              AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Hello, have u found a home for your fisher cats yet ?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                     Thu, Sep 11, 2014 at 11:48 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

No but I have people interested. I'm doing a first come first serve basis.

Gretchen

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Mon, Oct 6, 2014 at 9:07 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

9/10/2018                                   Gmail - Re: Exotic Animals For Sale Cor

Hi Gretchen,

I just wanted to see if you were able to place your fishers?  I noticed your ad was still active on the website.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 8:25 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
I did sell one pair but if you're still interested I will probably sell another pair.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**              Tue, Oct 7, 2014 at 10:43 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Yes I would be interested ... Have the pair u still have been bred already?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 10:46 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
They have been together so she is possibly bred.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**              Tue, Oct 7, 2014 at 10:53 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok ... When did u want to move them?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:00 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
As soon as possible..so they can get settled in by you to have babies. If it gets too late we'll just keep them.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**              Tue, Oct 7, 2014 at 12:06 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok are u willing to drive a bit to meet me?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:11 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
How far do you want me to drive?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Tue, Oct 7, 2014 at 12:13 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
If I did it would be extra because you would have to pay for crates . Once they are crates I'm not transferring them to another crate.

Sent from my iPhone

9/10/2018                                                            Gmail - Re: Exotic Animals For Sale Correct

[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                                 Tue, Oct 7, 2014 at 12:25 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Could I send the crates back to you after I arrive home?  I did that a few times with a wildlife center in Illinois and it worked out well.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                                 Tue, Oct 7, 2014 at 12:27 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

It's over a 13 hr drive one way ... Would u be willing to meet me half way?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                    Tue, Oct 7, 2014 at 12:44 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I could meet you in Valparaiso, IN. I can probably find some cages to get rid of that you can just keep.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Tue, Oct 7, 2014 at 4:27 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Can we meet in Toledo?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                    Tue, Oct 7, 2014 at 10:58 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

The farthest I can go is Valparaiso, IN. I had planned on people picking them up at my place.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Wed, Oct 8, 2014 at 8:03 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 1:06 PM
Draft To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok, so here is the scoop.  I would like to schedule the trip on a Saturday but this Saturday and the 25th are booked.  So I can do the 18th or the

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 1:06 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok what day(s) of the week are better for you to meet me?

Sent from my iPhone

> On Oct 7, 2014, at 10:58 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

9/10/2018                                          Gmail - Re: Exotic Animals For Sale Cor

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 1:19 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Let us check our schedules tonight and I'll get back to you. They are a nice pair and I think you'll really like them!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 3:50 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
I've always wanted to have fishers and other weasel family critters like ermine and marten.   I'm looking forward to seeing them.
Will the crates fit in the back seat of a compact car?

Also, what are u asking for them in terms of purchase price?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 5:03 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
I'll find crates that will fit. The fishers are $1200 for the pair.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 5:12 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok ... How old are they? And do you recall how many litters this pair have produced since they were first introduced?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Thu, Oct 9, 2014 at 5:30 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
They are 4 years old and have had 2 litters together

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Thu, Oct 9, 2014 at 9:28 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
How long have you had them? Can u handle them? Or are they more wild as far as temperament?

Hope I don't mind these questions ... I'm very intrigued by this species.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Mon, Oct 13, 2014 at 3:58 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
I haven't heard from you concerning scheduling the trip to transfer the fishers.  I hope you haven't chAnged your mind.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                          Mon, Oct 13, 2014 at 4:13 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Nope, just been a bit crazy this weekend getting animals moved in for the winter.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                      Mon, Oct 13, 2014 at 4:31 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

9/10/2018                                    Gmail - Re: Exotic Animals For Sale Com...

Ok good :). No rush

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Thu, Oct 23, 2014 at 7:57 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Do you think we could plan the transfer for sometime in late November?

> On Oct 13, 2014, at 4:13 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Thu, Oct 23, 2014 at 8:24 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Ok, things have finally settled down here and we have most of the critters bedded in for the winter! We can meet you November
7th on the corners Of highways 65 & 30 in Valparaiso, IN. Let me know if this works for you.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Thu, Oct 23, 2014 at 8:26 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Ok..I just sent you an email and then got this one! I will meet you later in November but no later than the third week.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Thu, Oct 23, 2014 at 8:40 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Can u meet me on the 22nd?  I have weekends off from work.  I can get there by early evening

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Fri, Oct 24, 2014 at 9:25 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
The 22nd will be fine.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Fri, Oct 24, 2014 at 12:04 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Oh good!  I can meet u between 5pm-6p.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Fri, Oct 24, 2014 at 2:28 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Sounds good. We'll meet you on the corner of 65 and 30 in Valparaiso, IN between 5 and 6 pm on November 22nd. If you are
running late or anything please call 920-585-2497 and Gene or Dona will answer.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                    Sun, Oct 26, 2014 at 1:42 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Can I have your USDA number?  I have to send in a request to have my license amended.

Thanks :)

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 1:51 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
35-B-0198. What other paperwork do you need..health paper, import permit, etc.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                   Sun, Oct 26, 2014 at 2:10 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Yes, health certificate, medical record (if they have one), import certificate.  I can't think of anything else.  If u can, scanning or
taking a picture of the docs then emailing them may be a little easier for ya.
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 2:21 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
They were born in Wisconsin but to get any animal in our state we have to get an import permit number from our state Ag
department.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                   Sun, Oct 26, 2014 at 2:32 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
New York doesn't need an import number certificate or number.  Does your state require an export certificate?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sun, Oct 26, 2014 at 2:58 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Nope..just health paper an import permit to enter.. They don't really care when they leave!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>                                   Sun, Oct 26, 2014 at 5:41 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                    Sat, Nov 8, 2014 at 10:49 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
I need all of your information so I can get a health paper on the fishers.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Sat, Nov 8, 2014 at 11:00 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Full name:  Carrie Leo
home address:  3199 Walworth Rd.
   Walworth, NY 14568
Phone:  315.310.5376

9/10/2018                                    Gmail - Re: Exotic Animals For Sale Co....

Do u need anything else?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sat, Nov 8, 2014 at 11:14 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Liscense numbers

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Sun, Nov 9, 2014 at 9:17 AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Sorry for the late response.  My USDA number is 21-C-0435 and my LCP-EE (License To Collect and Possess) is #623.

Do you need My Rehabilitator license number?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                        Sun, Nov 9, 2014 at 9:40 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Why don't you give it to me just in case I need it as I'll be calling my vet this week so I have them in time.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com> Sun, Nov 9, 2014 at 3:20 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
#1646

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 13B

## Leo v Lowe

9/10/2018                                                                 Gmail - tonight



Carrie Leo <caringforcottontails@gmail.com>

**tonight**
31 messages

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 6:22 PM
To: Gretchen Crowe <zookeeper80@aol.com>

Hi Gretchen, I'm going to try leaving at midnight in order to get an early start.  That means that I will be at the meeting place around 9a tomorrow.  Is that ok for your friends are going to meet me?

Also, i was wondering are these fishers the last of your stock? Or do I think u may have more for sale in the future?

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 6:41 PM

You will actually be meeting the owners of the zoo, Gene and Dona, I am the head keeper here. They will be leaving tomorrow morning about 7am. Right now those are the only fishers they are willing to sell.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 6:58 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Ok so the earliest they can leave is 8a?  So, they have more fishers  just selling anymore at this time?
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 7:16 PM

Yes the earliest they can leave is 7am and yes all he has left is his breeding pairs that he is keeping.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 7:36 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Okie doke ... So are they leaving at 7a or 8a?

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 8:23 PM

7am central time

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 8:24 PM

Is your cell phone # the one I have on the health papers?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.** <caringforcottontails@gmail.com>  Fri, Nov 28, 2014 at 9:45 PM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Yes ... Do u know what exit to take to get to the intersection of I-65 and route 30?  I've looked It up on the net but cannot find the intersection

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
Fri, Nov 28, 2014 at 10:41 PM

To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

I really don't have a clue what exit number it is

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                Sat, Nov 29, 2014 at 6:17 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Hi Gretchen,

I was up all night so I won't be leaving until around 8a. Can u relay that to Domna?  My arrival time should be around 5p,

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                Sat, Nov 29, 2014 at 7:05 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
I'll let them know.

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                Sat, Nov 29, 2014 at 9:51 AM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
I'm just leaving now.  Pls apologize to them for me.  I've had a number of things to handle with the animals here this morning.

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                Sat, Nov 29, 2014 at 10:26 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Ok they left about 7:30

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                Sat, Nov 29, 2014 at 10:28
<caringforcottontails@gmail.com>                                                                      AM
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
I was afraid of that

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                Sat, Nov 29, 2014 at 10:33 AM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
They'll be there when you get there so just let me know as you go along your ETA

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**                Sat, Nov 29, 2014 at 3:13 PM
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>
Ok are they there now? I'm in Geneva, Ohio now

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>                                Sat, Nov 29, 2014 at 3:25 PM
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>
Yes they are there

9/10/2018

Gmail - tonight

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 3:28 PM

I feel badly that they have to wait.  I hope there's something they can do  :(

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Sat, Nov 29, 2014 at 3:57 PM

It's ok. They're taking the time to wander town. Keep me updated on your time .
Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 4:25 PM

Can u ask Donna for an exact address of a place near where she is to meet me?

Sent from my iPhone

> On Nov 29, 2014, at 3:25 PM, zookeeper80@aol.com wrote:
>
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Sat, Nov 29, 2014 at 4:31 PM

Super 8 in Merrivikke
8300 Louisiana St.
Merriville, IN

Do you an ETA?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 5:04 PM

Passing through Toledo now.  About 3 hrs to go.
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 6:56 PM

2 more hrs

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Sat, Nov 29, 2014 at 8:14 PM

Ok ETA now?

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 8:22 PM

1 hr

9/10/2018

Gmail - tonight

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 9:12 PM

1/2 hr

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: caringforcottontails@gmail.com

Sat, Nov 29, 2014 at 9:14 PM

Ok when you get there you can call Gene on his cell 920-585-2497 and just meet them at the motel
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sat, Nov 29, 2014 at 9:31 PM

Ok I'm on 65. GPS says 15min

Sent from my iPhone
[Quoted text hidden]

**zookeeper80@aol.com** <zookeeper80@aol.com>
To: "Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc." <caringforcottontails@gmail.com>

Sun, Nov 30, 2014 at 11:08 AM

Did you make it home yet

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sun, Nov 30, 2014 at 1:42 PM

Not yet .... Three hours away ... Had to take several stops to rest ... very tired!

Sent from my iPhone
[Quoted text hidden]

**Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.**
<caringforcottontails@gmail.com>
To: "zookeeper80@aol.com" <zookeeper80@aol.com>

Sun, Nov 30, 2014 at 4:27 PM

How long is your waiting list for badger pups?

Sent from my iPhone

On Nov 30, 2014, at 11:08 AM, zookeeper80@aol.com wrote:

[Quoted text hidden]

# EXHIBIT 13C
## Leo v Lowe

85 371299

AH-H2 (rev. 09/2011)

Origin Consignor
Owner consignor Name
Origin Premises Area
Origin City / State / Zip
Origin City / State / Zip
Owner mailing Address

Phone Number
(410) 585-7985

PREMISES
Herd Number  P0061

Disease

Accredited TB Herd
Qualified TB Herd
Cervidae-CWD Status
Brucellosis/Other

SERIES 315-210-5376

SPECIES
☐ Bovine
☐ Equine
☐ Ovine
☐ Caprine
☐ Porcine
☐ Poultry
☐ Swine
☐ Other   Fishers

PURPOSE OF MOVEMENT
☐ Exhibition
☐ Breeding
☐ Grazing
☐ Slaughter
☐ Feeding
☐ Other

HANDLER INFORMATION (ONLY if other than consignee)
Handler Name
Handler Address
City / State / Zip
Handler Phone No.

Hauler Lic. No.

# EXHIBIT 13D

## Leo v Lowe

**From: Special Memories Zoo**

    **W7013 Spring Rd.**

    **Greenville, WI 54942**

    **920-585-7925**

    **35-8-0198**

To: Carrie Leo

    **3199 Walworth Rd.**

    **Walworth, NY 14568**

**315-310-5376**

**21-C-0435**

**11-29-2014**

**1 Male Fisher; 4 years old**

**1 Female Fisher; 4 years old**

# EXHIBIT 13E
## Leo v Lowe

# EXHIBIT 13E



# EXHIBIT 13F
## Leo v Lowe

 **Gmail**

**Carrie Leo <caringforcottontails@gmail.com>**

---

## Hi there!
41 messages

---

**Carrie Leo <caringforcottontails@gmail.com>**                    Sat, Sep 9, 2017 at 7:53 PM
To: Marianna@conservationfocused.com

Hi Marianna,

How have you been?  Good i hope.

I wanted to ask you whether you would be able to get a fisher?  If so, whaf the cost is.

Thank you,
Carrie

**Carrie Leo, Curator**
**Caring For Cottontails Wildlife Rescue**
   **& Rehabilitation, Inc.**
**Walworth, NY 14568**
**ph  315.310.5376**

---

**Marianna <marianna@conservationfocused.com>**                    Mon, Sep 11, 2017 at 9:27 AM
Reply-To: marianna@conservationfocused.com
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie,

So sorry for long silence, I was traveling a lot and I am just now back to Europe but getting ready for one more trip.

I will ask around for a fisher and let you know if I find any available. How many are you interested in?

How are you doing?

Regards,

Marianna

**From:** Carrie Leo [mailto:caringforcottontails@gmail.com]
**Sent:** Sunday, September 10, 2017 1:53 AM
**To:** Marianna@conservationfocused.com
**Subject:** Hi there!

[Quoted text hidden]

---

**Carrie Leo <caringforcottontails@gmail.com>**                    Mon, Sep 11, 2017 at 11:04 AM

4/11/2018                                          Gmail - Hi there!

To: marianna@conservationfocused.com

Depends on the price.  I need at least one female.

**Carrie Leo, Curator**
**Caring For Cottontails Wildlife Rescue**
   **& Rehabilitation, Inc.**
**Walworth, NY 14568**
**ph  315.310.5376**

[Quoted text hidden]

---

**Carrie Leo** <caringforcottontails@gmail.com>                    Mon, Sep 11, 2017 at 11:06 AM
To: marianna@conservationfocused.com

Can you ask around for martens too?  There's no rush on either species.

Thank you so much!

Btw, did you make it to the U.S?

**Carrie Leo, Curator**
**Caring For Cottontails Wildlife Rescue**
   **& Rehabilitation, Inc.**
**Walworth, NY 14568**
**ph  315.310.5376**

On Sep 11, 2017, at 9:27 AM, Marianna <marianna@conservationfocused.com> wrote:

[Quoted text hidden]

---

**Marianna** <marianna@conservationfocused.com>                    Tue, Sep 12, 2017 at 5:59 AM
Reply-To: marianna@conservationfocused.com
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie,


I found few pairs of fisher, they are around 1.300mi away from you but the guy sells them in pairs. Would you be
interested in pair?


I will check about martens and let you know.

I was in the US, mostly in Texas and I had few short trips to Kansas and Arkansas. I am going back now to Florida first
and after to Texas and Louisiana and I'll stay until December.


How are things with you?


Regards,

Marianna

Gmail - Hi there!

**From:** Carrie Leo [mailto:caringforcottontails@gmail.com]
**Sent:** Monday, September 11, 2017 5:06 PM
**To:** marianna@conservationfocused.com
**Subject:** Re: Hi there!

[Quoted text hidden]

---

**Marianna** <marianna@conservationfocused.com>                             Tue, Sep 12, 2017 at 6:05 AM
Reply-To: marianna@conservationfocused.com
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie,

I also have 2.3 Canadean beavers. They are at our facility in Krum, TX and they are almost tame. Would you be interested in them?

Regards,

Marianna

**From:** Carrie Leo [mailto:caringforcottontails@gmail.com]
**Sent:** Monday, September 11, 2017 5:05 PM
**To:** marianna@conservationfocused.com
**Subject:** Re: Hi there!

Depends on the price.  I need at least one female.

## Carrie Leo, Curator

[Quoted text hidden]
[Quoted text hidden]

---

**Carrie Leo** <caringforcottontails@gmail.com>                             Tue, Sep 12, 2017 at 8:23 AM
To: marianna@conservationfocused.com

1300 miles? Holy cow!  lol

It would depend on what the cost is for a pair.  As far as having one more fisher than i planned on isn't a problem but i have to be careful financially.

I'm trying to make it to the Wynnewood Zoo by October 1st.  I may travel into Texas a guy has my fisher and badger there and won't give them back.  So i was thinking of paying him a little visit.

By the way, have you heard of Frenchak Farms in Madisonville, TX?  The owners are Michael & Courtney Lee Frenchak?  I think they also have another business called Oakwood Zoological Conservancy or something like that?

## Carrie Leo, Curator
## Caring For Cottontails Wildlife Rescue
##    & Rehabilitation, Inc.

4/11/2018                                          Gmail - Hi there!

Walworth, NY 14568
ph  315.310.5376

[Quoted text hidden]

---

**Marianna** <marianna@conservationfocused.com>          Wed, Sep 13, 2017 at 7:37 AM
Reply-To: marianna@conservationfocused.com
To: Carrie Leo <caringforcottontails@gmail.com>

Hi Carrie,


Fishers would be $6.500 per pair delivered to NY. That is the best I can do.


I will be in Texas after 20th October, so if you are there it would be good if you could visit us. I would show you our facility
and introduce you to my colleagues.


I haven't heard of Frenchak Farms.


Regards,

Marianna




**From:** Carrie Leo [mailto:caringforcottontails@gmail.com]
**Sent:** Tuesday, September 12, 2017 2:23 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Carrie Leo** <caringforcottontails@gmail.com>          Mon, Sep 18, 2017 at 5:39 PM
To: marianna@conservationfocused.com

Hi Marianna,

I may postpone my trip to the end of October so i can meet you.  Would you be able to visit the Wynnewood Zoo in
Oklahoma at some point?  I would like you to meet Joe.

I will let you know for sure about when i will be coming down.  I can only stay a few days until i have to come back to
NYS.

**Carrie Leo, Curator**
**Caring For Cottontails Wildlife Rescue**
**    & Rehabilitation, Inc.**
**Walworth, NY 14568**
**ph  315.310.5376**


[Quoted text hidden]

---

# EXHIBIT 14
## Leo v Lowe

### "Winter" the Arctic Fox

# EXHIBIT 14A
## Leo v Lowe





# EXHIBIT 14B

## Leo v Lowe

3/28/2019            (5) Carrie Leo - Meet Winter, an arc



Search

Saved · 2 unopened saves this week · Added to Leo v Lowe



**Carrie Leo**
October 5, 2015 ·

Meet Winter, an arctic Fox.



Português (Brasil) · Français (
· Deutsch

Privacy · Terms · Advertising ·
· Cookies · More
Facebook © 2019

Missy Pender Bulley, Laurie Malotte and 13 others      22 Comments

Like         Comment         Share

**Lindsay Smith** Wow!!! Stunning!
Like · Reply · 3y       1



**Rhonda Barron Morehouse** What's wrong with him?
Like · Reply · 3y

**Carrie Leo** Hi Rhonda! Nothing is wrong with her. She's a
captive bred fox and I hope to include her in my breeding
program next year.
Like · Reply · 3y



**Rhonda Barron Morehouse** Oh I was going to say
looked very healthy
Like · Reply · 3y

**Rhonda Barron Morehouse** Did u ever find other ones?
Like · Reply · 3y

**Carrie Leo** I hear and see her occasionally but havent
been able to catch her. I just got a a video surveillance
system so hopefully I will at least be able to catch her on
tape
Like · Reply · 3y

**Rhonda Barron Morehouse** That's so sad

Search

**Carrie Leo** Yeah but she's having a ball in the wild! I know sometimes she visits my male fox occasionally.

Like · Reply · 3y

**Rhonda Barron Morehouse** I'm sure she is ... I feel bad more so for him

Like · Reply · 3y

**Carrie Leo** I do too in some ways. It's almost impossible to trap her unless it's under 24 degrees as I always get raccoons and cats.

Like · Reply · 3y

**Rhonda Barron Morehouse** Well maybe you'll get a routine down , right time to get her on surveillance

Like · Reply · 3y

**Carrie Leo** Yea, I'm going to go all out with trying to get her this winter. I'm even going to put one-way doors in my perimeter fence, which is currently being rennovated too.

Like · Reply · 3y

Write a reply...

**Missy Pender Bulley** So are u strictly a sanctuary now ?
                                                                    1
Like · Reply · 3y

**Carrie Leo** No. I still rehab but not as much. That's how I ended up with the coyotes. They are rehab patients.

Like · Reply · 3y

Write a reply...

**Sandra Crary Mickewitz** Beautiful!!
                                                          1
Like · Reply · 3y

**Laurie Malotte** how beautiful!!
                                                    1
Like · Reply · 3y

**Carrie Leo** Yeah she's quite a beauty! She's a tiny little thing ... Not even 7 pounds!
                                                                                                          1
Like · Reply · 3y

**Lindsay Smith** I must come see her!
                                                          1
Like · Reply · 3y

**Carrie Leo** Absolutely!

Like · Reply · 3y

Write a reply...

**Laurie Malotte** Wow, is that full grown??
                                                              1
Like · Reply · 3y

**Carrie Leo** She may get a little bigger but not much
                                                                              1
Like · Reply · 3y

Write a reply...

**Sam Favata** Wow, beautiful!

Like · Reply · 3y

Write a comment...

# EXHIBIT 15

## Leo v Lowe

**"HOUDINI" the red fox**

# EXHIBIT 15A
## Leo v Lowe



https://www.facebook.com/photo.php?fbid=10153534203803143&set=basw.Abqg9v2_7LHGnMuVUHOsNQWMZoCfhKJtMzVOB4sa3S7fsF2lkbBWUo4xqJ

Carrie Leo - Facebook Search    Conservation Projects - Sotuh A .

File  Edit  View  Favorites  Tools  Help

Apple      G Google       Amazon.com   TV Listings - Find Local TV    A    Guide To Rabbit Waterin    Make a Sanitary Kennel Se    Union Tools® - Home  [HJ Favorites

**Carrie Leo**
January 11, 2016

"Wild Fire"  <—— This is the name of Houdini's
color pattern.  (text added 3.28.19)

Tag Photo    9 Add Location    - Edit

Like    Comment

You, Jeana Elleman, Heidi Kester and 17 others

View 11 more comments

**Anda Ciurezu** Gorgeous!
Unlike · Reply · 1 · January 13, 2016 at 5:36pm

**Missy Pender Bulley** So are u a fox breeder now?
I'm confused , I thought u had a sanctuary ?
Like · Reply · January 13, 2016 at 9: 11 pm

**Carrie Leo** Yes and I now have both
Like · Reply · January 13, 2016 at 9: 13pm

**Missy Pender Bulley** Ok , saw this and
wondered, lol.

Write a comment...

# EXHIBIT 15B

## Leo v Lowe



Houdini Winter, 2016

# EXHIBIT 15C

## Leo v Lowe

# HOUDINI - POSTED ON 7.19.17
## Photo taken in April, 2017

https://www.facebook.com/groups/1603094276685932/



**Burgundy & Blue Foxery**
Published by Carrie Leo · July 2, 2017

# EXHIBIT 16

## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 16**
Page 1 of 1

### PROOF OF OWNERSHIP OF ZOO

**News 9 Article:**

*Greater Wynnewood Exotic Animal Park Moving To New Location, Owner Says*

11/7/2018                    Greater Wynnewood Exotic Animal Park Moving To New Location, Own - News 9

# Greater Wynnewood Exotic Animal Park Moving To New Location, Owner Says

Thursday, September 27th 2018, 7:08 AM CDT

By **News9.com**

**WYNNEWOOD, Oklahoma -** The Greater Wynnewood Exotic Animal Park is relocating to a new location.

**Joe Maldonado-Passage** formerly owned the exotic animal park in Wynnewood, Oklahoma approximately 70 miles south of Oklahoma City.

The new owner Jeff Lowe said the new zoo will be opening closer to Fort Wort and Dallas, which is closer to where many of the animals are from. "A group of us are opening another Zoo near the Winstar Casino in Thackerville, before Spring Break 2019," said Lowe.

"We plan to have elephants, giraffes, rhinos and of course lions, tigers and the hybrid cats, along with the largest petting zoo you have ever seen," Lowe said.

Lowe said much of the park has been dismantled already, including former owner Joe Maldonado-Passage's house.

Read Also: Joe Exotic Claims He's Being Framed By Zoo Owner (http://www.news9.com/story/39117259/joe-exotic-claims-hes-being-framed-by-zoo-owner)

"All our animals will be going with us, we will leave nobody behind," Lowe said.

http://www.news9.com/story/39184019/greater-wynnewood-exotic-animal-park-moving-to-new-location-owner-says?fbclid=IwAR1qKnZBTg5LMH1M...

# EXHIBIT 17
## Leo v Lowe

# EXHIBIT 17A

## Leo v Lowe

**EXHIBIT 17A**
Leo v Lowe

RECEIVED
OCT 1 3 2020

## USDA

**United States
Department of
Agriculture**

**Marketing and
Regulatory
Programs**

**Animal and
Plant Health
Inspection
Service**

**Animal Care**

EXPIRATION DATE: AUGUST   25, 2019

This is to certify that

CARRIE LEO

is a licensed        CLASS C EXHIBITOR
under the

# Animal Welfare Act

(7 U.S.C. 2131 et seq.)

Certificate No.        21-C-0435

Customer No.        329277



_____
Deputy Administrator

APHIS FORM 7007  (NOV 99)                Previous editions are obsolete

# EXHIBIT 17B
## Leo v Lowe

**EXHIBIT 17B**
Leo v Lowe

# USDA

**United States Department of Agriculture**

**Marketing and Regulatory Programs**

**Animal and Plant Health Inspection Service**

**Animal Care**

EXPIRATION DATE: AUGUST 25, 2018

This is to certify that

CARRIE LEO

is a licensed under the

# Animal Welfare Act

(7 U.S.C. 2131 et seq.)

CLASS C EXHIBITOR

Certificate No.          21-C-0435

Customer No.          329277

Deputy Administrator

APHIS FORM 7007 (NOV 99)          Previous editions are obsolete.

# EXHIBIT 17C
## Leo v Lowe

**EXHIBIT 17C**
**Leo v Lowe**



United States Department of Agriculture
Animal and Plant Health Inspection Service
**Animal Inspected at Last Inspection**

Customer:          329277
Inspection Date:   21-APR-16

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 329277 | 21-C-0435 | 001 | CARRIE  LEO | 21-APR-16 |

| Count | Species |
|-------|---------|
| 000001 | American badger |
| 000006 | Virginia opossum |
| 000001 | Arctic fox |
| 000001 | Cape Porcupine |
| 000001 | Shadow Chipmunk |
| 000002 | North American porcupine |
| 000002 | Eastern grey squirrel |
| 000001 | Woodchuck/Groundhog |
| 000002 | Fisher |
| 000012 | Red fox |
| **000029** | **Total** |

# EXHIBIT 18
## Leo v Lowe

Leo v Lowe
*Verified Petition with TRO/Injunction*

**EXHIBIT 18**

## TAKING DOWN GW ZOO

Considerable Progress Accomplished in Taking Down Existing Structures



**Jeff N Lauren Lowe**    •••
October 29 at 4:55 PM · 🌎

Tiger Island is officially gone! The largest single structure on the park has been reduced to a pile of junk. I chose this cage first because this is the scene of Joe's last crime. He killed the two tigers that called this cage home for nothing more than selfish reasons. When we discovered their murders, we threw Joe, Rinke, Doctor "death" Green and skulls unlimited off the property forever.



# EXHIBIT 19
## Leo v Lowe

## WHEN IS PARK MOVING FROM WYNNEWOOD

 **KFOR-TV** ⊘
September 26 at 6.46 PM 🌐

The **Greater Wynnewood Exotic Animal Park** will be closing soon so the owners can open another zoo near Thackerville in 2019.

**Oklahoma exotic animal park to close, move closer to Texas**
kfor.com

👍❤️ 207


Greater Wynnewood Zoo

70 Comments 342 Shares

 **Greater Wynnewood Exotic Animal Park** ⊘
September 27 at 7 51 PM ⚙

...It's time for a fresh start and get away from the "Joe Exotic" name and tainted land. The animals deserve it and the animals will come with us. It was be better for everyone.

👍❤️ 76



18 Comments 6 Shares

 **Greater Wynnewood Exotic Animal Park** ⊘ is 😋 feeling th...
October 18 at 10 00 AM ⚙

...A lot of people think the zoo is already closed and we wanted to set the record start. It will be at least six months before this happens! Thank you.

👍❤️ 79



9 Comments 10 Shares