# EXHIBIT 5 –

# Maldonado Inspection Report for July 25, 2017

United States Department of Agriculture
Animal and Plant Health Inspection Service

BBOONE

2016082569000516 Insp_id

## Inspection Report

Joseph  Maldonado Passage
142 Hayward St
Braintree, MA 02184

Customer ID: **9658**
Certificate: **73-C-0139**
Site: **001**

JOSEPH MALDONADO PASSAGE

Type: **ROUTINE INSPECTION**
Date: **25-JUL-2017**

### 2.75(b)(1)

**RECORDS: DEALERS AND EXHIBITORS.**

The inventory of animals on hand  was incomplete and must contain the license number of the entity from which the animal was acquired.  If the entity is not licensed or registered under the Animal Welfare Act then a complete address and identification is required from the person whom it was purchased or otherwise acquired.  Although APHIS form 7019 is not mandatory to use, alternate inventory forms must contain all information required in 2.75 (b) (1) and (i-vii).

Several records examined during inspection were lacking complete information required in 2.75 (b) (1) ii-iv. Although APHIS forms 7020 are not mandatory to use, alternate forms must contain all information required in 2.75 (b) (1) (i-vii).  The vehicle license number and state, and the driver's license if he/she is not registered under the Animal Welfare Act must be recorded.  The full name and address of the buyer/receiver must be recorded in addition to the city and state.

Acquisition and disposition records are necessary to be able to accurately track animals being used in regulated activities to ensure their legal acquisition, proper care, and humane transportation.

The exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose information concerning animals purchased or otherwise acquired, owned, held, leased, or otherwise in his possession or under his control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor.  The records shall include any offspring born of any animal while in his possession or under his control.  All information found within section 2.75(b)(1) should be recorded, maintained, and made available for inspection.

Correct from this day forward.

### 2.131(c)(1)

| Prepared By: | BOONE BONNIE, D V M     USDA, APHIS, Animal Care | Date: 19-DEC-2017 |
|---|---|---|
| Title: | VETERINARY MEDICAL OFFICER   6119 | |

| Received by Title: | REPORT SENT VIA EMAIL | Date: 20-DEC-2017 |
|---|---|---|



United States Department of Agriculture
Animal and Plant Health Inspection Service

BBOONE

2016082569000516 Insp_id

## Inspection Report

**HANDLING OF ANIMALS.**

On or near 19 July 2017 the licensee and a reporter entered an enclosure containing three juvenile tigers.  The tigers were approximately 8-10 months old at this time.  The facility made no attempt to exert any direct control over the tigers, which had free contact with the reporter.  Reporters are considered to be members of the public.  Tigers of this age and size are too large and strong to be allowed direct contact with members of the public.  The facility cannot allow members of the public to have physical interaction with big cats once they surpass a safe age or size.

Public (including reporters) should not be allowed inside an enclosure with tigers or other big cats that have "aged out" of public photo sessions.  Appropriate barriers must be present at all times to separate and assure the safety of both the animals and the public.

Correct from this day forward.

**3.125(a)         REPEAT**

**FACILITIES, GENERAL.**

In the nursery several electrical outlets and switches did not have protective covers in place. The exposed electrical wires are a potential source of injury to the baby kangaroo and other baby animals housed in this room that are allowed to roam free. Facilities should be structurally sound and maintained in good repair to protect the animals from injury.   Replace missing electrical cover plates.

Inspection and exit interview were conducted with facility representatives.

**Additional Inspectors**

Cunningham Debbie, Veterinary Medical Officer

Tygart Michael, Supervisory Animal Care Specialist

| | | | |
|---|---|---|---|
| **Prepared By:** | BOONE BONNIE, D V M       USDA, APHIS, Animal Care | | Date: 19-DEC-2017 |
| Title: | VETERINARY MEDICAL OFFICER   6119 | | |

| | | | |
|---|---|---|---|
| **Received by Title:** | REPORT SENT VIA EMAIL | | Date: 20-DEC-2017 |



United States Department of Agriculture  Customer: 9658
Animal and Plant Health Inspection Service  Inspection Date: 25-JUL-17

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9658 | 73-C-0139 | 001 | JOSEPH MALDONADO PASSAGE | 25-JUL-17 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000001 | *Atherurus africanus* | AFRICAN BRUSH-TAILED PORCUPINE |
| 000011 | *Canis lupus* | GRAY WOLF / GREY WOLF / TIMBER WOLF |
| 000001 | *Equus quagga* | BURCHELL'S / GRANT'S / CHAPMAN'S / PLAINS ZEBRA |
| 000002 | *Lemur catta* | RING-TAILED LEMUR |
| 000010 | *Lynx rufus* | BOBCAT |
| 000001 | *Macaca fuscata* | JAPANESE MACAQUE / SNOW MACAQUE |
| 000001 | *Macaca nemestrina* | PIG-TAILED MACAQUE |
| 000010 | *Mephitis mephitis* | STRIPED SKUNK |
| 000001 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000002 | *Nasua nasua* | SOUTH AMERICAN COATI |
| 000004 | *Odocoileus virginianus* | WHITE-TAILED DEER |
| 000001 | *Osphranter rufus* | RED KANGAROO |
| 000002 | *Panthera leo* | LION |
| 000001 | *Panthera leo x p. tigris* | LION X TIGER HYBRID / LIGER / TIGON |
| 000001 | *Panthera pardus* | LEOPARD |
| 000065 | *Panthera tigris* | TIGER |
| 000003 | *Papio anubis* | OLIVE BABOON |
| 000001 | *Potos flavus* | KINKAJOU |
| 000013 | *Procyon lotor* | RACCOON |
| 000001 | *Puma concolor* | PUMA / MOUNTAIN LION / COUGAR |
| 000001 | *Sapajus appella* | BROWN CAPUCHIN / TUFTED CAPUCHIN |
| 000004 | *Ursus americanus* | NORTH AMERICAN BLACK BEAR |
| 000002 | *Vulpes lagopus* | ARCTIC FOX |
| **000139** | **Total** | |