# EXHIBIT 6 –

# *Leo v. Lowe,* Court Order on Virtual Hearings

**IN THE DISTRICT COURT OF GARVIN COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA } SS,
GARVIN COUNTY

**F I L E D**

JAN 1 9 2021
AT 10:05 O'CLOCK ___ M.
LAURA LEE, Court Clerk
BY _____ DEPUTY

| | |
|---|---|
| CARRIE M. LEO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  CJ-2019-89 |
| | ) |
| JEFFREY L. LOWE and | ) |
| LAUREN F. LOWE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The above-entitled matter comes before the Court this 15th day of January, 2021 on *Plaintiff's Motion for Second Amended Writ for Replevin, Plaintiff's Motion to Compel Discovery* and *Plaintiff's Application for Contempt Citation* request and *Notice of Hearing* filed by Plaintiff January 4, 2021.  Plaintiff specifically requested the proceedings be held remotely by Zoom at 2:30 p.m. central time. At the request of Plaintiff, the Court scheduled and sent a Zoom invitation for the date and time requested by Plaintiff.  Defendants appeared through counsel, Robert Rennie, Jr. but Plaintiff failed to appear.  After waiting approximately ten (10) minutes past the scheduled time, the Court cancelled the hearing.  This is the second time Plaintiff has requested a remote hearing but has failed to appear.  Therefore, the Court orders as follows:

1.     *Plaintiff's Motion for Second Amended Writ for Replevin* will be set for trial.  Plaintiff and Defendants are ordered to appear in person consistent with 20 O.S. 130 which states:

> The use of videoconferencing technology, or the equivalent thereof, in the district courts is hereby authorized in all stages of civil or criminal proceedings and shall be governed by the Rules for District Courts of Oklahoma; provided, however, **such technology shall not be used in a jury trial or a trial before a judge.**

1

The Court will work with the parties to schedule a date and time that is suitable to both.

2.   *Plaintiff's Motion to Compel Discovery* is not ripe for hearing. Adequate response time has not lapsed for Defendants to respond. Once either: (1) the response time has elapsed with no response filed; or (2) a response is filed and provided to the Court, the Court will rule on the pleadings without further argument pursuant to District Court Rule 4.

3.   Plaintiff amended her *Application for Contempt Citation* the same day she filed her notice of hearing. Therefore, Defendants had not been arraigned on the *Amended Application for Contempt Citation* and did not have notice of the same. To promote expediency and judicial economy, the Court will arraign Defendants on *Plaintiff's Amended Application for Contempt Citation* on the date scheduled for trial directly before the trial is to begin.

**IT IS HEREBY ORDERED!**

_____

LEAH EDWARDS,
Judge of the District Court

2

**Certificate of Delivery**

I hereby certify that on the ___19th___ day of January, 2021, I emailed and mailed, postage prepaid a true and correct copy of the foregoing to the following:

Carrie M. Leo
3199 Walworth Road
Walworth, NY. 14568
Email: carrieleo15@gmail.com
*Plaintiff*

Robert T. Rennie, Jr.
118 North Chickasaw
Pauls Valley, OK. 73075
*Attorney for Defendants*

Beth Jarman,
District Court Bailiff

3