IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>JEFFREY LOWE,<br><br>LAUREN LOWE,<br><br>GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and<br><br>TIGER KING, LLC,<br><br>    *Defendants*. | Case No. 6:20-cv-00423-JFH |

## CERTIFICATE OF SERVICE

    I hereby certify that today I electronically filed the United States' Response to Carrie Leo's Motion to Intervene and supporting exhibits with the Clerk of Court for the U.S. District Court for the Eastern District of Oklahoma by using the CM/ECF system. Dkt. 125. The United States will serve a copy of the same on Carrie Leo on September 10, 2021, at the following address via FedEx overnight service: Carrie Leo, 3199 Walworth Road, Walworth, NY 14568.

| | |
|---|---|
| DATED: September 9, 2021 | Respectfully Submitted,<br><br>TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br><br>*/s/ Mary Hollingsworth*<br>MARY HOLLINGSWORTH<br>Senior Trial Attorney<br>BRIENA STRIPPOLI<br>Trial Attorney<br>DEVON LEA FLANAGAN<br>Trial Attorney |

1

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.Hollingsworth@usdoj.gov | (202) 598-1043
Briena.Strippoli@usdoj.gov | (202) 598-0412
Devon.Flanagan@usdoj.gov | (202) 305-0201
Fax: (202) 305-0275

CHRISTOPHER J. WILSON
Acting United States Attorney
SUSAN BRANDON, Civil Chief
United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue
Muskogee, OK 74401

*Attorneys for the United States of America*