# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   CIV-20-423-JFH |
| Plaintiff, | ) | |
| v. | ) | Date:   9/16/2021 |
| | ) | |
| JEFFREY LOWE, et al., | ) | Time:   1:29 p.m. – 2:31 p.m. |
| | ) | |
| Defendants. | ) | |

## MINUTE SHEET – SHOW CAUSE HEARING

U.S. District Court Judge John F. Heil, III          Trish Payne, Law Clerk          Joanna Smith, Reporter
                                                      Alex Sokolosky, Law Clerk       FTR Courtroom 1 - Room 230
                                                      Nick Davis, Deputy Clerk


Counsel for Plaintiff:   Mary Hollingsworth, Devon Lea Flanagan, Michael J. O'Malley, and Susan S. Brandon
Defendants Jeffrey and Lauren Lowe appearing with counsel:   Daniel J. Card

**MINUTES:**
Comes on for Show Cause Hearing regarding the Plaintiff's June 18, 2021 Notice of Defendants' Continued Noncompliance (Dkt. Entry #106). The Court addresses the following issues: Status of this case, whether the Government has taken possession of all animals subsequent or subject to the Complaint, and if so, when did that occur, and did the Defendants come into compliance with the Court's order before that date. Oral argument held by Plaintiff and Defendants Jeffrey and Lauren Lowe. The Court addresses the pending motion to withdraw filed by Daniel Card (Dkt. Entry #121); GRANTED (JFH). Defendants may have replacement counsel enter an appearance within 14-days. The Court addresses the pending motion for costs filed by Plaintiff (Dkt. Entry #100); Oral argument by parties; The Court takes the matter under advisement (JFH). Plaintiff directed to provide Defendants with a list of outstanding documents to be provided pursuant to the Court's Orders 65 , 78 , and 97 . Defendants shall provide the outstanding documents to the United States within one business day of receiving the United States' notification.

COURT ADJOURNED