# EXHIBIT 1 –

# September 16, 2021 Email and Attachments from Hollingsworth to Lowes

| | |
|---|---|
| **From:** | Hollingsworth, Mary (ENRD) |
| **Sent:** | Thursday, September 16, 2021 5:24 PM |
| **To:** | Jeff Lowe; Tigermommy007@gmail.com |
| **Cc:** | Strippoli, Briena (ENRD); Flanagan, Devon (ENRD); Daniel Card |
| **Subject:** | United States v. Lowe: Outstanding Record Issues |
| **Attachments:** | Exhibit J - June 2020 Inspection Report.pdf; Exhibit V - Aug. 21, 2020 Inventory Provided by Lowe.pdf; Exhibit P - July 2020 Inspection Report.pdf |

Mr. and Mrs. Lowe,

Here are the outstanding issues:

Acquisition and disposition records must include:
- the name and address of the person from whom the animal was acquired, or to whom the animal was sold or given
-the AWA license or registration number of that person
-if the person is not licensed or registered under the AWA, the document must include the vehicle license number and State and drivers license number and State for the person
-the date of acquisition/disposition of the animal
9 C.F.R. sec. 2.75(b)(1).

1. List every cub and the parents for the litters born on:
    a. August 21, 2020
    b. September 5, 2020
    c. Litter sent to Tiger Haven around December 13, 2020
    d. November 28, 2020
2. Disposition records from any cub listed above that is not in the United States' possession.
3. If any other animals were born between June 2020—present, please also provide the names of the animals, their parents and disposition records.
4. Wolves – acquisition record for the additional 3 wolves. The June 2020 inspection report lists 12 total, *see* Report attached, as does the inventory that your facility provided, *see* attached inventory. Thus, at some point between June 2020 and December 2020, three wolves were added to the inventory.
5. Disposition records:
    a. Red fox
    b. Bush baby
    c. Alpaca, sheep and goat
    d. Sloth
    e. Raccoons
    f. DeBrazza's monkey (please account for this animal)
    g. 1 hooded skunk
    h. 2 striped skunks
    i. 6 Big cats transferred to Tiger Haven (we have an acquisition record for 3).
6. Missing records identified in the July 2020 inspection report, attached here.
7. Mia the tiger, there is a disposition record from February 2020, but then she again appears on the December 2020 inventory—missing acquisition record
8. Confirmation that you have provided us all veterinary records since the January 15, 2021 Order.

Thank you,

Mary Hollingsworth
Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 354
Denver, CO 80202
(303) 844-1898

# EXHIBIT J –
# June 2020 Inspection Report

BBOONE

United States Department of Agriculture
Animal and Plant Health Inspection Service

2016082569850135 Insp_id

# Inspection Report

Jeffrey  Lowe

25803 N C R 3250

Wynnewood, OK 73098

Customer ID: **332646**

Certificate: **73-C-0230**

Site: 001

JEFFREY LOWE

Type: ROUTINE INSPECTION

Date: 22-JUN-2020

---

**2.40(a)(2)       DIRECT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

The written program of veterinary care was not available at time of inspection.   A copy was forwarded on June 23, 2020 and the frequency for regularly scheduled visits with the attending veterinarian was written to occur monthly or as needed.  When the attending veterinarian was contacted and asked if they were still the attending veterinarian they stated that was up for discussion since the last two visits were in March 2019 for work on a tiger and then in February 2020 for writing health certificates for the transport of tigers.

Regularly scheduled visits in accordance with what is agreed upon in the written program of veterinary care with the attending veterinarian are needed to consult on the proper preventive care and nutritional needs of different species.  Other facility issues including veterinary care can be observed and expert consultation received to enhance the program of veterinary care and to correct any deficiencies found.

Each dealer and exhibitor shall assure that the attending veterinarian has appropriate authority to ensure the provision of adequate veterinary care and to oversee the adequacy of other aspects of animal care and use.

Correct by June 30, 2020

**2.40(b)(2)**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Two geriatric wolves were in an exhibit by themselves far removed from the rest of the wolves.  One was very reluctant to rise and the other had pressure sores on both rear hocks. The facility representative stated they were old and arthritic and so were removed from public contact. The facility representative also stated that they thought the old wolves were not in pain.  One inspector asked if the veterinarian had been consulted and the licensee stated they had been recently vaccinated.  In a subsequent telephone conversation with the veterinarian that had vaccinated them, they stated that they had prescribed medication for the wolves and recommended the facility provide proper bedding for the animals.  The facility representatives were not aware of any medication(s) being

---

**Prepared By:** _____

BOONE BONNIE, D V M        USDA, APHIS, Animal Care

Title:   VETERINARY MEDICAL OFFICER   6119

**Date:**
23-JUN-2020

**Received By:** _____

JEFF LOWE

Title:   LICENSEE

**Date:**
23-JUN-2020

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569850135** Insp_id

## Inspection Report

prescribed or given to the old wolves.  Concrete is the floor of the wolves enclosure. A few strands of hay were present which the representative called bedding. The amount of hay was insufficient for bedding as prescribed by the veterinarian.

Arthritis can be painful affecting the animal's mobility and willingness to participate in daily activity of the animals and may interfere with obtaining water and food if reluctant to rise.   Confinement on concrete can exacerbate pain and discomfort. Proper husbandry and medical care must be provided.

The licensee is not following the instructions of the veterinarian to provide medication and bedding for the wolves. The licensee must ensure that all animals receive adequate veterinary care at all times and that the instructions are followed to ensure proper medical care and treatment for the animals.

Correct by June 28, 2020

**2.40(b)(2)        CRITICAL**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

A 17 year-old male Tigon named "Young Yi" allegedly died from renal failure sometime near the weekend of June 13, 2020 according to facility representatives. "Young Yi" was not examined by their attending veterinarian therefore was not diagnosed nor treated for anything. The other veterinarian they frequently use had not examined, diagnosed or treated him recently either. The attending veterinarian stated he was in the park in February 2020 writing health certificates for animals departing the facility but did not examine other animals nor was asked to look at any other animals. The facility representative texted :  "We assume he had renal failure. He was 17 years old.  He had no teeth.  At this age most of them pass on due to renal failure. We could tell by the appearance of his urine." The licensee also stated he was not drinking like an animal his size should drink for the last few days of his life.

In order to minimize negative animal welfare impacts such as pain and suffering, the attending veterinarian must be consulted in order to diagnose and treat animals properly.  Frequent and ongoing communication with the attending veterinarian is necessary if animals are not improving with treatment or if new clinical signs are observed so that adequate care is properly implemented.

The facility must consult with their attending veterinarian in order to use appropriate methods to prevent, control, diagnose, and treat diseases and injury.

| Prepared By: | | Date: |
|---|---|---|
| | BOONE BONNIE, D V M        USDA, APHIS, Animal Care | 23-JUN-2020 |
| Title: | VETERINARY MEDICAL OFFICER   6119 | |
| Received By: | | Date: |
| | JEFF LOWE | 23-JUN-2020 |
| Title: | LICENSEE | |

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569850135** Insp_id

## Inspection Report

**2.40(b)(2)        DIRECT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

"Nala" an approximately 16 week-old lion cub was lethargic, depressed, and thin and would not get up out of the mud from a sitting position even after prompting. The inspectors were able to walk up very close to the enclosure and she did not rise and had minimal reactions and head movements.  She had a string of purulent nasal discharge hanging from her right nostril and had an accumulation of green discharge in her eyes.  Her respiration was shallow and rapid.  The inspection was halted immediately by the inspector and the facility representative was instructed to obtain immediate veterinary care for the animal.  When the facility personnel picked her up to transfer her to the transport crate she was minimally responsive, did not move her limbs, and landed in the manner they had placed her.  Although the cub was seen by a veterinarian 6 days prior for ear wounds that were sutured as well as for a toenail issue, it was not due to a respiratory illness which was observed by the inspectors on this inspection.

Continued communication with the attending veterinarian is necessary if animals are not improving with treatment or if new clinical signs are observed so that adequate treatment plans are properly implemented.

The facility must consult their attending veterinarian in order to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

The cub was taken immediately to a veterinarian.

**2.40(b)(3)        DIRECT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

2.40(b)(3) DIRECT ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

A Fisher Cat in the back of the park was lame on its left rear leg during the inspection.  It also had extreme thinning of the hair on its tail. The attending veterinarian had not been consulted nor had any treatment been provided at the time of inspection since the condition had not been observed or reported by facility representatives.

A grizzly bear at the facility was observed to be extremely thin. A black bear was observed to be underweight. Both bears at the facility were observed to be exhibiting a heightened activity level.  They were both extremely active and aggressive, lunging at the cage edges and reaching through the bars at anything close to their enclosures. The female grizzly bear named "Gizzy" is emaciated. The spinous processes of the vertebral bodies and hip bones are

| Prepared By: | | Date: |
|---|---|---|
| | BOONE BONNIE, D V M        USDA, APHIS, Animal Care | 23-JUN-2020 |
| **Title:** | VETERINARY MEDICAL OFFICER   6119 | |
| **Received By:** | | |
| | JEFF LOWE | Date: |
| **Title:** | LICENSEE | 23-JUN-2020 |

BBOONE

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569850135** Insp_id

## Inspection Report

easily visible. The facility representative states that the female black bear named Eve is being fed yogurt, eggs, rotisserie chicken and fruit.

Bears are omnivores and require dietary needs that change with the seasons.  Proper nutrition is key in maintaining bear health.  Formulating diets with a veterinarian familiar with bears or a zoo nutritional consultant will help to ensure proper nutrition.  Other contributing factors such as internal parasites must be ruled out for animals with body conditions such as poor hair coat or inability to gain weight.  Sub-optimal conditions must be observed and communicated to the attending veterinarian.

A mechanism of direct and frequent communication is required so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the attending veterinarian. The facility must consult their attending veterinarian for an adequate nutritional and parasite control program for these animals and it must be followed.

Correct by June 25, 2020

**3.75(c)(1)(ii)**

**HOUSING FACILITIES, GENERAL.**

In the indoor portion of the non-human primate building, the enclosure housing the lemurs has a metal resting platform. This metal resting platform has areas that have rusted through creating defects with sharp edges.

This creates a risk of injury from sharp edges for the enclosed animals. Metal surfaces with rust also creates a surface conducive to the collection of organic material and subsequent bacterial growth which combined with an injury can lead to infection.

The facility must repair or replace this section, and must maintain metal surfaces throughout the facility to protect the welfare of the animals.

Corrected on June 22, 2020.

**3.125(a)**

**FACILITIES, GENERAL.**

-In the rear of the park, an enclosure containing 2 wolves has a metal grate sub-floor that is exposed along two of

| Prepared By: | | Date: |
|---|---|---|
| | BOONE BONNIE, D V M        USDA, APHIS, Animal Care | 23-JUN-2020 |
| Title: | VETERINARY MEDICAL OFFICER   6119 | |
| Received By: | | |
| | JEFF LOWE | Date: |
| Title: | LICENSEE | 23-JUN-2020 |

BBOONE

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569850135** Insp_id

## Inspection Report

the sides including under the water receptacle. This exposed grate has openings approximately 4 x 4 inches wide that could entrap a foot or limb.

-In the front of the park, an enclosure containing one African porcupine has a metal grate sub-floor that is exposed in the corner and side containing the water receptacle. This exposed sub-floor has openings approximately 4 x 4 inches wide that create a possible injury threat of limb entrapment to the enclosed animal.

-In the front of the park, an enclosure containing one Fisher cat has a metal grate sub-floor that is exposed in the corner and side containing the water receptacle. This exposed sub-floor has openings approximately 4 x 4 inches wide that create a possible injury threat of limb entrapment to the enclosed animal. This animal was observed to be lame during the inspection.

-In the kangaroo enclosure a piece of metal fencing has an exposed vertical edge that is about 4 inches tall and there is an approximately 4 inch gap between the metal fencing and the enclosure's wooden fence. The exposed metal has the potential for limb entrapment between it and the wooden fence.

-In the rear of the park a tiger enclosure has a metal reinforcement approximately ten inches high located next to the metal fence. This solid metal reinforcement is no longer closely adhered to the fence and there is a 3-4 inch gap between it and the fence. This space is a potential hazard for limb entrapment and the collection of debris or organic matter.

A trapped limb can result in a fracture or soft tissue injury that can be painful and become infected.

Facilities shall be maintained in good repair to protect the animals from injury and to contain the animals.

Corrected on June 22, 2020.

**3.131(d)**       **DIRECT**

**SANITATION.**

There is a large pile of primarily wood debris in the back of the park. The licensee stated that it contains a partially burned Tigon carcass said to be named Young Yi and a black tarp covering a deceased tiger by the named of Dot. There is a foul odor of decomposing flesh and many flies are present on the boards and surrounding areas.

---

**Prepared By:** _____

BOONE BONNIE, D V M       USDA, APHIS, Animal Care

**Date:**
23-JUN-2020

**Title:**   VETERINARY MEDICAL OFFICER   6119

**Received By:** _____

JEFF LOWE

**Date:**
23-JUN-2020

**Title:**   LICENSEE

BBOONE

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569850135** Insp_id

## Inspection Report

The improper or delayed disposal of carcasses has resulted as an attractant for flies and other pests. Fly trap bags were observed to be present in the front public areas of the park but no fly traps were present in the back areas of the park during the inspection.  The flies have created fly strikes on many species in the park including tigers, lions, and wolves.  Fly strikes have resulted in large patches of painful ulceration on the ears, and legs on numerous tigers, lions, and wolves.  Ulcerated areas are red, have scabs and some have exuded pus or fresher blood. These affected areas are missing hair, skin and/or deeper flesh.  When the inspector pointed this out, the facility representatives applied ointment to the ear tips of the tiger and lion cubs during the inspection.

One veterinarian, (but not the attending veterinarian), has been consulted for treatment of the fly strike on the above mentioned animals.  The complete burial or burning of dead carcasses must occur.  Fly traps should be installed in the back of the park or another safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

Correct by: June 24, 2020

The inspection and exit briefing were conducted with facility representatives.

**Additional Inspectors**

Cunningham Debbie, Veterinary Medical Officer

**Prepared By:**
_____
BOONE BONNIE, D V M       USDA, APHIS, Animal Care
**Title:**   VETERINARY MEDICAL OFFICER   6119

**Date:**
23-JUN-2020

**Received By:**
_____
JEFF LOWE
**Title:**   LICENSEE

**Date:**
23-JUN-2020



United States Department of Agriculture      Customer:        332646
Animal and Plant Health Inspection Service   Inspection Date:  22-JUN-20

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 332646 | 73-C-0230 | 001 | JEFFREY LOWE | 22-JUN-20 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000004 | *Atelerix albiventris* | FOUR-TOED HEDGEHOG (MOST COMMON PET HEDGEHOG) |
| 000003 | *Atherurus africanus* | AFRICAN BRUSH-TAILED PORCUPINE |
| 000003 | *Callithrix jacchus* | COMMON MARMOSET |
| 000002 | *Caluromys philander* | BARE-TAILED WOOLLY OPOSSUM |
| 000001 | *Camelus dromedarius* | DROMEDARY CAMEL |
| 000001 | *Canis aureus* | GOLDEN JACKAL |
| 000001 | *Canis latrans* | COYOTE |
| 000012 | *Canis lupus x c. l. familiaris* | WOLF/DOG HYBRID |
| 000001 | *Capra hircus* | DOMESTIC GOAT |
| 000005 | *Caracal caracal* | CARACAL |
| 000001 | *Cercopithecus neglectus* | DE BRAZZA'S MONKEY |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Galago senegalensis* | NORTHERN LESSER BUSHBABY |
| 000001 | *Lama pacos* | ALPACA |
| 000007 | *Lemur catta* | RING-TAILED LEMUR |
| 000001 | *Lynx canadensis* | CANADIAN LYNX |
| 000008 | *Lynx rufus* | BOBCAT |
| 000001 | *Macaca mulatta* | RHESUS MACAQUE |
| 000001 | *Macaca nemestrina* | PIG-TAILED MACAQUE |
| 000001 | *Mephitis macroura* | HOODED SKUNK |
| 000002 | *Mephitis mephitis* | STRIPED SKUNK |
| 000004 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000001 | *Osphranter rufus* | RED KANGAROO |
| 000001 | *Otocyon megalotis* | BAT-EARED FOX |
| 000003 | *Ovis aries aries* | SHEEP INCLUDING ALL DOMESTIC BREEDS |
| 000015 | *Panthera leo* | LION |
| 000018 | *Panthera leo x  p. tigris* | LION X TIGER HYBRID / LIGER / TIGON |
| 000001 | *Panthera onca* | JAGUAR |
| 000078 | *Panthera tigris* | TIGER |
| 000001 | *Potos flavus* | KINKAJOU |
| 000001 | *Prionailurus viverrinus* | FISHING CAT |
| 000012 | *Procyon lotor* | RACCOON |
| 000002 | *Puma concolor* | PUMA / MOUNTAIN LION / COUGAR |
| 000001 | *Saguinus midas* | RED-HANDED TAMARIN |
| 000001 | *Spermophilus richardsonii* | RICHARDSON'S GROUND SQUIRREL |
| 000009 | *Sus scrofa domestica* | DOMESTIC PIG / POTBELLY PIG / MICRO PIG |
| 000001 | *Ursus americanus* | NORTH AMERICAN BLACK BEAR |
| 000001 | *Ursus arctos horribilis* | GRIZZLY BEAR |
| 000001 | *Vulpes lagopus* | ARCTIC FOX |
| 000003 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |



United States Department of Agriculture

Animal and Plant Health Inspection Service

**Species Inspected**

Customer:          332646

Inspection Date:  22-JUN-20

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 332646 | 73-C-0230 | 001 | JEFFREY LOWE | 22-JUN-20 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| **000212** | **Total** | |



CFR : 3.131(d)        CFR : 2.40(a)(2)

---

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                               **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                        **Legal Name:**
**Description:**                                                    **JEFFREY  LOWE**
 Fly strike on the back of the  ears of wolf in the back of the park



CFR : 2.40(a)(2)     CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
Kangaroo enclosure with a buried metal fence with an exposed 4 inch vertical edge
and a 4 inch gap from the enclosure wooden fence approximately 4 inches from the
fence. Possible limb injury

**Certificate: 73-C-0230**
**Legal Name:**
   **JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**             **Legal Name:**
**Description:**                                      **JEFFREY  LOWE**
 Tiger enclosure with a solid vertical metal edge that is approximately 4 inches

 from the enclosure fence. Possible limb injury



CFR : 3.131(d)          CFR : 2.40(a)(2)

---

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Fly strike on ears of tiger cubs in the back of the park

**Certificate: 73-C-0230**
**Legal Name:**

    **JEFFREY  LOWE**



CFR : 3.131(d)     CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Fly strike on the front of the  ears of wolf in the back of the park

**Certificate: 73-C-0230**
**Legal Name:**

**JEFFREY  LOWE**



CFR : 3.131(d)          CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                      **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**              **Legal Name:**
**Description:**                                         **JEFFREY  LOWE**
 Tiger with fly strike on ears



CFR : 3.131(d)        CFR : 2.40(a)(2)

Photographer: **DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wounds on face of hybrid in the front of the park

**Certificate: 73-C-0230**
**Legal Name:**
   **JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wound on leg of lion cub in the front of the park

**Certificate: 73-C-0230**
**Legal Name:**

**JEFFREY  LOWE**



CFR : 2.40(b)(3)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Extremely thin brown bear named "Gizzy". Evident spinous process of vertebral

 bodies, hip bones, and scapula

**Certificate: 73-C-0230**
**Legal Name:**
    **JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Tiger with fly strike on ears

**Certificate: 73-C-0230**
**Legal Name:**

     **JEFFREY  LOWE**



CFR : 2.40(b)(3)          CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                          **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                   **Legal Name:**
**Description:**                                              **JEFFREY  LOWE**
 Extremely thin brown bear named "Gizzy". Evident spinous process of vertebral
 bodies, and hip bones



CFR : 2.40(b)(3)     CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
Extremely thin brown bear named "Gizzy". Evident spinous process of vertebral
bodies, and hip bones

**Certificate: 73-C-0230**
**Legal Name:**
   **JEFFREY  LOWE**



CFR : 3.131(d)          CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wound on face of hybrid in the front of the park

**Certificate: 73-C-0230**
**Legal Name:**

 **JEFFREY  LOWE**



CFR : 2.40(a)(2)    CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wolf with a reddened and ulcerated injury/pressure sore on its hock. Wolf is

 exhibiting lameness. Sparse strands of hay bedding in concrete floor enclosure

**Certificate: 73-C-0230**
**Legal Name:**
   **JEFFREY  LOWE**



CFR : 2.40(a)(2)     CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                             **Legal Name:**
**Description:**                                                        **JEFFREY  LOWE**
 Sub-floor grate exposed in wolves enclosure



CFR : 2.40(a)(2)     CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wolf with a reddened and ulcerated injury/pressure sore on its hock. Wolf is

exhibiting lameness. Sparse strands of hay bedding in concrete floor enclosure

**Certificate: 73-C-0230**
**Legal Name:**
      **JEFFREY  LOWE**



CFR : 2.40(a)(2)          CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Scattered hay strands observed in this photo despite veterinarians instructions to

 provide additional bedding for geriatric wolves.

**Certificate: 73-C-0230**
**Legal Name:**
    **JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

Photographer: DR. CUNNINGHAM
Date and Time: 22-JUN-20                                Certificate: 73-C-0230
Inspection No: 2016082569850135                         Legal Name:
Description:                                                 JEFFREY  LOWE
 Close up of partially burned tigon carcass named Young Yi.  Numerous flies on
 wood and surrounding areas.



CFR : 2.40(a)(2)     CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                      **Legal Name:**
**Description:**
 Overview of lion cub named Nala laying in the mud. Cub is depressed, lethargic                **JEFFREY  LOWE**

and with purulent nasal and ocular discharge



CFR : 3.75(c)(1)(ii)

Photographer: DR. CUNNINGHAM
Date and Time: 22-JUN-20
Inspection No: 2016082569850135
Description:
 Indoor portion of the NHP lemur enclosure resting platform with areas of rusted

 through creating defeats and sharp edges.

Certificate: 73-C-0230
Legal Name:

   JEFFREY  LOWE



CFR : 2.40(a)(2)        CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                            **Legal Name:**
**Description:**
Lion cub laying in the mud, depressed, lethargic and with purulent nasal and ocular
discharge                                                       **JEFFREY  LOWE**



CFR : 3.131(d)          CFR : 2.40(a)(2)          CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Wound on the front right leg of a lion cub in the front of the park

**Certificate: 73-C-0230**
**Legal Name:**

     **JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Overview of partially burned tigon carcass named Young Yi and tiger named Dot

carcass under black tarp. Numerous flies on wood, tarp and surrounding areas.

**Certificate: 73-C-0230**
**Legal Name:**
   **JEFFREY  LOWE**



CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                              **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                        **Legal Name:**
**Description:**
 Extremely thin brown bear named "Gizzy". Evident spinous process of vertebral                **JEFFREY  LOWE**

 bodies, hip bones, and scapula



**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
Facility representative text message responding to questions about Young Yi's
diagnosis of renal failure and lack of veterinary records

**Certificate: 73-C-0230**
**Legal Name:**

**JEFFREY LOWE**



CFR : 2.40(a)(2)    CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                       **Legal Name:**
**Description:**
  Sub-floor grate exposed in porcupine enclosure under the water receptacle              **JEFFREY  LOWE**



CFR : 2.40(a)(2)          CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**
**Inspection No: 2016082569850135**
**Description:**
 Sub-floor grate exposed in wolves enclosure under the water receptacle

**Certificate: 73-C-0230**
**Legal Name:**

**JEFFREY  LOWE**



CFR : 3.131(d)        CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                          **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                  **Legal Name:**
**Description:**                                          **JEFFREY  LOWE**
 Fly strike on the ears of the lion cub with significant destruction of tip of the ear



CFR : 3.131(d)          CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**             **Legal Name:**
**Description:**                                           **JEFFREY  LOWE**
 Fly strike on the back of the right ear of an adult tiger



CFR : 3.131(d)          CFR : 2.40(a)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                            **Legal Name:**
**Description:**
 Fly strike on the back of the right ear of an adult tiger          **JEFFREY  LOWE**



CFR : 2.40(a)(2)    CFR : 2.40(b)(2)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                          **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**                   **Legal Name:**
**Description:**                                              **JEFFREY  LOWE**
 Lion cub Nala being loaded into transport crate to be taken to the veterinarian



CFR : 2.40(a)(2)        CFR : 2.40(b)(2)

---

**Photographer: DR. CUNNINGHAM**
**Date and Time: 22-JUN-20**                    **Certificate: 73-C-0230**
**Inspection No: 2016082569850135**             **Legal Name:**
**Description:**                                    **JEFFREY  LOWE**
 Fisher cat limping and exposed grate in sub-floor of enclosure

# EXHIBIT V –

# Aug. 21, 2020 Inventory Provided by Lowe

8-2✦-20

## ANIMAL INVENTORY

| Animal Name / Registration Number | Location | Parents | Birth/ Acquisition / Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Ringtail Lemur – Suni Boy / Arbuckle Wilderness | 100E | n/a | 06/01/2017 / Lemur Catta | M | JL |
| Ringtail Lemur – Suzy | 100G | n/a | 05/15/2018 / Lemur Catta | F | JL |
| Ringtail Lemur – TJ / Sharkarosa | 100G | n/a | 05/03/2018 / Lemur Catta | M | JL |
| Ringtail Lemur – CJ / Sharkarosa | 100G | n/a | 05/03/2018 / Lemur Catta | M | JL |
| Ringtail Lemur – LoLa | 100E | n/a | 07/19/2019 / Lemur Catta | F | JL |
| Ringtail Lemur – Lala | 100G | n/a | 07/19/2019 / Lemur Catta | F | JL |
| Ringtail Lemur – Zoombe / Born at zoo | 100G | CJ – M / Lala – F | 07/19/2019 / Lemur Catta | unknown | JL |
| Ringtail Lemur – / Born at zoo | 100G | TJ – M / Suzy – F | 06/29/2020 / Lemur Catta | M | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| African Porcupine – Sonic Tim Stark | 55 | n/a | 05/15/2018 Hystrix Cristata | F | JL |
| Tiliger – Priscilla Born at Zoo | 12 | Noah – M Lizzy – F | 05/27/2015 Panthera Tigris x Panthera Leo x Panthera Tigris | F | JL |
| Tiger – Clay | 84 | n/a | 12/01/2014 Panthera Tigris | M | JL |
| Tiger – Ima | 84 | n/a | 08/15/2014 Pathera Tigris | F | JL |
| Tiger – Opie | 120 | n/a | 03/20/2014 Panthera – Tigris | M | JL |
| Lion – Lyla | 120 | n/a | 04/01/2014 Panthera Leo | F | JL |
| Raccoon Born at Zoo | 93 | n/a | 04/29/2019 Procyon Lotor | F | JL |
| Raccoon Born at Zoo | 93 | n/a | 04/29/2019 Procyon Lotor | F | JL |
| Raccoon Born at Zoo | 93 | n/a | 04/29/2019 Procyon Lotor | F | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Nero | 86 | n/a | 10/07/2014 Panthera Tigris | M | JL |
| Tiger – Chibs | 86 | n/a | 10/07/2014 Panthera Tigris | M | JL |
| Tiger – Safari | 86 | n/a | 01/02/2015 Panthera Tigris | F | JL |
| Tiger – Prince Born at Zoo | By JL House | Stalker – M Phenix – F | 04/21/2016 Panthera Tigris | M | JL |
| Tiger – Thor Zootastic | By JL House | n/a | 05/30/2016 Panthera Tigris | M | JL |
| Fisher Cat | 48 | n/a | 04/20/2017 Pakania Pennanti | M | JL |
| Tiger – Elvis | 15 | n/a | 04/01/2015 Panthera Tigris | M | JL |
| African Porcupine | 58 | n/a | 04/20/2017 Erethizon Dorsaum | M | JL |
| African Porcupine | 58 | n/a | 03/02/2011 Erethizon Dorsaum | F | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Lion – Jax | 85 | n/a | 04/14/2014 Panthera Leo | M | JL |
| Tiger – Tara | 85 | n/a | 07/24/2014 Panthera Tigris | F | JL |
| Tiger – Gemma | 85 | n/a | 08/19/2014 Panthera Tigris | F | JL |
| Ferret Donated | Nursery | n/a | 02/22/2019 Mustela Putorius Furo | M | JL |
| Ferret Donated | Nursery | n/a | 02/22/2019 Mustela Putorius Furo | M | JL |
| Ferret – Bonnie Donated | Reptile House | n/a | 11/19/2018 Mustela Putorius Furo | F | JL |
| Ferret – Clyde | Reptile House | n/a | 04/22/2018 Mustela Putorius Furo | M | JL |
| Alpaca – Kuzco Donation | Petting Area | n/a | 07/10/2018 Vicugna Pacos | M | JL |

**ANIMAL INVENTORY**

| Animal Name / Registration Number | Location | Parents | Birth/ Acquisition / Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Enzo | 78 | n/a | 04/17/2015 / Panthera Tigris | M / Neutered | JL |
| Tiger – Forrest | 78 | n/a | 04/14/2015 / Panthera Tigris | M / Neutered | JL |
| Tiger – Maddie / Born at Zoo | 42 | Jeffrey – M / Dot – F | 09/12/2018 / Panthera Tigris | F | JL |
| Tiger – Chuffers / Born at Zoo | 42 | Jeffrey – M / Dot – F | 09/12/2018 / Panthera Tigris | F | JL |
| Li-Liger – Kyro / Born at Zoo | 2 | Simba – M / Manie – F | 07/12/2018 / Panthera Leo x Panthera Leo / Panthera Leo x Panthera Tigris | M | JL |
| Tiger – Blakely / Born at Zoo | 54 | Jeffrey – M / Dotty – F | 07/02/2018 / Panthera Tigris | F | JL |
| Tiger – Zizzy / Born at Zoo | 54 | Jeffrey – M / Dotty – F | 07/02/2018 / Panthera Tigris | F | JL |
| Tiger – Brayden / Born at Zoo | 54 | Filie – M | 07/19/2018 / Panthera Tigris | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Ti-Tiliger – Lucky Born at Zoo | 54 | Sebastian - M Priscilla – F | 06/12/2018 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | M | JL |
| Tiger – Songa Born at Zoo | 54 | Clay – M Ima – F | 05/31/2018 Panthera Tigris | M | JL |
| Tiger – Kuma Born at Zoo | 54 | Clay – M Ima – F | 05/31/2018 Panthera Tigris | M | JL |
| Wolf – Lia Born at zoo | W-1 | n/a | 04/21/2012 Canis Lupus | F | JL |
| Wolf – Taz Born at zoo | W-1 | n/a | 10/18/2018 Canis Lupus | M | JL |
| Wolf – Seaver Born at zoo | 91 | n/a | 10/18/2018 Canis Lupus | M | JL |
| Wolf – Shea Born at zoo | 91 | n/a | 10/18/2018 Canis Lupus | F | JL |
| Wolf – Scout Born at zoo | 89 | n/a | 10/18/2018 Canis Lupus | M | JL |
| Wolf – Kiner Born at zoo | 93 | n/a | 09/02/2013 Canis Lupus | M | JL |

**ANIMAL INVENTORY**

| Animal Name<br>Registration Number | Location | Parents | Birth/ Acquisition<br>Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Wolf – Cochise<br>Born at zoo | 80 | n/a | 10/18/2018<br>Canis Lupus | M | JL |
| Wolf – Chewy<br>Born at zoo | 80 | n/a | 10/18/2018<br>Canis Lupus | M | JL |
| Wolf – Mya<br>Born at zoo/Donated | W-2<br>*90* | n/a | 10/18/2018<br>Canis Lupus | F | JL |
| Wolf – Blaze<br>Born at zoo | 89 | n/a | 10/18/2018<br>Canis Lupus | F | JL |
| Wolf – Hughie<br>Born at zoo | ~~90~~<br>*80* | n/a | 10/18/2018<br>Canis Lupus | M | JL |
| Wolf – Nanook<br>Born at zoo | ~~W-2~~<br>*80* | n/a | 03/05/2016<br>Canis Lupus | F | JL |
|  |  |  |  |  |  |
| Kinkajou – Kinka Boots | Nursery | n/a | 02/05/2017<br>Potos Flavus | F | JL |
| Lynx – Arapahoe<br>DD Farms | 100A | n/a | 06/02/2018<br>Lynx Canadensis | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Macaque – Lucy | 4 | n/a | 04/24/2009 Macaca | F | JL |
| Camel – Cletus | Back-L | n/a | 05/13/2007 Camelus | M | JL |
| Coyote – CoCo D Young Zoo | 19 | n/a | 06/17/2009 Canis Latrans | F | JL |
| Kangaroo – Governor | 98 | n/a | 06/28/2017 Macropus Giganteus | M | JL |
| Tiger – Charlie Brown Born at Zoo | Arnea | Justice – M Sophie – F | 11/25/2016 Panthera Tigris | M | JL |
| Tiger – Sasha Born at Zoo | Arnea | n/a | 11/25/2016 Panthera Tigris | F | JL |
| Tiger – Rocky Tim Stark | Arnea | n/a | 11/25/2016 Panthera Tigris | M | JL |
| Tiger – Merlin Born at Zoo | Arena | Stalker – M Phenix – F | 12/25/2016 Panthera Tigris | M | JL |
| Tiger – Axyl Born at Zoo | Arnea | Jagger – M Stevie – F | 09/04/2016 Panthera Tigris | M | JL |

**ANIMAL INVENTORY**

| Animal Name<br>Registration Number | Location | Parents | Birth/ Acquisition<br>Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Lion – Simba<br>Born at Zoo | 68 | Popeye – M<br>Elsa – F | 10/20/2005<br>Panthera Leo | M | JL |
| Liger – Manie<br>Born at Zoo | 73 | Moses – M<br>Tiara – F | 08/22/2008<br>Panthera Leo x Panthera Tigris | F | JL |
| Liger – Uniqura<br>Born at Zoo | 68 | Moses – M<br>Tiara – F | 08/22/2008<br>Panthera Leo x Panthera Tigris | F | JL |
| Tiger – Stalker | 62 | n/a | 09/26/2018<br>Panthera Tigris | M | JL |
| Tiger – Phenix | 62 | n/a | 09/26/2018<br>Panthera Tigris | F | JL |
| Tiger – Patronus<br>Born at Zoo | 27 | Stalker – M<br>Phenix – F | 07/17/2015<br>Panthera Tigris | M | JL |
| Tiger – Diesel | 27 | n/a | 09/26/2018<br>Panthera Tigris | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Lion – Samira Born at Zoo | 70 | Elvis – M Marty – F | 07/22/2008 Panthera Leo | F | JL |
| Jackal – Jackie | 100H | n/a | 04/20/2017 Canis Aureus | F | JL |
| Li-Liger – Beatrice Born at Zoo | 54 | Simba – M Uniqura – F | 08/23/2019 | F | JL |
| Lion – Aurora | 100A | n/a | 04/15/2018 Panthera Leo | F | JL |
| Lion – Allana | 100A | n/a | 04/15/2018 Panthera Leo | F | JL |
| Jaguar – Bagheera | 100A | n/a | 05/10/2018 Panthera Onca | M | JL |
| Li-Liger – Alyssa Born at Zoo | 2 | Simba – M Manie – F | 10/01/2014 Panthera Leo x Panthera Tigris Panthera Leo | F | JL |
| Tiger – Clyde | 29B | n/a | 09/26/2018 Panthera Tigris | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Pandora | 75 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Emma Jean | 11 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Sebastian | 8 | n/a | 09/26/2018 Panthera Tigris | M | JL |
| Tiger – Boo Boo Born at Zoo | 8 | Feili – M Kayko – F | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Stevie | 77 | n/a | 10/01/2013 Panthera Tigris | F | JL |
| Tiger – Gracie | 77 | n/a | 10/01/2013 Panthera Tigris | F | JL |
| Tiger – Jagger Born at Zoo | 77 | Goliath – M Norma Gene – F | 09/09/2010 Panthera Tigris | M | JL |
| Tiger – Mia | 58 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Brutus Born at Zoo | 58 | Feili – M Kayko – F | 02/01/2012 Panthera Tigris | M | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Lightning Born at Zoo | 20 | Sherbert – M Tabatha – F | 12/24/2012 Panthera Tigris | M | JL |
| Tiger – Thunder Born at Zoo | 20 | Sherbert – M Tabatha – F | 12/24/2012 Panthera Tigris | M | JL |
| Tiger – Peanut | 16 | n/a | 11/05/2012 Panthera Tigris | F | JL |
| Tiger – Lisa Marie Born at Zoo | 4 | Stalker – M Phenix – F | 11/28/2016 Panthera Tigris | F | JL |
| Lion – Rico Born at Zoo | 4 | Simba – M Simera – F | 10/26/2016 Panthera Leo | M | JL |
| Tiger – Ima Sweetie Pie | 121 | n/a | 09/26/2018 Panthera Tigris | F | JL |

**Inventory of Animals**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Thor | 26 | n/a | 09/26/2018 Panthera Tigris | M | JL |
| Tiliger – Shere Khan | 26 | n/a | 04/03/2015 Panthera Tigris x Panthera Leo | M | JL |
| | | | | | |
| | | | | | |
| | | | | | |
| Lion – Inkadaya | 38 | n/a | 09/26/2018 Panthera Leo | M | JL |
| Lion – Otta | 38 | n/a | 09/26/2018 Panthera Leo | F | JL |
| Arctic Fox | 65 | n/a | 09/26/2018 Vulpes Vulpes | M | JL |
| Red Fox | 65 | n/a | 09/26/2018 Vulpes Vulpes | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Red Fox – Georgie | 100H | n/a | 09/26/2018 Vulpes Vulpes | F | JL |
| Ranch Fox | 100H | n/a | 09/26/2018 Vulpes Vulpes | M | JL |
| | | | | | |
| Grizzly Bear – Gizzy Tim Stark | 24 | n/a | 02/07/2019 Ursus Arctos | F | JL |
| Bear – Eve | 37 | n/a | 05/06/2015 Ursidae | F | JL |
| Macaque – Koda Donated | 100-F | n/a | 01/07/2019 Macaca | M | JL |
| | | | | | |
| Tiger – Dotty | 83 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Jeffrey | 83 | n/a | 09/26/2018 Panthera Tigris | M | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Skunk – Egger Allen Paw | 56 | n/a | 10/01/2018 Mephitis Mephitis | M | JL |
| Lion – Aries Timbavati | 6 | n/a | 09/26/2018 Panthera Leo | F | JL |
| Lion – Atlas Timbavati | 6 | n/a | 09/26/2018 Panthera Leo | M | JL |
| Tiger – Cortez Timbavati | 28 | n/a | 09/26/2018 Panthera Tigris | M | JL |
| Tiger – Tilly Timbavati | 28 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Maynor | 124 | n/a | 09/26/2018 Panthera Tigris | M | JL |
| Tiger – Daisy | 124 | n/a | 09/26/2018 Panthera Tigris | F | JL |
| Tiger – Piper | 124 | n/a | 09/26/2018 Panthera Tigris | F | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Caracal | 100B | n/a | 07/19/2019 Caracal Caracal | unknown | JL |
| Caracal | 100B | n/a | 07/19/2019 Caracal Caracal | unknown | JL |
| Caracal | 100B | n/a | 07/19/2019 Caracal Caracal | unknown | JL |
| Caracal | 100B | n/a | 07/19/2019 Caracal Caracal | unknown | JL |
| Caracal | 100B | n/a | 07/19/2019 Caracal Caracal | unknown | JL |
| Hedgehog Tim Stark | Reptile House | n/a | 02/07/2019 Erinaceinae | unknown | JL |
| Hedgehog Tim Stark | Reptile House | n/a | 02/07/2019 Erinaceinae | unknown | JL |
| Hedgehog Tim Stark | Reptile House | n/a | 02/07/2019 Erinaceinae | unknown | JL |
| Hedgehog Tim Stark | Reptile House | n/a | 02/07/2019 Erinaceinae | unknown | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Li-liger – Django Born at Zoo | 42 | Simba – M Unicara – F | 09/16/2018 Panthera Leo x Panthera Tigris x Panthera Leo | M | JL |
| Tiger – Presley Born at Zoo | 76 | Maynard – M Daisy – F | 10/12/2018 Panthera Tigris | M | JL |
| Tiger – Merry Born at Zoo | 76 | Maynard – M Petunia – F | 10/12/2018 Panthera Tigris | F | JL |
| Tiger – Happy Born at Zoo | 76 | Maynard – M Petunia – F | 10/12/2018 Panthera Tigris | F | JL |
| Tiger – Aoki Born at Zoo | 76 | Maynard – M Petunia – F | 10/12/2018 Panthera Tigris | M | JL |
| Ti-Tiliger – Grace Born at Zoo | 42 | Sebastian – M Priscilla – F | 10/15/2018 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | F | JL |
| Ti-Tiliger – Mayte Born at Zoo | 42 | Sebastian – M Priscilla – F | 10/15/2018 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | F | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Raccoon | 94 | n/a | 10/01/2018 Procyon Lotor | M | JL |
| Raccoon | 94 | n/a | 10/01/2018 Procyon Lotor | M | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | M | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | F | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | F | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | F | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | M | JL |
| Raccoon | 97 | n/a | 10/01/2018 Procyon Lotor | M | JL |
| Raccoon | Front | n/a | Procyon Lotor | F | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Bobcat | M | n/a | 10/01/2018 Lynx Rufus | F | JL |
| Bobcat | M | n/a | 10/01/2018 Lynx Rufus | F | JL |
| Bobcat – Bobby Max | 57 | n/a | 09/12/2011 Lynx Rufus | F | JL |
| Bobcat – Buddy | 100B | n/a | 09/26/2018 Lynx Rufus | F | JL |
| Bobcat – Paul | M | n/a | 10/01/2018 Lynx Rufus | M | JL |
| Bobcat – Paulina | M | n/a | 10/01/2018 Lynx Rufus | F | JL |
| Bobcat | M | n/a | 10/01/2018 Lynx Rufus | M | JL |
| Bobcat | M | n/a | 10/01/2018 Lynx Rufus | M | JL |

## ANIMAL INVENTORY

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Odeza | | | 06/01/2020 | | |
| Tiger – Pliedes | | | 06/01/2020 | | |
| Cougar – Willow DD Farms | 22 | n/a | 06/02/2018 Felis Concolor | M | JL |
| Cougar – Ginger Tim Stark | 100E by lemurs in front | n/a | 02/07/2019 Puma Concolor | F | JL |
| Red Hand Tamarin | Nursery | n/a | 07/19/2019 Saguinus | unknown | JL |
| Marmoset | Nursery | n/a | 07/19/2019 Saguinus | unknown | JL |
| Marmoset | Nursery | n/a | 07/19/2019 Saguinus | unknown | JL |
| Marmoset | Nursery | n/a | 07/19/2019 Saguinus | F | JL |
| Bat Eared Fox | Back Smalls | n/a | 07/19/2019 Otocyon Megalotis | unknown | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Lion – Leo | Nursery | n/a | 08/05/2019 Panthera Leo | M | JL |
| Lion – Nala | Nursery | n/a | 08/02/2019 Panthera Leo | F | JL |
| Lion – Ameliah | Nursery | n/a | 08/05/2019 Panthera Leo | F | JL |
| Lion – Kahari | Nursery | n/a | 08/05/2019 Panthera Leo | F | JL |
| Sloth – Oscar | Front Barn | n/a | 07/19/2019 Folivora | unknown | JL |
| Tiger – Nova Born at Zoo | 68A | Brutis – M Mia – F | 01/19/2019 Panthera Tigris | F | JL |
| Li-Liger – Ashley Born at Zoo | 54 | Simba – M Unicara – F | 04/21/2019 Panthera Leo x Panthera Leo Panthera Leo x Panthera Tigris | F | JL |
| Tiger – Moto Born at Zoo | 54 | Maynor – M Daisy – F | 04/25/2019 Panthera Tigris | M | JL |
| Tiger – Jazmine Born at Zoo | 54 | Maynor – M Daisy – F | 04/25/2019 Panthera Tigris | F | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Sansi Born at Zoo | 54 | Clay – M Ima – F | 05/21/2019 Panthera Tigris | F | JL |
| Tiger – Kahleesi Born at Zoo | 54 | Cortez – M Tilly – F | 05/28/2019 Panthera Tigris | F | JL |
| Ti-Tiliger – Drogon Born at Zoo | 54 | Sebastian – M Priscilla – F | 05/21/2019 Panthera Tigris x Panthera Tigris Panthera Leo x Panthera Tigris | M | JL |
| Ti-Tiliger – Jon Snow Born at Zoo | 54 | Sebastian – M Priscilla – F | 05/21/2019 Panthera Tigris x Panthera Tigris Panthera Leo x Panthera Tigris | M | JL |
| Tiger – Moose | 84 | Clay – M Ima – F | 04/02/2020 Panthera Tigris | M | JL |
| Tiger – Abby | 84 | Clay – M Ima – F | 04/02/2020 Panthera Tigris | F | JL |
| Tiger – Bubbles | 84 | Clay – M Ima – F | 04/02/2020 Panthera Tigris | F | JL |
| Tiger – Maggie | Back - L | Sebastian – M Boo Boo – F | Panthera Tigris | F | JL |
| Tiger – Leigha | Back - L | Sebastian – M Boo Boo – F | Panthera Tigris | F | JL |

## ANIMAL INVENTORY

| Animal Name / Registration Number | Location | Parents | Birth/ Acquisition / Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Chocolate Skunk – Coco | Nursery | n/a | 07/19/2019 / Mephitis Macroura | unknown | JL |
| Ground Squirrel | Nursery | n/a | 07/19/2019 / Marmotini | unknown | JL |
| Bush Baby – Cheech | Nursery | n/a | 07/19/2019 / Galagidae | unknown | JL |
| Wooly Opossum | Front Barn | n/a | 07/19/2019 / Caluromys Philander | unknown | JL |
| Wooly Opossum | Front Barn | n/a | 07/19/2019 / Caluromys Philander | unknown | JL |
| Tiger – Luxor | 54 | Jeffrey – M / Dot – F | Panthera Tigris | M | |
| Tiger – Emory | 54 | Jeffrey – M / Dot – F | Panthera Tigris | F | |
| Tiger – Kingsley | 54 | Sebastian – M / Boo Boo – F | Panthera Tigris | M | |
| Tiger – Nobu | 54 | Sebastian – M / Boo Boo – F | Panthera Tigris | F | |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Tiger – Elizabeth Born at Zoo | Nursery | Maynor – M Daisy – F | 09/10/2019 Panthera Tigris | F | JL |
| Tiger – Isabella Born at Zoo | Nursery | Jeffrey – M Dot – F | 08/25/2019 Panthera Tigris | F | JL |
| Ti-Tiliger – Legacy Born at Zoo | 12 | Sebastian – M Priscilla – F | 09/30/2019 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | F | JL |
| Ti-Tiliger – Rita Born at Zoo | 12 | Sebastian – M Priscilla – F | 09/30/2019 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | F | JL |
| Ti-Tiliger – Wendy Born at Zoo | 12 | Sebastian – M Priscilla – F | 09/30/2019 Panthera Tigris x  Panthera Tigris Panthera Leo x Panthera Tigris | F | JL |
| Li-Liger – Ayeesha Born at Zoo | 74 | Simba – M Mani – F | 11/05/2019 Panthera Leo x Panthera Leo Panthera Leo x Panthera Tigris | F | JL |
| Tiger – Farrah Born at Zoo | Nursery | Clay – M Ima  – F | 09/23/2019 Panthera Tigris | F | JL |
| Tiger – Carrie / Griff Born at Zoo | 58 | Brutis – M Mia – F | 11/25/2019 Panthera Tigris | F | JL |

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Alpaca – Kuzco | Field | n/a | | | |
| Sheep – Pirate | Field | n/a | | | |
| Sheep – Jolly | Field | n/a | | | |
| Sheep - Captain | Field | n/a | | | |
| Coati – Taylor 1 | | | | | |
| Coati – Taylor 2 | | | | | |
| Donkey – Peanut | Field | n/a | | | |
| Donkey – Chubs / Myass | Field | n/a | | | |
| Donkey – Cheeseball | Field | n/a | | | |

*(handwritten note spanning Coati rows:)* Jeff's son's animals

**ANIMAL INVENTORY**

| Animal Name Registration Number | Location | Parents | Birth/ Acquisition Scientific Species | Gender | Owner |
|---|---|---|---|---|---|
| Pig – Hamilton | Pig Pen | n/a | | | |
| Pig – Mama Pig | Pig Pen | n/a | | | |
| Pig – 6 | Pig Pen | n/a | | | |
| Pig – 5 | Pig Pen | n/a | | | |
| Pig – 4 | Pig Pen | n/a | | | |
| Pig – 3 | Pig Pen | n/a | | | |
| Pig – 2 | Pig Pen | n/a | | | |
| Pig – 1 | Pig Pen | n/a | | | |
| Pig – Oliver | Field | n/a | | | |

# EXHIBIT P –
# July 2020 Inspection Report



DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

2016082569853430 Insp_id

## Inspection Report

Jeffrey  Lowe
25803 N C R 3250
Wynnewood, OK 73098

Customer ID: **332646**

Certificate: **73-C-0230**

Site:  001

JEFFREY LOWE

Type:  FOCUSED INSPECTION

Date:  08-JUL-2020

---

**2.40(a)(2)**                **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

The written Program of Veterinary Care (PVC) has not been followed. The PVC states there will be regularly scheduled visits by the Attending Veterinarian (AV) at the facility at the following frequency:  monthly or as needed. When the AV was called to check if they had been contacted by the licensee, he confirmed that the last two visits were in March 2019 for work on a tiger and then on February 17th, 2020 for writing health certificates for the transport of tigers.

Regularly scheduled visits in accordance with what is agreed upon in the written PVC with the AV are needed for the proper preventive care and nutritional needs of different species. During scheduled visits issues such as veterinary care, husbandry and facility issues can be identified and expert consultation will enhance the program of veterinary care and any deficiencies found can be corrected.

Each dealer and exhibitor shall assure that the AV has appropriate authority to ensure the provision of adequate veterinary care and to oversee the adequacy of other aspects of animal care and use.

**2.40(b)(2)**                **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Two geriatric wolves were in an exhibit by themselves and one was still reluctant to rise. In an earlier telephone conversation with the veterinarian, she stated that she had prescribed medication for the wolves and recommended the facility provide proper bedding for the animals. The facility representatives stated that the medication was now being administered daily. However, sufficient bedding was still absent and the floor of the enclosure is concrete. Scattered hay was present which the facility representative described as bedding. However, the amount of hay was insufficient for bedding as prescribed by the veterinarian. The licensee is not following the instructions of the veterinarian to provide appropriate and adequate bedding for the wolves.

Arthritis can be painful and may affect an animal's ability to move normally.  This has a negative impact on quality of

---

**Prepared By:**

_____

CUNNINGHAM DEBBIE, D V M      USDA, APHIS, Animal Care

**Date:**
09-JUL-2020

**Title:**      VETERINARY MEDICAL OFFICER   6072

**Received By:**

_____

JEFF LOWE, LICENSEE

**Date:**
09-JUL-2020

**Title:**      SENT VIA ELECTRONIC MAIL

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569853430** Insp_id

## Inspection Report

life and can lead to other health problems such as reluctance to move to obtain food and water, and the development of pressure sores or other injuries.  Confinement on concrete can exacerbate pain and discomfort. Proper husbandry and medical care must be provided as directed by the attending veterinarian.

The licensee must ensure that all animals receive adequate veterinary care at all times and that the instructions of the veterinarian are followed as prescribed to ensure proper medical care and treatment for the animals.

**2.40(b)(3)**             **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

A Fisher Cat in the back of the park that was identified as lame on its left rear leg and had hair loss on its tail during the previous inspection had still not been examined or treated by the Attending Veterinarian (AV) at the time of this inspection nor by correction date given on the prior inspection report.

Formulating appropriate care with a veterinarian familiar with Fisher Cats will help to ensure proper nutrition, hair coat, husbandry and treatments. Other contributing factors such as internal parasites must be ruled out for animals with body conditions such as poor hair coat or inability to gain weight. Sub-optimal conditions must be observed and communicated to the AV.

A mechanism of direct and frequent communication is required so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the AV. The facility must consult their AV for an adequate nutritional and parasite control program and it must be followed.

**2.75(b)(1)**             **REPEAT**

**RECORDS: DEALERS AND EXHIBITORS.**

Acquisition and disposition records were missing or unavailable at time of inspection so that 34 animals could not be accounted for by the facility representatives.  The following are examples of the big cats unaccounted for: Four Tigers by the names of "Rheque", "Amarouk", "Tess" and "Jughead" and one Liger by the name of "Lizzy" have been dropped from current inventory with no disposition papers to document where they have gone. Two Tigers by the names of "Filet" and "Mud Cat" were transferred on 2/17/20 as documented on Oklahoma Certificates of Veterinary Inspection #2246623 & #2246624 but there are no acquisition records on these two animals and neither of them are listed the on previous inventory dated 06/05/19.

Acquisition and disposition records are necessary to be able to accurately track animals being used in regulated activities to ensure their legal acquisition, proper care, and humane transportation.

**Prepared By:**
_____
CUNNINGHAM DEBBIE, D V M     USDA, APHIS, Animal Care

**Title:**     VETERINARY MEDICAL OFFICER   6072

**Date:**
09-JUL-2020

**Received By:**
_____
JEFF LOWE, LICENSEE

**Title:**     SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020



United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082569853430** Insp_id

## Inspection Report

---

Animals transferred to or acquired from other licensees must have disposition and acquisition records containing all information required by the Animal Welfare Act Regulations available for inspection. This requirement applies to all regulated animals purchased or otherwise acquired, owned, held, leased or otherwise in possession of or under control of the licensee, and all regulated animals transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The record shall include any offspring born of any animal while in his or her possession or under his or her control.

**2.131(c)(1)**

**HANDLING OF ANIMALS.**

A female juvenile lioness was observed by the public balanced on the top of the enclosure fencing the morning of June 23, 2020. The facility representative stated that the employees were cleaning the main enclosure and had placed the 3 juvenile lions in the lock out area. One of the female lions climbed on top of an igloo dog house in the corner of the lock out and because of the igloo she was able to jump on top of the fence kick-in. The kick-in was approximately 20 feet long and ran to the end of the enclosure.

The lioness could have walked the 20 feet to the edge of the enclosure, jumped over the four foot of remaining fence at the edge of the enclosure and escape. This could have resulted in harm to herself and/or the public.

The facility must understand the requirements during public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

Corrected at the time of the incident.

**3.125(a)**          **REPEAT**

**FACILITIES, GENERAL.**

In the rear of the park a tiger enclosure has a metal reinforcement approximately ten inches high located next to the metal fence. This solid metal reinforcement is no longer closely adhered to the fence and there is a 3-4 inch gap between it and the fence. This space is a potential hazard for limb entrapment and the collection of debris or organic matter.

A trapped limb can result in a fracture or soft tissue injury that can be painful and potentially lead to subsequent

---

**Prepared By:**

_____

CUNNINGHAM DEBBIE, D V M      USDA, APHIS, Animal Care

**Title:**   VETERINARY MEDICAL OFFICER   6072

**Date:**
09-JUL-2020

**Received By:**

_____

JEFF LOWE, LICENSEE

**Title:**   SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020

DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

2016082569853430 Insp_id

## Inspection Report

problems such as secondary infections.

Facilities shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.129(a)      DIRECT**

**FEEDING.**

During inspection the inspectors noticed an odor of decaying flesh. When questioned, the facility representative identified the refrigerator truck which is used for cold storage as the source of the odor. The temperature inside the refrigeration truck was similar to ambient temperature which was greater than 85 degree Fahrenheit. The park employee had just started spraying out the truck which contained open boxes of decaying liver and a pallet of boxes of liver in the middle of the truck. The representative stated the truck refrigeration was worked on two days prior and then again today.   The truck refrigeration components were not running during the inspection. The inspectors asked for the invoices for the repairs and were handed an invoice for a tractor repair. The inspector pointed out it was for a tractor and not the truck refrigeration. There is not another functioning large walk-in refrigeration/freezer unit present on the park property nor is there any other food source for the carnivores on the property.  Meat that is rotten is not palatable and does not contain adequate nutrition for the carnivores at the facility.

Food that is not maintained under proper refrigeration may grow an unacceptable level of bacterial contamination that can adversely affect the nutritive value, reduce palatability, and  become a source of food borne illness.

The food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet shall be prepared with consideration for the age, species, condition, size, and type of the animal. Animals shall be fed at least once a day except as dictated by hibernation, veterinary treatment normal fasts, or other professionally accepted practices.

Correct by July 10, 2020

This focused inspection followed up on previous citations along with records.

The inspection and exit briefing were conducted with facility representatives.

**Prepared By:**

_____

CUNNINGHAM DEBBIE, D V M      USDA, APHIS, Animal Care

**Title:**      VETERINARY MEDICAL OFFICER   6072

**Date:**
09-JUL-2020

**Received By:**

_____

JEFF LOWE, LICENSEE

**Title:**      SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020

DCUNNINGHAM

United States Department of Agriculture
Animal and Plant Health Inspection Service

Insp_id

**Inspection Report**

**Additional Inspectors**

Boone Bonnie, Veterinary Medical Officer

**Prepared By:**

_____

CUNNINGHAM DEBBIE, D V M      USDA, APHIS, Animal Care

**Title:**      VETERINARY MEDICAL OFFICER   6072

**Date:**
09-JUL-2020

**Received By:**

_____

JEFF LOWE, LICENSEE

**Title:**      SENT VIA ELECTRONIC MAIL

**Date:**
09-JUL-2020



United States Department of Agriculture    Customer:    332646
Animal and Plant Health Inspection Service    Inspection Date:   08-JUL-20

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 332646 | 73-C-0230 | 001 | JEFFREY LOWE | 08-JUL-20 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000001 | *Atherurus africanus* | AFRICAN BRUSH-TAILED PORCUPINE |
| 000002 | *Canis lupus x c. l. familiaris* | WOLF/DOG HYBRID |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Martes pennanti* | FISHER |
| 000004 | *Panthera leo* | LION |
| 000002 | *Panthera leo x p. tigris* | LION X TIGER HYBRID / LIGER / TIGON |
| 000005 | *Panthera tigris* | TIGER |
| 000001 | *Potos flavus* | KINKAJOU |
| 000001 | *Ursus americanus* | NORTH AMERICAN BLACK BEAR |
| 000001 | *Ursus arctos horribilis* | GRIZZLY BEAR |
| 000001 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| **000020** | **Total** | |



CFR : 2.40(b)(2)

**Photographer: BONNIE BOONE, D.V.M.**
**Date and Time: 08-JUL-20   10:16 am**          **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**            **Legal Name:**
**Description:**                                   **JEFFREY  LOWE**
 Photograph of two geriatric wolves, one not rising and insufficient bedding.



CFR : 2.40(a)(2)

---

**Photographer: BONNIE BOONE, D.V.M.**
**Date and Time: 08-JUL-20**
**Inspection No: 2016082569853430**
**Description:**
 First page of Program of Veterinary Care showing visit frequency agreed upon.

**Certificate: 73-C-0230**
**Legal Name:**
 **JEFFREY LOWE**



CFR : 2.131(c)(1)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                             **Legal Name:**
**Description:**                                                **JEFFREY LOWE**
 The lock out area where the igloo dog house enabled a lioness to jump onto the kick-in and the four foot fence on the
 left of the photo is the edge of the enclosure



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**                                    Certificate: 73-C-0230

**Inspection No: 2016082569853430**                             Legal Name:

**Description:**

    JEFFREY LOWE

Non functional cold storage refrigeration truck with rancid meat being hosed out during inspection. Rancid meat draped on the bumper of the truck.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                      **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                              **Legal Name:**
**Description:**                                                   **JEFFREY  LOWE**
 Open boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                          **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                          **Legal Name:**
**Description:**                                                              **JEFFREY  LOWE**
 Close up of rancid meat on the bumper of the non functional cold storage refrigeration truck.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                             **Legal Name:**
**Description:**
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.                    **JEFFREY  LOWE**



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                             **Legal Name:**
**Description:**
                                                                **JEFFREY  LOWE**
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**
**Inspection No: 2016082569853430**
**Description:**
 Tiger enclosure with a vertical metal ledge cited previously and not corrected.

**Certificate: 73-C-0230**
**Legal Name:**
 **JEFFREY  LOWE**



CFR : 3.125(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                    **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                             **Legal Name:**
**Description:**                                                          **JEFFREY  LOWE**
 Close up of the tiger enclosure with a vertical metal ledge cited previously and not corrected.



CFR : 3.129(a)

**Photographer: DR. CUNNINGHAM**
**Date and Time: 08-JUL-20**                                           **Certificate: 73-C-0230**
**Inspection No: 2016082569853430**                                    **Legal Name:**
**Description:**                                                       **JEFFREY  LOWE**
 Open, wet boxes of rancid meat in the non functional cold storage refrigeration truck.



CFR : 2.40(b)(3)

**Photographer: DR. CUNNINGHAM**

**Date and Time: 08-JUL-20**                                **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                         **Legal Name:**

**Description:**                                             **JEFFREY  LOWE**

Fisher Cat cited on previous inspection for lack of daily observation (limping), still not examined by Attending Veterinarian.



CFR : 2.40(b)(2)

---

**Photographer: BONNIE BOONE, D.V.M.**

**Date and Time: 08-JUL-20   10:16 am**

**Inspection No: 2016082569853430**

**Description:**
 Video of two geriatric wolves, one not rising and insufficient bedding.

**Certificate: 73-C-0230**

**Legal Name:**

**JEFFREY  LOWE**



CFR : 2.40(b)(3)

---

**Photographer: BONNIE BOONE, D.V.M.**

**Date and Time: 08-JUL-20   10:22 am**                    **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                    **Legal Name:**

**Description:**                                      **JEFFREY  LOWE**
 Fisher Cat cited on previous inspection for lack of daily observation (limping), still not examined by Attending
 Veterinarian.



CFR : 3.129(a)

---

**Photographer: BONNIE BOONE, D.V.M.**

**Date and Time: 08-JUL-20   10:28 am**                    **Certificate: 73-C-0230**

**Inspection No: 2016082569853430**                         **Legal Name:**

**Description:**                                                              **JEFFREY  LOWE**
Video of the interruption of the rinsing of truck bed with boxes of thawing meat getting wet and licensee claiming that
"the truck works great."