# EXHIBIT 2 – September 18, 2021 Email from Lauren Lowe

| | |
|---|---|
| **From:** | Lauren Lowe |
| **To:** | Hollingsworth, Mary (ENRD); returnprice@hotmail.com |
| **Subject:** | [EXTERNAL] Answer to questions. |
| **Date:** | Saturday, September 18, 2021 4:19:00 PM |

1. A. Daniel & Moana - daisy & maynord (parents)
    Daniel was put down due to metabolic bone disease. Moana was sent to Tennessee for medical care in December.
B. Shadow & Chanel - Gladys & Maynord (parents)
We told do USDA and DOJ they took the wrong mother. They did not want to listen. We were not part of that agreement between Dan card and the DOJ.
C. Moana and three tiger cubs sent to Tiger Haven.
D. Caesar & Mirage - Phoenix and stalker (parents)

2. Disposition sent in separate email

3. Record also sent in separate email

4. Three wolves were not on Jeff Lowe's inventory. They had no names and were off exhibit. They were rehomed to Pat Craig. In separate email it shows where those three wolves came in to Joe back in 2018.

5. Records were also sent in separate email. However, your (G.) disposition form for hooded skunk passed away in early 2020. There are no records regarding its death since we do not have to keep records over a year old. This refers back to the USDA blue book. your (I.) regarding six cats transferred to Tiger Haven three missing? Not sure what you are referring to or talking about.

6. Rheque and Amaralk (or however you spell the name) had a name change to Mud Cat and Medusa.

Tess passed away peacefully at the age of 24 on August 2019. Again we do not have to keep any records over a year old referring back to the USDA blue book.

Jughead passed away two days after surgery on March 3, 2020. Again we do not have to keep any records over a year old referring back to the USDA blue book.

Lizzy had to be put to sleep due to not being able to walk anymore. She passed away on September 18, 2019. Again we do not have to keep any records over a year old referring back to the USDA blue book.

In a separate email show that records of health certificate from our old facility going to Tiger Haven on February 27, 2020 regarding the names Filet and Mud Cat. Not sure as to why Filets name was not on the disposition form even though he did go to another facility.

7. Mia has always been on the inventory. She never left. She lived with her cub and was the mate to Brutus

8. Any and all other veterinarian records have been sent in a separate email.


Lauren Lowe