# EXHIBIT 3 – Disposition Form dated December 13, 2020

RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: _____
Address: 21469 JimbO Rd
Thackerville, OK 73459
USDA/State #: _____

To: Tiger Haven
Address: 237 Harvey Rd
Kingston, TN 37763
USDA/State #: 3092699

Donated [X]   Exhibitor Loan [ ]   Temporary Rehome [ ]   Sale [ ]   Breeder Loan [ ]

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| tiger | Moana | F | | medical care |
| tiger | 3 tiger | M/K | | |

DRIVER INFO
Name: Tiger Haven    Date: 12/13/20
Vehicle: rental    Tag: _____