# EXHIBIT 4 –
# March and April 2021 Animal Birth Form

ANIMAL BIRTH FORM

Owner: Jeff Lowe
Address: 21409 Jimbo Rd
Thackerville, OK 73459
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | NOTES |
|---|---|---|---|---|
| lemur | | unknown | 3/20/2021 | Sumiboy lala |
| lemur | | unknown | 3/27/2021 | CJ lala |
| lemur | | unknown | 4/2/2021 | Suzy TJ |
| raccoon | | u/k | 4/15/21 | |
| raccoon | | u/k | 4/15/21 | |