# EXHIBIT 5 – Assorted Acquisition & Disposition Forms

4

DONATED

Date: 6-2-18

BUY/SELLER: O+D FARMS
6000 N CREASY SPRINGS
Columbia MO 65202

BUYER/RECIEVER: JOE MALDONADO
25803 N. CR 3250
WYNNEWOOD OK 73098

USDA# CUST # 8938

USDA# 73-C-0139

### IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 1 | MT | MT LION | F | | HAIR loss on Hindquarter |
| 1 | | LIGER | F | | FAT |
| 3 | | TIGERS | M | | |
| 1 | | COATIMUNDI | F | | DECLAWED on front |
| 3 | | WOLVES | | | Rough |
| 2 | | ARTIC FOX | | | |

\* 3 mean wolves, not on exhibit.

Delivery Receipt-To Be Completed By Buyer Or Receiver

By (Signature) JOHN FINLAY    Title _____    Date 6-2-18

Transporter _____    Vehicle DODGE 3500 Tag    Buyer/Seller _____

DATE: 9/20/18

ORGIN: Jile Maldonado  
25803 NCR 3250  
Wynnewood OK 73098  
USDA # 73-C-0139

DESTIATION: Jeff Lowe  
25803 NCR 3250  
Wynnewood, OK 73098  
USDA# 73-C-0230

BUY ☐   SELL ☐   DONATE ☒

### IDENTIFICATION OF ANIMALS BEING DELIVERED

| NO. of ANIMALS | INDIVIDUAL IDENTIFIERS | SPECIES | SEX | AGE | REMARKS |
|---|---|---|---|---|---|
| 5 |  | wolf | F |  |  |
| 7 |  | wolf | M |  |  |
| 1 | suni bay | lemur | M | 7mnwn |  |
| 1 | lucy | macaque | F | 9yrs |  |
| 1 | boboy max | bobcat | M | 3 yr |  |
| 1 | michaela sasna | tiger | F | 3 yr |  |
| 1 | Rocky | tiger | M |  |  |

(margin note: 12 wolves)

Delivery Receipt To Be Completed By Buyer or Receiver

Receiver (signature)_____ Title_____ Date_____

Transporter_____ Vehicle_____ Tag_____

DATE: 2/27/2020
ORIGIN: Jeff Low[redacted]
25803 NCR 3250
Wynnewood, OK 73098
USDA/STATE # 73-C-0230

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763
USDA/STATE # 3092699

BUY ☐   SOLD ☐   DONATE ☒   BREEDER LOAN ☐   EXHIBIT LOAN ☐

### DISPOSTION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Kayko | Tiger | F | 15 |
| 1 | Kendalyn | | F | 15 |
| 1 | Sophie | | ~~M~~ F | 14 |
| 1 | Justus | | M | 14 |
| 1 | Mudcat | | M | 10 |
| 1 | Mia | | F | 10 |
| 1 | Surge | ↓ | M | 12 |
| 1 | Sleepy | bobcat | M | 6 |
| 1 | Dopey | bobcat | F | 6 |

DRIVER (PRINT/SIGNATURE) _____/_____   DATE: __/__/__
POSITION _____ VECHILE _____ TAG _____

DATE: 2/27/2020

ORIGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098
USDA/STATE # 73-C-0230

DESTINATION: Tiger Haven
237 Harvey Rd
Kingston, TN 37763
USDA/STATE # 3092699

BUY ☐   SOLD ☐   DONATE ☒   BREEDER LOAN ☐   EXHIBIT LOAN ☐

DISPOSTION OF ANIMALS

| No. of Animals | Identification | Species | Sex | Age |
|---|---|---|---|---|
| 1 | Vsili → Fecili | tiger | M | 15 |
| 1 | Rubio | | M | 15 |
| 1 | Sampson | | M | 20 |
| 1 | Biggie Smalls | | M | 10 |
| 1 | Penn | | M | 6 |
| 1 | Teller | | M | 6 |
| 1 | George | | M | 19 |
| 1 | Maximus | | M | 19 |
| 1 | Kayko | | M | 10 |

DRIVER (PRINT/SIGNATURE) _____/_____   DATE: __/__/__

POSITION _____ VECHILE _____ TAG _____

## 17 OKLAHOMA DEPARTMENT OF AGRICULTURE, FOOD & FORESTRY
### CERTIFICATE OF VETERINARY INSPECTION
2800 N. Lincoln Blvd., Oklahoma City, OK 73105 • (405) 522-6141 • Fax (405) 522-0756

**Permit Number:** 2246623

**Name of Consignor/Owner:** Jeff Lowe 405-207-4362
GW Exotic Animal Park
**Physical Address:** 25803 NCR 3250 Wynnewood OK 73098

**Name of Consignee:** Mary Haven
Tiger Haven 865 456 0665
**Physical Address:** 237 Harvey Rd Kingston TN 37763

**NUMBER IN SHIPMENT:** 10

Area Status: TB Free, BR Free
Other: Tiger

Purpose of Movement: INTERSTATE — Exhibition

| # | OFFICIAL/USDA EARTAG NUMBER OR OTHER OFFICIAL ID | BREED | SEX | AGE |
|---|---|---|---|---|
| 1 | "Sili" White Bengal Tiger | | M | 18 |
| 2 | "Rubio" Gold Tabby | | M | 15 |
| 3 | "Sampson" Bengal | | M | 24 |
| 4 | "Bessie Smalls" Bengal | | M | 10 |
| 5 | "Teller" Bengal | | M | 6 |
| 6 | "Penn" Bengal | | M | 6 |
| 7 | "George" Siberian | | M-N | 19 |
| 8 | "Maximus" Siberian | | M-N | 19 |
| 9 | "Filet" IndoChinese | | M | 16 |
| 10 | "Kayko" IndoChinese Tiger | | F | 15 |

Animals are not showing signs of infectious, contagious disease. State of destination has been notified of shipment.

**VETERINARY CERTIFICATION:** I certify, as an accredited veterinarian, the above described animals have been inspected by me on (date) 2-17-20 and they were not showing signs of infectious, contagious, and/or communicable disease (except where noted)...

**Certifying Veterinarian:** Tom Gilmore
**USDA Accreditation #:** 0341016
**ISSUE DATE:** 02 17 20

2246623

# OKLAHOMA DEPARTMENT OF AGRICULTURE, FOOD & FORESTRY
## CERTIFICATE OF VETERINARY INSPECTION
2800 N. Lincoln Blvd., Oklahoma City, OK 73105 • (405) 522-6141 • Fax (405) 522-0756

Form 17 — No. 2246624

**Name of Consignor/Owner:** Jeff Lowe 405 207 4367
**Physical Address:** GW Exotic Animal Park
**Origin Address:** 25803 NCR 3250, Wynnewood, OK 73098

**Name of Consignee:** Mary Haven / Tiger Haven 865 456 0665
**Destination Address:** 237 Harvey Rd, Kingston, TN 37763

**NUMBER IN SHIPMENT =** 6
**Area Status:** TB Free, BR Free
**Other** (species): checked
**Purpose of Movement:** Interstate, Exhibition

| # | Name / Official ID | Breed | Sex | Age |
|---|---|---|---|---|
| 1 | "Kendalyn" | Indo Chi. Tiger | F | 15 |
| 2 | "Sophie" | Indu Chinese | F | 14 |
| 3 | "Justus" | Indu Chinese | M | 14 |
| 4 | "Mud Cat" | White Bengal | M | 10 |
| 5 | "Mia" | Bengal | F | 10 |
| 6 | "Sarge" | Bengal Tiger | M | 12 |

Notes: Animals are not showing signs of infectious, contagious disease. State of destination has been notified of shipment. JTJ

**VETERINARY CERTIFICATION** — date: 2-17-20

**Certifying Veterinarian:** Tom Gilmore
**USDA Accreditation #:** 034106
**Issue Date:** 02/17/20

Permit / Certificate Number: 2246624

This certificate is valid for 30 days

RECORD of ACQUISITION, DISPOSTION or TRANSPORT FORM

From: _____
Address: 21409 Jimbo Rd
Thackerville, OK 73459
USDA/State #: _____

To: Local Farmers
Address: _____
_____
USDA/State #: _____

Domestic Farm animals.

Donated [X]  Exhibitor Loan [ ]  Temporary Rehome [ ]  Sale [ ]  Breeder Loan [ ]

| SPECIES | NAME | SEX | AGE / DOB | NOTES |
|---|---|---|---|---|
| alpacca | | M | | |
| 3 sheep | | M | | |
| goat | | M | | |

S. C.

DRIVER INFO
Name: _____  Date: ___/___/___
Vehicle: _____  Tag: _____

ANIMAL DECEASED FORM

Owner: Jeff Lowe
Address: 21409 Jimbo Rd
Thackerville, OK 73459
USDA/APHIS #: _____

| SPECIES | NAME | SEX | D.O.B. | D.O.D. | NOTES |
|---|---|---|---|---|---|
| pig | No name | unknown | unknown | 1/0/2021 | Feeder for cats |
| liliger | Django | M | 9/10/18 | 3/15/2021 | died under anesthesia |
| Fox | Georgie | F | unknown | 3/29/2021 | old age 8+ yr |
| Fox | Sweeny | M | u/k | 0/11/21 | cancer |
| raccoon | no name | F | u/k | 0/30/2021 | u/k |
| Bushbaby | cheech | unknown | u/k | 7/2021 | old |
| raccoons |  | M & F | X | Disappeared 7/2021 | locks were cut sherrif informed. |
|  |  |  |  |  |  |

# Disposition Form 

Clayton Hughes
Marrieta, OK

October 1, 2020

2 skunks



cannot provide address, etc.

S.H

DATE: 2/9/19

ORGIN: Jeff Lowe
25803 NCR 3250
Wynnewood, OK 73098
USDA/STATE # 73-C-0230

5 F

Tim Stark
21619 Jimbo Rd
Thackerville, OK 73459
USDA/STATE # 32-C-0204

BUY ☐  SELL ☐  DONATED ☒  BREEDER LOAN ☒ returned off breeder loan

### IDENIFICATION OF DISPASTION OF ANIMALS

| No. of ANIMALS | IDENTIFICATION | SPECIES | SEX | AGE | REMARKS |
|---|---|---|---|---|---|
| 1 | | squirrel monkey | F | 6 month | |
| 1 | | spider monkey | F | 2 yr. | |
| 1 | | snow macaque | m | 8 month | |
| 1 | | ochreata celebes | F | 2 yr. | |
| 1 | | DeBrazza monkey | m | 9 month | |

**DELIVERY INFO**

DRIVER (Print/Signature) Tim Stark / _____ DATE 2/9/19

POSITION owner   VECHILE truck   TAG temporary