# EXHIBIT 6 – Disposition Form dated August 27, 2020 (Address redacted)

# Disposition Form

To: Christina Jane
Durant, OK
     74741

Aug. 27, 2020

Sloth - 15 yr

