# EXHIBIT 8 – September 18, 2021 Email from Jeffrey Lowe

| | |
|---|---|
| **From:** | Jeff Lowe <returnprice@hotmail.com> |
| **Sent:** | Saturday, September 18, 2021 1:00 PM |
| **To:** | Hollingsworth, Mary (ENRD) |
| **Subject:** | [EXTERNAL] Records requested |

Mary,

Lauren has been working hour upon hour to provide you with everything you've requested.

The list you emailed was much more extensive than you requested in court, so its taking a little longer. And some people that she needed to consult with, were unavailable yesterday.

Also, please acknowledge that under USDA Rule 2.8 Records and Disposition: Page 87 of the USDA animal care handbook

Records are required to be kept and maintained for just 1 year after the disposition of an animal.

  Many of the things you are requesting fall outside that one year rule, even taking into consideration 12 months prior to the Dec 2020 ruling of the Judge.

Lauren should have everything scanned and emailed to you shortly.

If you need further assistance making heads or tails of her records, she is more than willing to discuss them with you by phone.

Thank You,

Jeff Lowe



Sent from my iPhone