IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| JEFFREY LOWE, | )   CASE NO.   6:20-cv-00423-JFH<br>) |
| LAUREN LOWE, | )<br>) |
| GREATER WYNNEWOOD EXOTIC ANIMAL<br>PARK, LLC, and | )<br>)<br>) |
| TIGER KING, LLC,<br>Defendants. | )<br>) |

## ENTRY OF APPEARANCE

COMES NOW, Jason D. May, and hereby enters his appearance in the above-styled and numbered cause of action as counsel for the Defendants, Jeffrey Lowe and Lauren Lowe.

Respectfully Submitted,

JASON D. MAY, OBA# 22644
9 W. Main St.
Ardmore, OK 73401
(580)223-9184
jasonmaylaw@yahoo.com
*Attorney for Defendants*
*Jeffrey and Lauren Lowe*