# EXHIBIT 1 –
# *Stark v. Lowe*, October 4, 2021 Order

IN THE DISTRICT COURT OF GARVIN COUNTY, STATE OF OKLAHOMA

| | | |
|---|---|---|
| Timothy L. Stark, Petitioner, | ) ) ) | |
| vs. | ) ) | CJ-2019-184 |
| Jeff Lowe, Defendant, | ) ) ) | |

STATE OF OKLAHOMA
GARVIN COUNTY } SS.
F I L E D
OCT - 4 2021
AT 11:30 O'CLOCK ___ M.
LAURA LEE, Court Clerk
BY _____ DEPUTY

## JOURNAL ENTRY ON MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, for Hearing the Plaintiff's Motion For Partial Summary Judgment. Parties appear through their respective attorneys, Micah G. Ayache for the Plaintiff, Timothy L. Stark, and Robert T. Rennie appears for the Defendant, Jeff Lowe. Court calls for arguments from the parties, whereupon, Plaintiff stands on Motion and attached brief, and exhibits, and the same are admitted by the Court;

Respondent stands mute, having filed no Answer or response of any sort to Plaintiff's Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiff's Motion is SUSTAINED, and the relief requested therein is GRANTED, and the Defendant's Counter-Claim and all other requests for relief herein are DISMISSED

IT IS FURTHER ORDERED AND ADJUDGED by the Court that the Defendant, Jeff Lowe shall return to the Plaintiff, instanter, the following items of personal property, to-wit:

1 sloth, 5 Sulcata turtles, 6 Caracal Cats, 3 Marmoset monkeys, 1 Tamarin monkey, 1 Grizzly Bear, 1 Cougar, 1 Bobcat, 5 Emu birds, 1 Fossa, 1 Civet, 1 Hyacynth Macaw, 1 DeBrazza Guenon, 3 Prevost Squirrels, 1 Plantain Squirrel, 1 Kinkajou, 1 Red ruffed Lemur, 1 Capybara, 1 Reticulated Python, 2 Ringtail Lemurs, 2 Bushy tailed Opossums, 1 Richardson ground squirrel, 1 Chocolate Skunk, 3 Straw colored bats, 1 Bush Baby, 1 Bat Eared Fox

OR IN THE ALTERNATIVE, if any item of personal property above listed cannot be returned to the Plaintiff, then the Defendant shall compensate Plaintiff for the value of the item of personal property not returned.

IT IS FURTHER ORDERED ADJUDGED AND DECREED by the Court that if the parties cannot agree on a value of the any item unable to be returned, then an evidentiary hearing shall be set upon Motion of either party.

IT IS FURTHER ORDERED ADJUDGED AND DECREED by the Court that the Defendant, having been arraigned on an Application for Citation for Contempt on the 15th of December, 2020, shall advise this Court as to his election for Jury Trial or waiver thereof, and obtain a hearing date for trial.

ALL FOR WHICH LET JUDGMENT ISSUE.
IT IS SO ORDERED, this 4 day of October, 2021.

Hon. Leah J. Edwards
**JUDGE OF THE DISTRICT COURT**

Approved as to form:

_____
Micah G. Ayache, OBA# 22391
Attorney for Plaintiff

_____
Robert T. Rennie, Jr. OBA# 7507
Attorney for Defendant.

## CERTIFICATE OF MAILING

I hereby certify that within three days the hereinabove Order and Notice, a true and correct copy of the Motion and this Order was delivered to Robert T. Rennie, Jr., attorney for the Defendant to his office located at 118 N. Chickasaw, Pauls Valley, OK 73075.

_____
Micah G. Ayache