IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| JEFFREY LOWE, | )　　CASE NO.　　6:20-cv-00423-JFH<br>) |
| LAUREN LOWE, | )<br>)<br>) |
| GREATER WYNNEWOOD EXOTIC ANIMAL<br>PARK, LLC, and | )<br>)<br>) |
| TIGER KING, LLC,<br>　　　　Defendants. | )<br>)<br>) |

### DEFENDANTS JEFFREY LOWE AND LAUREN LOWE'S RESPONSE TO UNITED STATES' NOTICE OF DEFENDANTS' CONTINUED NONCOMPLIANCE

COMES NOW, the Defendants Jeffrey Lowe and Lauren Lowe and hereby respond to the Notice of Defendants' Continued Noncompliance filed by the United States on the 30th day of September, 2021, as follows to six (6) items that the United States claims to be incomplete or inaccurate:

1. Acquisition records for the three cubs sent to Tiger Haven on December 13, 2020.

   Response:    These cubs were born at the facility and therefore were not acquired. Any records of the births are more than one year old and are therefore not required to be kept or maintained pursuant to Section 2.80 of the Animal Welfare Act and Animal Welfare Regulations.

2. Accurate and complete disposition records for the sheep, alpaca, and goat.

   Response:    All records related to the disposition of these animals have been provided. They were given away free of charge to local farmers that responded to a Craigslist ad. The emails related to this transaction are encrypted through Craigslist's software and Defendants are unable to retrieve any information regarding these transactions.

3. Accurate and complete disposition record for the sloth (or an attestation that the name on the disposition form is the recipient's full legal name).

   Response:   Christine Jane Harkey is the full legal name of the recipient.

4. Accurate and complete disposition record for the two skunks.

   Response:   The skunks were given away free of charge to a local farmer that responded to a Craigslist ad. The emails related to this transaction are encrypted through Craigslist's software and Defendants are unable to retrieve any information regarding these transactions.

5. Disposition record for "Filet."

   Response:   Filet was transferred to Tiger Haven. The name was inadvertently omitted from the disposition form, but his name was included on the health certificate, which has been provided to the government.

6. Accurate and complete disposition and/or acquisition records for "Mia."

   Response:   Mia has been on inventory since we accepted all cats from Joseph Maldonado-Passage. The government has been provided with accurate and complete disposition and acquisition records.

Respectfully Submitted,

JASON D. MAY, OBA# 22644
9 W. Main St.
Ardmore, OK 73401
(580)223-9184
jasonmaylaw@yahoo.com
*Attorney for Defendants*
*Jeffrey and Lauren Lowe*