# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,** <br><br> **Defendants.** | Case No. 20-cv-0423-JFH |

## OPINION AND ORDER

This matter is before the Court on the notice of Defendants' continued noncompliance, filed by the United States. Dkt. No. 137. At issue in the notice are outstanding acquisition and disposition records for animals in Defendants' custody

On January 15, 2021, this Court granted the United States injunctive relief which, among other things, required Defendants to provide the United States with: (1) acquisition and disposition records for all animals added to or missing from their inventories since June 22, 2020; (2) acquisition and disposition records within seven days of any change to the December 16, 2020 inventory, including the birth or death of any animal; and (3) complete and accurate veterinary records within seven days of any animal being treated by a veterinarian. *See* Dkt. No. 65 at 33-34. After Defendants' failure to comply with these and other provisions of the Court's January 15, 2021 order, the Court issued a subsequent order enforcing these requirements on March 22,

2021. Dkt. No. 78. However, Defendants continued to violate terms of the Court's orders as detailed in three previous notices of noncompliance filed by the United States. *See* Dkt. No. 83; Dkt. No. 93; Dkt. No. 106. On May 12, 2021, the Court held a show cause hearing and found Defendants in civil contempt for failing to comply with the Court's orders and imposed sanctions. Dkt. No. 97.

The Court held a second show cause hearing on September 16, 2021. Dkt. No. 134. At the hearing, the United States advised the Court that Defendants remained out of compliance with the Court's prior orders. The Court directed the United States to provide Defendants with a list of outstanding documents and ordered Defendants to produce the outstanding records to the United States within one business day of receiving the United States' notification. Dkt. No. 133. On September 16, 2021, the United States emailed a list of the outstanding records to Jeff and Lauren Lowe (the "Lowes"). Dkt. No. 137-1.

According to the United States, on September 16, 17, and 18, 2021, the Lowes produced many, but not all, of the outstanding records to the United States. In its September 30, 2021 notice of noncompliance, the United States identified six categories of records still outstanding. Dkt. No. 137. On October 14, 2021, the Lowes responded, addressing each of the six categories of records identified as outstanding by the United States. Dkt. No. 144. It is not apparent from its face whether the Lowes' response is sufficient to satisfy the United States' request for outstanding records.

IT IS THEREFORE ORDERED that the parties shall confer and, no later than November 1, 2021, file a joint status report advising the Court as to: (1) the status of Defendants' compliance with the Court's January 15, 2021 and May 14, 2021 orders, and (2) if Defendants are in compliance, the date that compliance was completed.

Dated this 18th day of October 2021.

                                          _____
                                          JOHN F. HEIL, III
                                          UNITED STATES DISTRICT JUDGE