# EXHIBIT 2 –
# Harkey's October 19, 2021 Email and Attached Letter

| | |
|---|---|
| **From:** | Christina Harkey <charkeyyy97@gmail.com> |
| **Sent:** | Tuesday, October 19, 2021 3:53 AM |
| **To:** | Strippoli, Briena (ENRD) |
| **Subject:** | [EXTERNAL] Jeff and Lauren Lowe case |
| **Attachments:** | FILE_4950.pdf |

State of Texas, County of Collin October 19th, 2021

My current legal name is Christina Jane Harkey, and I currently live in Texas.

In a recent court filing in the United States District Court for the Eastern District of Oklahoma, **case no. 6:20-cv-00423-JFH** a response was made by the Defendants Jeffrey and Lauren Lowe to the Notice of Defendants' Continued Noncompliance originally filed by the Plaintiff, the United States.

In their answer referencing the six (6) items that the United States claimed to be incomplete or inaccurate, the Lowes' had indicated in section three (3) on the Disposition record of a sloth that it was given to myself, Christina Jane Harkey. This response made by the Defendants Jeffrey and Lauren Lowe is untrue and entirely inaccurate.

It had come to my attention that my name had been used as a recipient of the animal referred to as a sloth in the 10/14/21 filing by Attorney Jason D. May, the legal counsel for Jeffrey and Lauren Lowe by seeing it online.

I have never agreed to, nor accepted the receipt of a sloth in any manner whatsoever. I did not receive one, nor did I ever own one. The statement made by the Lowes' was done without my permission, cooperation or knowledge and I expect this matter will be addressed and investigated by the Department of Justice and the courts. I am not an escape route for them, nor will I tolerate my good name to be used by them in an untruthful statement.

I hereby state that the information I have provided above is true. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted.

Signed_____Christina Harkey_____

Date: October 19th, 2021

Attention:

**TODD KIM**
Assistant Attorney General
Environment & Natural Resource

**DEVON LEA FLANAGAN**
Trial Attorney
**MARY HOLLINGSWORTH**
Senior Trial Attorney
**BRIENA STRIPPOLI**
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
[Mary.Hollingsworth@usdoj.gov](mailto:Mary.Hollingsworth@usdoj.gov)
[Briena.Strippoli@usdoj.gov](mailto:Briena.Strippoli@usdoj.gov)
[Devon.Flanagan@usdoj.gov](mailto:Devon.Flanagan@usdoj.gov)

**CHRISTOPHER J. WILSON**
Acting United States Attorney
**SUSAN BRANDON**, Civil Chief
United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue
Muskogee, OK 74401