# EXHIBIT 3 – Tiger Haven Master List

Master List

| # | Lowe's Name | Tiger Haven Name | Species | Gender | UT Number | Tiger Haven Date (Import) | Necropsy/Medical |
|---|---|---|---|---|---|---|---|
| 1 | Aoki | Akoni | Tiger | M | 30-97-79 | 9/29/2020 | |
| 2 | Aries | Amina | Lion | F | none | 9/29/2020 | |
| 3 | Atlas | Atlas | Lion | M | none | 9/29/2020 | |
| 4 | Ayeesha | Ayeesha | Li-Liger | F | 30-86-47 | 9/29/2020 | Euth. 1 Oct 2020 |
| 5 | Biggie Smalls | Biggie | Tiger | M | 30-33-93 | 2/29/2020 | lab only |
| 6 | Chibs | Chi | Tiger | MC | 30-92-64 | 9/29/2020 | castrated at TH |
| 7 | Clyde | Clyde | Tiger | M | none | 9/29/2020 | |
| 8 | Corina | Kerala | Tiger | F | 30-74-74 | 8/18/2020 | lab only |
| 9 | Dot | Dottie | Tiger | F | none | 9/29/2020 | |
| 10 | Elizabeth | Tavi | Tiger | F | none | 9/29/2020 | |
| 11 | Emma jean | Emma Jean | Tiger | F | none | 9/29/2020 | |
| 12 | Farrah | Tikki | Tiger | F | none | 9/29/2020 | |
| 13 | Filet | Feli | Tiger | M | none | 2/29/2020 | |
| 14 | Forrest | Forest | Li-Liger | M | 29-09-62 | 10/29/2018 | Euth. 29 May 2020 |
| 15 | George | George | Tiger | M | none | 2/29/2020 | |
| 16 | Happy | Tigger | Tiger | M | 29-18-12 | 9/22/2018 | |
| 17 | Happy 2 | Chaka | Tiger | F | none | 9/29/2020 | |
| 18 | Harley | Eeyore | Tiger | M | none | 10/29/2018 | |
| 19 | Inkadaya | Inkadaya | Lion | M | none | 9/29/2020 | |
| 20 | Isabella | Rikki | Tiger | F | none | 9/29/2020 | |
| 20 | Jeffery | Jedi | Tiger | M | none | 9/29/2020 | |
| 22 | Justice | Justice | Tiger | M | 30-33-98 | 2/29/2020 | lab only |
| 23 | Kayko | Kayko | Tiger | F | 30-90-53 | 2/29/2020 | Dx pyometra |
| 24 | Kendalyn | Kendall | Tiger | F | 30-39-40 | 2/29/2020 | Euth. 22 June 2020 |
| 25 | Maximus | Max | Tiger | M | none | 2/29/2020 | |
| 26 | Medusa | Manas | Tiger | F | 30-74-76 | 8/18/2020 | Dx dermatitis |
| 27 | Memphis | Gir | Li-Liger | M | 29-09-69 | 10/29/2018 | Euth. 25 Aug 2019 |
| 28 | Merry | Merry | Tiger | F | none | 9/29/2020 | |
| 29 | Mia | Mia | Tiger | F | 30-34-04 | 2/29/2020 | lab only |
| 30 | Mudcat | Mukut | Tiger | M | none | 2/29/2020 | |
| 31 | Nanny | Panna | Tiger | F | 30-74-78 | 8/18/2020 | lab only |
| 32 | Nero | Neeru | Tiger | MC | 30-97-81 | 9/29/2020 | castrated at TH |
| 33 | Otta | Otta | Lion | F | none | 9/29/2020 | |
| 34 | Peanut | Peanut | Tiger | F | none | 9/29/2020 | |
| 35 | Penn | Penn | Tiger | M | 30-33-91 | 2/29/2020 | lab only |
| 36 | Presley | Preslee | Tiger | MC | 30-97-80 | 9/29/2020 | castrated at TH |
| 37 | Rubio | Rubio | Tiger | M | 30-33-95 | 2/29/2020 | lab only |
| 38 | Safari | Safari | Tiger | F | none | 9/29/2020 | |
| 39 | Sampson | Samson | Tiger | M | 30-34-00 | 2/29/2020 | lab only |
| 40 | Sarge | Sarge | Tiger | M | 30-33-99 | 2/29/2020 | |

| # | Name | | Species | Sex | ID | Date | Notes |
|---|---|---|---|---|---|---|---|
| 41 | Snow White | Sweta | Tiger | F | 30-74-75 | 8/18/2020 | lab only |
| 42 | Sophie | Sophie | Tiger | F | 30-33-97 | 2/29/2020 | Euth. 20 Mar 2020 |
| 43 | Tacova | Tadoba | Tiger | M | 30-74-77 | 8/18/2020 | lab only |
| 44 | Teller | Teller | Tiger | M | 30-33-92 | 2/29/2020 | lab only |
| 45 | no name kitten | Tiki | Tiger | M | none | 9/29/2020 | |
| 46 | Tulsa | Tulsa | Tiger | F | 30-74-79 | 8/18/2020 | lab only |
| 47 | Vsili | Tacova 1 | Tiger | M | 30-33-96 | 2/29/2020 | lab only |
| 49 | Sleepy | Modoc | Bobcat | M | none | 2/29/2020 | |
| 49 | Dopey | Sioux | Bobcat | F | 30-35-52 | 2/29/2020 | Euth. 27 Oct 2020 |

| # | TH Name | SEX | UT # | | Original Name | SPECIES | MEDICAL | ARRIVED |
|---|---------|-----|------|---|---------------|---------|---------|---------|
| 1 | AMINA | F | | | ARIES | LION | | 9/29/2020 |
| 2 | ATLAS | M | | | same | LION | | 9/29/2020 |
| 3 | INKADAYA | M | | | same | LION | | 9/29/2020 |
| 4 | OTTA | F | | | same | LION | | 9/29/2020 |
| 5 | AKONI | M | 30-97-79 | | AOKI | TIGER | NEUTER | 9/29/2020 |
| 6 | AYEESHA | F | 30-86-47 | | same | LILIGER | D 10/1/20 | 9/29/2020 |
| 7 | BIGGIE | M | 30-33-93 | Lab Only | BIGGIE SMALLS | TIGER | | 2/29/2020 |
| 8 | CHAKA | F | | | HAPPY | TIGER | | 9/29/2020 |
| 9 | CHI | M | 30-92-64 | | CHIBS | TIGER | NEUTER | 9/29/2020 |
| 10 | CLYDE | M | | | same | TIGER | | 9/29/2020 |
| 11 | DOTTIE | F | | | DOT | TIGER | | 9/29/2020 |
| 12 | EEYORE | M | | | HARLEY | TIGER | | 10/29/2018 |
| 13 | EMMA JEAN | F | | | same | TIGER | | 9/29/2020 |
| 14 | FELI | M | | | FILET | TIGER | | 2/29/2020 |
| 15 | FOREST | M | 29-09-62 | | FORREST | LILIGER | D 5/29/20 | 10/29/2018 |
| 16 | GEORGE | M | | | same | TIGER | | 2/29/2020 |
| 17 | GIR | M | 29-09-69 | | MEMPHIS | LILIGER | D 8/25/19 | 10/29/2018 |
| 18 | JEDI | M | | | JEFFERY | TIGER | | 9/29/2020 |
| 19 | JUSTICE | M | 30-33-98 | Lab Only | same | TIGER | | 2/29/2020 |
| 20 | KAYKO | F | 30-90-53 | | same | TIGER | PYO | 2/29/2020 |
| 21 | KENDALL | F | 30-39-40 | | KENDALYN | TIGER | D 6/22/20 | 2/29/2020 |
| 22 | KERALA | F | 30-74-74 | Lab Only | CORRIN | TIGER | | 8/18/2020 |
| 23 | MANAS | F | 30-74-76 | | MEDUSA | TIGER | | 8/18/2020 |
| 24 | MAX | M | | | MAXIMUS | TIGER | | 2/29/2020 |
| 25 | MERRY | F | | | same | TIGER | | 9/29/2020 |
| 26 | MIA | F | 30-34-04 | Lab Only | same | TIGER | | 2/29/2020 |
| 27 | MUKUT | M | | | MUD CAT | TIGER | | 2/29/2020 |
| 28 | NEERU | M | 30-97-81 | | NERO | TIGER | NEUTER | 9/29/2020 |
| 29 | PANNA | F | 30-74-78 | Lab Only | NANNY | TIGER | | 8/18/2020 |
| 30 | PEANUT | F | | | same | TIGER | | 9/29/2020 |
| 31 | PENN | M | 30-33-91 | Lab Only | same | TIGER | | 2/29/2020 |
| 32 | PRESLEE | M | 30-97-80 | | PRESLEY | TIGER | NEUTER | 9/29/2020 |
| 33 | RIKKI | F | | | ISABELLA | TIGER | | 9/29/2020 |
| 34 | RUBIO | M | 30-33-95 | Lab Only | same | TIGER | | 2/29/2020 |
| 35 | SAFARI | F | | | same | TIGER | | 9/29/2020 |
| 36 | SAMSON | M | 30-34-00 | Lab Only | SAMPSON | TIGER | | 2/29/2020 |
| 37 | SARGE | M | 30-33-99 | | same | TIGER | | 2/29/2020 |
| 39 | SOPHIE | F | 30-33-97 | | same | TIGER | D 3/20/20 | 2/29/2020 |
| 39 | SWETA | F | 30-74-75 | Lab Only | SNOW WHITE | TIGER | | 8/18/2020 |
| 40 | TACOVA | M | 30-33-96 | Lab Only | VSILI | TIGER | | 2/29/2020 |
| 41 | TAVI | F | | | ELIZABETH | TIGER | | 9/29/2020 |
| 42 | TELLER | M | 30-33-92 | Lab Only | same | TIGER | | 2/29/2020 |
| 43 | TIGGER | M | 29-18-12 | | HAPPY | TIGER | | 9/22/2018 |
| 44 | TIKI | M | | | | TIGER | | 9/29/2020 |
| 45 | TIKKI | F | | | FARRAH | TIGER | | 9/29/2020 |
| 46 | TODOBA | M | 30-74-77 | Lab Only | TACOVA | TIGER | | 8/18/2020 |
| 47 | TULSA | F | 30-74-79 | Lab Only | same | TIGER | | 8/18/2020 |
| 48 | MODOC | M | | | SLEEPY | BOBCAT | | 2/29/2020 |
| 49 | SIOUX | F | 30-35-52 | | DOPEY | BOBCAT | D 10/27/20 | 2/29/2020 |

"Necropsy List from file Tabs"

| # | TH Name | SEX | UT # | | Original Name | SPECIES | MEDICAL | ARRIVED |
|---|---|---|---|---|---|---|---|---|
| 1 | AMINA | F | | | ARIES | LION | | 9/29/2020 |
| 2 | ATLAS | M | | | same | LION | | 9/29/2020 |
| 3 | INKADAYA | M | | | same | LION | | 9/29/2020 |
| 4 | OTTA | F | | | same | LION | | 9/29/2020 |
| 5 | AKONI | M | 30-97-79 | | AOKI | TIGER | NEUTER | 9/29/2020 |
| 6 | AYEESHA | F | 30-86-41 | | same | LILIGER | D 10/1/20 | 9/29/2020 |
| 7 | BIGGIE | M | 30-33-93 | Lab Only | BIGGIE SMALLS | TIGER | | 2/29/2020 |
| 8 | CHAKA | F | | | HAPPY | TIGER | | 9/29/2020 |
| 9 | CHI | M | 30-92-64 | | CHIBS | TIGER | NEUTER | 9/29/2020 |
| 10 | CLYDE | M | | | same | TIGER | | 9/29/2020 |
| 11 | DOTTIE | F | | | DOT | TIGER | | 9/29/2020 |
| 12 | EEYORE | M | | | HARLEY | TIGER | | 10/26/2018 |
| 13 | EMMA JEAN | F | | | same | TIGER | | 9/29/2020 |
| 14 | FELI | M | | | FILET | TIGER | | 2/29/2020 |
| 15 | FOREST | M | 29-09-62 | | FORREST | LILIGER | D 5/29/20 | 10/29/2018 |
| 16 | GEORGE | M | | | same | TIGER | | 2/29/2020 |
| 17 | GIR | M | 29-09-69 | | MEMPHIS | LILIGER | D 8/25/19 | 10/29/2018 |
| 18 | JEDI | M | | | JEFFERY | TIGER | | 9/29/2020 |
| 19 | JUSTICE | M | 30-33-98 | Lab Only | same | TIGER | | 2/29/2020 |
| 20 | KAYKO | F | 30-90-53 | | same | TIGER | PYO | 2/29/2020 |
| 21 | KENDALL | F | 30-39-40 | | KENDALYN | TIGER | D 6/22/20 | 2/29/2020 |
| 22 | KERALA | F | 30-74-74 | Lab Only | CORRIN | TIGER | | 8/18/2020 |
| 23 | MANAS | F | 30-74-76 | | MEDUSA | TIGER | | 8/18/2020 |
| 24 | MAX | M | | | MAXIMUS | TIGER | | 2/29/2020 |
| 25 | MERRY | F | | | same | TIGER | | 9/29/2020 |
| 26 | MIA | F | 30-34-04 | Lab Only | same | TIGER | | 2/29/2020 |
| 27 | MUKUT | M | | | MUD CAT | TIGER | | 2/29/2020 |
| 28 | NEERU | M | 30-97-81 | | NERO | TIGER | NEUTER | 9/29/2020 |
| 29 | PANNA | F | 30-74-78 | Lab Only | NANNY | TIGER | | 8/18/2020 |
| 30 | PEANUT | F | | | same | TIGER | | 9/29/2020 |
| 31 | PENN | M | 30-33-91 | Lab Only | same | TIGER | | 2/29/2020 |
| 32 | PRESLEE | M | 30-97-80 | | PRESLEY | TIGER | NEUTER | 9/29/2020 |
| 33 | RIKKI | F | | | ISABELLA | TIGER | | 9/29/2020 |
| 34 | RUBIO | M | 30-33-95 | Lab Only | same | TIGER | | 2/29/2020 |
| 35 | SAFARI | F | | | same | TIGER | | 9/29/2020 |
| 36 | SAMSON | M | 30-34-00 | Lab Only | SAMPSON | TIGER | | 2/29/2020 |
| 37 | SARGE | M | 30-33-99 | | same | TIGER | | 2/29/2020 |
| 39 | SOPHIE | F | 30-33-97 | | same | TIGER | D 3/20/20 | 2/29/2020 |
| 39 | SWETA | F | 30-74-75 | Lab Only | SNOW WHITE | TIGER | | 8/18/2020 |
| 40 | TACOVA | M | 30-33-96 | Lab Only | VSILI | TIGER | | 2/29/2020 |
| 41 | TAVI | F | | | ELIZABETH | TIGER | | 9/29/2020 |
| 42 | TELLER | M | 30-33-92 | Lab Only | same | TIGER | | 2/29/2020 |
| 43 | TIGGER | M | 29-18-12 | | HAPPY | TIGER | | 9/22/2018 |
| 44 | TIKI | M | | | | TIGER | | 9/29/2020 |
| 45 | TIKKI | F | | | FARRAH | TIGER | | 9/29/2020 |
| 46 | TODOBA | M | 30-74-77 | Lab Only | TACOVA | TIGER | | 8/18/2020 |
| 47 | TULSA | F | 30-74-79 | Lab Only | same | TIGER | | 8/18/2020 |
| 48 | MODOC | M | | | SLEEPY or GRUMPY | BOBCAT | | 2/29/2020 |
| 49 | SIOUX | F | 30-35-52 | | DOPEY | BOBCAT | D 10/27/20 | 2/29/2020 |