

NOV 1 0 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,

    Defendants.

CARRIE M. LEO

    Plaintiff-Intervenor-Appellant,

v.

THE UNITED STATES OF AMERICA,
JEFFREY LOWE and LAUREN LOWE,

    Defendants-in-Intervention.

D.C. Case No. 20-cv-00423-JFH

Appellate Dkt. No.: _____

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** pursuant to **Rules 3 and 4** of the *Federal Rules of Appellate Procedure* that the Plaintiff-Intervenor, Carrie M. Leo, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the entire decision and order of this Court (DE 118) signed, filed, and entered on the 6th day of October 2021.

A *Motion for Leave to File a Motion for Reconsideration* and a *Motion for Reconsideration* will be filed soon. Should said motions be granted and Appellant is afforded an opportunity to intervene in the instant action, this notice will be withdrawn.

In the event that this form was not received in the Clerk's Office within the required time, an extension of time in accordance with FRAP 4(a)(5) is requested

1

since the Notice was sent out plenty ahead of time for its arrival to the Clerk to be on time.

Date: <u>November 1, 2021</u>

*Carrie M. Leo, Appellant pro se*
*3199 Walworth Road*
*Walworth, NY 14568*
*(315) 538-8316*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 1st day of November 2021, a true and correct copy of the foregoing *Notice of Appeal* for the case captioned *U.S.A. v Lowe* and numerically identified as 6:2020-cv-00423-JFH was served upon counsel of record for the plaintiff, Mary Hollingsworth and Briena Strippoli, of the U.S. Department of Justice, and counsel of record for the defendant, Mr. May, by way of each's respective email addresses as well as by the U.S. Mail, postage pre-paid, to each's office address listed below. The U.S. District Court for the District of Eastern Oklahoma was also served via USPS certified mail numerically identified by #7021 0350 0002 1877 0751 with return receipt numerically identified by #9590 9402 6639 1060 5398 71.

**VIA USPS AND VIA EMAIL** mary.hollingsworth@usdoj.gov
**MARY HOLLINGSWORTH**
Senior Trial Attorney
(303) 844-1898
US Attorney (CO-Denver)
999 18th St, S Terrace, Ste 370
Denver, CO 80202
mary.hollingsworth@usdoj.gov | (202) 598-1042

**VIA USPS AND EMAIL** briena.strippoli@usdoj.gov
**BRIENA L. STRIPPOLI**
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P O Box 7611, Ben Franklin Station
Washington, DC 20044-7611
US Department of Justice (Civil-Commercial & Federal Programs)
1100 L St, NW
Washington, DC 20530
briana.strippoli@usdoj.gov | (202) 598-0412
Fax: (202) 305-0275
*Attorneys for Plaintiff the United States of America*

**VIA USPS AND EMAIL** jasonmayesq@yahoo.com
JASON D. MAY, ESQ.
MAY LAW OFFICE
9 W. Main Street
Ardmore, OK 73401
580-223-9184
580-798-3118 (fax)
jasonmayesq@yahoo.com
*Attorney of record for the
defendants Jeffrey & Lauren Lowe*

_____
Carrie M. Leo, Appellant pro se
3199 Walworth Road
Walworth, NY 14568
(315) 538-8316
carrieleo15@gmail.com