# EXHIBIT 1

Report 1: *The Affidavits of Joseph Maldonado-Passage*

# REPORT 1

*The Affidavits from Joseph Maldonado-Passage (Schreibvogel)*

# SUPPORTING AFFIDAVIT - VERIFIED

## May 10, 2019

Written by Joseph Maldonado-Passage

OKLAHOMA STATE DISTRICT COURT
GARVIN COUNTY

| | | |
|---|---|---|
| CARRIE M. LEO, | | |
| PLAINTIFF, | Case No. CJ 19-89 | |
| -v- | | |
| JEFFREY L. LOWE and | AFFIDAVIT | |
| LAUREN F. LOWE, | | |
| DEFENDANTS. | | |

STATE OF OKLAHOMA
GARVIN COUNTY } SS.
FILED
APR 13 2020
AT 11:05 O'CLOCK ___M.
LAURA LEE; Court Clerk
BY_____ DEPUTY

The following is a sworn, verified statement from a witness validating the contract with Carrie Leo.

### AFFIDAVIT

I, JOSEPH MALDONADO- PASSAGE have read and agree with the following facts:

1. This statement is regarding a contract I made with the Plaintiff, CARRIE M. LEO on February 9, 2017.

2. The contract was regarding the boarding of exotic animals belonging to her.

3. I was an agent for the GREATER WYNNEWOOD EXOTIC ANIMAL PARK ("Park") owned by the Defendant, JEFFREY L. LOWE, at the time the said contract was made.

4. I had standing authorization from the Defendant to engage in, make, and fulfill agreements and contracts on behalf of the Park, especially in terms of animals coming into the park for either temporary or permanent stay.

5. In the aforementioned case, Leo v Lowe, I had full authority to make the terms of and solidify a boarding contract in which the Plaintiff kept ownership of her animals and would board them at the Park until further notice from her.

6. I attest to authoring the messages under the profile entitled "Joseph A. Maldonado-Passage" using Facebook Messenger dated February 9, 2017 and are included in this affidavit as Exhibit A.

7. I attest to the fact that an agreement was made between the Plaintiff, Carrie M. Leo, and I that the Park would pay for the upkeep of the animals daily while exhibiting them to the public.

8. Ms. Leo planned on moving her residence and wildlife facility to the state of Oklahoma as soon as she could; hopefully in a year or so from the movement of her animals from her facility in New York to the Park in Oklahoma.

9. On behalf of the Park, I agreed that she could work as an employee of the Park after moving to Oklahoma from her home state of New York.

1

10. I submitted a request to Oklahoma State for the proper authorization and import permits for Ms. Leo's animals.

11. I received consent from the Defendant, Jeffrey A. Lowe, to bring the animals into the Park and exhibit them.

12. I raised funds for the transport of the Plaintiff's animals which was $1600.00. Ms. Leo provided me with a promissory note (signed by her) of repayment of the amount needed to transport her animals as she was maintaining title over them.

13. On April 19, 2017, I contracted with M&J Exotic Transport from Memphis, TN to pick up the animals from Ms. Leo's facility in New York on Walworth Road, Walworth (township of Macedon 14502) and bring them to the Greater Wynnewood Exotic Animal Park.

14. I verified with Ms. Leo that the animals remained under her ownership in a facebook message dated April 19, 2017 – the day of the transfer of the animals.

15. The species of animals transported from Ms. Leo's Facility in Walworth, NY to the Park in Oklahoma were as follows: 1 female black-backed jackal, one pair of Virginia Opossum (1 male, 1 female), 1 male red fox, 1 female Arctic fox, 1 male African Crested Porcupine and 1 male fisher cat or "fisher".

16. The animals successfully arrived to the Park on April 20, 2017 and were housed inside the Park.

17. Ms. Leo consistently kept in touch with me for updates about the welfare of her animals and her plans on moving down to Oklahoma from New York State.

18. The agreement or contract to which I am attesting in this Affidavit was made in good faith.

DATE: 5-10 , 2019

Joseph A. Maldonado-Passage

I am the attorney retained to represent Joseph A. Maldonado-Passage in a separate case unrelated to the one noted in the caption of this Affidavit. I attest to the authentication of my client's signature below.

Witnessed by: _____  Dated: 5-10 , 2019
Attorney Signature

William P. Earley
Printed Name of Attorney Signing Above

RECEIVED
JUN 10 2019

02/09/2017 6:31PM

Carrie
Joe, do you have a way of taking my animals temporarily?

02/09/2017 7:42PM


what kind

Carrie
4 foxes, 1 jackal, 1 badger, 2 fishers, 2 African porcupines, opossums, woodchuck, and squirrels. The last few I can probably take with me wherever I am going. Unless I could work for u at your zoo if u have some place for me to stay.

Carrie
My parents are allowing the town to force me to keep all of my animals within a 400 sq ft
My attorney betrayed me ... he keeps threatening my parents (he's their atty too) with huge fines even though our side has never been heard and the two charges they have aren't even true.
They are allowing themselves to be pressured into signing the agreement that none of us can use any more than a 409 sq ft area.
To me, that's so illegal and unethical

02/09/2017 11:32PM


Move here

Carrie
Yeah that's what I would end up doing but need way to provide for my animals and earn money

02/10/2017 10:15AM


I will pay you to work and the zoo will pay to care for the animals in order to put them on exhibit


Try to find a photo of you send one please

Carrie
a photo of what?


You so I know who im talking to
Your animals are awesome

Carrie   Thanks

RECEIVED
JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage

6:20-cv-00423-JFH   Document 150-3   Filed in ED/OK on 11/10/21   Page 7 of 17
Leo v Lowe
Affidavit, Witness-Joseph A. Maldonado-Passage
**EXHIBIT A**
P a g e | 2/3



I would have to get intry permits for the native animals

Carrie
Ok ... I'd like to maintain ownership of them



**You invited Joseph A Maldonado-Passage to Messenger.**
Sending messages is fast and more fun on Messenger. Get a link sent to your phone to install the app.



You will i just put them on my permit

Carrie
Ok I would need a written agreement to reflect that

02/10/2017 11:46AM

Carrie
Here I am ...



Hate that picture of me ...

But at least you have one now :)
WhAt would I be doing at your zoo?



we pretty much all do everything, animal care, diets, build, tours, etc

Carrie
Awesome it's exciting to think about working at a zoo
Would you like to have a resume or some background on me? I'm an open book at least to you and a few others
I don't trust too many people

RECEIVED
JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage



no thats ok, but when you make up your mind I will need at least a week or so to file for permits

Carrie
Why are you so trusting?



I built this place to give people a second chance in life, that is what my brother did for everyone before he got killed.

Carrie
Wow! You are too good to be true ... thank God you are
Would my animals be able to be housed close together so I can keep my "zoo" together?



we can do the best we can, but this place is huge and heated building animals are in other areas than others

Carrie
Ok which ones are those?

Carrie
I think I want to make this move Joe. I've been dreaming of getting out of the situation I've been in for years and I think I would be foolish not to leave when I have a job and place for my animals. Let's do it!
With you putting the animals on your license, does NY have to know anything about them?
I'm afraid they are going to try and take the animals before I can leave the state



no just dissapear
I need a list so I know what I have to file for



just know I am 100% business, I run 110 mile an hour around here to keep this place a float

02/10/2017 2:23PM

Carrie
110 mile an hour?

02/10/2017 4:25PM



running a zoo this large, yes I run 110 miles an hour

02/10/2017 6:35PM

**RECEIVED**
JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

Joseph A. Maldonado-Passage

Carrie
ok so it's fast paced I understand

March 8, 2019

The above social media messages were retrieved from Face Book and were not redacted or altered in any way other than the removal of the blue background and changing the color of the text font from white to black. This alteration was done in order to provide better quality printing of the document in black and white and grayscale.

*[signature]*

Carrie M. Leo, Plaintiff
Leo v Lowe

Sworn to me before

This 8th day of March 2019

*[signature]*

Public Notary

AIMEE K PHILLIPS
Notary Public - State of New York
No. 01PH6233122
Qualified in Wayne County
My Commission Expires December 27, 2018

RECEIVED
JUN 10 2019

I have read the text on this page and can authenticate it as Facebook messages I sent to Carrie Leo.

*[signature]*
Joseph A. Maldonado-Passage



## SUPPORTING AFFIDAVIT - UNVERIFIED

# December 11, 2020

*Written by Joseph Maldonado-Passage (Schreibvogel)*

# IN THE DISTRICT COURT
## GARVEIN COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| CARRIE M. LEO,<br>Plaintiff,<br><br>- v -<br><br>JEFFREY L. LOWE and LAUREN F. LOWE,<br>Defendants. | Case No. CJ-2019-00089<br><br>**AFFIDAVIT** |

STATE OF TEXAS  
COUNTY OF TARRANT } ss:

I, Joseph Maldonado-Passage, do attest to the following under oath:

When I left the zoo on June 16, 2018 all of Carrie Leos animals were at the zoo and in good health. When I tried to move them with my attorney Ryan Duffy of OKC Jeff Lowe held them Ransom for 4 million dollars. This is his way of stealing peoples stuff is to let you bring it on his property then hold it Ransom for money. One day someone will find a Judge to put him in jail for theft and fraud.

*[signature]*

Date: 12-11, 20 20

Sworn to before me this _____ day
of _____ 2020

_____
Public Notary/Attorney Signature

_____
Name in Print

Joseph A. Maldonado-Passage, Affiant
Register Number: 26154-017
FMC Fort Worth
3150 Horton Road
Fort Worth, TX 76119

11

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

JEFFREY LOWE, LAUREN LOWE, GREATER
WYNNEWOOD EXOTIC ANIMAL PARK, LLC,
and TIGER KING, LLC,

                  Defendants.

CARRIE M. LEO

                  Plaintiff-Intervenor,

v.

THE UNITED STATES OF AMERICA,
JEFFREY LOWE and LAUREN LOWE,

                  Defendants-in-Intervention.

Case No. 20-cv-00423-JFH

**AFFIDAVIT IN SUPPORT
OF MOTION FOR LEAVE
TO FILE MOTION FOR
RECONSIDERATION**

STATE OF NEW YORK  } ss:
WAYNE COUNTY

    I, Carrie M. Leo, am the *Plaintiff-Intervenor-Appellant* for the above-captioned matter and offer the following statements under the penalty of perjury. These statements are in reference to the exhibit entitled *The Supporting Affidavits of Joseph Maldonado-Passage (Schreibvogel)* accompanying Plaintiff's-Intervenor's *Motion for Leave to File Motion for Reconsideration*.

1. The first photocopied document is a true and correct copy of the affidavit written by Joseph Maldonado-Passage and verified by his then-attorney, Associate Counsel for the Federal Public Defender's Office for the Western District of Oklahoma, Trial Unit, located at 215 Dean A. McGee Avenue, Suite 109, Oklahoma City, Oklahoma 73102, William P. Earley, on May 10, 2019.

2. The affidavit consists of pages 2 and 3 as well as the Facebook Messenger conversation, included as pages 4-7 between Joseph Maldonado-Passage and I, the Intervenor-Plaintiff,

1

Carrie M. Leo. Each page of the Messenger conversation is signed by Joseph Maldonado-Passage on the bottom to verify the accuracy and authentication of the messages to the best of his recollection.

3. A true and correct photocopy of the envelope in which it was returned to me is included on page 7[1] and shows the verified affidavit was received by me on June 10, 2019.

4. The affidavit was filed on April 13, 2020 with the Oklahoma District Court of Garvin County in the case identified as CJ 2019-00089 captioned as *Carrie M. Leo v. Jeffrey Lowe and Lauren Lowe* thereby being further authenticated as the document I state it is. The document is identified by the Court with #CC20041300000361.

5. The second photocopied document is a true and correct copy of the second affidavit and begins on page 9 and consists of two pages (pages 10 and 11) confirming the fact that neither Jeffrey nor Lauren Lowe allowed Joseph Maldonado-Passage to leave the facility in Wynnewood, Oklahoma with my animals and that all of the animals boarded by me were still residing at the zoo the day Joseph Maldonado-Passage permanently left the facility on June 16, 2018.

6. Although the affidavit was signed by Joseph Maldonado-Passage and dated for December 11, 2020.

7. The affidavit was filed with the Oklahoma District Court of Garvin County in the case identified as #CJ 2019-00089 and captioned as *Carrie M. Leo v. Jeffrey Lowe and Lauren Lowe* on January 4, 2021, as part of Plaintiff's submission entitled Amended Application for Contempt Citation referred on the Court docket by #CC21010400000064 thereby being further authenticated as the document it is stated to be.

Date: <u>November 1, 2021</u>

*signature*
Carrie M. Leo, Appellant pro se
3199 Walworth Rd., Walworth, NY 14568
315-538-8316 | carrieleo15@gmail.com

---

[1] The pages may be unpaginated.

2

## VERIFICATION

I do hereby verify, under the penalty of perjury, that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing affidavit.

1. is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2. The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

3. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

4. The denials of factual contentions are warranted on the evidence or, if specifically, so identified, are reasonably based on belief or a lack of information.

Date: November 1, 2021

Carrie M. Leo, *Appellant*
3199 Walworth Road
Walworth, NY 14568
Ph: (315) 538-8316
Carrieleo15@gmail.com

Sworn to before me this 1st day of November 2021

Notary Public

LAUREN FRIEDL
Notary Public - State of New York
NO. 07FR6383306
Qualified in Wayne County
My Commission Expires Nov 13, 2022

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing affidavit was electronically mailed, and placed in the U.S. Mail, postage pre-paid, and eventually via CM/ECF upon the filing of document by the court, for counsel of record for the plaintiff and the defendants and sent to his office address listed below on November 3, 2021. All addresses used are as follows.

**VIA EMAIL AND CM/ECF**
**MARY HOLLINGSWORTH**
Senior Trial Attorney
(303) 844-1898
US Attorney (CO-Denver)
999 18th St, S Terrace
Ste 370
Denver, CO 80202
mary.hollingsworth@usdoj.gov | (202) 598-1042
*Attorney for Plaintiff the United States of America*

**VIA EMAIL AND CM/ECF**
**BRIENA L. STRIPPOLI**
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P O Box 7611, Ben Franklin Station
Washington, DC 20044-7611
briana.strippoli@usdoj.gov | (202) 598-0412
Fax: (202) 305-0275
*Attorney for Plaintiff the United States of America*

**VIA EMAIL AND CM/ECF**
Jason D. May, Esq.
May Law Office
9 W. Main Street
Ardmore, OK 73401
580-223-9184
580-798-3118 (fax)
jasonmayesq@yahoo.com
*Attorney of record for the defendants Jeffrey & Lauren Lowe*

Carrie M. Leo, *Proposed Intervenor*
3199 Walworth Road
Walworth, NY 14568
(315) 538-8316
carrieleo15@gmail.com

4