# EXHIBIT 2

## Report 2: *Assessing the Probability*

# REPORT 2

# ASSESSMENT SUPPORTING INTERVENTION FOR THE PURPOSE OF REPOSSESSION OF HER ANIMALS

**Assessing the probability of Leo's Ownership of the Jackal Possessed by the Lowes at the Time of Their Abandonment of the Animals at Their Thackerville Facility.**



1.   **Second affidavit from former zoo director;**

2.    **Assessment of inspection reports showing static presence and recording of Leo's animals at both the Wynnewood and Thackerville facilities.**

1

**The percentage of licensees and registrants under the AWA who are currently in possession of any species of "jackal" is less than 0.06%. Therefore, it is extremely unlikely the Lowes swapped out Leo's jackal for another jackal, especially considering would have to be female, further lowering the percentage of who the Lowes could have given them another female jackal to trade for the one they were boarding for Leo.** According to the Lowes' inspection reports in which the USDA inspectors were the ones counting the animals at the Lowes' facility the day of the inspection, there was always one jackal.

https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports

USDA Animal and Plant Health Inspection Service
U.S. DEPARTMENT OF AGRICULTURE

HOME | INSPECTION REPORTS | MORE

Inspection Reports Search

To locate inspection reports prepared by Animal Care inspectors, enter the known information in the **License/Registration Type** and/or **State** fields and then click the **Search** button.
Additional search options and information may be available for certain business entities, such as the names and addresses of corporations with commercial addresses.

Click on the link to the left of any entry to see the associated inspection report. To ensure that accurate information is received, the certificate number should be in XX-X-XXXX format.

License/Registration Type | City | State | Zip Code
Customer/Organization Name | Customer Number | Certificate Number
Certificate number should be in xx-x-xxxx format

Search | Clear

| | |
|---|---|
| # licensees: | 29,115 |
| # registrants: | 8,419 |
| # reports: | 72,348 |

\# licensees
\+
\# registrants = 37,534

Hence,

**78% of all certificate holders under the AWA, as of Oct. 24, 2021, are "licensees".**

View Licensees | View Registrants | View Inspection Reports

Rows 1 - 100 of 29115

| Query Reports | Customer Information | | Address |
|---|---|---|---|
| Query Inspection Reports | Customer/Organization Name (DBA): | M & B PETS, INC. | P.O. BOX 30668 HONOLULU, HI 96820 COUNTY:Honolulu |
| | Customer Number: | 7 | |
| | Certificate Number: | 95-B-0001 | |
| | License Type: | Class B - Dealer | |
| | Certificate Status: | Cancelled | |
| | Status Date: | 12/6/2008 | |
| Query Inspection Reports | Customer/Organization Name (DBA): | UNIVERSITY OF ALASKA FAIRBANKS | 1033 Sheenjek Drive P O Box 756980 FAIRBANKS, AK 99775 COUNTY:Fairbanks |
| | Customer Number: | 15 | |
| | Certificate Number: | 96-C-0034 | |
| | License Type: | Class C - Exhibitor | |

**and 22% are registrants.**

View Registrants | View Inspection Reports

Rows 1 - 100 of 8419

| Query Reports | Registrant Information | | Address |
|---|---|---|---|
| Query Inspection Reports | Customer/Organization Name (DBA): | Sadie Beck (Sadie Beck) | PO Box 1846 Manteca, CA 95336 COUNTY:San Joaquin |
| | Customer Number: | | |
| | Certificate Number: | 93-T-0255 | |
| | Registration Type: | Class T - Carrier | |
| | Certificate Status: | Active | |
| | Status Date: | 7/23/2024 | |
| Query Inspection Reports | Customer/Organization Name (DBA): | ANDREW KERLEY CONNIE KERLEY (KOMFY KATS) | 51436 LIHIMAUHA KAAAWA, HI 96730 COUNTY:Honolulu |
| | Customer Number: | 1 | |
| | Certificate Number: | 95-H-0041 | |
| | Registration Type: | Class H - Intermediate Handler | |



🔒 https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports

**USDA** **Animal and Plant Health Inspection Service**
U.S. DEPARTMENT OF AGRICULTURE

| HOME | **INSPECTION REPORTS** | MORE ∨ |
|------|------------------------|--------|

**Inspection Reports Search**

To locate inspection reports prepared by Animal Care inspectors, enter the known information in the **License/Registration Type and/or State fields and then click the Search button.**
Additional search options and information may be available for certain business entities, such as the names and addresses of corporations with commercial addresses.

Click on the link to the left of any entry to see the associated inspection report. To ensure that accurate information is received, the certificate number should be in XX-X-XXXX format.

| License/Registration Type | City | State | Zip Code |
|---|---|---|---|
| ▲▼ | | ▲▼ | |

| Customer/Organization Name | Customer Number | Certificate Number | |
|---|---|---|---|
| | | | |

Certificate number should be in xx-x-xxxx format

[ Search ]  [ Clear ]

---

( View Licensees )    View Registrants    View Inspection Reports

Rows 1 - 100 of 29115

[ > ]

| Query Reports | Customer Information | | Address |
|---|---|---|---|
| Query Inspection Reports | **Customer/Organization Name (DBA):** | M & B PETS, INC. | P.O. BOX 30668 HONOLULU, HI 96820 COUNTY:Honolulu |
| | **Customer Number:** | 7 | |
| | **Certificate Number:** | 95-B-0001 | |
| | **License Type:** | Class B - Dealer ⑪ | |
| | **Certificate Status:** | Cancelled | |
| | **Status Date:** | 12/6/2008 | |
| Query Inspection Reports | **Customer/Organization Name (DBA):** | UNIVERSITY OF ALASKA FAIRBANKS | 1033 Sheenjek Drive P O Box 756980 FAIRBANKS, AK 99775 COUNTY:Fairbanks |
| | **Customer Number:** | 15 | |
| | **Certificate Number:** | 96-C-0034 | |
| | License Type: | Class C - Exhibitor | |

3



| | | |
|---|---|---|
| View Registrants | View Inspection Reports | |

Rows 1 - 100 of 8419    >

| Query Reports | Registrant Information | | Address |
|---|---|---|---|
| Query Inspection Reports | Customer/Organization Name (DBA): | Sadie Beck (Sadie Beck) | PO Box 1846 Manteca, CA 95336 COUNTY:San Joaquin |
| | Customer Number: | | |
| | Certificate Number: | 93-T-0255 | |
| | Registration Type: | Class T - Carrier | |
| | Certificate Status: | Active | |
| | Status Date: | 7/23/2024 | |
| Query Inspection Reports | Customer/Organization Name (DBA): | ANDREW KERLEY CONNIE KERLEY (KOMFY KATS) | 51436 LIHIMAUHA KAAAWA, HI 96730 COUNTY:Honolulu |
| | Customer Number: | 1 | |
| | Certificate Number: | 95-H-0041 | |
| | Registration Type: | Class H - Intermediate Handler | |
| | Certificate Status: | Cancelled | |

By accessing the inspection reports tab, one will see over 72,000 inspection reports since there are normally more than one inspection report for each licensee and registrant.

Either the common name can be used when searching for an animal or one may use the more specific taxonomic name. For instance, for a black-backed jackal, one may use "jackal" as seen in the screen to one's right, "Black-backed jackal", or "Canis mesomelas". In both the *U.S.A. v Lowe* and *Leo v Lowe* (Garvin County District Court),



it was discovered that the jackal was erroneously referred to as a "golden jackal". Thus, the use of "jackal" may be easier to use than looking up both "Black-backed jackal" and "golden jackal". The latter more resembles a Western Coyote than a Black-backed jackal.

The image below shows the screen with the results for the search for "jackal". Since this particular search includes all sub-species of jackals, one may assume that even fewer licensees have a Black-backed jackal licensed for exhibition. Thus, out of the 72,348 inspection reports, only 111 reports list a "jackal" as a licensed part of the licensee's live inventory used for exhibition. Keeping in mind that there are likely more than one inspection report per licensee who has licensed a jackal under the AWA, one may assume that although the percentage of inspection reports listing jackals are (72,348/111) 0.00153%, the percentage of licensees who possess jackals is significantly less.

Therefore, it is highly unlikely that the jackal in the possession of the Lowes at the time they signed the acknowledgement of abandonment form on or around August 13, 2021, is less than 1/10th of a percentage.



5





View Inspection Reports

Filter Options:

CFR

Direct Repeat

Animal Name

jackal

Animal Category

Filter Clear

Rows 1 - 100 of 72348

| View Report | Licensee/Registrant In... | Inspection... | Non-Compliant Items | | Site Name | Legal Name |
|---|---|---|---|---|---|---|
| View Inspection Report | Customer Number: 581 Certificate Number: 33-R-0022 | 9/24/2021 | Direct: | 0 | COHN RESEARCH BUILDING | RUSH UNIVERSITY MEDICAL CENTER |
| | | | Non-Critical: | 0 | | |
| | | | Critical: | 0 | | |
| | | | Teachable Moments: | 0 | | |
| View Inspection Report | Customer Number: 5744 Certificate 71-C- | 9/24/2021 | Direct: | 0 | MUSEUM OF DISCOVERY | MUSEUM OF DISCOVERY |
| | | | Non-Critical: | 0 | | |
| | | | Critical: | 0 | | |

View Licens

There are no

Filter Option

CFR

When searching by Animal Name, results will include all species with your search term. Example: searching "dog" will return results that include dog (adult), dog (puppy), prairie dog, dog-faced fruit bat, and any other species whose common name includes dog. Please check your results to ensure they contain only the records which interest you.

Animal Name

Animal Category

View Licensees View Registrants View Inspe

Filter Options:

CFR

Direct Repeat

Animal Name

jackal

Animal Category

Filter Clear

Rows 1 - 100 of 111

| View Report | Licensee/Registrant In... | Inspection... | Non-Compliant Items | | Site Name | Legal Name |
|---|---|---|---|---|---|---|
| View Inspection Report | Customer Number: 326631 Certificate Number: 41-C-0280 | 9/15/2021 | Direct: | 0 | CAARA BERGERON | CAARA BERGERON |
| | | | Non-Critical: | 0 | | |
| | | | Critical: | 0 | | |
| | | | Teachable Moments: | 0 | | |
| View Inspection Report | Customer Number: 328087 | 9/15/2021 | Direct: | 0 | BRANSONS WILD WORLD INC. | Bransons Wild World Inc |
| | | | Non-Critical: | 0 | | |

As one can see the following seven entries denoting seven Separate inspection reports also show three of them of The facility run by Jeff Lowe. This is just an example of what the the database holds in terms of inspection reports and how it would look to a user accessing the database's 111 entries of inspection reports listing "jackal" as a regulated animal recorded in the live inventory of specific facilities,

| | | | | | | |
|---|---|---|---|---|---|---|
| Inspection Report | Number: 5431 Certificate 48-C- Number: 0106 | | | Non-Critical: Critical: Teachable Moments: | 0 0 1 | |
| View Inspection Report | Customer Number: 332646 Certificate 73-C- Number: 0230 | 2/19/2021 | Direct: Non-Critical: Critical: Teachable Moments: | 0 8 0 0 | Jeffrey Lowe-002 | JEFFREY LOWE |
| View Inspection Report | Customer Number: 501214 Certificate 31-A- Number: 0641 | 2/16/2021 | Direct: Non-Critical: Critical: Teachable Moments: | 0 0 0 0 | RONNIE STRACK | RON STRACK |
| View Inspection Report | Customer Number: 328087 Certificate 43-C- Number: 0342 | 2/2/2021 | Direct: Non-Critical: Critical: Teachable Moments: | 0 0 0 0 | BRANSONS WILD WORLD INC | Bransons Wild World Inc |
| View Inspection Report | Customer Number: 332646 Certificate 73-C- Number: 0230 | 1/20/2021 | Direct: Non-Critical: Critical: Teachable Moments: | 1 5 1 0 | Jeffrey Lowe-002 | JEFFREY LOWE |
| View Inspection Report | Customer Number: 44266 Certificate 55-C- Number: 0272 | 1/6/2021 | Direct: Non-Critical: Critical: Teachable Moments: | 0 1 0 0 | ZOOTASTIC OF LAKE NORMAN INC | ZOOTASTIC OF LAK NORMAN INC |
| View Inspection Report | Customer Number: 332646 Certificate 73-C- Number: 0230 | 12/15/2020 | Direct: Non-Critical: Critical: Teachable Moments: | 3 11 0 0 | Jeffrey Lowe-002 | JEFFREY LOWE |

https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports

Extracting unique records from the 111 database entries for inspection reports of those licensees and registrants who currently have a jackal on their possession, the following individuals are the only ones who currently or recently possess a license to exhibit one or more jackals.

| Licensees and Registrants with "Jackal" Listed in Live Inventories of Inspection Reports | | | |
|---|---|---|---|
| Last Name | First Name | Certificate No. | Customer No. |
| Bergeron | Caara | 41-C-0280 | 326631 |
| BOULDER RIDGE RANCH LLC | | 34-C-0335 | 321836 |
| Bransons Wild World Inc. | | 43-C-0342 | 328087 |
| BRIGHTS ZOO | | 63-C-0229 | 37620 |
| CARSON SPRINGS WILDLIFE CONSERVATION | | 58-C-1084 | 323717 |
| COLUMBUS ZOO | | 31-C-0042 | 2204 |
| CLAWS N PAWS WILD ANIMAL PARK INC | | 23-C-0013 | 2246 |
| CORLEY | BETH | 73-C-0167 | 35182 |
| DEYOUNG | HAROLD | 34-C-0141 | 7256 |
| HARVEY | Tom | 48-C-0106 | 5431 |
| JOSEPH MALDONADO PASSAGE | | 73-C-0139 | 9658 |
| KEMMERER II | GRANT | 23-C-0203 | 15036 |
| LOLLI BROS LIVESTOCK MARKET INC. | | 43-B-0010 | 4327 |
| Lowe | Jeff | 73-C-0230 | 332646 |
| Lucas | Kimberly | 23-C-0046 | 2264 |
| OOSTVEEN | STEPHANIE | 73-B-1817 | 6406 |
| PLUMPTON PARK ZOOLOGICAL GARDENS INC | | 51-C-0108 | 2004 |
| RIENOW | JAMES | 35-B-0215 | 33579 |
| ROLLING HILLS SAFARI LLC | | 73-C-0219 | 331875 |
| STRACK | RONNIE | 31-A-0641 | 0641 |
| TIETZ | JEREMIAH | 34-B-0230 | 501287 |
| TOWBRIDGE CREEK ZOO LLC | | 41-C-0289 | 334843 |
| Vogel | Kevin | 41-C-0104 | 6515 |
| WILD HEARTS ZOOLOGICAL PARK LLC | | 31-C-0255 | 331865 |
| WILDLIFE WORLD ZOO INC. | | 86-C-0117 | 3448 |
| ZOOTASTIC OF LAKE NORMAN INC | | 55-C-0272 | 44266 |
| | | | |

Total of 26 facilities which have recently possessed or currently possess jackals for exhibition.

With jackals being so rare as a licensed animal for exhibition, it is likely they are even more unlikely and rarely, if ever, asked for, in the black market (they aren't endangered and are listed in the IUCN as a species of the least concern) or as residents in private collections which remain unlicensed.

Breeders who supply private collections with exotic animals are typically USDA-licensed.

# Black-backed Jackal/Golden Jackal

https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports

License/Registration Type | City | State | Zip Code

Customer/Organization Name | Customer Number | Certificate Number

Certificate number should be in xx-x-xxxx format

Search | Clear

View Licensees | View Registrants | View Inspection Reports

Filter Options:

CFR | Direct | Repeat

Animal Name: black-backed jackal | Animal Category | Filter | Clear

Rows 1 - 87 of 87

| View Report | Licensee/Registrant In... | Inspection... | Non-Compliant Items | Site Name | Legal Name |
|---|---|---|---|---|---|
| View Inspection Report | Customer Number: 328087 Certificate Number: 43-C-0342 | 9/15/2021 | Direct: 0 Non-Critical: 0 Critical: 0 | BRANSONS WILD WORLD INC. | Bransons Wild World Inc |
| View Inspection Report | Customer Number: 334843 Certificate 41-C- | 8/18/2021 | | | |

https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports

License/Registration Type | City | State | Zip Code

Customer/Organization Name | Customer Number | Certificate Number

Certificate number should be in xx-x-xxxx format

Search | Clear

View Licensees | View Registrants | View Inspection Reports

Filter Options:

CFR | Direct | Repeat

Animal Name: golden jackal | Animal Category | Filter | Clear

Rows 1 - 19 of 19

| View Report | Licensee/Registrant In... | Inspection... | Non-Compliant Items | Site Name | Legal Name |
|---|---|---|---|---|---|
| View Inspection Report | Customer Number: 332646 Certificate Number: 73-C-0230 | 6/2/2021 | Direct: 1 Non-Critical: 13 Critical: 0 Teachable Moments: 0 | Jeffrey Lowe-002 | JEFFREY LOWE |
| View Inspection Report | Customer Number: 332646 Certificate 73-C- | 2/19/2021 | Direct: 0 Non-Critical: 8 Critical: 0 | Jeffrey Lowe-002 | JEFFREY LOWE |



# Fisher/Fisher Cat





# Porcupine/African Crested Porcupine/African Cape Porcupine





# Virginia Opossum/Opossum





# Fox/Red Fox/Arctic Fox



12

# Red Fox



Standard red foxes always will have black stockings and a white tip on their tails. Therefore, any deviation from the standard color pattern is rare. Here is a picture of the red fox boarded at the Lowes' facility. He has a rare color deviation from the standard by way of a white patch on his toes on his left rear foot.

# Fisher



Many times, an owner of a fisher cat can tell it apart from others by the pattern of white found on its chest. Each fisher tends to have at the very least, a slightly different pattern and amount of white on its chest.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 20-cv-00423-JFH

JEFFREY LOWE, LAUREN LOWE, GREATER
WYNNEWOOD EXOTIC ANIMAL PARK, LLC,
and TIGER KING, LLC,

Defendants.

CARRIE M. LEO

Plaintiff-Intervenor,

v.

THE UNITED STATES OF AMERICA,
JEFFREY LOWE and LAUREN LOWE,

Defendants-in-Intervention.

**AFFIDAVIT IN SUPPORT
OF MOTION FOR LEAVE
TO FILE MOTION FOR
RECONSIDERATION**

STATE OF NEW YORK
WAYNE COUNTY   } ss:

I, Carrie M. Leo, am the *Plaintiff-Intervenor-Appellant* for the above-captioned matter and

offer the following statements under the penalty of perjury. These statements are in reference to

the exhibit entitled Assessment Supporting Intervention for the Purpose of Repossession of Her

Animals accompanying Plaintiff's-Intervenor's *Motion for Leave to File    Motion for*

*Reconsideration.*



1. The second page in the exhibit features true and correct reproductions of
   screens found on the usda website https:// aphis-efile.force.com/Public
   SearchTool/s/inspection-report. The middle image shows a screen shot from
   the database in which the tab "View Licenses" was selected. In contrast, the
   bottom image is a screen shot in which the tab "View Registrants" was
   selected.   The images were downloaded from the website on October 24,
   2021.

1



2. The third page in the exhibit features true and correct reproduction of a screen found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report showing the total number of USDA Licensees under the Animal Welfare Act to date.



3. The fourth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/ inspection-report showing the total number of USDA Registrants under the Animal Welfare Act.



4. The fifth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report.



5. The sixth page in the exhibit features larger versions of the two screen shots found on the previous page in case the reader had problems reading the text on the screens of the former copies.



6. The seventh page in the exhibit features a true and correct reproduction of a screen found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. It shows part of the list of inspection reports for current licensees under the Animal Welfare Act.



7. The eighth page in the exhibit features a true and correct chart created by the Plaintiff-Intervenor, Carrie Leo, featuring *all* the licensees and registrants who currently possess jackals for exhibition or other purposes (breeding, etc.). The list demonstrates a shortened version of the list of inspection reports and represents how deceiving it may look to a user who sees so many inspection reports yet have so few unique licensees and registrants. This information was pulled from the publicly accessible database located at the USDA website https://aphis-efile.force.com/PublicSearchTool/s/inspection-report.



8. The ninth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. It's inclusions in the report allows for the reader to understand how the author derived the unique number and data regarding the licensees and registrants who currently possess jackals as part of their live inventories.



9. The tenth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. The screens demonstrate the number of inspection reports listing "fisher" as an animal listed in the licensees'/registrants' live inventory. These are not the number of licensees and registrants who have fishers; but rather, the number of reports listing the species. The two screens also expose the difference in the use of the search terms "fisher" vs. "fisher cat" showing the value of using different common names for a species to ensure all records of interest result from the search.



10. The eleventh page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. The screens demonstrate the number of inspection reports listing "African Crested Porcupine" as an animal listed in the licensees'/registrants' live inventory. These are not the number of licensees and registrants who have African Crested Porcupines; but rather, the number of reports listing the species. The two screens on the top of the page also expose the difference in the use of the search terms "African Crested Porcupine" vs. "Porcupine" showing the value of using different common names for a species to ensure all records of interest result from the search. Keeping in mind, another common name "African Cape Porcupine", used erroneously by the authors of the Lowes' inspection reports remains another search term. However, when using the generic term "porcupine", one must perform the additional step of sorting through the various species of porcupines, such as, but not limited to, the North American porcupine, Palawan Porcupine, Prehensile-Tailed Porcupine, African Cape Porcupine, and African Crested Porcupine. One must also be cognizant of the various spelling of the names such as "African Crested Porcupine" as opposed to "African-Crested Porcupine". As one can notice, the two screen shots apparent on the bottom half of the page show no results when searching for "African Cape Porcupine" and "African Porcupine". This also brings up another point that with the inspectors falsely identifying the African Crested Porcupines at the Lowes' facility as "African Cape Porcupines", it is conceivable that, should a person not understand or know the mislabeling occurrence, which would then prompt the person to search for a more general search term, "porcupine", the searcher would get a false impression of whether or not African Crested Porcupines were in custody of any licensee or registrant with the USDA. This is a flaw in the set-up of the indexing for the database, in my opinion.

3



11. The twelfth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. The screens demonstrate the number of inspection reports listing "opossum" as an animal listed in the licensees'/registrants' live inventory. These are not the number of licensees and registrants who have opossums; but rather, the number of reports listing the species. The two screens also expose the difference in the use of the search terms "opossum" vs. "Virginia Opossum" showing the value of using different common names for a species to ensure all records of interest result from the search. Similar to the porcupines on the previous page in the exhibit, there are a number of different species held in captivity which may skew the results for an unaware searcher. There are "Virginia Opossums", "Brushtail Opossums", "Short-Tailed Opossums", "Wooley Opossums", etc.



12. The thirteenth page in the exhibit features true and correct reproductions of screens found on the usda website https:// aphis-efile.force.com/Public SearchTool/s/inspection-report. The screens demonstrate the number of inspection reports listing "fox" as an animal listed in the licensees'/registrants' live inventory. These are not the number of licensees and registrants who have red foxes; but rather, the number of reports listing the species. The two screens below also expose the difference in the use of the search terms "red fox" vs. "fox" vs. "Arctic fox" showing the value of using different common names for a species to ensure all records of interest result from the search.



13. The fourteenth page in the exhibit features true and correct reproduction of a photograph taken by Carrie Leo at some time between the dates January 26, 2016 to April 23, 2017. It features a picture of "Houdini", the red-type fox she boarded at the Lowes' facility in April 2017.   It is important to notice that it is rare for a standard red fox to have any markings on its black stockings or to be absent a white tip on the tail. In fact, as pups, it's these characteristics, especially the white tip, which help wildlife rehabilitators tell the difference between the two species upon intake.



14. The fifteenth page in the exhibit features a true and correct reproduction of a photograph taken by Carrie Leo at some time in the year 2016 of Jack the Fisher Cat while at his home at her facility in Walworth, New York. This photograph was included in the exhibit in order to show the unique markings of fisher cats, similar to mink, and how they may be used to identify an individual fisher. It's rare to have fishers have identical marks or to be a completely solid color without any marks at all.

Date: November 1, 2021

Carrie M. Leo, *Appellant pro se*
3199 Walworth Rd., Walworth, NY
315-538-8316 | carrieleo15@gmail.com

4

## **VERIFICATION**

I do hereby verify, under the penalty of perjury, that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing affidavit.

1. is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2. The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

3. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

4. The denials of factual contentions are warranted on the evidence or, if specifically, so identified, are reasonably based on belief or a lack of information.

Date: November 1, 2021

Carrie M. Leo, *Appellant*
3199 Walworth Road
Walworth, NY 14568
Ph: (315) 538-8316
Carrieleo15@gmail.com

Sworn to before me this 1st day of November 2021

*Notary Public*

LAUREN FRIEDL
Notary Public - State of New York
NO. 07FR6383306
Qualified in Wayne County
My Commission Expires Nov 13, 2022

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing affidavit was electronically mailed, and placed in the U.S. Mail, postage pre-paid, and eventually via CM/ECF upon the filing of document by the court, for counsel of record for the plaintiff and the defendants and sent to his office address listed below on November 3, 2021.   All addresses used are as follows.

**VIA EMAIL AND CM/ECF**
**MARY HOLLINGSWORTH**
Senior Trial Attorney
(303) 844-1898
US Attorney (CO-Denver)
999 18th St, S Terrace
Ste 370
Denver, CO 80202
mary.hollingsworth@usdoj.gov | (202) 598-1042
*Attorney for Plaintiff the United States of America*

**VIA EMAIL AND CM/ECF**
**BRIENA L. STRIPPOLI**
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P O Box 7611, Ben Franklin Station
Washington, DC 20044-7611
briana.strippoli@usdoj.gov | (202) 598-0412
Fax: (202) 305-0275
*Attorney for Plaintiff the United States of America*

**VIA EMAIL AND CM/ECF**
Jason D. May, Esq.
May Law Office
9 W. Main Street
Ardmore, OK 73401
580-223-9184
580-798-3118 (fax)
jasonmayesq@yahoo.com
*Attorney of record for the defendants Jeffrey & Lauren Lowe*

Carrie M. Leo, *Proposed Intervenor*
3199 Walworth Road
Walworth, NY 14568
(315) 538-8316
carrieleo15@gmail.com