# Attachment: Email from Mr. Clayton Hughes

| | |
|---|---|
| **From:** | Clayton Hughes <claytonhughes65@gmail.com> |
| **Sent:** | Thursday, November 11, 2021 7:27 PM |
| **To:** | Strippoli, Briena (ENRD); Hollingsworth, Mary (ENRD); Flanagan, Devon (ENRD) |
| **Subject:** | [EXTERNAL] Case No. 6:20-cv-00423-JFH |
| **Attachments:** | F0D58882-98F0-47D6-A992-4515B9505B43.jpeg |

The copy of the original notarized letter has been sent out via certified USMail with tracking number 7018-3090-0001-3826-8268.

**Regarding:  USA vs Jeff & Lauren Lowe**

Please address this matter and add to the record of this case.

State of Oklahoma, County of Love                                                                Nov 5th, 2021

My name is Clayton Hughes, and I live in Oklahoma.

In a recent court filing in the United States District Court for the Eastern District of Oklahoma, **case no. 6:20-cv-00423-JFH** a response was made by the Defendants Jeffrey and Lauren Lowe to the Notice of Defendants' Continued Noncompliance originally filed by the Plaintiff, the United States.

In the Lowes' answer referencing the six (6) items that the United States declared to be incomplete or inaccurate, the Lowes' had stated that I had been the recipient of two (2) skunks from a craigslist ad online.

This statement made by Jeff and Lauren Lowe is untrue. They know this is not what happened to the skunks. I never had contact with skunks, and certainly never took in any skunks. I did not respond to any craigslist ad, and have never owned a skunk.

The Lowes' have made a false claim regarding these skunks and I pray the justice system will see to it that this gets handled properly.

I hereby state that the information I have provided above is true. I also confirm that the information here is both accurate and complete, nothing has been omitted from my statement.

Signed _W Clayton Hughes_ Date: Nov 5th, 2021

Signed before me this _5th_ day of November, 2021.

[Notary seal: KIMBERLY A. STATON, NOTARY, #16011179, EXP. 11-30-2024, PUBLIC, STATE OF OKLAHOMA]

Notary Public
_Kimberly F Staton_   My Commission expires _11-30-2024_