# Attachment 2: Updated and Notarized Statement from Christina Harkey

| | |
|---|---|
| **From:** | Christina Harkey <charkeyyy97@gmail.com> |
| **Sent:** | Thursday, November 4, 2021 7:16 PM |
| **To:** | Strippoli, Briena (ENRD) |
| **Subject:** | [EXTERNAL] CASEno.6:20-cv-00423-JFH US vs.LOWE |
| **Attachments:** | FILE_6260.pdf |

Amended info to original statement and notarized
Verified copies of this document have been mailed to both Brienna and Susan via US Mail


Christina Harkey

State of Oklahoma, County of Love                                        Nov 4th, 2021

My current legal name is Christina Jane Harkey, and I currently live in Oklahoma.

In a recent court filing in the United States District Court for the Eastern District of Oklahoma, **case no. 6:20-cv-00423-JFH** a response was made by the Defendants Jeffrey and Lauren Lowe to the Notice of Defendants' Continued Noncompliance originally filed by the Plaintiff, the United States.

In their answer referencing the six (6) items that the United States claimed to be incomplete or inaccurate, the Lowes' had indicated in section three (3) on the Disposition record of a sloth that it was given to myself, Christina Jane Harkey. This response made by the Defendants Jeffrey and Lauren Lowe is untrue and entirely inaccurate. It had come to my attention that my name had been used as a recipient of the animal referred to as a sloth in the 10/14/21 filing by Attorney Jason D. May, the legal counsel for Jeffrey and Lauren Lowe by seeing it online. I have never agreed to, nor accepted the receipt of a sloth in any manner whatsoever. I did not receive one, nor did I ever own one. The statement made by the Lowes' was done without my permission, cooperation or knowledge and I expect this matter will be addressed and investigated by the Department of Justice and the courts. They are fully aware they have made these false claims and statements.

There were no errors made by the Lowes' when they made this untrue statement. The claim was made intentionally to circumvent the procedure of the USDA's guidelines and policy pertaining to disposition records.

I am aware however, of what they did with the sloth and the location of the animal. If the courts need this information, I will co-operate and provide it.

The claim of the Lowe's disposition of the sloth is merely one of several untrue statements. I request this matter be addressed by the court, and for this declaration to be on record.

I hereby state that the information I have provided above is true. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted.

Signed _____Christina Harkey_____   Date: Nov 4th, 2021

Signed before me this ___4th___ day of November, 2021.

Notary Public
_____Rudy Ellis_____

My Commission expires _12-04-2023_

[Notary Seal: RUDY ELLIS, COMM. NO. 19012743, NOTARY PUBLIC, EXP. 12-04-2023, STATE OF OKLAHOMA]

**Attention:**
**TODD KIM** Assistant Attorney
General Environment & Natural Resource

**DEVON LEA FLANAGAN** Trial Attorney
**MARY HOLLINGSWORTH** Senior Trial Attorney
**BRIENA STRIPPOLI** Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044 -7611

Mary.Hollingsworth@usdoj.gov

Briena.Strippoli@usdoj.gov

Devon.Flanagan@usdoj.gov

**CHRISTOPHER J. WILSON**
Acting United States Attorney
**SUSAN BRANDON**
Civil Chief United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue Muskogee, OK 7440