UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

TRANSMITTAL SHEET
(Notice of Appellate Action)

Date Notice filed: 11/10/2021

Style of Case: United States of America v. Lowe, et al.,

Appellant: Carrie M. Leo

District Court No: 6:20-cv-423-JFH

Tenth Circuit Case No:

| | |
|---|---|
| ☐ Amended NOA | ☐ Cross Appeal |
| ☑ Interlocutory Appeal | ☐ Successive Petition (2254 or 2255) (no fee) |

Notice of appeal, docket entries and district court order transmitted to all parties and to 10th Circuit Court of Appeals:

Judge: John F. Heil, III, U.S. District Judge

### **APPEAL FILED BY PRO SE**

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☑ |
| Motion for IFP on Appeal Filed | ☐ |

### **APPEAL FILED BY COUNSEL**

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

Signature of: Jeanne Brown    Date: 11/15/2021    Phone: (918) 684-7920