IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JEFFREY LOWE, LAUREN LOWE, GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, and TIGER KING, LLC,<br><br>　　Defendants. | Case No. 20-cv-0423-JFH |

## ORDER

Before the Court is the Consent Decree filed by the United States and Jeffrey and Lauren Lowe [Dkt. No. 155]. The Consent Decree, having been reviewed by the Court, is hereby APPROVED.

IT IS THEREFORE ORDERED that the United States shall move to dismiss all counts of the Complaint in this action against the Lowes no later than January 6, 2022.

It is FURTHER ORDERED that the United States shall move to withdraw its pending motion for damages [Dkt. No. 100] no later than January 6, 2022.

DATED this 23rd day of December 2021.

_____
JOHN F. HEIL III
UNITED STATES DISTRICT JUDGE